UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSE ACEVEDO, individually, and as
Special Administrator of the Estate of
JOEL ACEVEDO,
          Plaintiff,

     v.                                     Case No. 23-CV-489

OFFICER MICHAEL MATTIOLI, et. al,
          Defendants.

---

**DEFENDANT MICHAEL MATTIOLI'S
NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS**

---

        Defendant Michael Mattioli (hereinafter, "Mattioli"), by attorneys, Michael F. Hart and Craig S. Powell, of HART POWELL, SC, hereby moves the Court for an order, pursuant to the Court's inherent authority, to stay these proceedings, including the filing of an Answer, pending resolution of parallel criminal proceedings against Mattioli. This motion is supported by the accompanying brief and declaration.

        Dated at Milwaukee, Wisconsin this 26th day of May, 2023

                             Respectfully submitted,

                             By: /s/ Craig S. Powell
                             Craig S. Powell
                             HART POWELL, SC
                             735 North Water Street, Suite 1212
                             Milwaukee, WI 53202
                             (414) 271-9595
                             (414) 271-3701 [Facsimile]
                             cspowell@hartpowell.com

**HART POWELL, SC**
ATTORNEYS AT LAW
735 NORTH WATER STREET
SUITE 1212
MILWAUKEE, WI 53202
(414) 271-9595

1

Case 2:23-cv-00489-BHL   Filed 05/30/23   Page 1 of 1   Document 10