**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| JOSE ACEVEDO, individually and as Special Administrator of the Estate of JOEL ACEVEDO, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER MICHAEL MATTIOLI, et. al., <br><br> Defendants. | **CASE NO. 23-CV-0489** |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANT MICHAEL MATTIOLI'S MOTION TO STAY PROCEEDINGS**

PLAINTIFF, JOSE ACEVEDO, individually and as Special Administrator of the Estate of JOEL ACEVEDO, by and through his attorneys, hereby respond to DEFENDANT, OFFICER MICHAEL MATTIOLI'S Motion to Stay Proceedings, as follows:

1.  Plaintiff has an interest in proceeding with the above-captioned matter expeditiously.

2.  The Plaintiff has no objection to the Defendant's Motion, but would only stipulate to a brief stay pending the conclusion of the criminal proceedings.

3.  Accordingly, if this Court elects to grant the proposed stay, the Plaintiff would seek for this Court to reconvene the present case with the applicable time constraints consistent with the Fed. R. of Civil Procedure and local rules upon the rendering of the verdict in the criminal proceeding.

Therefore, PLAINTIFF submits and does not oppose a Court's grant of a brief stay of the instant matter pending Defendant Mattioli's criminal proceedings.

Dated June 8, 2023

By:    /s/ B'Ivory LaMarr

        B'Ivory LaMarr, Bar No. 1122469
        THE LAMARR FIRM
        5718 Westheimer Rd., Suite 1000
        Houston, TX 77057
        Phone: (800) 679-4600 ext. 700
        Email: blamarr@lamarrfirm.com


        Kirk M. Claunch, Bar No. 1039975
        THE CLAUNCH LAW FIRM
        301 W. Central Avenue
        Forth Worth, TX 76164
        Phone: (817)335-4003
        Fax: (817) 335-7112
        Email: claunchlaw3@earthlink.net


        Ben Crump
        Ben Crump Law
        717 D St Nw-Ste 310
        Washington, DC 20004
        Phone: 800-959-1444
        ben@bencrump.com

        *Counsel for Plaintiffs*

Plaintiffs' Brief in Support of Response to Motion to Stay Proceedings

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of PLAINTIFF'S BRIEF IN SUPPORT OF RESPONSE TO DEFENDANT MICHAEL MATTIOLI'S MOTION TO STAY PROCEEDINGS has been served to the following via electronic service (ECF) on this 8th day of June, 2023.

Craig S. Powell
HART POWELL, SC
735 North Water Street, Suite 1212
Milwaukee, WI 53202
(414)271-9595
(414)271-3701 [Facsimile]
cspowell@hartpowell.com

Clint B Muche
City of Milwaukee
841 N Broadway - 7th Fl
Milwaukee, WI 53202
414-286-6195
Email: cmuche@milwaukee.gov

Jennifer L Williams
City of Milwaukee
City Attorney's Office
841 N Broadway
Milwaukee, WI 53202
414-286-2645
Email: jewill@milwaukee.gov

By:
*Electronically Signed by B'Ivory LaMarr*

B'Ivory LaMarr, Esq.

3