UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOSE ACEVEDO, individually, and as
Special Administrator of the Estate of
JOEL ACEVEDO,

        Plaintiff,

v.                                                         Case No. 23-CV-489

OFFICER MICHAEL MATTIOLI, et. al,

        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

        Attorneys Michael F. Hart and Craig S. Powell, of HART POWELL, SC, hereby move the Court to withdraw as counsel for Michael Mattioli in the above-captioned matter. In support thereof, counsel for Mattioli provides as follows:

        1.        Plaintiffs filed this civil action on April 14, 2023. (Dkt. #1).

        2.        At the time this lawsuit was filed, undersigned counsel represented Mr. Mattioli in the related criminal case, *State of Wisconsin v. Michael Mattioli*, Milwaukee County Circuit Court case 20CF1991. Undersigned counsel filed Notices of Appearances for Mattioli on May 9, 2023 (Dkt. ##2,4) and thereafter sought a stay of this case while Mr. Mattioli's criminal case was pending. (Dkt. #10). The stay was granted until November 30, 2023, and Mattioli's Answer became due on or before December 1, 2023. (Dkt. #16).

        3.        Mr. Mattioli was found not guilty at the conclusion of his criminal trial on November 10, 2023.

HART POWELL, SC
ATTORNEYS AT LAW
735 NORTH WATER STREET
SUITE 1212
MILWAUKEE, WI 53202
(414) 271-9595

4. On December 1, 2023, Attorneys Joseph M. Wirth and Jasmyne M. Baynard entered Notices of Appearance and filed an Answer on Mr. Mattioli's behalf. (Dkt. ##, 17, 18, 19).

5. Given that Mr. Mattioli has obtained successor counsel, undersigned counsel hereby move to withdraw.

Dated at Milwaukee, Wisconsin this 2nd day of January, 2024.

Respectfully submitted,

By: */s/ Craig S. Powell*
Craig S. Powell (#1046248)
HART POWELL, SC
735 North Water Street, Suite 1212
Milwaukee, WI 53202
Telephone: (414) 271-9595
Facsimile: (414) 271-3701
cspowell@hartpowell.com

By: */s/ Michael F. Hart*
Michael F. Hart (#1001528)
HART POWELL, SC
735 North Water Street, Suite 1212
Milwaukee, WI 53202
Telephone: (414) 271-9595
Facsimile: (414) 271-3701
Email: mfhart@hartpowell.com

**HART POWELL, SC**
ATTORNEYS AT LAW
735 NORTH WATER STREET
SUITE 1212
MILWAUKEE, WI 53202
(414) 271-9595