TEARMAN SPENCER
City Attorney

ODALO J. OHIKU
ROBIN A. PEDERSON
S. TODD FARRIS
JENNIFER L. WILLIAMS
Deputy City Attorneys

HEIDI WICK SPOERL
KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
PATRICK J. MCCLAIN
HANNAH R. JAHN
JULIE P. WILSON
MEIGHAN M. ANGER
ALEXANDER R. CARSON
ALEXANDER T. MUELLER
ALEXANDER D. COSSI
LISA A. GILMORE
KATHERINE A. HEADLEY
L. ANTHONY JACKSON
STACY J. MILLER
MICHAEL C. RADAVICH
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
JOANNA FRACZEK
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
MARIA E. MESOLORAS
Assistant City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

January 16, 2024

Honorable Brett H. Ludwig
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

    RE:    *Jose Acevedo v. Michael Mattioli, et al.*
               Case No. 23-c-0489-BHL

Dear Judge Ludwig:

The parties submitted their Joint Rule 26(f) Plan on Thursday, January 11, 2024, representing that the parties were not in agreement as to Discovery and would conference further on the issue of bifurcation on Friday, January 12, 2024. (ECF No. 29). Counsel offers the following update:

The parties reconvened as planned last Friday. The parties discussed the "scope of employment" and color of law issues being addressed prior to Monell discovery. The parties discussed limiting discovery in Phase One to a smaller number of witnesses bearing on these issues, with a separate deadline for discovery and dispositive motions on this issue. The parties will continue to engage in discussions on this issue in hopes of reaching a stipulation prior to February 1, 2024.

Very truly yours,

s/ Jennifer L. Williams, Esq.
s/ Clint B. Muche, Esq.
*Attorneys for the Defendants Robert Roach, Alfonso Morales and the City of Milwaukee*

cc:    Jasmyne M. Baynard, Esq.
        Joseph M. Wirth, Esq.
        Kirk M. Claunch, Esq.
        Ben Crump, Esq.
        Devon M. Jacob, Esq.
        B'Ivory Lamarr, Esq.

1032-2023-681/289314