UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

| JOSE ACEVEDO, Etc., | * | |
| --- | --- | --- |
| | * | Case No. 23-cv-0489-bhl |
| | * | |
| -vs- | * | |
| | * | |
| | * | |
| MICHAEL A MATTIOLI, et al. | * | |
| | * | |

_____

JOINT MOTION TO AMEND SCHEDULING ORDER
_____

NOW come the parties and respectfully request this Honorable Court amend the current scheduling order to enlarge the deadlines outlined herein.

One June 14, 2024, Plaintiff issued 15 Subpoenas to various entities including, but not limited to, Division of Law Enforcement Services Training and Standards Bureau, 32 Military Police Academy, Milwaukee Fire & Police Commision, Milwaukee County District Attorney's Office, and various medical providers. Some of the documents that are the subject of the subpoenas are expected to contain "protected health information" ("PHI") pertaining to Joel Acevedo, Jose Acevedo, Maribel Acevedo, Julissa Acevedo, Anthony Acevedo, Michael Mattioli, and Robert Roach. This PHI is subject to the protections afforded by the Health Insurance Portability and Accountability Act (HIPAA), and therefore, subject to the mandates and prohibitions for HIPAA Covered Entities set forth in 45 Code of Federal Regulations (CFR) Subchapter C Part 16.

1

As such, the Parties worked professionally together to draft a Qualified Protective Order that would direct how PHI is to be handled in this litigation. A joint motion was filed to request that the Court issue the Qualified Protective Order. The Court denied the motion without prejudice, to provide the litigants with an opportunity to provide the Court with additional information required by local rule. The joint motion will be refiled.

Several of the third party entities that received Subpoenas are represented by Defense counsel in the instant matter. As a result of the preparation necessary for the Republican National Convention, the handling of the Convention, and the aftermath of the Convention, there was a significant delay in the ability of counsel to collect, review, and produce the documents necessary to properly respond to the Subpoenas.

Due to the delay in responding to the Subpoenas and the anticipated voluminous documents to be produced, counsel jointly require additional time to collect, review, and produce the documents, and then for Plaintiff's counsel to review the documents before conducting depositions related to the information believed to be contained within said documents.

Counsel for the parties recently conferred and respectfully submit the following proposal to the Scheduling Order:

|  | Proposed (New) | Current |
|---|---|---|
| Fact Discovery | March 1, 2025 | December 1, 2024 |
| Primary Expert Witness Disclosures | November 15, 2024; Rebuttal January 3, 2025 | August 15, 2024; Rebuttal October 1, 2024 |
| *Daubert* Motions | June 15, 2025 | March 15, 2025 |
| MSJ | April 10, 2025 | January 10, 2025 |
| Trial | August 12, 2025 | May 12, 2025 |

The Parties are jointly filing this motion in good faith and in the furtherance of justice and fairness. The Parties are not prejudiced by this delay. The Parties have considered any prejudice to the Court that may result if this motion is granted, but believe that the importance of the issues that are the subject of this litigation and the need for the dispute between the parties to be fully litigated on the merits, outweighs the prejudice that this Court might endure.

Based upon the foregoing, the parties respectfully request this Honorable Court approve the proposed (new) deadlines outlined above.

Dated this 30th day of August 2024.

Respectfully Submitted,

By:   */s/ B'Ivory LaMarr*
B'IVORY LAMARR, ESQUIRE
Texas Bar No. 1122469
blamarr@lamarrfirm.com
THE LAMARR FIRM
5718 Westheimer Road, Suite 1000
Houston, TX 77057
800.679.4600, Ext. 700

DEVON M. JACOB, ESQUIRE
Pennsylvania Bar No. 89182
djacob@jacoblitigation.com
JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA. 17055-0837
717.796.7733

*Counsel for Plaintiff*

By:  */s/ Joseph M. Wirth*
JOSEPH M. WIRTH, ESQUIRE
Wisconsin Bar No. 1012080
jmw@wbattys.com
WIRTH + BAYNARD
9898 W. Bluemound Road, Suite 2
Wauwatosa, WI  53226

414.291.7979

*Counsel for Defendant Michael Mattioli*



By: */s/ Clint B. Muche*
CLINT B. MUCHE, ESQUIRE
Assistant City Attorney
Wisconsin Bar No. 1131629
cmuche@milwaukee.gov
JENNIFER WILLIAMS, ESQUIRE
Deputy City Attorney
Wisconsin Bar No. 1058087
jewill@milwaukee.gov
OFFICE OF THE CITY ATTORNEY
200 East Wells Street, Suite 800
Milwaukee, WI 53202
414. 286.2601

*Counsel for Defendant Robert Roach, Alfonso Morales, and City of Milwaukee*