UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSE ACEVEDO and ESTATE OF JOEL ACEVEDO,

    Plaintiffs,

v.    Case No. 23-CV-0489

MICHAEL MATTIOLI, ROBERT ROACH,
and ALFONSO MORALES,

    Defendants.

---

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Assistant City Attorney Jennifer L. Williams, hereby moves the Court to accept her withdrawal as counsel for the Defendants Robert Roach, Alfonso Morales and City of Milwaukee, due to her resignation from city service, and ask that her name be removed from the court's efiling distribution list.

Dated and signed at Milwaukee, Wisconsin this 15th day of November, 2024.

    EVAN C. GOYKE
    City Attorney

    *s/Jennifer Williams*
    JENNIFER WILLIAMS
    Assistant City Attorney
    State Bar No. 1058087
    *Attorneys for Defendants*
    *Robert Roach and Alfonso Morales*

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: jewill@milwaukee.gov
1032-2023-681/294938