IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISON

| | |
|---|---|
| JOSE ACEVEDO, individually, and as Special Administrator of the Estate of JOEL ACEVEDO;<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL MATTIOLI, et al.,<br><br>*Defendants.* | **CASE NO. 23-cv-00489**<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

**NOW COME** the PLAINTIFF and DEFENDANTS, jointly, by and through their undersigned counsel, to respectfully submit this Joint Status Report:[1]

1. On December 21, 2023, Plaintiff, JOSE ACEVEDO, individually, and as a Special Administrator of the ESTATE OF JOEL ACEVEDO, filed a First Amended Complaint (Doc. 23) pursuant to 42 U.S.C. § 1983, seeking damages.

2. The lawsuit results from the unlawful killing of JOEL ACEVEDO.

3. On January 4, 2024, Defendant MICHAEL MATTIOLI filed an Answer (Doc. 26).

4. On January 11, 2024, Defendants ROBERT ROACH and ALFONSO MORALES/CITY OF MILWAUKEE filed an Answer and Cross-Claim against Defendant MATTIOLI (Doc. 28).

---

[1] While the Court did not require the filing of this Joint Status Report, because the Parties are unable to comply with the present expert disclosure deadlines, the Parties thought it best to provide an update to the Court regarding the status of the litigation.

1

5. On April 12, 2024, Defendant MATTIOLI filed an Answer and Cross-Claim against Defendant CITY OF MILWAUKEE (Doc. 35).

6. On May 3, 2024, Defendant CITY OF MILWAUKEE filed an Answer (Doc. 37).

7. On August 30, 2024, the Court issued a Text Only Order (Doc. 42) resetting the litigation deadlines.

8. Pursuant to the Text Only Order (Doc. 42), the following litigation deadlines were set:

| | |
|---|---|
| Fact discovery: | March 1, 2025 |
| Primary expert witness disclosures: | November 15, 2024 |
| Rebuttal expert witness disclosures: | January 3, 2025 |
| Daubert motions: | June 15, 2025 |
| Dispositive motions: | April 10, 2025 |

9. In the Text Only Order (Doc. 42), the Court cancelled the May 1, 2025, final pretrial conference, adjourned the jury trial scheduled to begin May 12, 2025, and advised that new trial related deadlines would be set if necessary after the resolution of dispositive motions.

10. The Parties are working professionally and diligently together in conducting discovery.

11. The Parties have engaged in written discovery.

12. In June of 2024, Plaintiff served several subpoenas for records on various entities, including the Milwaukee Police Department (represented by counsel for Defendant CITY OF MILWAUKEE).

13. The Milwaukee Police Department has been working in good faith to produce the requested documents, and has advised Plaintiffs that the requested documents will be produced on or before December 6, 2024.

14. As a result of the unanticipated delay in the production of said documents, the Parties have not yet conducted depositions or engaged in expert discovery.

15. As such, the Parties are unable to meet the present expert disclosure deadlines.

16. Once the Parties set a deposition schedule, the Parties intend to file a joint motion to request that the Court reset the expert disclosure deadlines.

**Respectfully Submitted,**

By: /s/ B'Ivory LaMarrDate: November 15, 2024
**B'IVORY LAMARR, ESQUIRE**
Texas Bar No. 1122469
blamarr@lamarrfirm.com
**THE LAMARR FIRM**
5718 Westheimer Road, Suite 1000, Houston, TX 77057
800.679.4600, Ext. 700

By: /s/ Devon M. JacobDate: November 15, 2024
**DEVON M. JACOB, ESQUIRE**
Pennsylvania Bar No. 89182
djacob@jacoblitigation.com
**JACOB LITIGATION, INC.**
P.O. Box 837, Mechanicsburg, Pa. 17055-0837
717.796.7733

**KIRK M. CLAUNCH, ESQUIRE**
Texas Bar No. 1039975
claunchlaw3@earthlink.net
**THE CLAUNCH LAW FIRM**
301 W. Central Avenue, Forth Worth, TX 76164
817.335.4003

**BENJAMIN L. CRUMP, ESQUIRE**
Washington, D.C. Bar No. 1552623
court@bencrump.com
**PRECIOUS CHAVEZ, ESQUIRE**
precious@bencrump.com
**BEN CRUMP LAW, PLLC**
122 S. Calhoun Street, Tallahassee, FL 32301
800.959.1444

*Counsel for Plaintiff*

By: /s/ Jasmyne M. Baynard    Date: November 15, 2024
**JASMYNE M. BAYNARD, ESQUIRE**
Wisconsin Bar No. 1099898
jmb@wbattys.com
**JOSEPH M. WIRTH, ESQUIRE**
Wisconsin Bar No. 1012080
jmw@wbattys.com
**WIRTH + BAYNARD**
9898 W. Bluemound Road, Suite 2, Wauwatosa, WI 53226
414.291.7979

*Counsel for Defendant Mattioli*

**EVAN GOYKE, ESQUIRE**
City Attorney

By: /s/ Clint B. Muche    Date: November 15, 2024
**CLINT B. MUCHE, ESQUIRE**
Assistant City Attorney
Wisconsin Bar No. 1131629
cmuche@milwaukee.gov
**OFFICE OF THE CITY ATTORNEY**
200 East Wells Street, Suite 800, Milwaukee, WI 53202
414. 286.2601

*Counsel for Defendant City of Milwaukee*