IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JOSE ACEVEDO, Individually, and as Special
Administrator of the ESTATE OF JOEL ACEVEDO;

        Plaintiff,

v.                               CASE NO. 23cv00489

MICHAEL MATTIOLI, et al.,

        Defendants.

---

## DEFENDANT MICHAEL MATTIOLI'S
## MOTION FOR SUMMARY JUDGMENT

---

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant, Michael Mattioli City of, by his attorneys, WIRTH + BAYNARD, move for summary judgment dismissing all of Plaintiffs' claims against him. This motion is supported by the following:

1. Defendant's Memorandum in Support of Motion for Summary Judgment;
2. Defendant's Proposed Findings of Fact in Support of Motion for Summary Judgment;
3. Declaration of Micheal Mattioli; and
4. Declaration of Jasmyne M. Baynard, with exhibits.

Dated at Wauwatosa, Wisconsin, this 1st day of August 2025.

                              **WIRTH + BAYNARD**
                              Attorneys for Defendant, Michael Mattioli

       By:    */s/ Jasmyne M. Baynard*
                  Jasmyne M. Baynard, WI Bar No. 1099898
                  9898 W. Bluemound Road, Suite 2
                  Wauwatosa, Wisconsin 53226
                  T: (414) 291-7979
                  Email: jmb@wbattys.com