# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISON

| | |
|---|---|
| JOSE ACEVEDO, individually, and as Special Administrator of the Estate of JOEL ACEVEDO; | |
| *Plaintiff,* | **CASE NO. 23-cv-00489** |
| v. | |
| MICHAEL MATTIOLI, et al., | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DR. JIMMIE L. VALENTINE AND DR. JEFFREY M. JENTZEN'S EXPERT OPINIONS AND TESTIMONY DUE TO UNTIMELY SERVICE OF DEFICIENT DISCLOSURES WITHOUT LEAVE OF COURT

NOW COMES JOSE ACEVEDO, individually, and as special administrator of the ESTATE OF JOEL ACEVEDO, by and through his counsel, B'IVORY LAMARR, ESQUIRE, of the law firm of B'IVORY LAMARR TRIAL LAWYERS; DEVON M. JACOB, ESQUIRE, of the law firm of JACOB LITIGATION, INC.; and BENJAMIN L. CRUMP, ESQUIRE, of BEN CRUMP LAW, PLLC, and respectfully requests that the Court grant Plaintiff's Motion In Limine to Exclude Dr. Jimmie L. Valentine and Dr. Jeffrey M. Jentzen's Expert Opinions and Testimony Due to Untimely Service of

Deficient Disclosures Without Leave of Court. In support thereof, Plaintiff relies on the arguments as set forth in his Brief and the Exhibits filed in support of this Motion.

Undersigned counsel (Jacob) certifies that counsel for Mattioli does not concur in the filing of this motion.

**WHEREFORE,** it is respectfully requested that the Court grant Plaintiff's Motion In Limine to Exclude Dr. Jimmie L. Valentine and Dr. Jeffrey M. Jentzen's Expert Opinions and Testimony Due to Untimely Service of Deficient Disclosures Without Leave of Court.

**Respectfully Submitted,**

By:  /s/ B'Ivory LaMarr                              **Date: August 22, 2025**
**B'IVORY LAMARR, ESQUIRE**
Wisconsin Bar No. 1122469
blamarr@lamarrfirm.com
THE LAMARR FIRM
5718 Westheimer Road, Suite 1000, Houston, TX 77057
800.679.4600, Ext. 700

By:  /s/ Devon M. Jacob                              **Date: August 22, 2025**
**DEVON M. JACOB, ESQUIRE**
Pennsylvania Bar No. 89182
djacob@jacoblitigation.com
JACOB LITIGATION, INC.
P.O. Box 837, Mechanicsburg, Pa. 17055-0837
717.796.7733

**KIRK M. CLAUNCH, ESQUIRE**
Texas Bar No. 1039975
claunchlaw3@earthlink.net
THE CLAUNCH LAW FIRM
301 W. Central Avenue, Forth Worth, TX 76164
817.335.4003

**BENJAMIN L. CRUMP, ESQUIRE**
Washington, D.C. Bar No. 1552623
court@bencrump.com
**PRECIOUS CHAVEZ, ESQUIRE**
precious@bencrump.com
BEN CRUMP LAW, PLLC
122 S. Calhoun Street, Tallahassee, FL 32301
800.959.1444

*Counsel for Plaintiff*