# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOSE ACEVEDO, individually, and as Special
Administrator of the Estate of JOEL ACEVEDO,

Plaintiffs,

v.                                                             Case No. 23-cv-0489-bhl

MICHAEL A. MATTIOLI
and CITY OF MILWAUKEE,

Defendants.

## DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE
## THE TESTIMONY OF STAN SMITH

**NOW COMES** City of Milwaukee by their attorneys, City Attorney Evan Goyke and Assistant City Attorneys Clint Muche and Joshua Cronin; and Michael A. Mattioli by his attorneys, Jasmyne M. Baynard of WIRTH + BAYNARD, and move the Court to Exclude the Testimony of Stan Smith (Smith) pursuant to Federal Rules of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and additional case law cited herein. This motion is additionally predicted upon 42 U.S.C. § 1983 and Wis. Stat. § 895.04, which do not permit recovery for certain categories of damage about which Smith opines.

## <u>SUMMARY OF DR. SMITH'S REPORT</u>

Smith authored a one-hundred-and-thirteen-page expert report dated June 13, 2025, which generally described his assignment and opinions as follows:

> You have asked me to calculate the value of certain losses subsequent to the death of Joel Acevedo. These losses are: (1) the loss of wages and employee benefits; (2) the loss of household/family services, including (a) the loss of housekeeping and household management services; (b) the loss of the advice, counsel, guidance, instruction and training services sustained by Mr. Acevedo's parents; (c) the loss of accompaniment services sustained by Mr. Acevedo's parents; (3) the loss of the value of life ("LVL"), also known

as loss of enjoyment of life; and (4) the loss of the society or relationship sustained by Mr. Acevedo's parents.

(Ex. A, Smith Report at 1.). The "Background" section identifies the documents and information Smith analyzed to form his purported opinions:

> In order to perform this evaluation, I have reviewed the following materials: (1) Defendants' Answers to Interrogatories, Requests for Production, and Requests for Admission; (2) the Demand; (3) the Complaint; (4) an interview with Jose Acevedo dated June 10, 2025; and (5) the Case Information Form.

(*Id.* at 2–3.). However, other than nonspecific references to the interview with Jose Acevedo, Smith's report does not identify any particular facts or information gathered from any of these sources. (*Id.*) Smith's opinions are set forth on pages three (3) through fifteen (15). The remaining ninety-eight (98) pages consist of appendices, tables, and Smith's curriculum vitae.

A. Loss of Future Wages/Benefits ($820,404 to $1,600,973).

Section I of the report opines about the future wages and/or benefits that the deceased, Joel Acevedo, allegedly would have earned over his lifetime. Smith's report provides the following "facts" upon which his opinion rests:

> Mr. Acevedo reports that his son Joel was working as a delivery driver for Zayna's Pizza at the time of his death. He states that it was **more than part-time hours but less than full-time hours**. He believes his son had been doing this for approximately six months before he was killed. He is **unsure how much his son was paid**, but **estimates** that it was probably between $20,000 and $30,000 per year. Prior to that, Joel had been employed at a dog grooming store Trim Time, as a security guard for the municipal building, and in animal control for Maddock Animal Control. Joel was a high school graduate, and his future **aspirations** were to become either a police officer or a lake patrol officer. Before he was killed, he was **looking into starting school** toward these careers.

(*Id.* at 3). Notably, Smith's opinion rests entirely upon the deceased's father's estimate about his "probable" income at the time of his death—Smith does not identify or rely upon any W-2, tax return, pay stub, or any other verification of employment or compensation. (*Id.*) Smith does not identify any affirmative steps taken by the deceased towards becoming a police officer; his opinion rests upon a series of presumptions (i.e., that he did so intend, that he would have applied to a

2

police academy, been accepted, complete his training, pass all required coursework and pre-employment screenings, and be hired). Likewise, Smith fails to address countervailing factors bearing on the likelihood of this coming to pass (i.e., the deceased's health and fitness status, medical history, and history of illicit drug use). Assuming *arguendo*, Smith accurately calculates the projected future earnings of a police officer that calculation nonetheless rests upon conjecture and speculation insomuch as his opinion presumes Acevedo would have pursued, qualified for, and been hired in such capacity in the future. (*Id.)*

B. Loss of Housekeeping/Management ($58,035).

Section II(A) of the report sets forth Smith's opinion about the "pecuniary loss of tangible housekeeping chores and household management services" that the deceased allegedly would have provided in his parents' home in the future. (*Id.* at 6) Although the introduction to this section asserts that "[i]t is standard forensic economic practice to conduct an informational interview to obtain information to assist in estimating economic losses[,]" *see id.* at 5, Smith's report does not include any facts specific to the deceased. Instead, Smith's opinion rests upon a statistical average without any cited evidence that the deceased fits within this average (e.g., "[t]he number of hours of housekeeping and household management services, is illustrated at 10.07 hours per week through 2023 based on the number of hours for single males who work full-time and who live with no minors in the home."). (*Id.* at 6)

C. Loss of Advice, Counsel, Guidance (Total $343,232—$129,518-Father; $213,714-Mother).

Section II(B) sets forth Smith's opinion about the "pecuniary loss of advice, counsel, guidance, instruction and training services" that Joel Acevedo allegedly would have provided to his parents in the future. (*Id.* at 7–8) As underlying factual support for this opinion, Smith offers only the following conclusory statement: "[b]ased on the interview, I estimate the hours at 1.5

3

hours per week for Mr. Acevedo's father and 2.0 hours per week for Mr. Acevedo's mother." (*Id.* at 9) Smith's 113-page report does not contain any recitation or explanation about what facts were disclosed in the interview. On this point, Smith's report is ambiguous as to whether these estimates are based upon a national average or specific facts related to the deceased's relationship with ***his parents***. Moreover, Smith does not define what this category of alleged damages contemplates, nor does Smith explain what "advice, counsel, or guidance" the twenty-five-year-old Joel Acevedo had provided or plausibly would have provided to his parents.

D. Loss of Accompaniment (Total $788,269—$429,151-Mother; $359,118-Father).

Section II(C) sets forth Smith's opinion about the alleged "pecuniary loss of accompaniment services sustained by Mr. Acevedo's parents." (*Id.* at 9). Smith defines "accompaniment" as follows:

> [A]ccompaniment does not include consortium, intimate relations, love, and affection. Rather such accompaniment services are more akin to those provided by a mere acquaintance with whom one might attend a movie, play cards, or take a stroll. Accompaniment does not require any particular physical work activity or intimacy. Accompaniment is what can be provided by a hired home health aide or an adult sitter.

(*Id.* at 10). (internal quotations omitted). As in Section II(B), Smith's conclusory opinion rests upon undisclosed facts: "[b]ased on the interview, I estimate the hours at 3.0 hours per day for each of Mr. Acevedo's parents through 2023 and 1.0 hour per day thereafter in 2024 and thereafter." (*Id.* at 11) As in Section II(B), Smith's report does not reference what facts were disclosed in the interview, nor does it offer explain what "accompaniment" Joel Acevedo had previously provided or plausibly would have provided to his parents in the future.

E. Loss of Value of Life ($7,436,510).

Section III sets forth Smith's opinion about the monetary value of the deceased's life. (*Id.* at 11) As in Section II(A), Smith's opinion is ***not based*** on Joel Acevedo's particular life and circumstances, but instead rests upon statistical averages without record evidence that the deceased

4

fits within the average (e.g., "[b]ased on the average value of a statistical life and life expectancy of 78.3 years, my opinion of the loss of the value of life for Joel Acevedo is $7,436,510."). (*Id.* at 13) Although Smith discusses numerous articles and reports, the report fails to show the crucial link between these studies and Joel Acevedo's particular circumstances prior to the incident. (*Id.* at 11)

      F.    <u>Loss of Society or Relationship (Total $3,121,610—$1,706,877-Mother; $1,414,733-Father).</u>

Finally, Section IV sets forth Smith's opinion about the value of the "loss of society or relationship sustained by Mr. Acevedo's parents." (*Id.* at 13) In doing so, Smith again asserts that it is "standard forensic economic practice to conduct an informational interview to obtain information to assist in estimating economic losses[,]" without specifically identifying any facts disclosed. (*Id.*). And, as before, Smith's stated opinion undercuts any assertion that his ultimate opinion is based on the particular facts and circumstances of the deceased's life—as opposed to broad, statistical averages which may or may not apply to Joel Acevedo. Instead, Smith generally states that "[t]he value of the loss of society or relationship by family members with the deceased can be based on a measure of the value of preserving the ability to live a normal life." (*Id.*) From this premise, Smith somehow concludes:

> Based on a benchmark loss of 30 percent for Joel's parents, my opinion of the loss of relationship as a result of the death of Joel Acevedo is as follows:
>
>     $1,414,733 ► Table 37 for Jose Acevedo;
>     $1,706,877 ► Table 40 for Maribel Acevedo.

(*Id.* at 14)

# **ARGUMENT**

Section I of the Defendant's argument below demonstrates that Smith's opinions must be excluded under Fed. R. Evid. 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579

(1993), and additional cases cited herein—including numerous cases in which Smith's opinions have been excluded as insufficiently supported. Section II establishes that neither 42 U.S.C. § 1983, nor Wis. Stat. § 895.04 permit recovery for several categories of damages posited by Smith. These arguments require this Court to exclude all of Smith's purported opinions, and consequently strike him as an expert witness.

## I    SMITH'S OPINIONS MUST BE EXCLUDED UNDER THE FEDERAL RULES OF EVIDENCE.

Rule 702 and *Daubert* "require[] the district court [to] act as gatekeeper to ensure that expert testimony is relevant and reliable." *Ollison v. Gossett*, 136 F.4th 729, 742 (7th Cir. 2025). The Court's gatekeeping function requires it to find that Plaintiffs have sustained their burden of showing: (a) that Smith's scientific, technical, or other specialized knowledge will be helpful to the jury; (b) that Smith's opinions are based on sufficient facts or data; (c) that Smith's opinions are the product of reliable principles and methods; and (d) that Smith has reliably applied those principles and methods to the facts. *See* Fed R. Evid. 702.

Here, as detailed below, Plaintiffs have not and cannot satisfy these requirements because Smith's opinions are not predicated on sufficient facts or dates, or at least not facts or data specific to the deceased, and for this reason they are neither reliable, nor helpful—and carry significant risk of confusing or misleading the jury and/or otherwise unfairly prejudicing the Defendants. Notably, Smith's opinions regarding hedonic damages in this case are not unlike those offered in prior cases where his testimony has been excluded.[1] This Court should likewise exclude Smith's opinions from trial.

---

[1] See, e.g., *Mercado v. Ahmed*, 974 F.2d 863, 871 (7th Cir.1992) (upholding, under abuse of discretion standard, district court's exclusion of Dr. Smith's testimony); *Bolden v. Walsh Group*, No. 06 C 4104, 2012 WL 1079898, at *5 (N.D.Ill. Mar. 30, 2012); Ayers v. Robinson, 887 F.Supp. 1049, 1059–64 (N.D.Ill.1995); (holding that Dr. Smith's hedonic damages proof fails to survive Daubert analysis); *Stokes v. John Deere Seeding Grp.*, No. 412CV04054SLDJAG, 2014 WL 675820, at *3 (C.D. Ill. Feb. 21, 2014)(" Dr. Smith's method relies on unfalsifiable

A. Smith's Opinion About Future Lost Wages and Benefits Damages is Not Based Upon Sufficient Facts or Data and is Otherwise Unreliable.

There are several readily discernable flaws in Smith's opinion about future lost wages and benefits—most of which pertain to the complete lack of any facts or data to support his opinion. First, Smith relies on uncorroborated estimates about the deceased's work history (not only employers and hours worked, but also wages earned) in the months and years preceding his death. Although records presumably exist which would contain these figures, Smith did not personally confirm these details and they are not a part of the factual record for trial. For this reason alone, his calculations are unreliable.

Moreover, Smith takes as given that Acevedo had the future earning potential of a law enforcement professional. There is no record evidence that Joel Acevedo had taken affirmative steps toward pursuing a career other than food delivery before the incident. Smith's "analysis" does not acknowledge or even attempt to address whether Joel Acevedo would have been able to gain admission into the police academy, complete training and pre-employment screening, or be hired as a police officer. In short, Smith's opinion is pure speculation and as such this Court must exclude it.

Courts in this circuit have excluded purported expert testimony that is not supported by sufficient underlying facts and data. *See*, *e.g.*, *Teresko v. Liberty Mut. Ins. Co.*, 753 F. Supp. 3d 665, 716 (E.D. Wis. 2024) (finding that the expert's earning capacity opinions "were not based on sufficient facts or data" and finding that the federal rules "do[] not allow parties to cure deficient expert reports by supplementing them with later deposition testimony") (quoting *Ciomber v. Coop.*

---

and unsubstantiated inferences"). Dr. Smith's methodology has been deemed unreliable in other jurisdictions as well. *Sullivan v. U.S. Gypsum Co.*, 862 F.Supp. 317, 321 (D.Kan.1994)("The studies relied on by Mr. Smith do not use methodology designed to calculate the loss of enjoyment of life, yet are nonetheless extrapolated by Mr. Smith into what he claims to be valid data for ... loss of enjoyment of life.").

*Plus, Inc.*, 527 F.3d 635, 642 (7th Cir. 2008)); *Tate v. Troutman*, 683 F. Supp. 2d 897, 912 (E.D. Wis. 2010) ("Thus, the information he presented is very incomplete and does not provide the Court with an adequate basis upon which it could find the amount of his lost earnings for a particular year. The Court may not premise an award of lost earnings on speculation or guesswork"). Applying the reasoning of *Teresko, Tate* and *Ciomber*, this Court should similarly conclude that Smith's opinion about future wages and benefits lacks record support, which deficiencies cannot be cured, and therefore his opinion must be excluded as speculative, unreliable, and unhelpful.

B. <u>Smith's Opinion About Loss of Housekeeping and Management Damages is Not Based Upon Sufficient Facts or Data and is Otherwise Unreliable.</u>

Just as Smith's opinion about lost future wages and benefits is based on speculation, his opinion about alleged loss of housekeeping/management is not predicated on sufficient facts or data. Although Smith references an interview with the deceased's father, the report does not disclose any specific facts Smith gathered. (Ex. A, at 5). Furthermore, Smith's opinion belies any argument that his opinion arises from particularized information about the deceased—as opposed to an average: "[t]he number of hours of housekeeping and household management services, is illustrated at 10.07 hours per week through 2023 based on the number of hours for single males who work full-time and who live with no minors in the home." (*Id.* at 6)

This Court's gatekeeping function requires it to consider whether the Plaintiffs have demonstrated, by a preponderance, that the deceased fits within the average range. *See* Fed. R. Evid. 702, Advisory Committee Notes, 2023 Amendments. *See also* Fed. R. Civ. P. 104(a). The Committee emphasized that "the sufficiency of an expert's basis" is not a question of weight, and prior cases suggesting as much involve "an incorrect application of Rules 702 and 104(a)." *Id.*

The Federal Rules of Evidence were amended in 2023 to emphasize the trial court's gatekeeping function. *See* Fed. R. Evid. 702, Advisory Committee Notes, 2023 Amendments.

The Advisory Committee Notes explain: "the rule [was] amended to clarify and emphasize that expert testimony **may not** be admitted unless the proponent demonstrates … that it is more likely than not that the proffered meets the admissibility requirements set forth in [Fed. R. Evid. 104(a)]." *Id.* (emphasis added). The Committee further noted that "many courts have held that To the extent that Smith's opinion rests upon assumptions about future employment opportunities lacking any record support, these opinions fail Rule 104(a)'s initial admissibility test and therefore must be excluded from trial.

Notwithstanding passing reference to an interview with the deceased's father, Smith's opinion fails to articulate any specific facts gathered in this way. (Ex. A, at 5). Smith does not even include any facts about the actual housekeeping or maintenance services the deceased contributed before the incident. However, without an underlying factual basis there is no reason to assume that he performed these services at all.

It is not hard to imagine that the twenty-five-year-old Joel Acevedo, who was living with his parents and working a part-time job as a pizza delivery person, was receiving more housekeeping and maintenance services than he was contributing. Stated differently, without facts or data upon which to base his opinion, it is not reasonable nor reliable for Smith to simply assume that Joel Acevedo was contributing housekeeping and/or maintenance services to the Plaintiffs' household. In short, on this record, there is no reasonable basis to conclude one way or the other. Accordingly, Smith's opinion must be excluded because it is not based on sufficient facts and data.

Smith has previously offered similar calculations in other cases that were ultimately excluded for the same reasons raised herein. For instance, in *Bolden v. AMTRAK*, No. 04-1125, 2005 U.S. Dist. LEXIS 52805, at *6-7 (E.D. La. July 14, 2005), the court stated as follows:

> The Court finds that Smith's opinion as to the plaintiffs' estimated losses is not supported by any evidence in the record. First, the Court has not been presented any evidence demonstrating what, if any, services were previously provided solely by Mrs. Downs, and

the quantity and quality of such services. Indeed, based on the scant record presently before the Court, the estimates set forth in Smith's report are both arbitrary and cumulative. Second, there has been no showing that Smith, as an economist, is independently qualified to determine the type of household services allegedly lost by these plaintiffs (and the quantity and quality thereof), and to render a reliable opinion thereon. In fact, in his expert report, Smith acknowledges that "[a] trier-of-fact may weigh other factors to determine if these estimated losses for Clara Downs should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis." Smith Report, p. 7. The Court therefore finds that Smith's opinion relative to the Downs plaintiffs' alleged loss of household services and their corresponding money value appears to be based on conjecture and/or speculation.

*Id.* at *6–7. Similarly, in *Davis v. ROCOR Int'l*, 226 F. Supp. 2d 839, 842 (S.D. Miss. 2002), the court excluded Smith's opinion on loss of household services stating as follows: "The Court, therefore, finds that Smith's opinion, with regard to lost household services and their corresponding monetary value, appears to be based on conjecture and/ or speculation that is not supported by the record and is not within his personal, scientific knowledge." In summary, Smith is clearly recycling formulaic opinions that are not tied to the specific facts of this case, and as a result, his opinions fail to satisfy Rule 702's requirement that the opinions be based on sufficient facts and data. As in *Bolden* and *Davis*, this Court should exclude Smith's purported expert opinion about the value of Joel Acevedo's housekeeping and management contributions to his parents' household.

C. Smith's Opinion About Loss of Advice, Counsel, Guidance Damages is Not Based Upon Sufficient Facts or Data and is Otherwise Unreliable.

Smith's purported opinion as to the value of lost advice, counsel, and guidance should be excluded because it is not based on sufficient facts <u>and</u> because there is no scientific methodology for calculating the value of the same even if there were record evidence that the deceased provided advice, counsel, and/or guidance prior to the incident. As noted *supra*, Smith makes passing reference to an interview but does not articulate any specific information obtained from it. Instead, Smith summarily concludes that the deceased's parents sustained a weekly loss of their son's

10

advice, guidance and counsel calculating a lifetime loss of value based upon assumption. (Ex. A, at 9) ("Based on the interview, I estimate the hours at 1.5 hours per week for Mr. Acevedo's father and 2.0 hours per week for Mr. Acevedo's mother."). Smith's report offers no detail about how he arrived at these figures.

Again, it is not obvious what advice, counsel, or guidance the deceased gave his parents prior to the incident. As before, it may be the case that Joel Acevedo did not give any advice, guidance, or counsel to his parents—or received more than he contributed. Regardless, Smith simply assumes, without any identified factual basis, that the deceased *did provide* weekly advice, counsel and guidance. Similarly, Smith does not articulate how he arrived at an estimate about the number of hours so spent weekly. Because these figures are entirely speculative and not based on any (disclosed) underlying facts or data, Smith's opinion must be excluded.

Just as other courts have excluded his other opinions, numerous courts have excluded Smith's opinion about the value of loss of advice, counsel, and guidance. For example, in *Families Advocate, LLC v. Sanford Clinic N.*, No. 3:16-CV-00114, 2019 U.S. Dist. LEXIS 56845, at *14 (D.N.D. Mar. 31, 2019), Smith proffered a similar opinion as presented here. In finding Smith's opinions[2] inadmissible under Fed. R. Evid. 702, the court in that case stated:

> Dr. Smith's opinions are marinated in a proprietary blend of theoretical "studies" (developed for use in other contexts), and peppered with arbitrary "benchmarks" *a la ipse dixit*, and, finally, tabulated with present value spreadsheets to give the illusion of forensically precise calculations in D.M.'s specific case. Beyond the illusion, the reality is more akin to hocus pocus. And this Court is certainly not alone in finding Dr. Smith's methodologies suspect and unreliable. Dr. Smith's calculations are based on **arbitrary figures and assumptions that are unrelated to the facts of the case**.

*Id.* * 14 (emphasis added); *see also Soule v. Blessing Hosp.*, No. 20-cv-1398, 2025 U.S. Dist. LEXIS 186506, at *13 (C.D. Ill. Sep. 23, 2025) (finding that "the loss of advice, counsel, guidance,

---

[2] In *Families Advocate, LLC*, the court excluded Smith's opinion about the monetary value of lost advice, counsel and guidance, as well as his opinions about the value of "loss of accompaniment" and "loss of value of life" (a/k/a hedonic damages).

institution, and training services are matters that are inherently personal" and stating that "any expert testimony attempting to quantify damages relating to those losses would be highly speculative"). The message from these cases (and those cited throughout this motion) is unmistakable—across the country and for many the years, Smith has taken the same assumption-laden approach to his work, and has done his best to hide this unreliable approach with "academic" citations and pages of mathematical calculations. This Court, like the court in *Family Advocate, LLC*, should dispense with Smith's illusion and find that his opinions do not satisfy Rule 702's standard.

D. <u>Smith's Opinion About Loss of Accompaniment Damages is Not Based Upon Sufficient Facts or Data and is Otherwise Unreliable.</u>

To avoid repetition, suffice it to say that Smith's opinion about damages arising from his parents' alleged loss of "accompaniment" must be excluded for the same reasons previously outlined. As before, Smith's conclusory opinion is not tethered to any specific facts about the deceased or the status quo ante. (Ex. A, at 11) ("Based on the interview, I estimate the hours at 3.0 hours per day for each of Mr. Acevedo's parents through 2023 and 1.0 hour per day thereafter in 2024 and thereafter."). This opinion suffers from the same deficiencies identified *supra* with regards to Smith's opinion about loss of advice, counsel, and guidance damages. Furthermore, other courts have likewise previously excluded similar opinions by Smith as lacking in sufficient factual support <u>and</u> not based upon any scientific methodology.

Specifically, the *Soule* Court excluded Smith's opinion about damages arising from loss of accompaniment and loss of guidance reasoning that "those aspects of personal relationships are not easily quantifiable." No. 20-cv-1398, 2025 U.S. Dist. LEXIS 186506, at *12. The court reached the same result in *Passafiume v. Jurak*, 2023 IL App (3d) 220232, ¶ 7, 467 Ill. Dec. 382, 386, 218 N.E.3d 1253, 1257 (discussing the trial court's exclusion of Mr. Smith's opinion on loss

12

of accompaniment and loss of guidance). Likewise, Smith's opinion relative to loss of accompaniment was amongst several opinions excluded in *Families Advocate, LLC v. Sanford Clinic N.*, No. 3:16-CV-00114, 2019 U.S. Dist. LEXIS 56845, at *14 (D.N.D. Mar. 31, 2019) (describing Smith's calculations as "hocus pocus" and "arbitrary figures and assumptions that are unrelated to the facts of the case."). This court should similarly exclude Smith's opinion about loss of accompaniment damages both because it lacks any factual foundation, and because there is no underlying scientific methodology for it.

E. Mr. Smith's Opinions About Loss of Value of Life and Loss of Society and Companionship Similarly Are Not Based Upon Sufficient Facts or Data and are Otherwise Unreliable.

Smith offers two final opinions about monetary damages which this Court should reject: damages related to the loss of the value of Joel Acevedo's life (a/k/a "hedonic damages"), and damages related to loss of society and companionship. (Ex. A, 13-14). Like numerous other courts confronted with Smith's opinion on these categories of alleged loss, this Court must exclude these opinions because there is no reliable, scientific methodology for quantifying these alleged losses. Even if these alleged damages were quantifiable, Smith's opinions are not based on sufficient facts and therefore are not helpful to the jury. Because jury's can assess these categories of alleged loss without expert testimony, allowing Smith to opine as to these categories interjects substantial risk that the jury will be confused or misled—or that they will make their decision on an improper or emotional basis. *See generally* Fed. R. Evid. 403.

Many federal courts, including the Seventh Circuit Court of Appeals, the First Circuit Court of Appeals, and district courts in Illinois, Indiana, Maryland, Mississippi, Massachusetts, Michigan, and Kansas have found that Smith's opinion on hedonic damages inadmissible because it is not based on any scientific methodology and otherwise fails to meet the Rule 702's standard.

*See. e.g., Mercado v. Ahmed*, 974 F.2d 863, 870–71 (7th Cir. 1992) (affirming the exclusion of Smith's testimony because "no consensus among experts supported Smith's method of valuing life" and because "Smith was no more expert in valuing life than the average person"); *Smith v. Dorchester Real Estate, Inc.*, 732 F.3d 51, 66 (1st Cir. 2013) (excluding Smith's opinion because it lacked a reliable methodology and noting that its decision was in harmony with the "**overwhelming majority of courts**" that have excluded Smith's opinion as unreliable) (emphasis added); *Soule v. Blessing Hosp.*, No. 20-cv-1398, 2025 U.S. Dist. LEXIS 186506, at *22 (C.D. Ill. Sep. 23, 2025) ("[T]he Court agrees with the reasoning of the **overwhelming majority of federal district courts within this circuit** and the Illinois Appellate Court in *Patch* and finds the testimony is not reliable and, even if reliable, the testimony would not assist the jury") (emphasis added); *Est. of Warner v. Wellpath*, No. 1:19-cv-00774-RLY-MJD, 2021 U.S. Dist. LEXIS 272900, at *12–13 (S.D. Ind. Nov. 8, 2021) ("[T]he court cannot find a sufficient connection between the data he relies upon and his opinion. . . . Moreover, even if Dr. Smith's methods of calculation were reliable, the Estate has not shown that Dr. Smith's testimony will assist the trier of fact to understand or determine a fact in issue"); *Allen v. Bank of Am., N.A.*, 933 F. Supp. 2d 716, 734 (D. Md. 2013) ("Setting aside the question of Smith's credentials and methods, which raise significant doubts about his proposed expert opinions, the court finds that any testimony on so-called 'loss of enjoyment of life' or 'hedonic damages' would not 'help the trier of fact to understand the evidence or determine a fact in issue' as required by Fed. R. Evid. 702(a)"); *Davis v. ROCOR Int'l,* 226 F. Supp. 2d 839, 842 (S.D. Miss. 2002) (same); *Kurncz v. Honda N. Am.*, 166 F.R.D. 386, 391 (W.D. Mich. 1996) (finding Mr. Smith's opinion unreliable and unhelpful and concluding: "Should defendants be found liable, the task the jurors will face in calculating damages is the same daunting task jurors have faced since the dawn of tort law. Providing them with a misleading and confusing

14

tool, however appealing its prospects, is not the answer"); *Sullivan v. United States Gypsum Co.*, 862 F. Supp. 317, 321 (D. Kan. 1994) ("Plaintiff seeks to present expert testimony on precise damage calculations for loss of enjoyment of life. The court finds that such damages are, by their very nature, not amenable to such analytical precision").[3]

In summary, Smith's opinions about hedonic damages and loss of society and companionship (a) lack any reliable methodology, (b) are not based on sufficient facts or data, and (c) are not helpful to the jury. Prior courts, assessing similar opinions by Smith, have found that no reliable, scientific methodology exists for quantifying the value of a life lost. These courts (correctly) have concluded that jurors determine these losses by reflecting upon their own experiences and using their common sense. Expert testimony is both not helpful and potentially prejudicial in such circumstances.

Furthermore, even if such testimony were or could be helpful Smith's opinions here do not meet Rule 702's standard because it is not based on the specific facts and circumstances of Joel Acevedo's life or the factual record in this case. Accordingly, since Smith's opinions lack a reliable methodology, are unhelpful to the jury, and are not predicated on sufficient facts, they must be excluded.

## II. SMITH PROFFERS OPINIONS ABOUT CATEGORIES OF DAMAGES WHICH ARE NOT RECOGNIZED OR AVAILABLE.

Assuming *arguendo* that Smith's opinions were admissible under Rule 702, Plaintiffs' would still face other hurdles to recover because neither 42 U.S.C. § 1983, nor Wis. Stat. § 895.04 permit recovery for certain categories of losses upon which Smith has opined. Specifically, the plaintiffs cannot recover damages for loss of society and companionship, loss of future

---

[3] Numerous state courts have also excluded Mr. Smith's opinion on the loss of the value of life or hedonic damages. Some of these state court cases are collected and cited in footnote five (5) of the court's decision in *Dorn v. Burlington N. Santa Fe R.R. Co.*, 397 F.3d 1183, 1194 (9th Cir. 2005).

wages/benefits, loss of household services, loss of advice, counsel and guidance, or loss of accompaniment under 42 U.S.C. § 1983. In addition, Wisconsin law does not permit recovery for Maribel Acevedo's alleged losses (because she is not a party to this action), or hedonic damages (i.e., the alleged loss of the value of life). Furthermore, under Wisconsin law, the losses Smith characterizes as "loss for loss of advice, counsel, and guidance" and "loss of accompaniment" are (at best) subsumed within "loss of society and companionship." At minimum, this Court should exclude these opinions because they are not relevant, and as such their potential prejudice outweighs any purported probative value.

A. With Respect to Plaintiffs' § 1983 Claims, This Court Must Apply to Seventh Circuit Court of Appeals' Decision in *Russ v. Watts*, 414 F.3d 783 (7th Cir. 2005).

Under federal law, the Plaintiffs are not permitted to recover for (1) losses of society and companionship, (2) loss of future wages/benefits, (3) loss of household services, (4) loss of advice, counsel, and guidance, and (5) loss of accompaniment. In *Russ v. Watts*, 414 F.3d 783 (7th Cir. 2005), a police officer shot and killed a young man at Northwestern University, and in turn, his parents filed an action for the allegedly wrongful death of their child, including a claim for loss of society and companionship. Addressing whether a parent of an adult child can recover for loss of society and companionship, the *Russ* Court initially observed that "[n]o other court of which we are aware has allowed a parent to recover for the loss of his relationship with his child in these circumstances." *Id.* at 787 (noting "[m]ost courts that have considered the issue have expressly declined[.]").

Next, the *Russ* Court further explained: "The Supreme Court has recognized violations of the due process liberty interest in the parent-child relationship only where the state took action specifically aimed at interfering with that relationship … 'historically, the guarantee of due process has been applied to deliberate decisions of government officials to deprive a person of life, liberty,

or property.'" *Id.* at 788–89 (quoting *Daniels v. Williams*, 474 U.S. 327, 331, 88 L. Ed. 2d 662, 106 S. Ct. 662 (1986)). *See also Thompson v. City of Chi.*, 472 F.3d 444, 452 n.25 (7th Cir. 2006) (reiterating the holding of *Russ*); *Orlowski v. Milwaukee Cty.*, 872 F.3d 417, 425 (7th Cir. 2017) (same). As such, *Russ* held that, unless the police officer shot the plaintiff for the purpose of interfering with the parent-child relationship, his parents had no right to recover for loss of society and companionship. *Id.* at 790–91.

Since *Russ* was decided, district courts in this circuit have applied its holding that a parent **cannot** recover for the loss of society and companionship with an adult child. *See*, *e.g.*, *Shack v. City of Milwaukee*, No. 24-C-1190, 2025 U.S. Dist. LEXIS 199849, at *8 n.3 (E.D. Wis. May 19, 2025) ("Construing the complaint liberally, plaintiff appears to allege that Gardner's involvement in her son's death violated her rights. But the Seventh Circuit does not recognize a constitutional right to recover for the loss of the companionship of an adult child absent intentional interference with the parent-child relationship by a state actor"); *Cuc Huynh v. Truax*, No. 18-cv-1222-pp, 2022 U.S. Dist. LEXIS 188790, at *23 (E.D. Wis. Oct. 17, 2022) (rejecting mother's claim for the loss of society and companionship with her adult son and stating that "*Russ* does not carve out an exception for the mother of an adult son who lives at home, contributes to expenses and buys clothes for family members"); *see also Est. of Swayzer v. Milwaukee Cty.*, No. 16-cv-1703-bhl, 2022 U.S. Dist. LEXIS 38326, at *29 (E.D. Wis. Mar. 4, 2022) ("Because constitutional claims under §1983 are personal, Diane and Charlene Ruffin cannot assert claims based on the alleged violation of Swayzer's or Laliah's constitutional rights").

This same rationale applies to other categories of loss addressed in Smith's report, including (2) loss of future wages/benefits, (3) loss of household services, (4) loss of advice, counsel, and guidance, and (5) loss of accompaniment. None of these alleged losses are

17

recoverable under federal law because there is no allegation or evidence that Joel Acevedo was killed for the specific purpose of interfering with his relationship with his parents. Consistent with *Russ*, Joel Acevedo's parents have no right to recovery absent such evidence.

### B. Under Wis. Stat. § 895.04, Maribel Acevedo is Not Entitled to Any Recovery Because She is Not a Named Plaintiff.

Wisconsin law distinguishes between a "wrongful death" claim and a "survival" claim. Generally speaking, "wrongful death" claims are governed exclusively by Wis. Stat. § 895.04 which compensates the deceased's beneficiaries for loss of their relational interest with the deceased, including loss of society and companionship and pecuniary losses. *Estate of Merrill v. Jerrick*, 231 Wis. 2d 546, 550, 605 N.W.2d 645, 648 (Ct. App. 1999) ("The survival action is brought by the decedent's estate for the injury to the decedent; the wrongful death action belongs to the beneficiaries named in the statute"). By contrast, the "survival" claims belong to the decedent's estate and allow the estate to recover for pre-death injuries and damages, such as conscious pain and suffering. *Id.*; *see also Bartholomew v. Wis. Patients Comp. Fund*, 2006 WI 91, ¶59, 293 Wis. 2d 38, 62, 717 N.W.2d 216, 228.

Here, because Maribel Acevedo (i.e. the deceased's mother) is not named as a plaintiff and because only she (but not the Estate) can recover for her alleged loss of society and companionship, as well as her alleged pecuniary losses, this Court should exclude testimony as to these categories of recovery in any event. The probative value of such testimony is exceedingly low, insomuch as neither named Plaintiff is capable of recovering for these alleged damages, and the potential to confuse, mislead, or inflame the jury is great. This Court should exclude opinions related to Maribel Acevedo's alleged loss of society and companionship, as well as her alleged pecuniary losses, because such testimony is substantially more prejudicial than probative. *See* Fed. R. Evid. 403.

18

The Supreme Court of Wisconsin's decision in *Weiss v. Regent Props., Ltd.*, 118 Wis. 2d 225, 227, 346 N.W.2d 766 (1984) supports the conclusion that any claim for losses by Maribel Acevedo cannot be presented to the jury, and thus any opinion on her alleged losses must correspondingly be excluded. In *Weiss*, "[t]he issue presented on appeal [wa]s whether an estate has a cause of action to recover damages on its own behalf for pecuniary loss of the decedent." *Id.* at 767. Resolving this question, the court held that "sec. 895.04, Stats., is plain and unambiguous and, by its terms, does not permit estates to recover damages for the decedent's pecuniary loss." *Id.* at 768. The court reasoned that, under § 895.04, the estate was not among those classes of persons entitled to recover for wrongful death: "As noted earlier, the wrongful death statute is designed to compensate certain designated beneficiaries who might have expected to receive support or assistance from the decedent had he or she lived. To expand the class of beneficiaries by the addition of an estate, when an estate is not explicitly listed as a beneficiary, would conflict with the clear intent of the legislature to limit the scope of recovery for wrongful death." *Id.* at 769.

Applying *Weiss*, this Court must exclude any evidence of wrongful death losses sustained by Maribel Acevedo since she is not a party to this action. Moreover, it should be noted that the named Plaintiff, Jose Acevedo, the deceased's father, is named as a special administrator of the Estate. That is to say, he is authorized to act on behalf of the Estate only, not the beneficiaries in general and not Maribel in particular. Maribel's claim for loss of society and companionship, and for any alleged pecuniary losses, are individual claims—not those of the Estate. Since she has not asserted those claims in this action, no such testimony should be permitted.

C.  Wisconsin Law Does Not Recognize a Wrongful Death Claim for the Loss of the Value of Life.

Wisconsin law does not recognize any recovery for the loss of the value of life. *Prunty v. Schwantes*, 40 Wis. 2d 418, 428, 162 N.W.2d 34, 40 (1968); *Bell v. Milwaukee*, 746 F.2d 1205, 1235 (7th Cir. 1984) ("The allowed recovery in Wisconsin compensates for the injury to the beneficiaries, within certain statutory recovery limitations discussed infra, and not for the loss of life of the victim") *overruled on other grounds by Russ v. Watts*, 414 F.3d 783 (7th Cir. 2005). Accordingly, expert testimony on the loss of the value of Joel Acevedo's life cannot be admitted for the purpose of establishing damages under Wisconsin's wrongful death statute in any event. Likewise, the potential prejudice of admitting such testimony vastly outweighs its probative value (i.e., because it has none).

D. Wisconsin Law Permits Recovery Only for Two Categories of Damage: (1) "Pecuniary Injury" and (2) "Loss of Society and Companionship."

To the extent that this Court finds any of Smith's opinions admissible under Rule 702, it nonetheless must constrain Smith's opinions to the categories of damage that are actually recognized under Wisconsin law. Under Wisconsin's wrongful death statute, recovery is limited to two categories only: "pecuniary injury" and "loss of society and companionship." Wis. Stat. § 895.04(4). Further, Wisconsin courts have repeatedly held that, since wrongful death claims are purely statutory, the remedies provided for in the wrongful death statute are exclusive. *Weiss*; *Prunty*, *supra* §§ II(B)–(C).

Accordingly, this Court may permit recovery for discernably separate categories of "pecuniary injury," such as the alleged loss wages/earnings and the alleged loss of household services (assuming such losses were actually established, which they have not). Likewise, this Court may permit a recovery for "loss of society and companionship." However, this Court cannot permit separate recoveries for "the loss of the advice, counsel, guidance, instruction and training services sustained by Mr. Acevedo's parents" or "the loss of accompaniment services sustained by

20

Mr. Acevedo's parents." (Ex. A, at 1) This is so because those categories are (at best) subsumed within the statutory provision for "loss of society and companionship."

In determining whether the alleged loss of advice, counsel, and guidance and/or the alleged loss of accompaniment qualify as "pecuniary injury" or "loss of society and companionship" under Section 895.04, it is helpful to examine how Wisconsin courts have defined those phrases. With respect to pecuniary injury, Wisconsin courts have equated a "pecuniary injury" with a "financial loss." *State v. Rakel*, 2021 WI App 20, 396 Wis. 2d 702, 958 N.W.2d 159 (finding that the loss of child support payments constituted a "pecuniary injury" and stating that "[w]ithout those payments, there was a 'financial loss,' which is synonymous with 'pecuniary injury' as used in the wrongful death statute"). With respect to "society and companionship," the pertinent civil jury instruction defines "society and companionship to include "the love, affection, care, and protection the (parents) (parent) would have received from (their) (his) (her) child had (he) (she) continued to live." Wis. JI-Civil 1895. This instruction continues explaining to the jury that it "should consider the age of the deceased child and the ages of the (parents) (parent); the past relationship between the child and the (parents) (parent); the love, affection, and conduct of each toward the other; the society and companionship that had been given to the (parents) (parent) by the child; and the personality, disposition, and character of the child." *Id.*

In light of the above Wisconsin law, this Court must conclude that Smith's categories for (1) alleged loss of advice, counsel, and guidance, and (2) alleged loss of accompaniment, if anything, fit only within the "loss of society and companionship" category of loss recognized under Section 895.04. Alternatively, Smith's categories do not qualify as "pecuniary injury" or "loss of society and companionship." Either way, this Court cannot permit Smith to invent new categories of damage that are not recoverable under Wisconsin law.

21

Lastly, it must be emphasized that Wisconsin law generally does not permit a double-recovery; and Smith's opinions, if believed by a jury, would almost certainly result in a double-recovery—a risk numerous courts have identified when evaluating Mr. Smith's opinions. *See Appleton Chinese Food Serv. v. Murken Ins.*, 185 Wis. 2d 791, 807, 519 N.W.2d 674, 679 (Ct. App. 1994) ("The real purpose of the doctrine is to prevent double recovery"); *Loth v. Truck-A-Way Corp.*, 60 Cal. App. 4th 757, 769, 70 Cal. Rptr. 2d 571, 579 (1998) (addressing Smith's purported expert opinions and holding that "[b]ecause loss of enjoyment of life is simply one component of pain and suffering damages, presenting the jury with a formula for separately calculating hedonic damages created a risk of double recovery for pain and suffering and loss of enjoyment of life"); *Jones v. Smith & Nephew*, 2020 Mich. Cir. LEXIS 2020, *10. Accordingly, this Court must, at minimum, consolidate Smith's categories of alleged damage to prevent a double-recovery.

## CONCLUSION

For the reasons stated above, fulfilling its gatekeeper function, this Court must exclude all of Smith's opinions and strike him as a witness since none of his opinions meet Rule 702's standard. Alternatively, Mr. Smith's opinions must be substantially limited in conformity with federal and Wisconsin law as described above.

Dated and signed at Milwaukee, Wisconsin 18th day of November, 2025.

**EVAN C. GOYKE**
City Attorney for the City of Milwaukee

800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Tel: (414) 286-2601
Email:  cmuche@milwaukee.gov
        jbcronin@milwaukee.gov

s/ Clint B. Muche
CLINT B. MUCHE
Assistant City Attorney
State Bar No. 1131629
JOSHUA B. CRONIN
Assistant City Attorney
State Bar No. 1064324

Attorneys for Defendant City of Milwaukee

**WIRTH + BAYNARD**

9898 W. Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
(414) 291-7979
Email: jmb@wbattys.com

s/ Jasmyne M. Baynard
JASMYNE M. BAYNARD
State Bar No. 1099898

Attorneys for Defendant Michael Mattioli

# EXHIBIT A –
# STAN SMITH REPORT

# Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

Stan V. Smith, Ph.D.
President

June 13, 2025

Mr. Devon M. Jacob
Jacob Litigation
P.O. Box 837
Mechanicsburg, PA  17055

     Re: Acevedo

Dear Mr. Jacob:

You have asked me to calculate the value of certain losses subsequent to the death of Joel Acevedo.  These losses are: (1) the loss of wages and employee benefits; (2) the loss of household/family services, including (a) the loss of housekeeping and household management services; (b) the loss of the advice, counsel, guidance, instruction and training services sustained by Mr. Acevedo's parents; (c) the loss of accompaniment services sustained by Mr. Acevedo's parents; (3) the loss of the value of life ("LVL"), also known as loss of enjoyment of life; and (4) the loss of the society or relationship sustained by Mr. Acevedo's parents.

## QUALIFICATIONS AND EXPERIENCE

I am President of Smith Economics Group, Ltd., headquartered in Chicago, IL, which provides economic and financial consulting nationwide.  I have worked as an economic and financial consultant since 1974, after completing a Research Internship at the Federal Reserve, Board of Governors, in Washington, D.C.  My curriculum vitae lists all my publications in the last 10 years and beyond.

I received my Bachelor's Degree from Cornell University.  I received a Master's Degree and my Ph.D. in Economics from the University of Chicago; Gary S. Becker, Nobel Laureate 1992, was my Ph.D. thesis advisor.  The University of Chicago is one of the world's preeminent institutions for the study of economics, and the home of renowned research in the law and economics movement.

As President of Smith Economics, I have performed economic analyses in a great variety of engagements, including damages analysis in personal injury and wrongful death cases, business valuation, financial analysis, antitrust, contract losses, a wide range of class action matters, employment discrimination, defamation, and intellectual property valuations including evaluations of reasonable royalty.

1165 N. Clark St. Suite 600, Chicago, IL 60610 • Tel 312-943-1551 • Tel 312-943-1551
www.SmithEconomics.com

Case 2:23-cv-00489-BHL   Filed 11/18/25   Page 25 of 137   Document 94   Smith 001

# SEG

I have more than 40 years of experience in the field of economics. I am a member of various economic associations and served for three years as Vice President of the National Association of Forensic Economics (NAFE) which is the principal association in the field. I was also on the Board of Editors of the peer-reviewed journal, the Journal of Forensic Economics, for over a decade; I have also published scholarly articles in this journal. The JFE is the leading academic journal in the field of Forensic Economics.

I wrote the first textbook on Forensic Economic Damages that has been used in university courses such as the University of Wisconsin, Penn State University, and in various other states. As an adjunct professor, I created and taught the first course in Forensic Economics nationwide, at DePaul University in Chicago.

I am the creator and founder of Ibbotson Associates' <u>Stock, Bonds, Bills, and Inflation</u> (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. SBBI is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities. SBBI was originally published by Ibbotson Associates, Chicago, then by Morningstar, Inc., subsequently by Duff and Phelps, and currently published by Kroll, LLC. The original SBBI series generated what became a six-book set universally used for business valuation, and currently available on an online platform. These data series are widely relied upon and regarded as the most accepted and definitive scholarly references by the academic, actuarial and investment community, and in courts of law. All three publishers of the SBBI series acknowledge me as the founder in 1983, for my "invaluable role" as having "originated the idea" of SBBI, which I then implemented while Managing Director at Ibbotson Associates.

I have performed economic analysis in many thousands of cases in almost every state and federal jurisdiction since the early 1980s.

## BACKGROUND

Joel Acevedo was a 25.5-year-old, Hispanic, single male, who was born on October 17, 1994, and died on April 19, 2020. Mr. Acevedo's remaining life expectancy is estimated at 52.8 years. This data is from the National Center for Health Statistics, <u>United States Life Tables, 2022</u>, Vol. 74, No. 2, National Vital Statistics Reports, 2025. I assume an estimated trial or resolution date of February 15, 2026.

In order to perform this evaluation, I have reviewed the following materials: (1) Defendants' Answers to Interrogatories, Requests for Production, and Requests for Admission; (2) the

2

Demand; (3) the Complaint; (4) an interview with Jose Acevedo dated June 10, 2025; and (5) the Case Information Form.

My methodology for estimating the losses, which is explained below, is generally based on past wage growth, interest rates, and consumer prices, as well as studies regarding the value of life. The effective net discount rate using statistically average wage growth rates and statistically average discount rates is 0.25 percent.

My estimate of the real wage growth rate is 0.75 percent per year. This growth rate is based on Business Sector, Hourly Compensation growth data from the Major Sector Productivity and Costs Index found at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: PRS84006103, for the real increase in wages primarily for the last 20 years.

My estimate of the real discount rate is 1.00 percent per year. This discount rate is based on primarily the rate of return on short-term U.S. Treasury investment for the last 20 years. The data is from the statistical series H.15 Selected Interest Rates, published by the Board of Governors of the Federal Reserve System found at www.federalreserve.gov. This data is also published in the Economic Report of the President Table for "Bond yields and interest rates" for the real return on U.S. Treasury investments.

Estimates of real growth and discount rates are net of inflation based on the Consumer Price Index (CPI-U), published in monthly issues of the U.S. Bureau of Labor Statistics, CPI Detailed Report (Washington, D.C.: U.S. Government Printing Office) and available at the U.S. Bureau of Labor Statistics website at www.bls.gov/data/home.htm, Series ID: CUUR0000SA0. The rate of inflation for the past 20 years has been 2.56 percent.

## I. LOSS OF WAGES AND EMPLOYEE BENEFITS - Annual Employment

Tables 1 through 9 and 10 through 18 show the loss of wages and benefits in two scenarios. Mr. Acevedo reports that his son Joel was working as a delivery driver for Zayna's Pizza at the time of his death. He states that it was more than part-time hours but less than full-time hours. He believes his son had been doing this for approximately six months before he was killed. He is unsure how much his son was paid, but estimates that it was probably between $20,000 and $30,000 per year. Prior to that, Joel had been employed at a dog grooming store Trim Time, as a security guard for the municipal building, and in animal control for Maddock Animal Control. Joel was a high school graduate, and his future aspirations were to become either a police officer or a lake patrol officer. Before he was killed, he was looking into starting school toward these careers.

3

Mr. Acevedo reports that he has a HSED and he currently works as an Employment Support Specialist. He has had this job for the past eight years. Joel's mother completed her GED and worked as a thrift store manager. Joel's younger sister Julissa is a semester away from completing her Bachelor's degree. She currently isn't enrolled in school as she is working for an insurance company and is raising her child. Joel's brother Anthony is a high school graduate.

The wage estimate is illustrated to begin in 2020 at $29,827 in based on the 2020 Milwaukee County minimum wage rate of $14.34 per hour and 2,080 hours per year. Scenario 1 assumes Mr. Acevedo's earnings would have grown in 2021 to $44,897 in year 2021 dollars based on the average earnings of all male high school graduates ages 25 to 29 of $36,667 in year 2017 dollars. Scenario 1 assumes the wages grow by 5.89 percent each year after 2021 until they reach $75,167 in 2030, which is based on the average earnings of all male high school graduates ages 35 to 44 of $50,075 in year 2017 dollars. The wage estimate is based on the American Community Survey published by the U.S. Census Bureau, usefully summarized in a publication by Expectancy Data, Full-Time Earnings in the United States: 2017 Edition, Shawnee Mission, KS, 2019. Wage growth rates are illustrated at national statistical average growth rates of 2.48 percent in 2018, 4.18 percent in 2019, 9.36 percent in 2020, 4.87 percent in 2021, 2.54 percent in 2022, 5.16 percent in 2023, 4.01 percent in 2024, and estimated rates of 3.00 percent in 2025 and 2026. Future earnings are illustrated to grow at a real rate of 0.75 percent.

The wage estimate for Scenario 2 uses the same assumptions as Scenario 1 to begin with. Scenario 2 assumes Mr. Acevedo would have completed the training to become an officer. Scenario 2 assumes Mr. Acevedo's earnings would have grown from $44,897 in 2021 each year by 8.47 percent to $93,295 in 2030 based on the annual mean wage for Police and Sheriff's Patrol Officers in the Milwaukee-Waukesha, Wisconsin geographical area of $85,350 in year 2024 dollars. This data is published by the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2024 Occupational Employment and Wage Statistics found at www.bls.gov/oes. I illustrate the same wage growth rates in Scenario 2 as in Scenario 1.

Employee benefit estimates are illustrated to begin in 2021 and are based on data from the U.S. Department of Labor, Bureau of Labor Statistics, Employer Cost of Employee Compensation - December 2024, 2025, found at www.bls.gov/ecec. I have assumed that employee benefits grow at the same rate as wages and are discounted to present value at the same discount rate. Since these tables assume annual work, I do not include employee benefits relating to unemployment, injury, illness or disability; benefits are estimated at 20.8 percent of wages.

**The year the losses begin in the tables is the year in which the accumulation to the estate begins.**

The loss of wages and benefits, net of personal consumption, is illustrated to begin in 2021 in each scenario. Personal consumption is an offset of the income. I use a personal consumption offset based on a study by Ruble, Patton, and Nelson, "Patton-Nelson Personal Consumption Tables 2016-17," Journal of Legal Economics, Vol. 26, No. 1, 2020, pp. 221-225, based on data from the U.S. Department of Labor, Bureau of Labor Statistics, "Consumer Expenditure Survey, 2016-17," Washington DC, 2018, which shows personal consumption in this case to range between 87.00 and 73.35 percent for Scenario 1 and between 87.00 and 67.10 percent for Scenario 1.

I assume annual employment each year and show the accumulation through life expectancy. While these tables are calculated through the end of life expectancy, the losses from working through any age can be read off the table.

Based on the above assumptions, my opinion of the wage loss for Scenario 1 is $1,053,635 ▶ Table 9; this figure assumes work to age 78.3, but the ability to work through any assumed age may be read from Table 9; for example, the loss for Scenario 1 to age 67 is $820,404.

Based on the above assumptions, my opinion of the wage loss for Scenario 2 is $1,600,973 ▶ Table 18; this figure assumes work to age 78.3, but the ability to work through any assumed age may be read from Table 18; for example, the loss for Scenario 2 to age 67 is $1,243,597.


II. LOSS OF HOUSEHOLD/FAMILY SERVICES

The following sections estimate the value of household/family services provided to Joel Acevedo's parents. These services do not include loss of love, care, or affection, etc., but are the tangible services, valued as if they were provided by a person unknown to the household. A discussion of these services can be found in the **Household Services Valuation Appendix**. The hourly value of these services grows at the same rate as the wage growth rate discussed above.

It is standard forensic economic practice to conduct an informational interview to obtain information to assist in estimating economic losses, a practice recommended by National Association of Forensic Economics charter member Professor Gerald Martin, Ph.D. in his 2012 edition of Determining Economic Damages, Section 611, James Publishing Group, Santa Ana, CA. Dr. Martin recommended this approach stating that this assessment can provide the expert "a basis for his estimate." Subsequent

5

editions have continued to recommend this approach.  Dr. Martin's
<u>Determining Economic Damages</u> has been a widely referenced
textbook in the field of Forensic Economics.

## II(A).  LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOUSEHOLD MANAGEMENT SERVICES

Table 19 shows the pecuniary loss of tangible housekeeping chores
and household management services.  The number of hours of
housekeeping and household management services, is illustrated at
10.07 hours per week through 2023 based on the number of hours
for single males who work full-time and who live with no minros
in the home.  This data is based on the <u>American Time Use Survey</u>
published by the Bureau of Labor Statistics, <u>www.bls.gov/tus</u>,
usefully summarized in a publication by Expectancy Data, <u>The
Dollar Value of A Day: 2023 Dollar Valuation</u>, Shawnee Mission,
KS, 2025.

The hourly value of the housekeeping and household management
services is based on the mean hourly earnings of carpenters;
maintenance and repair workers; painters, construction and
maintenance; childcare workers; waiters and waitresses; cooks,
private household; laundry and dry-cleaning workers; maids and
housekeeping cleaners; landscaping and groundskeeping workers;
bookkeeping, accounting and auditing clerks; and passenger
vehicle drivers, which is $21.96 per hour in year 2024 dollars.
This wage data is based on information from the U.S. Bureau of
Labor Statistics, Occupational Employment Statistics, May 2024
National Occupational Employment and Wage Statistics found at
<u>www.bls.gov/oes</u>.  This figure is corroborated by the average
hourly values published by Expectancy Data, <u>The Dollar Value of A
Day: 2023 Dollar Valuation</u>, Shawnee Mission, KS, 2025, which is
also based on the BLS Occupational Employment Statistics.

I assess such services at their estimated market value which
includes a conservative estimate of 50 percent hourly non-wage
component reasonably charged by agencies or free-lance
individuals who supply such services on a part-time basis, and
who are responsible for advertising, hiring and vetting,
training, insuring and bonding the part-time service provider,
and who are also responsible for pay-related costs such as social
security contributions, etc.  If a person were to hire a free-
lance employee directly instead of going through an agency, then
he or she would have to take on the responsibility for all the
non-wage costs that the agency would otherwise incur and then
charge for.  The money the person would pay directly in wages
would be only a portion of the total costs. The total costs would
include those items discussed above that the agency would
otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," <u>Journal of Legal Economics</u>, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors say that there is a "divergence" between "market wage" rates paid to the employee and the "retail market" value of the services, amounting to 167 percent. The authors indicate a ratio of $84.12 to $31.54. This is more than triple the 50 percent non-wage costs amount I use, discussed above. Cushing and Rosenbaum also cite Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services: Approaches and Markups," <u>Forensic Rehabilitation & Economics</u>, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost. The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for two possible variations: variations in the national wage depending on locality, and variations in different types of services actually performed in the household. Thus even if one or more of the different types of services are not performed, and even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for these factors.

According to Merry Maids, a national home cleaning service agency, the charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $40 to $65 per hour, averaging $49 per hour, in 2012. This hourly rate reflects non-wage costs of 250 percent of wages, and after adjusting for market factors, is four times the non-wage costs figure that I use, resulting in an hourly rate of more than double the rate that I use. Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

Based on these assumptions, and Joel Acevedo's life expectancy of 78.3 years, my opinion of the loss of the value of housekeeping and household management services is $58,035 ▶ Table 19.

<u>II(B). LOSS OF HOUSEHOLD/FAMILY ADVICE, COUNSEL, GUIDANCE, INSTRUCTION AND TRAINING SERVICES</u>

Tables 20 through 25 show the pecuniary loss of advice, counsel, guidance, instruction and training services sustained by Mr. Acevedo's parents using the estimated market-based valuation cost method. Valuing the tangible, economic loss of household family services beyond the physical housekeeping chores is well-

7

recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," <u>Journal of Forensic Economics</u>, Vol. 11, No. 3, Fall 1998, pp. 253-265, and <u>Michigan Central v. Vreeland</u> discussed in the Household Services Valuation Appendix. The tangible loss of advice, counsel, and guidance services is also discussed by Frank D. Tinari and Kristin Kucsma in Gerald D. Martin's <u>Determining Economic Damages</u>, James Publishing Group, Santa Ana, CA, 2009. Dr. Tinari and Ms. Kucsma state that advice, counsel, and guidance services are "the provision of helpful opinion, advice and information to ones's spouse, children, and elderly parents, as the need arises, in the areas of family problems, medical concerns, schooling, careers, finances, personal relationships, etc.."

The hourly value of the loss is based on the mean hourly earnings of educational, guidance, and career counselors and advisors; marriage and family therapists; child, family and school social workers; social and human service assistants; clergy; directors, religious activities and education; coaches and scouts; elementary school teachers, except special education; and personal financial advisors, which is $36.08 per hour in year 2024 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2024 National Occupational Employment and Wage Statistics found at <u>www.bls.gov/oes</u>.

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individuals who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as the employer's share of social security contributions, etc. If a person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for. The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," <u>Journal of Legal Economics</u>, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors say that there is a "divergence" between "market wage" rates paid to the employee and the "retail

8

market" value of the services, amounting to 167 percent. The authors indicate a ratio of $84.12 to $31.54. This is more than triple the 50 percent non-wage costs amount I use, discussed above. Cushing and Rosenbaum also cite Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services," <u>Forensic Rehabilitation & Economics</u>, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost. The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for two possible variations: variations in the national wage depending on locality, and variations in different types of services actually performed in the household. Thus even if one or more of the different types of services are not performed, and even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for these factors.

According to Sylvan Learning Centers, a national home tutorial agency, charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $45 to $55 per hour, averaging $50 per hour. This reflects non-wage costs of well over 100 percent of wages, and is more than double the non-wage costs figure that I use, resulting in an hourly rate 40 percent higher than the rate I use. Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

Based on the interview, I estimate the hours at 1.5 hours per week for Mr. Acevedo's father and 2.0 hours per week for Mr. Acevedo's mother.

Based on these assumptions, my opinion of the loss of advice, counsel, guidance, instruction and training as a result of the death of Joel Acevedo is as follows:

    $129,518 ▸ Table 22 for Jose Acevedo;
    $213,714 ▸ Table 25 for Maribel Acevedo.


<u>II(C). LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES</u>

Tables 26 through 31 show the pecuniary loss of accompaniment services sustained by Mr. Acevedo's parents using the estimated market-based valuation cost method. Valuing the tangible economic loss of household family services beyond physical housekeeping chores is well-recognized in the economic literature and in caselaw. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure," <u>Journal of Forensic Economics</u>, Vol. 11, No. 3, Fall 1998, pp. 253-265, and <u>Michigan Central v. Vreeland</u> discussed in the Household Services

9

Valuation Appendix. The tangible economic loss of accompaniment services is also discussed by Frank D. Tinari, Ph.D., in a sub-section of chapter 6 of Gerald D. Martin's Determining Economic Damages, James Publishing Group, Santa Ana, CA, 2012, which states accompaniment does "not include consortium, intimate relations, love, and affection." Rather such accompaniment services "are more akin to those provided by a mere acquaintance" with whom one might "attend a movie, play cards, or take a stroll." Accompaniment does not require "any particular physical work activity or intimacy." Accompaniment is what can be provided by a hired home health aide or an "adult sitter."

The hourly value of the loss of accompaniment services is based on the mean hourly earnings of nursing assistants; home health and personal care aides; and childcare workers, which is $17.53 per hour in year 2024 dollars. This wage data is based on information from the U.S. Bureau of Labor Statistics, Occupational Employment Statistics, May 2024 National Occupational Employment and Wage Statistics found at www.bls.gov/oes.

I assess such services at their estimated market value which includes a conservative estimate of 50 percent hourly non-wage component reasonably charged by agencies or free-lance individual who supply such services on a part-time basis, and who are responsible for advertising, hiring and vetting, training, insuring and bonding the part-time service provider, and who are also responsible for pay-related costs such as the employer's share of social security contributions, etc. If a person were to hire a free-lance employee directly instead of going through an agency, then he or she would have to take on the responsibility for all the non-wage costs that the agency would otherwise incur and then charge for. The money the person would pay directly in wages would be only a portion of the total costs. The total costs would include those items discussed above that the agency would otherwise incur.

Adding the non-wage component to the hourly wage is consistent with labor market theory and competitive market behavior. Peer-reviewed economic research supports this theory and shows that the non-wage costs can average up to 300 percent for the wage. See, for example, Cushing, Matthew J. and David I. Rosenbaum, "Valuing Household Services: A New Look at the Replacement Cost Approach," Journal of Legal Economics, Vol 19, No. 1, 2012, pp. 37-60, wherein the authors say that there is a "divergence" between "market wage" rates paid to the employee and the "retail market" value of the services, amounting to 167 percent. The authors indicate a ratio of $84.12 to $31.54. This is more than triple the 50 percent non-wage costs amount I use, discussed above. Cushing and Rosenbaum also cite Smith, David A., Stan V. Smith, and Stephanie R. Uhl, "Estimating the Value of Family Household Management Services: Approaches and Markups," Forensic

10

Rehabilitation & Economics, Vol 3, No. 2, 2010, pp. 85-94. According to this research, the statistical probability is 99 percent that the non-wage costs exceed 250 percent of the wage cost. The use of only a 50 percent non-wage cost makes my estimate very conservative, and it far more than compensates for variations in the national wage depending on locality. Thus even if the services are provided in low wage areas, my use of the low, 50 percent non-wage costs more than compensates for this factor.

According to Visiting Angels, a national companion care agency, charges for their services within the largest 100 Metropolitan Statistical Areas with populations of 500,000 and up range from $17 to $25 per hour, averaging $21 per hour. This reflects non-wage costs of approximately 100 percent of wages, and is approximately double the non-wage costs figure that I use, resulting in an hourly rate of more than 25 percent higher than the rate that I use. Thus my use of only a 50 percent addition for non-wage costs is, in fact, very conservative.

Based on the interview, I estimate the hours at 3.0 hours per day for each of Mr. Acevedo's parents through 2023 and 1.0 hour per day thereafter in 2024 and thereafter.

Based on these assumptions, my opinion of the loss of accompaniment as a result of the death of Joel Acevedo is as follows:

    $359,118 ▸ Table 28 for Jose Acevedo;
    $429,151 ▸ Table 31 for Maribel Acevedo.

III. LOSS OF VALUE OF LIFE

Tables 32 through 34 show the loss of the value of life. Economists have long agreed that life is valued at more than the lost earnings capacity. My estimate of the value of life is based on many economic studies on what we, as a contemporary society, actually pay to preserve the ability to lead a normal life. The studies examine incremental pay for risky occupations as well as a multitude of data regarding expenditure for life savings by individuals and industry. Federal agencies set policy for safety standards and expenditures on safety based on these studies.

My estimate of the value of life is consistent with estimates published in other studies that examine and review the broad spectrum of economic literature on the value of life. One set of these estimates can be found in a meta-study: "The Plausible Range for the Value of Life," Journal of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 17-39, by T. R. Miller. This study reviews 67 different estimates of the value of life published by

11

economists in peer-reviewed academic journals. The Miller
results, in most instances, show the value of life to range from
approximately $1.6 million to $2.9 million dollars in year 1988
after-tax dollars, with a mean of approximately $2.2 million
dollars. In "The Value of Life: Estimates with Risks by
Occupation and Industry," Economic Inquiry, Vol. 42, No. 1, May
2003, pp. 29-48, Professor W. K. Viscusi estimates the value of
life to be approximately $4.7 million dollars in year 2000
dollars. In a more recent meta-study "Best Estimate Selection
Bias in the Value of a Statistical Life," Journal of Cost Benefit
Analysis, Vol. 9, No. 2, 2018, pp.205-246, Viscusi arrives at a
value of life of approximately $8.1 million in year 2015 dollars,
which is equal to $11.0 million in year 2025 dollars. An early
seminal paper on the value of life was written by Richard Thaler
and Sherwin Rosen, "The Value of Saving a Life: Evidence from the
Labor Market." in N.E. Terlickyj (ed.), Household Production and
Consumption. New York: Columbia University Press, 1975, pp. 265-
300. The Meta-Analyses Appendix to this report reviews
additional literature suggesting a value of life net of human
capital of approximately $4.8 million in year 2005 dollars,
inflation-adjusted to approximately $7.9 million in year 2025
dollars.

A later meta-study supports higher figures. In "The Value of
Statistical Life: A Meta-Analysis of Meta-Analyses," Journal of
Cost Benefit Analysis, Vol. 13, No. 2, 2022, pp. 182-197, H.
Spencer Banzhaf conducts a meta-analysis of the value of life
based on 295 individual studies collected from seven meta-
analysis, and literature reviews. Banzhaf finds that the value
of life is approximately $8.0 million in year 2019 dollars,
adjusted by inflation to $10.0 million in year 2025 dollars.

As noted above, federal agencies set safety standards and
expenditure requirements based on the statistical value of life
literature to establish public policy. The United States
Department of Transportation employs a figure of $13.2 million in
year 2023 dollars: Office of the Chief Economist at the U.S.
Department of Transportation "Revised Departmental Guidance on
Valuation of a Statistical Life in Economic Analysis," available
online at transportation.gov/transportation-policy/economy. The
Department of Health and Human Services has a similar standard of
$13.0 million in year 2023 dollars: HHS Office of Science and
Data Policy "HHS Standard Values for Regulatory Analysis, 2024"
policy memo, available online at aspe.hhs.gov/reports/standard-
ria-values.

Because it is generally accepted by economists, the economic
methodology for the valuation of life has been found to meet the
Daubert and Frye standards by many courts, along with the Rules
of Evidence in many states nationwide. My testimony on the value
of life has been accepted in over 275 state and federal cases
nationwide in approximately two-thirds of the states and two-

thirds of the federal jurisdictions.  Testimony has been accepted
by U.S. district and appellate courts as well as in state
circuit, appellate, and supreme courts.  Proof of general
acceptance and other standards is found in a discussion of the
extensive references to the scientific economic peer-reviewed
literature on the value of life listed in the **Value of Life
Appendix** to this report.

The underlying, academic, peer-reviewed studies fall into two
general groups: (1) consumer behavior and purchases of safety
devices; and (2) wage risk premiums to workers.  I rely only on
the peer-reviewed studies.  One consumer safety study analyzes
the costs of smoke detectors and the lifesaving reduction
associated with them.  One wage premium study examines the
differential rates of pay for dangerous occupations with a risk
of death on the job.  Just as workers receive shift premiums for
undesirable work hours, workers also receive a higher rate of pay
to accept an increased risk of death on the job.  There are also
studies consisting of cost-benefit analyses of regulations.  A
cost-benefit study of government regulation examines the
lifesaving resulting from the installation of smoke stack
scrubbers at high-sulphur, coal-burning power plants.  As a
hypothetical example of the value of a statistical life (VSL)
methodology, assume that a safety device such as a carbon
monoxide detector costs $46 and results in lowering a person's
risk of premature death by one chance in 100,000.  The cost per
life saved is obtained by dividing $46 by the one in 100,000
probability, yielding $4,600,000.  Overall, based on the peer-
reviewed economic literature, I estimate the central tendency of
the range of the economic studies to be approximately $6.2
million in year 2025 dollars.

Based on the average value of a statistical life and life
expectancy of 78.3 years, my opinion of the loss of the value of
life for Joel Acevedo is $7,436,510 ▶ Table 34.


IV. LOSS OF SOCIETY OR RELATIONSHIP

Tables 35 through 40 show the loss of society or relationship
sustained by Mr. Acevedo's parents.  The value of the loss of
society or relationship by family members with the deceased can
be based on a measure of the value of preserving the ability to
live a normal life.  This is discussed in the article, "The
Relevance of Willingness-To-Pay Estimates of the Value of a
Statistical Life in Determining Wrongful Death Awards," Journal
of Forensic Economics, Vol. 3, No. 3, Fall 1990, pp. 75-89, by L.
G. Chestnut and D. M. Violette.  It is also discussed in "The
Value of Life to Close Family Members:  Calculating the Loss of
Society and Companionship," The New Hedonics Primer for
Economists and Attorneys, Second Edition, Edited by Thomas R.
Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1997,

13

pp. 377-384, by Stan V. Smith, and republished in "The Value of Life to Close Family Members: Calculating the Loss of Society and Companionship," American Rehabilitation Economics Association 1997 Monograph, pp. 10-16.

It is standard forensic economic practice to conduct an informational interview to obtain information to assist in estimating economic losses, a practice recommended by National Association of Forensic Economics charter member Professor Gerald Martin, Ph.D. in his 2012 edition of Determining Economic Damages, Section 611, James Publishing Group, Santa Ana, CA. Dr. Martin recommended this approach stating that this assessment can provide the expert "a basis for his estimate." Subsequent editions have continued to recommend this approach. Dr. Martin's Determining Economic Damages has been a widely referenced textbook in the field of Forensic Economics.

Based on a benchmark loss of 30 percent for Joel's parents, my opinion of the loss of relationship as a result of the death of Joel Acevedo is as follows:

    $1,414,733 ► Table 37 for Jose Acevedo;
    $1,706,877 ► Table 40 for Maribel Acevedo.


    ------------------------------------------

Other factors may be weighed to determine if these estimated losses for Joel Acevedo should be adjusted because of special qualities or circumstances that economists do not as yet have a methodology for analysis.

In each set of tables, the estimated losses are calculated from April 19, 2020 through an assumed trial or resolution date of February 15, 2026, and from that date thereafter. The last table in each set accumulates the past and future estimated losses. These estimates are provided as a tool, an aid, and a guide to assist the evaluation by others.

All opinions expressed in this report are clearly labeled as such. They are rendered in accordance with generally accepted standards within the field of economics and are expressed to a reasonable degree of economic certainty. Estimates, assumptions, illustrations and the use of benchmarks, which are not opinions, but which can be viewed as hypothetical in nature, are also clearly disclosed and identified herein.

In my opinion, it is reasonable for experts in the field of economics and finance to rely on the materials and information I reviewed in this case for the formulation of my substantive opinions herein.

14

Smith Economics Group, Ltd. • 312-943-1551

If additional information is provided to me, which could alter my opinions, I may incorporate any such information into an update, revision, addendum, or supplement of the opinions expressed in this report.

If you have any questions, please do not hesitate to call me.

Sincerely,

Stan V. Smith, Ph.D.
President

15

## APPENDIX: HOUSEHOLD SERVICES VALUATION

Courts have long recognized claims for the value of tangible household family services as an element of damages in personal injury and wrongful death cases, as an aspect of the pecuniary loss in such cases. These services are those that are provided by the injured family member to himself or herself and to other family members, without charge or cost. Other family members who may benefit from such services can include spouses, children, parents or siblings; such family members do not necessarily have to reside in the same household to receive such services.

Economists and courts have also long recognized that an appropriate method in valuing the pecuniary loss of such tangible services is to value their **estimated market-based costs** by examining costs paid in labor markets that provide generally comparable services for. Thus, economists can value the service by looking at market equivalents from which a pecuniary standard can be established. This approach is set forth in the 1913 U.S.Supreme Court Decision, <u>Michigan Central Railroad Company v. Vreeland</u>, 227 U.S. 59 (1913). So this method is over a century old.

The Supreme Court's suggestion in valuing compensable services in the Vreeland decision is a standard that is not rigid, but actually rather general: "[The] pecuniary loss or damage must be one which can be measured by some standard.... Compensation for such loss manifestly does not include damages by way of recompense for grief or wounded feelings." <u>Michigan Central v. Vreeland</u>.

Examples of lost household services that used to be performed by persons (whether fatally or non-fatally injured) can include, but are not limited to, physical chores such as mowing the lawn, painting the house, cleaning the windows, doing the laundry, washing and repairing the car, preparing the meals and doing the dishes, among others. For many decades economists have met the Supreme Court's general standard by using labor market equivalents for cooks, laundry workers, gardeners, maids, etc. in valuing the physical chores regarding housekeeping services.

Additionally, courts and economists have recognized that tangible services to family members include services well beyond the physical housekeeping chores, including accompaniment and advice. Services performed by family members includes much, much more than the physical housekeeping chores. This view is affirmed by Frank D. Tinari, Ph.D., in a peer-reviewed, scientific, economic journal article "Household Services: Toward a More Comprehensive Measure," <u>Journal of Forensic Economics</u>, Vol. 11, No. 3, Fall 1998, pp. 253-265. Dr. Tinari has been a tenured Professor at

Case 2:23-cv-00489-BHL    Filed 11/18/25    Page 40 of 137    Document 94    Smith 016
Smith Economics Group, Ltd. ▪ 312-943-1551

Seton Hall University, and is a former president of the National Association of Forensic Economics. There has been no peer-reviewed critique of this article since it appeared.

Economic literature indicates that a person may have provided services of many other professions such as that of a chauffeur, driving other family members to appointments, or that of a security guard, especially regarding the injury to a male spouse, etc. Every family member acts as a companion to other family members. And it is common for family members to act as counselors for one another, typically providing advice and counsel on important personal, family, medical, financial, career or other issues. The marketplace can and does value such items of loss. If the person cannot provide these services, or does so at a reduced capacity or rate, there is a distinct and definite loss to the other family members. These losses have a definite and easily measurable pecuniary value. <u>Vreeland</u> requires only that a "reasonable expectation" of loss of services be proven and that such loss be valued by some standard, a reasonably-based economic standard, to allow recovery.

The economic literature on recovery of loss of services discusses an estimated **market-oriented valuation cost method** to assess the pecuniary value of the loss of accompaniment services, as well as the value of advice, counsel, guidance, instruction and training services that family members provide to one another, within a broadly defined scope of family services. See, for example, Frank D. Tinari, "Household Services: Toward a More Comprehensive Measure, " <u>Journal of Forensic Economics</u>, Vol. 11, No. 3, Fall 1998, pp. 253-265.

Finally, according to Chief Justice Robert Wilentz of the Supreme Court of New Jersey, in <u>Green v. Bittner</u>, 85 NJ 1, 1980, pp. 12, accompaniment and advice services, to be compensable, must be that which would have provided services substantially equivalent to those provided by the companions often hired today by the aged or infirm, or substantially equivalent to services provided by nurses or practical nurses; and its value must be confined to what "**the marketplace would pay** a stranger with similar qualifications for performing such services."

In valuing the household services that are provided by family members to one another, beyond the physical housekeeping chores, both the U.S Supreme Court and the New Jersey Supreme Court discuss looking at labor markets for the equivalent market value of such services. This methodology is identical to the traditional approach that economists have been using for over six decades in valuing the physical chores involved in housekeeping services. 2369

## APPENDIX: VALUE OF LIFE

The economic methodology for the valuation of life has been found to meet the <u>Daubert</u> and <u>Frye</u> standards by many courts, along with the Rules of Evidence in many states nationwide. My testimony on the value of life has been accepted in over 275 state and federal cases nationwide in approximately two-thirds of the states and two-thirds of the federal jurisdictions. Testimony has been accepted by U.S. district and appellate courts as well as in state circuit, appellate, and supreme courts. The <u>Daubert</u> standard sets forth four criteria:

1. Testing of the theory and science

2. Peer Review

3. Known or potential rate of error

4. Generally accepted.

**Testing of the theory and science** has been accomplished over the past four decades, since the 1960s. Dozens of economists of high renown have published over a hundred articles in high quality, peer-reviewed economic journals measuring the value of life. The value of life theories are perhaps among the most well-tested in the field of economics, as evidenced by the enormous body of economic scientific literature that has been published in the field and is discussed below. This methodology is referred to as the Willingness-to-Pay (WTP), a key concept in behavioral economics.

**Peer Review** of the concepts and methodology have been extraordinarily extensive. One excellent review of this extensive, peer-reviewed literature can be found in "The Value of Risks to Life and Health," W. K. Viscusi, <u>Journal of Economic Literature</u>, Vol. 31, December 1993, pp. 1912-1946. Additional theoretical and empirical work can be found in: "The Value of Life", W. K. Viscusi, John M. Olin Center for Law, Economics, and Business, Harvard Law School, Discussion Paper No. 517, June 2005. Kenneth Arrow, a Nobel Laureate in economics, discusses this method for valuing life in "Invaluable Goods," <u>Journal of Economic Literature</u>, Vol. 35, No. 2, 1997, pp. 759.

**Meta-studies**, which are peer-reviewed, also have extensively reviewed the peer-reviewed literature. One meta-study (a review of other studies) is "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." W. K. Viscusi and J. E. Aldy, <u>Journal of Risk and Uncertainty</u>, Vol. 27, No. 1, November 2002, pp. 5-76. An additional meta-study discusses the

18

application to forensic economics: "The Plausible Range for the Value of Life," T. R. Miller, <u>Journal of Forensic Economics</u>, Vol. 3, No. 3, Fall 1990, pp. 17-39, which discusses the many dozens of articles published in other peer-reviewed economic journals on this topic. This concept is discussed in detail in "Willingness to Pay Comes of Age: Will the System Survive?" T. R. Miller, <u>Northwestern University Law Review</u>, Summer 1989, pp. 876-907, and "Hedonic Damages in Personal Injury and Wrongful Death Litigation," by Stan V. Smith in Gaughan and Thornton, eds., <u>Litigation Economics</u>, Contemporary Studies in Economic and Financial Analysis, Vol. 74, pp. 39-59, JAI Press, Greenwich, CT, 1993. A later meta-study "The Value of Statistical Life: A Meta-Analysis of Meta-Analyses," <u>Journal of Cost Benefit Analysis</u>, Vol. 13, No. 2, 2022, pp. 182-197, H. Spencer Banzhaf conducts a meta-analysis of the value of life based on 295 individual studies collected from seven meta-analyses, and literature. See the Meta-Analyses Appendix for an additional review of the literature.


**The known or potential rate of error** is well researched. All of these articles discuss the known or potential rate of error, well within the acceptable standard in the field of economics, generally using a 95% confidence rate for the statistical testing and acceptance of results. There are few areas in the field of economics where the known or potential rate of error has been as well-accepted and subject to more extensive investigation.


**General Acceptance** of the concepts and methodology on the value of life in the field of economics is extensive. This methodology is and has been generally accepted in the field of economics for many years. Indeed, according to the prestigious and highly-regarded research institute, <u>The Rand Corporation</u>, by 1988, the peer-reviewed scientific methods for estimating the value of life were well-accepted: "Most economists would agree that the willingness-to-pay methodology is the most conceptually appropriate criterion for establishing the value of life," <u>Computing Economic loss in Cases of Wrongful Death</u>, King and Smith, Rand Institute for Civil Justice, R-3549-ICJ, 1988.

While first discussed in cutting edge, peer-reviewed economic journals, additional proof of general acceptance is now indicated by the fact that this methodology is now taught in standard economics courses at the undergraduate and graduate level throughout hundreds of colleges and universities nationwide as well as the fact that it is taught and discussed in widely-accepted textbooks in the field of law and economics: <u>Economics</u>, Sixth Edition, David C. Colander, McGraw-Hill Irwin, Boston, 2006, pp. 463-465, and in subsequent editions; this introductory economics textbook is one of the most widely used textbook in college courses nationwide. Hamermesh and Rees's <u>The Economics</u>

19

of Work and Pay, Harper-Collins, 1993, Chapter 13, a classic advanced textbook in labor economics, also discusses the methodology for valuing life. Other textbooks discuss this topic as well. Richard Posner, a Judge and former Chief Judge of the U.S. Court of Appeals for the highly regarded 7th Circuit and Senior Lecturer at the University of Chicago Law School, one of most prolific legal writers in America, details the Value of Life approach in his classic textbooks: Economic Analysis of Law, 1986, Little Brown & Co., pp. 182-185, and in subsequent editions, and Tort Law, 1982, Little Brown & Co., pp. 120-126.

As further evidence of general acceptance in the field, some surveys (albeit non-scientific) published in the field of forensic economics show that hundreds of economists nationwide are now familiar with this methodology and are available to prepare (and critique) forensic economic value of life estimates. Indeed, some economists who indicate they will prepare such analysis for plaintiffs also are willing to critique such analysis for defendants, as I have done. That an economist is willing to critique a report does not indicate that he or she is opposed to the concept or the methodology, but merely available to assure that the plaintiff economist has employed proper techniques. The fact that there are economists who indicate they do not prepare estimates of value of life is again no indication that they oppose the methodology: many claim they are not familiar with the literature and untrained in this area. While some CPAs and others advance degrees in economics, or even any degree in economics, have opposed these methods, such professionals do not have the requisite academic training and are unqualified to make such judgements. However, as in any field of economics, this area is not without any dissent, however there is far more general acceptance among economists in this field than almost any field of economics. General acceptance does not mean universal acceptance.

Additional evidence of general acceptance in the field is found in the teaching of the concepts regarding the value of life. Forensic Economics has been taught as a special field in a number of institutions nationwide. I taught what is believed to be the first course ever presented in the field of Forensic Economics at DePaul University in Spring, 1990. My own book, Economic/Hedonic Damages, Anderson, 1990, and supplemental updates thereto, co-authored with Dr. Michael Brookshire, a Professor of Economics in West Virginia, has been used as a textbook in a number of colleges and universities nationwide, including University of Wisconsin, Penn State University, and elsewhere in such courses in economics, and has a thorough discussion of the methodology. Toppino et. al., in "Forensic Economics in the Classroom," published in The Earnings Analyst, Journal of the American Rehabilitation Economics Association, Vol. 4, 2001, pp. 53-86, indicate that hedonic damages is a major topic area taught in such courses.

20

Lastly, general acceptance is found by examining publications in the primary journal in the field of Forensic Economics, which is the peer-reviewed <u>Journal of Forensic Economics</u>, where there have been published many articles on the value of life.  Some are cited above.  Others include: "The Econometric Basis for Estimates of the Value of Life," W. K. Viscusi, Vol 3, No. 3, Fall 1990, pp. 61-70; "Hedonic Damages in the Courtroom Setting." Stan V. Smith, Vol. 3, No. 3, Fall 1990, pp. 41-49; "Issues Affecting the Calculated Value of Life," E. P. Berla, M. L. Brookshire and Stan V. Smith, Vol 3, No. 1, 1990, pp. 1-8; "Hedonic Damages and Personal Injury:  A Conceptual Approach." G. R. Albrecht, Vol. 5., No. 2, Spring/Summer 1992, pp. 97-104; "The Application of the Hedonic Damages Concept to Wrongful and Personal Injury Litigation." G. R. Albrecht, Vol. 7, No. 2, Spring/Summer 1994, pp. 143-150; and also "A Review of the Monte Carlo Evidence Concerning Hedonic Value of Life Estimates," R. F. Gilbert, Vol. 8, No. 2, Spring/Summer 1995, pp. 125-130. Professor Ike Mathur, while Chairman of the Department of Finance at Southern Illinois University wrote an article on how the value of life studies can be used to provide a basis for estimating the value of life per year in application to litigation.  This article corroborates my approach: "Estimating Value of Life per Life Year."  I. Mathur, <u>Journal of Forensic Economics</u>, Vol. 3, No. 3, 1990, pp. 95-96.  As do many of the authors of applications of the value of life literature to litigation economics, Professor Mathur has frequently testified in court, and courts have admitted his testimony.

It is important to note that this methodology is endorsed and employed by the U. S. Government as the standard and recommended approach for use by all U. S. Agencies in valuing life for policy purposes, as mandated in current and past Presidential Executive Orders in effect since 1972, and as discussed in "Report to Congress on the Costs and Benefits of Federal Regulations," <u>Office of Management and Budget</u>, 1998, and "Economic Analysis of Federal Regulations Under Executive Order 12866," <u>Executive Office of the President, Office of Management and Budget</u>, pp. 1-37, and "Report to the President on Executive Order No. 12866," Regulatory Planning and Review, May 1, 1994, <u>Office of Information and Regulatory Affairs, Office of Management and Budget</u>.  Prior presidents signed similar orders as discussed in "Federal Agency Valuations of Human life," <u>Administrative Conference of the United States, Report for Recommendation 88-7, December 1988</u>, pp. 368-408.  926

Case 2:23-cv-00489-BHL    Filed 11/18/25    Page 45 of 137    Document 94    Smith 021
Smith Economics Group, Ltd. ▪ *312-943-1551*

## APPENDIX: META-ANALYSES AND VALUE OF LIFE RESULTS SINCE 2000

Below I list (see meta-analyses Table A) several of the principal systematic reviews (meta-analyses), since the year 2000, of the value of life literature, and the values of a statistical life that they recommend. In statistics, a meta-analysis combines the results of several studies that address a set of related research hypotheses. Meta-analysis increase the statistical power of studies by analyzing a group of studies and provide a more powerful and accurate data analysis than would result from analyzing each study alone. Based on those reviews, the Summary Table suggests a best estimate. The following table summarizes the studies and their findings.

These statistically based studies place the value between $4.4 and $7.5 million, with $5.9 million in year 2005 dollars representing a conservative yet credible estimate of the average (and range midpoint) of the values of a statistical life published in the studies in year 2005 dollars. Net of human capital, a credible net value of life based on all these literature reviews to be $4.8 million in year 2005 dollars, or $5.1 million in year 2008 dollars, which is equal to $7.9 million in year 2025 dollars adjusted by inflation.

Applying a conservative reduction of approximately 20 percent to the meta-analysis studies in Table A yields a value of $4.1 million in year 2008 dollars ($6.2 million in year 2025 dollars). This value was originally based on a review conducted in the late 1980s, averaging the results published by that time. The $6.2 million figure results from increasing the late 1980s value only by inflation over time; despite the fact a review of literature over the years since that time has put obvious upward pressure on the current figure used.

A more recent meta-study, yet to be added to Table A, "The Value of Statistical Life: A Meta-Analysis of Meta-Analyses," Journal of Cost Benefit Analysis, Vol. 13, No. 2, 2022, pp. 182-197, H. Spencer Banzhaf conducts a meta-analysis of the value of life based on 295 individual studies collected from seven meta-analysis, and literature reviews. Banzhaf finds that the value of life is approximately $8.0 million in year 2019 dollars, adjusted by inflation to be $10.0 million in year 2025 dollars.

22

## VALUE OF STATISTICAL LIFE SUMMARY TABLE

Mean and range of value of statistical life estimates (in 2005 dollars) from the best meta-analyses and systematic reviews since 2000 and characteristics of those reviews.

**TABLE A:**

| Study | Formal Meta-Analysis? | Number of Values | Best Estimate (2005 Dollars) | Range | Context |
|---|---|---|---|---|---|
| Miller 2000 | Yes | 68 estimates | $5.1M | $4.5-$6.2M | US estimate from all |
| Mrozek & Taylor 2002 | Yes | 203 estimates | $4.4M | + or - 35% | Labor market |
| Viscusi & Aldy 2003 | Yes | 49 estimates | $6.5M | $5.1-$9.6M | Labor market, US estimate from all |
| Kochi et al. 2006 | Yes | 234 estimates | $6.0M | + or - 44% | Labor market survey |
| Bellavance 2006 (published in 2009) | Yes | 37 estimates | $7.5M | + or - 19% | Labor market |

Adapted from Ted R. Miller's paper "Hedonic Damages," <u>Journal of Forensic Economics</u>, Vol. 20, No. 2 (October 2008), pp. 137-153.

Case 2:23-cv-00489-BHL    Filed 11/18/25    Page 47 of 137    Document 94    Smith 023
Smith Economics Group, Ltd. • *312-943-1551*

Miller (2000) started from the Miller 1989 JFE estimates and used statistical methods to adjust for differences between studies. It also added newer studies, primarily ones outside the United States. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression. Miller, Ted R, "Variations between Countries in Values of Statistical Life", Journal of Transport Economics and Policy, Vol. 34, No. 2 (May 2000), pp. 169-188.

Mrozek and Taylor (2002) searched intensively for studies of the value of life implied by wages paid for risky jobs. They coded all values from each study rather than a most appropriate estimate. A statistical analysis identified what factors accounted for the differences in values between studies. The authors specified the most appropriate study approach a priori, which allowed calculation of a best estimate from the statistical regression. Mrozek, Janusz R. and Laura O. Taylor, "What Determines the Value of Life? A Meta-Analysis", Journal of Policy Analysis and Management, Vol. 21, No. 2 (2002), pp. 253-270.

Viscusi and Aldy (2003) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate. W.K. Viscusi and J.E. Aldy, "The Value of a Statistical Life: A Critical Review of Market Estimates Throughout the World", Journal of Risk and Uncertainty, Vol. 27, No. 1 (2003), pp. 5-76.

Kochi et al. (2006) searched intensively for studies of the value of life implied by wages and coded all values from each study rather than a most appropriate estimate. They did not filter study quality carefully. The best estimate was derived by statistical methods based on the distribution of the values within and across studies. Kochi, Ikuho, Bryan Hubbell, and Randall Kramer, "An Empirical Bayes Approach to Combining and Comparing Estimates of the Value of a Statistical Life for Environmental Policy Analysis", Environmental and Resource Economics, Vol. 34 (2006), pp. 385-406.

Bellavance et al. (2009) focused on values from labor market studies that they considered of high quality and that provided data on risk levels and other important explanatory variables. They used statistical methods to account for variations between studies and derive a best estimate. Bellavance, Francois, Georges Dionne, and Martin Lebeau, "The Value of a Statistical Life: A Meta-Analysis with a Mixed Effects Regression Model," Journal of Health Economics, Vol. 28, Issue 2, (2009), pp. 444-464. 3A22

24

# SEG

## SUMMARY OF LOSSES FOR Joel Acevedo

| TABLE | DESCRIPTION | ESTIMATE |
|:---:|:---|:---|
| **\*\*\*\*** | **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | **\*\*\*\*\*\*\*\*\*\*** |
| | __EARNINGS__ | |
| | LOSS OF WAGES & BENEFITS, NET OF PERSONAL CONSUMPTION | |
| 9 | HS Grad to age 67 | $ 820,404 |
| 18 | Patrol Officer to age 67 | $1,243,597 |
| | ---------------------------------------- | |
| | __HOUSEHOLD/FAMILY SERVICES__ | |
| 19 | LOSS OF HOUSEHOLD/FAMILY HOUSEKEEPING AND HOME MANAGEMENT SERVICES | $ 58,035 |
| | LOSS OF HOUSEHOLD/FAMILY GUIDANCE SERVICES | |
| 22 | Jose Acevedo | $ 129,518 |
| 25 | Maribel Acevedo | $ 213,714 |
| | LOSS OF HOUSEHOLD/FAMILY ACCOMPANIMENT SERVICES | |
| 28 | Jose Acevedo | $ 359,118 |
| 31 | Maribel Acevedo | $ 429,151 |
| | ---------------------------------------- | |
| | __LOSS OF ENJOYMENT OF LIFE__ | |
| 34 | LOSS OF VALUE OF LIFE | $7,436,510 |
| | ---------------------------------------- | |
| | __LOSS OF SOCIETY AND RELATIONSHIP__ | |
| | LOSS OF RELATIONSHIP | |
| 37 | Jose Acevedo | $1,414,733 |
| 40 | Maribel Acevedo | $1,706,877 |

The information on this Summary of Losses is intended to summarize losses under certain given assumptions. Please refer to the report and the tables for all the opinions.

25

Smith Economics Group, Ltd. ▪ *312-943-1551*

Table 1

LOSS OF PAST WAGES - SCENARIO 1
2021 - 2026

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|----------|----------|
| 2021 | 27  | $44,897  | $44,897  |
| 2022 | 28  | 47,541   | 92,438   |
| 2023 | 29  | 50,341   | 142,779  |
| 2024 | 30  | 53,306   | 196,085  |
| 2025 | 31  | 56,446   | 252,531  |
| 2026 | 32  | 7,369    | $259,900 |

JOEL ACEVEDO $259,900

Table 2

LOSS OF PAST EMPLOYEE BENEFITS - SCENARIO 1
2021 - 2026

| YEAR | AGE | EMPLOYEE BENEFITS | CUMULATE |
|------|-----|-------------------|----------|
| **** | *** | ******** | ******** |
| 2021 | 27 | $9,339 | $9,339 |
| 2022 | 28 | 9,889 | 19,228 |
| 2023 | 29 | 10,471 | 29,699 |
| 2024 | 30 | 11,088 | 40,787 |
| 2025 | 31 | 11,741 | 52,528 |
| 2026 | 32 | 1,533 | $54,061 |

JOEL ACEVEDO  $54,061

Table 3

LOSS OF PAST PERSONAL CONSUMPTION - SCENARIO 1
2021 - 2026

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | ********** | ******** |
| 2021 | 27 | -$47,187 | -$47,187 |
| 2022 | 28 | -49,966 | -97,153 |
| 2023 | 29 | -52,908 | -150,061 |
| 2024 | 30 | -52,576 | -202,637 |
| 2025 | 31 | -55,673 | -258,310 |
| 2026 | 32 | -7,268 | -$265,578 |

JOEL ACEVEDO   -$265,578

Table 4

ECONOMIC LOSS TO DATE - SCENARIO 1
2021 - 2026

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|---------------------|-------|----------|
| 2021 | 27 | $44,897 | $9,339 | -$47,187 | $7,049 | $7,049 |
| 2022 | 28 | 47,541 | 9,889 | -49,966 | 7,464 | 14,513 |
| 2023 | 29 | 50,341 | 10,471 | -52,908 | 7,904 | 22,417 |
| 2024 | 30 | 53,306 | 11,088 | -52,576 | 11,818 | 34,235 |
| 2025 | 31 | 56,446 | 11,741 | -55,673 | 12,514 | 46,749 |
| 2026 | 32 | 7,369 | 1,533 | -7,268 | 1,634 | $48,383 |
| JOEL ACEVEDO | | $259,900 | $54,061 | -$265,578 | $48,383 | |

Table 5

PRESENT VALUE OF FUTURE WAGES - SCENARIO 1
2026 - 2073

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ********** | ********** |
| 2026 | 32 | $52,402 | 0.99131 | $51,947 | $51,947 |
| 2027 | 33 | 63,292 | 0.98149 | 62,120 | 114,067 |
| 2028 | 34 | 67,020 | 0.97178 | 65,129 | 179,196 |
| 2029 | 35 | 70,967 | 0.96215 | 68,281 | 247,477 |
| 2030 | 36 | 75,167 | 0.95263 | 71,606 | 319,083 |
| 2031 | 37 | 75,731 | 0.94320 | 71,429 | 390,512 |
| 2032 | 38 | 76,299 | 0.93386 | 71,253 | 461,765 |
| 2033 | 39 | 76,871 | 0.92461 | 71,076 | 532,841 |
| 2034 | 40 | 77,448 | 0.91546 | 70,901 | 603,742 |
| 2035 | 41 | 78,029 | 0.90639 | 70,725 | 674,467 |
| 2036 | 42 | 78,614 | 0.89742 | 70,550 | 745,017 |
| 2037 | 43 | 79,204 | 0.88853 | 70,375 | 815,392 |
| 2038 | 44 | 79,798 | 0.87974 | 70,201 | 885,593 |
| 2039 | 45 | 80,396 | 0.87103 | 70,027 | 955,620 |
| 2040 | 46 | 80,999 | 0.86240 | 69,854 | 1,025,474 |
| 2041 | 47 | 81,606 | 0.85386 | 69,680 | 1,095,154 |
| 2042 | 48 | 82,218 | 0.84541 | 69,508 | 1,164,662 |
| 2043 | 49 | 82,835 | 0.83704 | 69,336 | 1,233,998 |
| 2044 | 50 | 83,456 | 0.82875 | 69,164 | 1,303,162 |
| 2045 | 51 | 84,082 | 0.82055 | 68,993 | 1,372,155 |
| 2046 | 52 | 84,713 | 0.81242 | 68,823 | 1,440,978 |
| 2047 | 53 | 85,348 | 0.80438 | 68,652 | 1,509,630 |
| 2048 | 54 | 85,988 | 0.79641 | 68,482 | 1,578,112 |
| 2049 | 55 | 86,633 | 0.78853 | 68,313 | 1,646,425 |
| 2050 | 56 | 87,283 | 0.78072 | 68,144 | 1,714,569 |
| 2051 | 57 | 87,938 | 0.77299 | 67,975 | 1,782,544 |
| 2052 | 58 | 88,598 | 0.76534 | 67,808 | 1,850,352 |
| 2053 | 59 | 89,262 | 0.75776 | 67,639 | 1,917,991 |
| 2054 | 60 | 89,931 | 0.75026 | 67,472 | 1,985,463 |
| 2055 | 61 | 90,605 | 0.74283 | 67,304 | 2,052,767 |
| 2056 | 62 | 91,285 | 0.73547 | 67,137 | 2,119,904 |
| 2057 | 63 | 91,970 | 0.72819 | 66,972 | 2,186,876 |
| 2058 | 64 | 92,660 | 0.72098 | 66,806 | 2,253,682 |
| 2059 | 65 | 93,355 | 0.71384 | 66,641 | 2,320,323 |
| 2060 | 66 | 94,055 | 0.70678 | 66,476 | 2,386,799 |
| 2061 | 67 | 94,760 | 0.69978 | 66,311 | 2,453,110 |
| 2062 | 68 | 95,471 | 0.69285 | 66,147 | 2,519,257 |
| 2063 | 69 | 96,187 | 0.68599 | 65,983 | 2,585,240 |
| 2064 | 70 | 96,908 | 0.67920 | 65,820 | 2,651,060 |
| 2065 | 71 | 97,635 | 0.67247 | 65,657 | 2,716,717 |
| 2066 | 72 | 98,367 | 0.66582 | 65,495 | 2,782,212 |
| 2067 | 73 | 99,105 | 0.65922 | 65,332 | 2,847,544 |
| 2068 | 74 | 99,848 | 0.65270 | 65,171 | 2,912,715 |
| 2069 | 75 | 100,597 | 0.64623 | 65,009 | 2,977,724 |
| 2070 | 76 | 101,351 | 0.63984 | 64,848 | 3,042,572 |
| 2071 | 77 | 102,111 | 0.63350 | 64,687 | 3,107,259 |
| 2072 | 78 | 102,877 | 0.62723 | 64,528 | 3,171,787 |
| 2073 | 79 | 9,371 | 0.62666 | 5,872 | $3,177,659 |

JOEL ACEVEDO                           $3,177,659

Table 6

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS - SCENARIO 1
2026 - 2073

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|----------|----------|----------|
| **** | *** | ******** | ******** | ******** | ******** |
| 2026 | 32 | $10,899 | 0.99131 | $10,805 | $10,805 |
| 2027 | 33 | 13,165 | 0.98149 | 12,921 | 23,726 |
| 2028 | 34 | 13,940 | 0.97178 | 13,547 | 37,273 |
| 2029 | 35 | 14,761 | 0.96215 | 14,202 | 51,475 |
| 2030 | 36 | 15,635 | 0.95263 | 14,894 | 66,369 |
| 2031 | 37 | 15,752 | 0.94320 | 14,857 | 81,226 |
| 2032 | 38 | 15,870 | 0.93386 | 14,820 | 96,046 |
| 2033 | 39 | 15,989 | 0.92461 | 14,784 | 110,830 |
| 2034 | 40 | 16,109 | 0.91546 | 14,747 | 125,577 |
| 2035 | 41 | 16,230 | 0.90639 | 14,711 | 140,288 |
| 2036 | 42 | 16,352 | 0.89742 | 14,675 | 154,963 |
| 2037 | 43 | 16,474 | 0.88853 | 14,638 | 169,601 |
| 2038 | 44 | 16,598 | 0.87974 | 14,602 | 184,203 |
| 2039 | 45 | 16,722 | 0.87103 | 14,565 | 198,768 |
| 2040 | 46 | 16,848 | 0.86240 | 14,530 | 213,298 |
| 2041 | 47 | 16,974 | 0.85386 | 14,493 | 227,791 |
| 2042 | 48 | 17,101 | 0.84541 | 14,457 | 242,248 |
| 2043 | 49 | 17,230 | 0.83704 | 14,422 | 256,670 |
| 2044 | 50 | 17,359 | 0.82875 | 14,386 | 271,056 |
| 2045 | 51 | 17,489 | 0.82055 | 14,351 | 285,407 |
| 2046 | 52 | 17,620 | 0.81242 | 14,315 | 299,722 |
| 2047 | 53 | 17,752 | 0.80438 | 14,279 | 314,001 |
| 2048 | 54 | 17,886 | 0.79641 | 14,245 | 328,246 |
| 2049 | 55 | 18,020 | 0.78853 | 14,209 | 342,455 |
| 2050 | 56 | 18,155 | 0.78072 | 14,174 | 356,629 |
| 2051 | 57 | 18,291 | 0.77299 | 14,139 | 370,768 |
| 2052 | 58 | 18,428 | 0.76534 | 14,104 | 384,872 |
| 2053 | 59 | 18,566 | 0.75776 | 14,069 | 398,941 |
| 2054 | 60 | 18,706 | 0.75026 | 14,034 | 412,975 |
| 2055 | 61 | 18,846 | 0.74283 | 13,999 | 426,974 |
| 2056 | 62 | 18,987 | 0.73547 | 13,964 | 440,938 |
| 2057 | 63 | 19,130 | 0.72819 | 13,930 | 454,868 |
| 2058 | 64 | 19,273 | 0.72098 | 13,895 | 468,763 |
| 2059 | 65 | 19,418 | 0.71384 | 13,861 | 482,624 |
| 2060 | 66 | 19,563 | 0.70678 | 13,827 | 496,451 |
| 2061 | 67 | 19,710 | 0.69978 | 13,793 | 510,244 |
| 2062 | 68 | 19,858 | 0.69285 | 13,759 | 524,003 |
| 2063 | 69 | 20,007 | 0.68599 | 13,725 | 537,728 |
| 2064 | 70 | 20,157 | 0.67920 | 13,691 | 551,419 |
| 2065 | 71 | 20,308 | 0.67247 | 13,657 | 565,076 |
| 2066 | 72 | 20,460 | 0.66582 | 13,623 | 578,699 |
| 2067 | 73 | 20,614 | 0.65922 | 13,589 | 592,288 |
| 2068 | 74 | 20,768 | 0.65270 | 13,555 | 605,843 |
| 2069 | 75 | 20,924 | 0.64623 | 13,522 | 619,365 |
| 2070 | 76 | 21,081 | 0.63984 | 13,488 | 632,853 |
| 2071 | 77 | 21,239 | 0.63350 | 13,455 | 646,308 |
| 2072 | 78 | 21,398 | 0.62723 | 13,421 | 659,729 |
| 2073 | 79 | 1,949 | 0.62666 | 1,221 | $660,950 |

JOEL ACEVEDO                                    $660,950

Table 7

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION - SCENARIO 1
2026 - 2073

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | *********** | ********** |
| 2026 | 32 | -$51,684 | 0.99131 | -$51,235 | -$51,235 |
| 2027 | 33 | -62,425 | 0.98149 | -61,270 | -112,505 |
| 2028 | 34 | -62,503 | 0.97178 | -60,739 | -173,244 |
| 2029 | 35 | -66,184 | 0.96215 | -63,679 | -236,923 |
| 2030 | 36 | -66,605 | 0.95263 | -63,450 | -300,373 |
| 2031 | 37 | -67,105 | 0.94320 | -63,293 | -363,666 |
| 2032 | 38 | -67,609 | 0.93386 | -63,137 | -426,803 |
| 2033 | 39 | -68,115 | 0.92461 | -62,980 | -489,783 |
| 2034 | 40 | -68,627 | 0.91546 | -62,825 | -552,608 |
| 2035 | 41 | -69,141 | 0.90639 | -62,669 | -615,277 |
| 2036 | 42 | -69,660 | 0.89742 | -62,514 | -677,791 |
| 2037 | 43 | -70,183 | 0.88853 | -62,360 | -740,151 |
| 2038 | 44 | -70,709 | 0.87974 | -62,206 | -802,357 |
| 2039 | 45 | -71,239 | 0.87103 | -62,051 | -864,408 |
| 2040 | 46 | -71,773 | 0.86240 | -61,897 | -926,305 |
| 2041 | 47 | -72,311 | 0.85386 | -61,743 | -988,048 |
| 2042 | 48 | -72,853 | 0.84541 | -61,591 | -1,049,639 |
| 2043 | 49 | -73,400 | 0.83704 | -61,439 | -1,111,078 |
| 2044 | 50 | -73,950 | 0.82875 | -61,286 | -1,172,364 |
| 2045 | 51 | -74,505 | 0.82055 | -61,135 | -1,233,499 |
| 2046 | 52 | -75,064 | 0.81242 | -60,983 | -1,294,482 |
| 2047 | 53 | -75,627 | 0.80438 | -60,833 | -1,355,315 |
| 2048 | 54 | -76,194 | 0.79641 | -60,682 | -1,415,997 |
| 2049 | 55 | -76,766 | 0.78853 | -60,532 | -1,476,529 |
| 2050 | 56 | -77,341 | 0.78072 | -60,382 | -1,536,911 |
| 2051 | 57 | -77,922 | 0.77299 | -60,233 | -1,597,144 |
| 2052 | 58 | -78,507 | 0.76534 | -60,085 | -1,657,229 |
| 2053 | 59 | -79,095 | 0.75776 | -59,935 | -1,717,164 |
| 2054 | 60 | -79,688 | 0.75026 | -59,787 | -1,776,951 |
| 2055 | 61 | -80,285 | 0.74283 | -59,638 | -1,836,589 |
| 2056 | 62 | -80,888 | 0.73547 | -59,491 | -1,896,080 |
| 2057 | 63 | -81,495 | 0.72819 | -59,344 | -1,955,424 |
| 2058 | 64 | -82,106 | 0.72098 | -59,197 | -2,014,621 |
| 2059 | 65 | -82,722 | 0.71384 | -59,050 | -2,073,671 |
| 2060 | 66 | -83,342 | 0.70678 | -58,904 | -2,132,575 |
| 2061 | 67 | -83,967 | 0.69978 | -58,758 | -2,191,333 |
| 2062 | 68 | -84,597 | 0.69285 | -58,613 | -2,249,946 |
| 2063 | 69 | -85,231 | 0.68599 | -58,468 | -2,308,414 |
| 2064 | 70 | -85,870 | 0.67920 | -58,323 | -2,366,737 |
| 2065 | 71 | -86,514 | 0.67247 | -58,178 | -2,424,915 |
| 2066 | 72 | -87,163 | 0.66582 | -58,035 | -2,482,950 |
| 2067 | 73 | -87,817 | 0.65922 | -57,891 | -2,540,841 |
| 2068 | 74 | -88,475 | 0.65270 | -57,748 | -2,598,589 |
| 2069 | 75 | -89,139 | 0.64623 | -57,604 | -2,656,193 |
| 2070 | 76 | -89,807 | 0.63984 | -57,462 | -2,713,655 |
| 2071 | 77 | -90,481 | 0.63350 | -57,320 | -2,770,975 |
| 2072 | 78 | -91,159 | 0.62723 | -57,178 | -2,828,153 |
| 2073 | 79 | -8,304 | 0.62666 | -5,204 | -$2,833,357 |

JOEL ACEVEDO                                        -$2,833,357

SMITH ECONOMICS GROUP, LTD    312-943-1551    Smith 032

Table 8

PRESENT VALUE OF FUTURE WAGES AND BENEFITS - SCENARIO 1
2026 - 2073

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|---------------------|-------|----------|
| **** | *** | ********* | ******** | *********** | ********* | ********* |
| 2026 | 32 | $51,947 | $10,805 | -$51,235 | $11,517 | $11,517 |
| 2027 | 33 | 62,120 | 12,921 | -61,270 | 13,771 | 25,288 |
| 2028 | 34 | 65,129 | 13,547 | -60,739 | 17,937 | 43,225 |
| 2029 | 35 | 68,281 | 14,202 | -63,679 | 18,804 | 62,029 |
| 2030 | 36 | 71,606 | 14,894 | -63,450 | 23,050 | 85,079 |
| 2031 | 37 | 71,429 | 14,857 | -63,293 | 22,993 | 108,072 |
| 2032 | 38 | 71,253 | 14,820 | -63,137 | 22,936 | 131,008 |
| 2033 | 39 | 71,076 | 14,784 | -62,980 | 22,880 | 153,888 |
| 2034 | 40 | 70,901 | 14,747 | -62,825 | 22,823 | 176,711 |
| 2035 | 41 | 70,725 | 14,711 | -62,669 | 22,767 | 199,478 |
| 2036 | 42 | 70,550 | 14,675 | -62,514 | 22,711 | 222,189 |
| 2037 | 43 | 70,375 | 14,638 | -62,360 | 22,653 | 244,842 |
| 2038 | 44 | 70,201 | 14,602 | -62,206 | 22,597 | 267,439 |
| 2039 | 45 | 70,027 | 14,565 | -62,051 | 22,541 | 289,980 |
| 2040 | 46 | 69,854 | 14,530 | -61,897 | 22,487 | 312,467 |
| 2041 | 47 | 69,680 | 14,493 | -61,743 | 22,430 | 334,897 |
| 2042 | 48 | 69,508 | 14,457 | -61,591 | 22,374 | 357,271 |
| 2043 | 49 | 69,336 | 14,422 | -61,439 | 22,319 | 379,590 |
| 2044 | 50 | 69,164 | 14,386 | -61,286 | 22,264 | 401,854 |
| 2045 | 51 | 68,993 | 14,351 | -61,135 | 22,209 | 424,063 |
| 2046 | 52 | 68,823 | 14,315 | -60,983 | 22,155 | 446,218 |
| 2047 | 53 | 68,652 | 14,279 | -60,833 | 22,098 | 468,316 |
| 2048 | 54 | 68,482 | 14,245 | -60,682 | 22,045 | 490,361 |
| 2049 | 55 | 68,313 | 14,209 | -60,532 | 21,990 | 512,351 |
| 2050 | 56 | 68,144 | 14,174 | -60,382 | 21,936 | 534,287 |
| 2051 | 57 | 67,975 | 14,139 | -60,233 | 21,881 | 556,168 |
| 2052 | 58 | 67,808 | 14,104 | -60,085 | 21,827 | 577,995 |
| 2053 | 59 | 67,639 | 14,069 | -59,935 | 21,773 | 599,768 |
| 2054 | 60 | 67,472 | 14,034 | -59,787 | 21,719 | 621,487 |
| 2055 | 61 | 67,304 | 13,999 | -59,638 | 21,665 | 643,152 |
| 2056 | 62 | 67,137 | 13,964 | -59,491 | 21,610 | 664,762 |
| 2057 | 63 | 66,972 | 13,930 | -59,344 | 21,558 | 686,320 |
| 2058 | 64 | 66,806 | 13,895 | -59,197 | 21,504 | 707,824 |
| 2059 | 65 | 66,641 | 13,861 | -59,050 | 21,452 | 729,276 |
| 2060 | 66 | 66,476 | 13,827 | -58,904 | 21,399 | 750,675 |
| 2061 | 67 | 66,311 | 13,793 | -58,758 | 21,346 | 772,021 |
| 2062 | 68 | 66,147 | 13,759 | -58,613 | 21,293 | 793,314 |
| 2063 | 69 | 65,983 | 13,725 | -58,468 | 21,240 | 814,554 |
| 2064 | 70 | 65,820 | 13,691 | -58,323 | 21,188 | 835,742 |
| 2065 | 71 | 65,657 | 13,657 | -58,178 | 21,136 | 856,878 |
| 2066 | 72 | 65,495 | 13,623 | -58,035 | 21,083 | 877,961 |
| 2067 | 73 | 65,332 | 13,589 | -57,891 | 21,030 | 898,991 |
| 2068 | 74 | 65,171 | 13,555 | -57,748 | 20,978 | 919,969 |
| 2069 | 75 | 65,009 | 13,522 | -57,604 | 20,927 | 940,896 |
| 2070 | 76 | 64,848 | 13,488 | -57,462 | 20,874 | 961,770 |
| 2071 | 77 | 64,687 | 13,455 | -57,320 | 20,822 | 982,592 |
| 2072 | 78 | 64,528 | 13,421 | -57,178 | 20,771 | 1,003,363 |
| 2073 | 79 | 5,872 | 1,221 | -5,204 | 1,889 | $1,005,252 |

JOEL ACEVEDO  $3,177,659   $660,950   -$2,833,357   $1,005,252

Case 2:23-cv-00118-KHR   Document 94   SMITH ECONOMICS GROUP, LTD   Filed 11/13/25   Page 57 of 137   Smith 033

Table 9

PRESENT VALUE OF NET WAGES AND BENEFITS - SCENARIO 1
2021 - 2073

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********** | ******** | *********** | ********** | ********** |
| 2021 | 27 | $44,897 | $9,339 | -$47,187 | $7,049 | $7,049 |
| 2022 | 28 | 47,541 | 9,889 | -49,966 | 7,464 | 14,513 |
| 2023 | 29 | 50,341 | 10,471 | -52,908 | 7,904 | 22,417 |
| 2024 | 30 | 53,306 | 11,088 | -52,576 | 11,818 | 34,235 |
| 2025 | 31 | 56,446 | 11,741 | -55,673 | 12,514 | 46,749 |
| 2026 | 32 | 59,316 | 12,338 | -58,503 | 13,151 | 59,900 |
| 2027 | 33 | 62,120 | 12,921 | -61,270 | 13,771 | 73,671 |
| 2028 | 34 | 65,129 | 13,547 | -60,739 | 17,937 | 91,608 |
| 2029 | 35 | 68,281 | 14,202 | -63,679 | 18,804 | 110,412 |
| 2030 | 36 | 71,606 | 14,894 | -63,450 | 23,050 | 133,462 |
| 2031 | 37 | 71,429 | 14,857 | -63,293 | 22,993 | 156,455 |
| 2032 | 38 | 71,253 | 14,820 | -63,137 | 22,936 | 179,391 |
| 2033 | 39 | 71,076 | 14,784 | -62,980 | 22,880 | 202,271 |
| 2034 | 40 | 70,901 | 14,747 | -62,825 | 22,823 | 225,094 |
| 2035 | 41 | 70,725 | 14,711 | -62,669 | 22,767 | 247,861 |
| 2036 | 42 | 70,550 | 14,675 | -62,514 | 22,711 | 270,572 |
| 2037 | 43 | 70,375 | 14,638 | -62,360 | 22,653 | 293,225 |
| 2038 | 44 | 70,201 | 14,602 | -62,206 | 22,597 | 315,822 |
| 2039 | 45 | 70,027 | 14,565 | -62,051 | 22,541 | 338,363 |
| 2040 | 46 | 69,854 | 14,530 | -61,897 | 22,487 | 360,850 |
| 2041 | 47 | 69,680 | 14,493 | -61,743 | 22,430 | 383,280 |
| 2042 | 48 | 69,508 | 14,457 | -61,591 | 22,374 | 405,654 |
| 2043 | 49 | 69,336 | 14,422 | -61,439 | 22,319 | 427,973 |
| 2044 | 50 | 69,164 | 14,386 | -61,286 | 22,264 | 450,237 |
| 2045 | 51 | 68,993 | 14,351 | -61,135 | 22,209 | 472,446 |
| 2046 | 52 | 68,823 | 14,315 | -60,983 | 22,155 | 494,601 |
| 2047 | 53 | 68,652 | 14,279 | -60,833 | 22,098 | 516,699 |
| 2048 | 54 | 68,482 | 14,245 | -60,682 | 22,045 | 538,744 |
| 2049 | 55 | 68,313 | 14,209 | -60,532 | 21,990 | 560,734 |
| 2050 | 56 | 68,144 | 14,174 | -60,382 | 21,936 | 582,670 |
| 2051 | 57 | 67,975 | 14,139 | -60,233 | 21,881 | 604,551 |
| 2052 | 58 | 67,808 | 14,104 | -60,085 | 21,827 | 626,378 |
| 2053 | 59 | 67,639 | 14,069 | -59,935 | 21,773 | 648,151 |
| 2054 | 60 | 67,472 | 14,034 | -59,787 | 21,719 | 669,870 |
| 2055 | 61 | 67,304 | 13,999 | -59,638 | 21,665 | 691,535 |
| 2056 | 62 | 67,137 | 13,964 | -59,491 | 21,610 | 713,145 |
| 2057 | 63 | 66,972 | 13,930 | -59,344 | 21,558 | 734,703 |
| 2058 | 64 | 66,806 | 13,895 | -59,197 | 21,504 | 756,207 |
| 2059 | 65 | 66,641 | 13,861 | -59,050 | 21,452 | 777,659 |
| 2060 | 66 | 66,476 | 13,827 | -58,904 | 21,399 | 799,058 |
| 2061 | 67 | 66,311 | 13,793 | -58,758 | 21,346 | 820,404 |
| 2062 | 68 | 66,147 | 13,759 | -58,613 | 21,293 | 841,697 |
| 2063 | 69 | 65,983 | 13,725 | -58,468 | 21,240 | 862,937 |
| 2064 | 70 | 65,820 | 13,691 | -58,323 | 21,188 | 884,125 |
| 2065 | 71 | 65,657 | 13,657 | -58,178 | 21,136 | 905,261 |
| 2066 | 72 | 65,495 | 13,623 | -58,035 | 21,083 | 926,344 |
| 2067 | 73 | 65,332 | 13,589 | -57,891 | 21,030 | 947,374 |
| 2068 | 74 | 65,171 | 13,555 | -57,748 | 20,978 | 968,352 |
| 2069 | 75 | 65,009 | 13,522 | -57,604 | 20,927 | 989,279 |
| 2070 | 76 | 64,848 | 13,488 | -57,462 | 20,874 | 1,010,153 |

Table 9 (Cont.)

PRESENT VALUE OF NET WAGES AND BENEFITS - SCENARIO 1
2021 - 2073

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********** | ******** | *********** | ********** | ********** |
| 2071 | 77 | 64,687 | 13,455 | -57,320 | 20,822 | 1,030,975 |
| 2072 | 78 | 64,528 | 13,421 | -57,178 | 20,771 | 1,051,746 |
| 2073 | 79 | 5,872 | 1,221 | -5,204 | 1,889 | $1,053,635 |
| JOEL ACEVEDO | | $3,437,559 | $715,011 | -$3,098,935 | $1,053,635 | |

Table 10

LOSS OF PAST WAGES - SCENARIO 2
2021 - 2026

| YEAR | AGE | WAGES | CUMULATE |
|------|-----|-----------|-----------|
| 2021 | 27  | $44,897   | $44,897   |
| 2022 | 28  | 48,700    | 93,597    |
| 2023 | 29  | 52,825    | 146,422   |
| 2024 | 30  | 57,299    | 203,721   |
| 2025 | 31  | 62,152    | 265,873   |
| 2026 | 32  | 8,312     | $274,185  |

JOEL ACEVEDO $274,185

```
                              Table 11

          LOSS OF PAST EMPLOYEE BENEFITS - SCENARIO 2
                          2021 - 2026

                            EMPLOYEE
             YEAR    AGE    BENEFITS    CUMULATE
             ****    ***    ********    ********
             2021    27      $9,339      $9,339
             2022    28      10,130      19,469
             2023    29      10,988      30,457
             2024    30      11,918      42,375
             2025    31      12,928      55,303
             2026    32       1,729     $57,032


             JOEL ACEVEDO  $57,032
```

ECONOMICS GROUP, LTD    Smith 037

Table 12

LOSS OF PAST PERSONAL CONSUMPTION - SCENARIO 2
2021 - 2026

| YEAR | AGE | PERSONAL CONSUMPTION | CUMULATE |
|------|-----|----------------------|----------|
| **** | *** | ********** | ********* |
| 2021 | 27 | -$47,187 | -$47,187 |
| 2022 | 28 | -51,184 | -98,371 |
| 2023 | 29 | -52,101 | -150,472 |
| 2024 | 30 | -56,514 | -206,986 |
| 2025 | 31 | -57,963 | -264,949 |
| 2026 | 32 | -7,751 | -$272,700 |

JOEL ACEVEDO  -$272,700

Table 13

ECONOMIC LOSS TO DATE - SCENARIO 2
2021 - 2026

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| 2021 | 27 | $44,897 | $9,339 | -$47,187 | $7,049 | $7,049 |
| 2022 | 28 | 48,700 | 10,130 | -51,184 | 7,646 | 14,695 |
| 2023 | 29 | 52,825 | 10,988 | -52,101 | 11,712 | 26,407 |
| 2024 | 30 | 57,299 | 11,918 | -56,514 | 12,703 | 39,110 |
| 2025 | 31 | 62,152 | 12,928 | -57,963 | 17,117 | 56,227 |
| 2026 | 32 | 8,312 | 1,729 | -7,751 | 2,290 | $58,517 |
| JOEL ACEVEDO | | $274,185 | $57,032 | -$272,700 | $58,517 | |

Table 14

PRESENT VALUE OF FUTURE WAGES - SCENARIO 2
2026 - 2073

| YEAR | AGE | WAGES | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------|-----------------|---------------|----------|
| **** | *** | ****** | ******** | ********** | ********** |
| 2026 | 32 | $59,104 | 0.99131 | $58,591 | $58,591 |
| 2027 | 33 | 73,126 | 0.98149 | 71,772 | 130,363 |
| 2028 | 34 | 79,320 | 0.97178 | 77,082 | 207,445 |
| 2029 | 35 | 86,038 | 0.96215 | 82,781 | 290,226 |
| 2030 | 36 | 93,295 | 0.95263 | 88,876 | 379,102 |
| 2031 | 37 | 93,995 | 0.94320 | 88,656 | 467,758 |
| 2032 | 38 | 94,700 | 0.93386 | 88,437 | 556,195 |
| 2033 | 39 | 95,410 | 0.92461 | 88,217 | 644,412 |
| 2034 | 40 | 96,126 | 0.91546 | 88,000 | 732,412 |
| 2035 | 41 | 96,847 | 0.90639 | 87,781 | 820,193 |
| 2036 | 42 | 97,573 | 0.89742 | 87,564 | 907,757 |
| 2037 | 43 | 98,305 | 0.88853 | 87,347 | 995,104 |
| 2038 | 44 | 99,042 | 0.87974 | 87,131 | 1,082,235 |
| 2039 | 45 | 99,785 | 0.87103 | 86,916 | 1,169,151 |
| 2040 | 46 | 100,533 | 0.86240 | 86,700 | 1,255,851 |
| 2041 | 47 | 101,287 | 0.85386 | 86,485 | 1,342,336 |
| 2042 | 48 | 102,047 | 0.84541 | 86,272 | 1,428,608 |
| 2043 | 49 | 102,812 | 0.83704 | 86,058 | 1,514,666 |
| 2044 | 50 | 103,583 | 0.82875 | 85,844 | 1,600,510 |
| 2045 | 51 | 104,360 | 0.82055 | 85,633 | 1,686,143 |
| 2046 | 52 | 105,143 | 0.81242 | 85,420 | 1,771,563 |
| 2047 | 53 | 105,932 | 0.80438 | 85,210 | 1,856,773 |
| 2048 | 54 | 106,726 | 0.79641 | 84,998 | 1,941,771 |
| 2049 | 55 | 107,526 | 0.78853 | 84,787 | 2,026,558 |
| 2050 | 56 | 108,332 | 0.78072 | 84,577 | 2,111,135 |
| 2051 | 57 | 109,144 | 0.77299 | 84,367 | 2,195,502 |
| 2052 | 58 | 109,963 | 0.76534 | 84,159 | 2,279,661 |
| 2053 | 59 | 110,788 | 0.75776 | 83,951 | 2,363,612 |
| 2054 | 60 | 111,619 | 0.75026 | 83,743 | 2,447,355 |
| 2055 | 61 | 112,456 | 0.74283 | 83,536 | 2,530,891 |
| 2056 | 62 | 113,299 | 0.73547 | 83,328 | 2,614,219 |
| 2057 | 63 | 114,149 | 0.72819 | 83,122 | 2,697,341 |
| 2058 | 64 | 115,005 | 0.72098 | 82,916 | 2,780,257 |
| 2059 | 65 | 115,868 | 0.71384 | 82,711 | 2,862,968 |
| 2060 | 66 | 116,737 | 0.70678 | 82,507 | 2,945,475 |
| 2061 | 67 | 117,613 | 0.69978 | 82,303 | 3,027,778 |
| 2062 | 68 | 118,495 | 0.69285 | 82,099 | 3,109,877 |
| 2063 | 69 | 119,384 | 0.68599 | 81,896 | 3,191,773 |
| 2064 | 70 | 120,279 | 0.67920 | 81,693 | 3,273,466 |
| 2065 | 71 | 121,181 | 0.67247 | 81,491 | 3,354,957 |
| 2066 | 72 | 122,090 | 0.66582 | 81,290 | 3,436,247 |
| 2067 | 73 | 123,006 | 0.65922 | 81,088 | 3,517,335 |
| 2068 | 74 | 123,929 | 0.65270 | 80,888 | 3,598,223 |
| 2069 | 75 | 124,858 | 0.64623 | 80,687 | 3,678,910 |
| 2070 | 76 | 125,794 | 0.63984 | 80,488 | 3,759,398 |
| 2071 | 77 | 126,737 | 0.63350 | 80,288 | 3,839,686 |
| 2072 | 78 | 127,688 | 0.62723 | 80,090 | 3,919,776 |
| 2073 | 79 | 11,631 | 0.62666 | 7,289 | $3,927,065 |

JOEL ACEVEDO                                    $3,927,065

Table 15

PRESENT VALUE OF FUTURE EMPLOYEE BENEFITS - SCENARIO 2
2026 - 2073

| YEAR | AGE | EMPLOYEE BENEFITS | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-------------------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******** | ******** |
| 2026 | 32 | $12,294 | 0.99131 | $12,187 | $12,187 |
| 2027 | 33 | 15,210 | 0.98149 | 14,928 | 27,115 |
| 2028 | 34 | 16,499 | 0.97178 | 16,033 | 43,148 |
| 2029 | 35 | 17,896 | 0.96215 | 17,219 | 60,367 |
| 2030 | 36 | 19,405 | 0.95263 | 18,486 | 78,853 |
| 2031 | 37 | 19,551 | 0.94320 | 18,441 | 97,294 |
| 2032 | 38 | 19,698 | 0.93386 | 18,395 | 115,689 |
| 2033 | 39 | 19,845 | 0.92461 | 18,349 | 134,038 |
| 2034 | 40 | 19,994 | 0.91546 | 18,304 | 152,342 |
| 2035 | 41 | 20,144 | 0.90639 | 18,258 | 170,600 |
| 2036 | 42 | 20,295 | 0.89742 | 18,213 | 188,813 |
| 2037 | 43 | 20,447 | 0.88853 | 18,168 | 206,981 |
| 2038 | 44 | 20,601 | 0.87974 | 18,124 | 225,105 |
| 2039 | 45 | 20,755 | 0.87103 | 18,078 | 243,183 |
| 2040 | 46 | 20,911 | 0.86240 | 18,034 | 261,217 |
| 2041 | 47 | 21,068 | 0.85386 | 17,989 | 279,206 |
| 2042 | 48 | 21,226 | 0.84541 | 17,945 | 297,151 |
| 2043 | 49 | 21,385 | 0.83704 | 17,900 | 315,051 |
| 2044 | 50 | 21,545 | 0.82875 | 17,855 | 332,906 |
| 2045 | 51 | 21,707 | 0.82055 | 17,812 | 350,718 |
| 2046 | 52 | 21,870 | 0.81242 | 17,768 | 368,486 |
| 2047 | 53 | 22,034 | 0.80438 | 17,724 | 386,210 |
| 2048 | 54 | 22,199 | 0.79641 | 17,680 | 403,890 |
| 2049 | 55 | 22,365 | 0.78853 | 17,635 | 421,525 |
| 2050 | 56 | 22,533 | 0.78072 | 17,592 | 439,117 |
| 2051 | 57 | 22,702 | 0.77299 | 17,548 | 456,665 |
| 2052 | 58 | 22,872 | 0.76534 | 17,505 | 474,170 |
| 2053 | 59 | 23,044 | 0.75776 | 17,462 | 491,632 |
| 2054 | 60 | 23,217 | 0.75026 | 17,419 | 509,051 |
| 2055 | 61 | 23,391 | 0.74283 | 17,376 | 526,427 |
| 2056 | 62 | 23,566 | 0.73547 | 17,332 | 543,759 |
| 2057 | 63 | 23,743 | 0.72819 | 17,289 | 561,048 |
| 2058 | 64 | 23,921 | 0.72098 | 17,247 | 578,295 |
| 2059 | 65 | 24,101 | 0.71384 | 17,204 | 595,499 |
| 2060 | 66 | 24,281 | 0.70678 | 17,161 | 612,660 |
| 2061 | 67 | 24,464 | 0.69978 | 17,119 | 629,779 |
| 2062 | 68 | 24,647 | 0.69285 | 17,077 | 646,856 |
| 2063 | 69 | 24,832 | 0.68599 | 17,035 | 663,891 |
| 2064 | 70 | 25,018 | 0.67920 | 16,992 | 680,883 |
| 2065 | 71 | 25,206 | 0.67247 | 16,950 | 697,833 |
| 2066 | 72 | 25,395 | 0.66582 | 16,908 | 714,741 |
| 2067 | 73 | 25,585 | 0.65922 | 16,866 | 731,607 |
| 2068 | 74 | 25,777 | 0.65270 | 16,825 | 748,432 |
| 2069 | 75 | 25,970 | 0.64623 | 16,783 | 765,215 |
| 2070 | 76 | 26,165 | 0.63984 | 16,741 | 781,956 |
| 2071 | 77 | 26,361 | 0.63350 | 16,700 | 798,656 |
| 2072 | 78 | 26,559 | 0.62723 | 16,659 | 815,315 |
| 2073 | 79 | 2,419 | 0.62666 | 1,516 | $816,831 |

JOEL ACEVEDO                              $816,831

Table 16

PRESENT VALUE OF FUTURE PERSONAL CONSUMPTION - SCENARIO 2
2026 - 2073

| YEAR | AGE | PERSONAL CONSUMPTION | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------------------|-----------------|---------------|----------|
| **** | *** | *********** | ******** | *********** | ********** |
| 2026 | 32 | -$55,121 | 0.99131 | -$54,642 | -$54,642 |
| 2027 | 33 | -64,797 | 0.98149 | -63,598 | -118,240 |
| 2028 | 34 | -67,073 | 0.97178 | -65,180 | -183,420 |
| 2029 | 35 | -72,754 | 0.96215 | -70,000 | -253,420 |
| 2030 | 36 | -75,625 | 0.95263 | -72,043 | -325,463 |
| 2031 | 37 | -76,192 | 0.94320 | -71,864 | -397,327 |
| 2032 | 38 | -76,764 | 0.93386 | -71,687 | -469,014 |
| 2033 | 39 | -77,339 | 0.92461 | -71,508 | -540,522 |
| 2034 | 40 | -77,920 | 0.91546 | -71,333 | -611,855 |
| 2035 | 41 | -78,504 | 0.90639 | -71,155 | -683,010 |
| 2036 | 42 | -79,093 | 0.89742 | -70,980 | -753,990 |
| 2037 | 43 | -79,686 | 0.88853 | -70,803 | -824,793 |
| 2038 | 44 | -80,283 | 0.87974 | -70,628 | -895,421 |
| 2039 | 45 | -80,886 | 0.87103 | -70,454 | -965,875 |
| 2040 | 46 | -81,492 | 0.86240 | -70,279 | -1,036,154 |
| 2041 | 47 | -82,103 | 0.85386 | -70,104 | -1,106,258 |
| 2042 | 48 | -82,719 | 0.84541 | -69,931 | -1,176,189 |
| 2043 | 49 | -83,339 | 0.83704 | -69,758 | -1,245,947 |
| 2044 | 50 | -83,964 | 0.82875 | -69,585 | -1,315,532 |
| 2045 | 51 | -84,594 | 0.82055 | -69,414 | -1,384,946 |
| 2046 | 52 | -85,229 | 0.81242 | -69,242 | -1,454,188 |
| 2047 | 53 | -85,868 | 0.80438 | -69,071 | -1,523,259 |
| 2048 | 54 | -86,512 | 0.79641 | -68,899 | -1,592,158 |
| 2049 | 55 | -87,161 | 0.78853 | -68,729 | -1,660,887 |
| 2050 | 56 | -87,814 | 0.78072 | -68,558 | -1,729,445 |
| 2051 | 57 | -88,472 | 0.77299 | -68,388 | -1,797,833 |
| 2052 | 58 | -89,136 | 0.76534 | -68,219 | -1,866,052 |
| 2053 | 59 | -89,805 | 0.75776 | -68,051 | -1,934,103 |
| 2054 | 60 | -90,478 | 0.75026 | -67,882 | -2,001,985 |
| 2055 | 61 | -91,157 | 0.74283 | -67,714 | -2,069,699 |
| 2056 | 62 | -91,840 | 0.73547 | -67,546 | -2,137,245 |
| 2057 | 63 | -92,529 | 0.72819 | -67,379 | -2,204,624 |
| 2058 | 64 | -93,223 | 0.72098 | -67,212 | -2,271,836 |
| 2059 | 65 | -93,923 | 0.71384 | -67,046 | -2,338,882 |
| 2060 | 66 | -94,627 | 0.70678 | -66,880 | -2,405,762 |
| 2061 | 67 | -95,337 | 0.69978 | -66,715 | -2,472,477 |
| 2062 | 68 | -96,052 | 0.69285 | -66,550 | -2,539,027 |
| 2063 | 69 | -96,773 | 0.68599 | -66,385 | -2,605,412 |
| 2064 | 70 | -97,498 | 0.67920 | -66,221 | -2,671,633 |
| 2065 | 71 | -98,229 | 0.67247 | -66,056 | -2,737,689 |
| 2066 | 72 | -98,966 | 0.66582 | -65,894 | -2,803,583 |
| 2067 | 73 | -99,709 | 0.65922 | -65,730 | -2,869,313 |
| 2068 | 74 | -100,457 | 0.65270 | -65,568 | -2,934,881 |
| 2069 | 75 | -101,210 | 0.64623 | -65,405 | -3,000,286 |
| 2070 | 76 | -101,969 | 0.63984 | -65,244 | -3,065,530 |
| 2071 | 77 | -102,733 | 0.63350 | -65,081 | -3,130,611 |
| 2072 | 78 | -103,504 | 0.62723 | -64,921 | -3,195,532 |
| 2073 | 79 | -9,428 | 0.62666 | -5,908 | -$3,201,440 |

JOEL ACEVEDO                                    -$3,201,440

Table 17

PRESENT VALUE OF FUTURE WAGES AND BENEFITS - SCENARIO 2
2026 - 2073

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|---------------------|-------|----------|
| **** | *** | ********* | ******** | *********** | ********* | ********* |
| 2026 | 32 | $58,591 | $12,187 | -$54,642 | $16,136 | $16,136 |
| 2027 | 33 | 71,772 | 14,928 | -63,598 | 23,102 | 39,238 |
| 2028 | 34 | 77,082 | 16,033 | -65,180 | 27,935 | 67,173 |
| 2029 | 35 | 82,781 | 17,219 | -70,000 | 30,000 | 97,173 |
| 2030 | 36 | 88,876 | 18,486 | -72,043 | 35,319 | 132,492 |
| 2031 | 37 | 88,656 | 18,441 | -71,864 | 35,233 | 167,725 |
| 2032 | 38 | 88,437 | 18,395 | -71,687 | 35,145 | 202,870 |
| 2033 | 39 | 88,217 | 18,349 | -71,508 | 35,058 | 237,928 |
| 2034 | 40 | 88,000 | 18,304 | -71,333 | 34,971 | 272,899 |
| 2035 | 41 | 87,781 | 18,258 | -71,155 | 34,884 | 307,783 |
| 2036 | 42 | 87,564 | 18,213 | -70,980 | 34,797 | 342,580 |
| 2037 | 43 | 87,347 | 18,168 | -70,803 | 34,712 | 377,292 |
| 2038 | 44 | 87,131 | 18,124 | -70,628 | 34,627 | 411,919 |
| 2039 | 45 | 86,916 | 18,078 | -70,454 | 34,540 | 446,459 |
| 2040 | 46 | 86,700 | 18,034 | -70,279 | 34,455 | 480,914 |
| 2041 | 47 | 86,485 | 17,989 | -70,104 | 34,370 | 515,284 |
| 2042 | 48 | 86,272 | 17,945 | -69,931 | 34,286 | 549,570 |
| 2043 | 49 | 86,058 | 17,900 | -69,758 | 34,200 | 583,770 |
| 2044 | 50 | 85,844 | 17,855 | -69,585 | 34,114 | 617,884 |
| 2045 | 51 | 85,633 | 17,812 | -69,414 | 34,031 | 651,915 |
| 2046 | 52 | 85,420 | 17,768 | -69,242 | 33,946 | 685,861 |
| 2047 | 53 | 85,210 | 17,724 | -69,071 | 33,863 | 719,724 |
| 2048 | 54 | 84,998 | 17,680 | -68,899 | 33,779 | 753,503 |
| 2049 | 55 | 84,787 | 17,635 | -68,729 | 33,693 | 787,196 |
| 2050 | 56 | 84,577 | 17,592 | -68,558 | 33,611 | 820,807 |
| 2051 | 57 | 84,367 | 17,548 | -68,388 | 33,527 | 854,334 |
| 2052 | 58 | 84,159 | 17,505 | -68,219 | 33,445 | 887,779 |
| 2053 | 59 | 83,951 | 17,462 | -68,051 | 33,362 | 921,141 |
| 2054 | 60 | 83,743 | 17,419 | -67,882 | 33,280 | 954,421 |
| 2055 | 61 | 83,536 | 17,376 | -67,714 | 33,198 | 987,619 |
| 2056 | 62 | 83,328 | 17,332 | -67,546 | 33,114 | 1,020,733 |
| 2057 | 63 | 83,122 | 17,289 | -67,379 | 33,032 | 1,053,765 |
| 2058 | 64 | 82,916 | 17,247 | -67,212 | 32,951 | 1,086,716 |
| 2059 | 65 | 82,711 | 17,204 | -67,046 | 32,869 | 1,119,585 |
| 2060 | 66 | 82,507 | 17,161 | -66,880 | 32,788 | 1,152,373 |
| 2061 | 67 | 82,303 | 17,119 | -66,715 | 32,707 | 1,185,080 |
| 2062 | 68 | 82,099 | 17,077 | -66,550 | 32,626 | 1,217,706 |
| 2063 | 69 | 81,896 | 17,035 | -66,385 | 32,546 | 1,250,252 |
| 2064 | 70 | 81,693 | 16,992 | -66,221 | 32,464 | 1,282,716 |
| 2065 | 71 | 81,491 | 16,950 | -66,056 | 32,385 | 1,315,101 |
| 2066 | 72 | 81,290 | 16,908 | -65,894 | 32,304 | 1,347,405 |
| 2067 | 73 | 81,088 | 16,866 | -65,730 | 32,224 | 1,379,629 |
| 2068 | 74 | 80,888 | 16,825 | -65,568 | 32,145 | 1,411,774 |
| 2069 | 75 | 80,687 | 16,783 | -65,405 | 32,065 | 1,443,839 |
| 2070 | 76 | 80,488 | 16,741 | -65,244 | 31,985 | 1,475,824 |
| 2071 | 77 | 80,288 | 16,700 | -65,081 | 31,907 | 1,507,731 |
| 2072 | 78 | 80,090 | 16,659 | -64,921 | 31,828 | 1,539,559 |
| 2073 | 79 | 7,289 | 1,516 | -5,908 | 2,897 | $1,542,456 |

JOEL ACEVEDO  $3,927,065    $816,831   -$3,201,440   $1,542,456

Table 18

PRESENT VALUE OF NET WAGES AND BENEFITS - SCENARIO 2
2021 - 2073

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|---------------------|-------|----------|
| **** | *** | ********* | ******** | *********** | ********* | ********* |
| 2021 | 27 | $44,897 | $9,339 | -$47,187 | $7,049 | $7,049 |
| 2022 | 28 | 48,700 | 10,130 | -51,184 | 7,646 | 14,695 |
| 2023 | 29 | 52,825 | 10,988 | -52,101 | 11,712 | 26,407 |
| 2024 | 30 | 57,299 | 11,918 | -56,514 | 12,703 | 39,110 |
| 2025 | 31 | 62,152 | 12,928 | -57,963 | 17,117 | 56,227 |
| 2026 | 32 | 66,903 | 13,916 | -62,393 | 18,426 | 74,653 |
| 2027 | 33 | 71,772 | 14,928 | -63,598 | 23,102 | 97,755 |
| 2028 | 34 | 77,082 | 16,033 | -65,180 | 27,935 | 125,690 |
| 2029 | 35 | 82,781 | 17,219 | -70,000 | 30,000 | 155,690 |
| 2030 | 36 | 88,876 | 18,486 | -72,043 | 35,319 | 191,009 |
| 2031 | 37 | 88,656 | 18,441 | -71,864 | 35,233 | 226,242 |
| 2032 | 38 | 88,437 | 18,395 | -71,687 | 35,145 | 261,387 |
| 2033 | 39 | 88,217 | 18,349 | -71,508 | 35,058 | 296,445 |
| 2034 | 40 | 88,000 | 18,304 | -71,333 | 34,971 | 331,416 |
| 2035 | 41 | 87,781 | 18,258 | -71,155 | 34,884 | 366,300 |
| 2036 | 42 | 87,564 | 18,213 | -70,980 | 34,797 | 401,097 |
| 2037 | 43 | 87,347 | 18,168 | -70,803 | 34,712 | 435,809 |
| 2038 | 44 | 87,131 | 18,124 | -70,628 | 34,627 | 470,436 |
| 2039 | 45 | 86,916 | 18,078 | -70,454 | 34,540 | 504,976 |
| 2040 | 46 | 86,700 | 18,034 | -70,279 | 34,455 | 539,431 |
| 2041 | 47 | 86,485 | 17,989 | -70,104 | 34,370 | 573,801 |
| 2042 | 48 | 86,272 | 17,945 | -69,931 | 34,286 | 608,087 |
| 2043 | 49 | 86,058 | 17,900 | -69,758 | 34,200 | 642,287 |
| 2044 | 50 | 85,844 | 17,855 | -69,585 | 34,114 | 676,401 |
| 2045 | 51 | 85,633 | 17,812 | -69,414 | 34,031 | 710,432 |
| 2046 | 52 | 85,420 | 17,768 | -69,242 | 33,946 | 744,378 |
| 2047 | 53 | 85,210 | 17,724 | -69,071 | 33,863 | 778,241 |
| 2048 | 54 | 84,998 | 17,680 | -68,899 | 33,779 | 812,020 |
| 2049 | 55 | 84,787 | 17,635 | -68,729 | 33,693 | 845,713 |
| 2050 | 56 | 84,577 | 17,592 | -68,558 | 33,611 | 879,324 |
| 2051 | 57 | 84,367 | 17,548 | -68,388 | 33,527 | 912,851 |
| 2052 | 58 | 84,159 | 17,505 | -68,219 | 33,445 | 946,296 |
| 2053 | 59 | 83,951 | 17,462 | -68,051 | 33,362 | 979,658 |
| 2054 | 60 | 83,743 | 17,419 | -67,882 | 33,280 | 1,012,938 |
| 2055 | 61 | 83,536 | 17,376 | -67,714 | 33,198 | 1,046,136 |
| 2056 | 62 | 83,328 | 17,332 | -67,546 | 33,114 | 1,079,250 |
| 2057 | 63 | 83,122 | 17,289 | -67,379 | 33,032 | 1,112,282 |
| 2058 | 64 | 82,916 | 17,247 | -67,212 | 32,951 | 1,145,233 |
| 2059 | 65 | 82,711 | 17,204 | -67,046 | 32,869 | 1,178,102 |
| 2060 | 66 | 82,507 | 17,161 | -66,880 | 32,788 | 1,210,890 |
| 2061 | 67 | 82,303 | 17,119 | -66,715 | 32,707 | 1,243,597 |
| 2062 | 68 | 82,099 | 17,077 | -66,550 | 32,626 | 1,276,223 |
| 2063 | 69 | 81,896 | 17,035 | -66,385 | 32,546 | 1,308,769 |
| 2064 | 70 | 81,693 | 16,992 | -66,221 | 32,464 | 1,341,233 |
| 2065 | 71 | 81,491 | 16,950 | -66,056 | 32,385 | 1,373,618 |
| 2066 | 72 | 81,290 | 16,908 | -65,894 | 32,304 | 1,405,922 |
| 2067 | 73 | 81,088 | 16,866 | -65,730 | 32,224 | 1,438,146 |
| 2068 | 74 | 80,888 | 16,825 | -65,568 | 32,145 | 1,470,291 |
| 2069 | 75 | 80,687 | 16,783 | -65,405 | 32,065 | 1,502,356 |
| 2070 | 76 | 80,488 | 16,741 | -65,244 | 31,985 | 1,534,341 |

Table 18 (Cont.)

PRESENT VALUE OF NET WAGES AND BENEFITS - SCENARIO 2
2021 - 2073

| YEAR | AGE | WAGES | EMPLOYEE BENEFITS | PERSONAL CONSUMPTION | TOTAL | CUMULATE |
|------|-----|-------|-------------------|----------------------|-------|----------|
| **** | *** | ********* | ******** | *********** | ********* | ********* |
| 2071 | 77 | 80,288 | 16,700 | -65,081 | 31,907 | 1,566,248 |
| 2072 | 78 | 80,090 | 16,659 | -64,921 | 31,828 | 1,598,076 |
| 2073 | 79 | 7,289 | 1,516 | -5,908 | 2,897 | $1,600,973 |
| JOEL ACEVEDO | | $4,201,250 | $873,863 | -$3,474,140 | $1,600,973 | |

Table 19

LOSS OF PAST HOUSEHOLD SERVICES
2020 - 2023

| YEAR | AGE | HOUSEHOLD SERVICES | CUMULATE |
|------|-----|--------------------|----------|
| **** | *** | ******** | ******** |
| 2020 | 26 | $10,289 | $10,289 |
| 2021 | 27 | 15,384 | 25,673 |
| 2022 | 28 | 15,774 | 41,447 |
| 2023 | 29 | 16,588 | $58,035 |

JOEL ACEVEDO   $58,035

Table 20

LOSS OF PAST GUIDANCE TO JOSE
2020 - 2026

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2020 | 52 | $2,517 | $2,517 |
| 2021 | 53 | 3,763 | 6,280 |
| 2022 | 54 | 3,859 | 10,139 |
| 2023 | 55 | 4,058 | 14,197 |
| 2024 | 56 | 4,221 | 18,418 |
| 2025 | 57 | 4,347 | 22,765 |
| 2026 | 58 | 552 | $23,317 |

JOSE ACEVEDO     $23,317

Table 21

PRESENT VALUE OF FUTURE GUIDANCE TO JOSE
2026 - 2050

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******** | ******** |
| 2026 | 58 | $3,926 | 0.99131 | $3,892 | $3,892 |
| 2027 | 59 | 4,512 | 0.98149 | 4,428 | 8,320 |
| 2028 | 60 | 4,546 | 0.97178 | 4,418 | 12,738 |
| 2029 | 61 | 4,580 | 0.96215 | 4,407 | 17,145 |
| 2030 | 62 | 4,614 | 0.95263 | 4,395 | 21,540 |
| 2031 | 63 | 4,649 | 0.94320 | 4,385 | 25,925 |
| 2032 | 64 | 4,684 | 0.93386 | 4,374 | 30,299 |
| 2033 | 65 | 4,719 | 0.92461 | 4,363 | 34,662 |
| 2034 | 66 | 4,754 | 0.91546 | 4,352 | 39,014 |
| 2035 | 67 | 4,790 | 0.90639 | 4,342 | 43,356 |
| 2036 | 68 | 4,826 | 0.89742 | 4,331 | 47,687 |
| 2037 | 69 | 4,862 | 0.88853 | 4,320 | 52,007 |
| 2038 | 70 | 4,898 | 0.87974 | 4,309 | 56,316 |
| 2039 | 71 | 4,935 | 0.87103 | 4,299 | 60,615 |
| 2040 | 72 | 4,972 | 0.86240 | 4,288 | 64,903 |
| 2041 | 73 | 5,009 | 0.85386 | 4,277 | 69,180 |
| 2042 | 74 | 5,047 | 0.84541 | 4,267 | 73,447 |
| 2043 | 75 | 5,085 | 0.83704 | 4,256 | 77,703 |
| 2044 | 76 | 5,123 | 0.82875 | 4,246 | 81,949 |
| 2045 | 77 | 5,161 | 0.82055 | 4,235 | 86,184 |
| 2046 | 78 | 5,200 | 0.81242 | 4,225 | 90,409 |
| 2047 | 79 | 5,239 | 0.80438 | 4,214 | 94,623 |
| 2048 | 80 | 5,278 | 0.79641 | 4,203 | 98,826 |
| 2049 | 81 | 5,318 | 0.78853 | 4,193 | 103,019 |
| 2050 | 82 | 4,066 | 0.78259 | 3,182 | $106,201 |

JOSE ACEVEDO                              $106,201

SMITH ECONOMICS GROUP, LTD
Smith 048

Table 22

PRESENT VALUE OF NET GUIDANCE TO JOSE
2020 - 2050

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| 2020 | 52 | $2,517 | $2,517 |
| 2021 | 53 | 3,763 | 6,280 |
| 2022 | 54 | 3,859 | 10,139 |
| 2023 | 55 | 4,058 | 14,197 |
| 2024 | 56 | 4,221 | 18,418 |
| 2025 | 57 | 4,347 | 22,765 |
| 2026 | 58 | 4,444 | 27,209 |
| 2027 | 59 | 4,428 | 31,637 |
| 2028 | 60 | 4,418 | 36,055 |
| 2029 | 61 | 4,407 | 40,462 |
| 2030 | 62 | 4,395 | 44,857 |
| 2031 | 63 | 4,385 | 49,242 |
| 2032 | 64 | 4,374 | 53,616 |
| 2033 | 65 | 4,363 | 57,979 |
| 2034 | 66 | 4,352 | 62,331 |
| 2035 | 67 | 4,342 | 66,673 |
| 2036 | 68 | 4,331 | 71,004 |
| 2037 | 69 | 4,320 | 75,324 |
| 2038 | 70 | 4,309 | 79,633 |
| 2039 | 71 | 4,299 | 83,932 |
| 2040 | 72 | 4,288 | 88,220 |
| 2041 | 73 | 4,277 | 92,497 |
| 2042 | 74 | 4,267 | 96,764 |
| 2043 | 75 | 4,256 | 101,020 |
| 2044 | 76 | 4,246 | 105,266 |
| 2045 | 77 | 4,235 | 109,501 |
| 2046 | 78 | 4,225 | 113,726 |
| 2047 | 79 | 4,214 | 117,940 |
| 2048 | 80 | 4,203 | 122,143 |
| 2049 | 81 | 4,193 | 126,336 |
| 2050 | 82 | 3,182 | $129,518 |

JOSE ACEVEDO    $129,518

Table 23

LOSS OF PAST GUIDANCE TO MARIBEL
2020 - 2026

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| 2020 | 47 | $3,356 | $3,356 |
| 2021 | 48 | 5,018 | 8,374 |
| 2022 | 49 | 5,145 | 13,519 |
| 2023 | 50 | 5,410 | 18,929 |
| 2024 | 51 | 5,627 | 24,556 |
| 2025 | 52 | 5,796 | 30,352 |
| 2026 | 53 | 736 | $31,088 |

ACEVEDO        $31,088

Smith 050

Table 24

PRESENT VALUE OF FUTURE GUIDANCE TO MARIBEL
2026 - 2058

| YEAR | AGE | GUIDANCE | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|----------|-----------------|---------------|----------|
| **** | *** | ******** | ******** | ******** | ******** |
| 2026 | 53 | $5,234 | 0.99131 | $5,188 | $5,188 |
| 2027 | 54 | 6,015 | 0.98149 | 5,904 | 11,092 |
| 2028 | 55 | 6,060 | 0.97178 | 5,889 | 16,981 |
| 2029 | 56 | 6,105 | 0.96215 | 5,874 | 22,855 |
| 2030 | 57 | 6,151 | 0.95263 | 5,860 | 28,715 |
| 2031 | 58 | 6,197 | 0.94320 | 5,845 | 34,560 |
| 2032 | 59 | 6,243 | 0.93386 | 5,830 | 40,390 |
| 2033 | 60 | 6,290 | 0.92461 | 5,816 | 46,206 |
| 2034 | 61 | 6,337 | 0.91546 | 5,801 | 52,007 |
| 2035 | 62 | 6,385 | 0.90639 | 5,787 | 57,794 |
| 2036 | 63 | 6,433 | 0.89742 | 5,773 | 63,567 |
| 2037 | 64 | 6,481 | 0.88853 | 5,759 | 69,326 |
| 2038 | 65 | 6,530 | 0.87974 | 5,745 | 75,071 |
| 2039 | 66 | 6,579 | 0.87103 | 5,731 | 80,802 |
| 2040 | 67 | 6,628 | 0.86240 | 5,716 | 86,518 |
| 2041 | 68 | 6,678 | 0.85386 | 5,702 | 92,220 |
| 2042 | 69 | 6,728 | 0.84541 | 5,688 | 97,908 |
| 2043 | 70 | 6,778 | 0.83704 | 5,673 | 103,581 |
| 2044 | 71 | 6,829 | 0.82875 | 5,660 | 109,241 |
| 2045 | 72 | 6,880 | 0.82055 | 5,645 | 114,886 |
| 2046 | 73 | 6,932 | 0.81242 | 5,632 | 120,518 |
| 2047 | 74 | 6,984 | 0.80438 | 5,618 | 126,136 |
| 2048 | 75 | 7,036 | 0.79641 | 5,604 | 131,740 |
| 2049 | 76 | 7,089 | 0.78853 | 5,590 | 137,330 |
| 2050 | 77 | 7,142 | 0.78072 | 5,576 | 142,906 |
| 2051 | 78 | 7,196 | 0.77299 | 5,562 | 148,468 |
| 2052 | 79 | 7,250 | 0.76534 | 5,549 | 154,017 |
| 2053 | 80 | 7,304 | 0.75776 | 5,535 | 159,552 |
| 2054 | 81 | 7,359 | 0.75026 | 5,521 | 165,073 |
| 2055 | 82 | 7,414 | 0.74283 | 5,507 | 170,580 |
| 2056 | 83 | 7,470 | 0.73547 | 5,494 | 176,074 |
| 2057 | 84 | 7,526 | 0.72819 | 5,480 | 181,554 |
| 2058 | 85 | 1,475 | 0.72678 | 1,072 | $182,626 |

MARIBEL ACEVEDO                          $182,626

Table 25

PRESENT VALUE OF NET GUIDANCE TO MARIBEL
2020 - 2058

| YEAR | AGE | GUIDANCE | CUMULATE |
|------|-----|----------|----------|
| **** | *** | ******** | ******** |
| 2020 | 47 | $3,356 | $3,356 |
| 2021 | 48 | 5,018 | 8,374 |
| 2022 | 49 | 5,145 | 13,519 |
| 2023 | 50 | 5,410 | 18,929 |
| 2024 | 51 | 5,627 | 24,556 |
| 2025 | 52 | 5,796 | 30,352 |
| 2026 | 53 | 5,924 | 36,276 |
| 2027 | 54 | 5,904 | 42,180 |
| 2028 | 55 | 5,889 | 48,069 |
| 2029 | 56 | 5,874 | 53,943 |
| 2030 | 57 | 5,860 | 59,803 |
| 2031 | 58 | 5,845 | 65,648 |
| 2032 | 59 | 5,830 | 71,478 |
| 2033 | 60 | 5,816 | 77,294 |
| 2034 | 61 | 5,801 | 83,095 |
| 2035 | 62 | 5,787 | 88,882 |
| 2036 | 63 | 5,773 | 94,655 |
| 2037 | 64 | 5,759 | 100,414 |
| 2038 | 65 | 5,745 | 106,159 |
| 2039 | 66 | 5,731 | 111,890 |
| 2040 | 67 | 5,716 | 117,606 |
| 2041 | 68 | 5,702 | 123,308 |
| 2042 | 69 | 5,688 | 128,996 |
| 2043 | 70 | 5,673 | 134,669 |
| 2044 | 71 | 5,660 | 140,329 |
| 2045 | 72 | 5,645 | 145,974 |
| 2046 | 73 | 5,632 | 151,606 |
| 2047 | 74 | 5,618 | 157,224 |
| 2048 | 75 | 5,604 | 162,828 |
| 2049 | 76 | 5,590 | 168,418 |
| 2050 | 77 | 5,576 | 173,994 |
| 2051 | 78 | 5,562 | 179,556 |
| 2052 | 79 | 5,549 | 185,105 |
| 2053 | 80 | 5,535 | 190,640 |
| 2054 | 81 | 5,521 | 196,161 |
| 2055 | 82 | 5,507 | 201,668 |
| 2056 | 83 | 5,494 | 207,162 |
| 2057 | 84 | 5,480 | 212,642 |
| 2058 | 85 | 1,072 | $213,714 |

ACEVEDO           $213,714

Table 26

LOSS OF PAST ACCOMPANIMENT TO JOSE
2020 - 2026

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2020 | 52  | $17,174       | $17,174  |
| 2021 | 53  | 25,678        | 42,852   |
| 2022 | 54  | 26,329        | 69,181   |
| 2023 | 55  | 27,687        | 96,868   |
| 2024 | 56  | 9,600         | 106,468  |
| 2025 | 57  | 9,887         | 116,355  |
| 2026 | 58  | 1,256         | $117,611 |

JOSE ACEVEDO    $117,611

Table 27

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO JOSE
2026 - 2050

| YEAR | AGE | ACCOMPANIMENT | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|---------------|-----------------|---------------|----------|
| **** | *** | ************* | ******* | ******* | ******* |
| 2026 | 58 | $8,928 | 0.99131 | $8,851 | $8,851 |
| 2027 | 59 | 10,260 | 0.98149 | 10,070 | 18,921 |
| 2028 | 60 | 10,337 | 0.97178 | 10,045 | 28,966 |
| 2029 | 61 | 10,415 | 0.96215 | 10,021 | 38,987 |
| 2030 | 62 | 10,493 | 0.95263 | 9,996 | 48,983 |
| 2031 | 63 | 10,572 | 0.94320 | 9,972 | 58,955 |
| 2032 | 64 | 10,651 | 0.93386 | 9,947 | 68,902 |
| 2033 | 65 | 10,731 | 0.92461 | 9,922 | 78,824 |
| 2034 | 66 | 10,811 | 0.91546 | 9,897 | 88,721 |
| 2035 | 67 | 10,892 | 0.90639 | 9,872 | 98,593 |
| 2036 | 68 | 10,974 | 0.89742 | 9,848 | 108,441 |
| 2037 | 69 | 11,056 | 0.88853 | 9,824 | 118,265 |
| 2038 | 70 | 11,139 | 0.87974 | 9,799 | 128,064 |
| 2039 | 71 | 11,223 | 0.87103 | 9,776 | 137,840 |
| 2040 | 72 | 11,307 | 0.86240 | 9,751 | 147,591 |
| 2041 | 73 | 11,392 | 0.85386 | 9,727 | 157,318 |
| 2042 | 74 | 11,477 | 0.84541 | 9,703 | 167,021 |
| 2043 | 75 | 11,563 | 0.83704 | 9,679 | 176,700 |
| 2044 | 76 | 11,650 | 0.82875 | 9,655 | 186,355 |
| 2045 | 77 | 11,737 | 0.82055 | 9,631 | 195,986 |
| 2046 | 78 | 11,825 | 0.81242 | 9,607 | 205,593 |
| 2047 | 79 | 11,914 | 0.80438 | 9,583 | 215,176 |
| 2048 | 80 | 12,003 | 0.79641 | 9,559 | 224,735 |
| 2049 | 81 | 12,093 | 0.78853 | 9,536 | 234,271 |
| 2050 | 82 | 9,246 | 0.78259 | 7,236 | $241,507 |

JOSE ACEVEDO                          $241,507

Table 28

PRESENT VALUE OF NET ACCOMPANIMENT TO JOSE
2020 - 2050

| YEAR | AGE | ACCOMPANIMENT | CUMULATE |
|------|-----|---------------|----------|
| **** | *** | ************* | ******** |
| 2020 | 52 | $17,174 | $17,174 |
| 2021 | 53 | 25,678 | 42,852 |
| 2022 | 54 | 26,329 | 69,181 |
| 2023 | 55 | 27,687 | 96,868 |
| 2024 | 56 | 9,600 | 106,468 |
| 2025 | 57 | 9,887 | 116,355 |
| 2026 | 58 | 10,107 | 126,462 |
| 2027 | 59 | 10,070 | 136,532 |
| 2028 | 60 | 10,045 | 146,577 |
| 2029 | 61 | 10,021 | 156,598 |
| 2030 | 62 | 9,996 | 166,594 |
| 2031 | 63 | 9,972 | 176,566 |
| 2032 | 64 | 9,947 | 186,513 |
| 2033 | 65 | 9,922 | 196,435 |
| 2034 | 66 | 9,897 | 206,332 |
| 2035 | 67 | 9,872 | 216,204 |
| 2036 | 68 | 9,848 | 226,052 |
| 2037 | 69 | 9,824 | 235,876 |
| 2038 | 70 | 9,799 | 245,675 |
| 2039 | 71 | 9,776 | 255,451 |
| 2040 | 72 | 9,751 | 265,202 |
| 2041 | 73 | 9,727 | 274,929 |
| 2042 | 74 | 9,703 | 284,632 |
| 2043 | 75 | 9,679 | 294,311 |
| 2044 | 76 | 9,655 | 303,966 |
| 2045 | 77 | 9,631 | 313,597 |
| 2046 | 78 | 9,607 | 323,204 |
| 2047 | 79 | 9,583 | 332,787 |
| 2048 | 80 | 9,559 | 342,346 |
| 2049 | 81 | 9,536 | 351,882 |
| 2050 | 82 | 7,236 | $359,118 |

JOSE ACEVEDO    $359,118

```
                              Table 29

                  LOSS OF PAST ACCOMPANIMENT TO MARIBEL
                              2020 - 2026

          YEAR    AGE    ACCOMPANIMENT    CUMULATE
          ****    ***    *************    ********
          2020    47        $17,174        $17,174
          2021    48         25,678         42,852
          2022    49         26,329         69,181
          2023    50         27,687         96,868
          2024    51          9,600        106,468
          2025    52          9,887        116,355
          2026    53          1,256       $117,611


          ACEVEDO             $117,611
```

Table 30

PRESENT VALUE OF FUTURE ACCOMPANIMENT TO MARIBEL
2026 - 2058

| YEAR **** | AGE *** | ACCOMPANIMENT ************* | DISCOUNT FACTOR ******* | PRESENT VALUE ******* | CUMULATE ******** |
|------|-----|---------------|----------|---------|----------|
| 2026 | 53 | $8,928 | 0.99131 | $8,851 | $8,851 |
| 2027 | 54 | 10,260 | 0.98149 | 10,070 | 18,921 |
| 2028 | 55 | 10,337 | 0.97178 | 10,045 | 28,966 |
| 2029 | 56 | 10,415 | 0.96215 | 10,021 | 38,987 |
| 2030 | 57 | 10,493 | 0.95263 | 9,996 | 48,983 |
| 2031 | 58 | 10,572 | 0.94320 | 9,972 | 58,955 |
| 2032 | 59 | 10,651 | 0.93386 | 9,947 | 68,902 |
| 2033 | 60 | 10,731 | 0.92461 | 9,922 | 78,824 |
| 2034 | 61 | 10,811 | 0.91546 | 9,897 | 88,721 |
| 2035 | 62 | 10,892 | 0.90639 | 9,872 | 98,593 |
| 2036 | 63 | 10,974 | 0.89742 | 9,848 | 108,441 |
| 2037 | 64 | 11,056 | 0.88853 | 9,824 | 118,265 |
| 2038 | 65 | 11,139 | 0.87974 | 9,799 | 128,064 |
| 2039 | 66 | 11,223 | 0.87103 | 9,776 | 137,840 |
| 2040 | 67 | 11,307 | 0.86240 | 9,751 | 147,591 |
| 2041 | 68 | 11,392 | 0.85386 | 9,727 | 157,318 |
| 2042 | 69 | 11,477 | 0.84541 | 9,703 | 167,021 |
| 2043 | 70 | 11,563 | 0.83704 | 9,679 | 176,700 |
| 2044 | 71 | 11,650 | 0.82875 | 9,655 | 186,355 |
| 2045 | 72 | 11,737 | 0.82055 | 9,631 | 195,986 |
| 2046 | 73 | 11,825 | 0.81242 | 9,607 | 205,593 |
| 2047 | 74 | 11,914 | 0.80438 | 9,583 | 215,176 |
| 2048 | 75 | 12,003 | 0.79641 | 9,559 | 224,735 |
| 2049 | 76 | 12,093 | 0.78853 | 9,536 | 234,271 |
| 2050 | 77 | 12,184 | 0.78072 | 9,512 | 243,783 |
| 2051 | 78 | 12,275 | 0.77299 | 9,488 | 253,271 |
| 2052 | 79 | 12,367 | 0.76534 | 9,465 | 262,736 |
| 2053 | 80 | 12,460 | 0.75776 | 9,442 | 272,178 |
| 2054 | 81 | 12,553 | 0.75026 | 9,418 | 281,596 |
| 2055 | 82 | 12,647 | 0.74283 | 9,395 | 290,991 |
| 2056 | 83 | 12,742 | 0.73547 | 9,371 | 300,362 |
| 2057 | 84 | 12,838 | 0.72819 | 9,349 | 309,711 |
| 2058 | 85 | 2,516 | 0.72678 | 1,829 | $311,540 |

MARIBEL ACEVEDO                              $311,540

```
                              Table 31

            PRESENT VALUE OF NET ACCOMPANIMENT TO MARIBEL
                           2020 - 2058

           YEAR   AGE   ACCOMPANIMENT   CUMULATE
           ****   ***   *************   ********
           2020   47       $17,174       $17,174
           2021   48        25,678        42,852
           2022   49        26,329        69,181
           2023   50        27,687        96,868
           2024   51         9,600       106,468
           2025   52         9,887       116,355
           2026   53        10,107       126,462
           2027   54        10,070       136,532
           2028   55        10,045       146,577
           2029   56        10,021       156,598
           2030   57         9,996       166,594
           2031   58         9,972       176,566
           2032   59         9,947       186,513
           2033   60         9,922       196,435
           2034   61         9,897       206,332
           2035   62         9,872       216,204
           2036   63         9,848       226,052
           2037   64         9,824       235,876
           2038   65         9,799       245,675
           2039   66         9,776       255,451
           2040   67         9,751       265,202
           2041   68         9,727       274,929
           2042   69         9,703       284,632
           2043   70         9,679       294,311
           2044   71         9,655       303,966
           2045   72         9,631       313,597
           2046   73         9,607       323,204
           2047   74         9,583       332,787
           2048   75         9,559       342,346
           2049   76         9,536       351,882
           2050   77         9,512       361,394
           2051   78         9,488       370,882
           2052   79         9,465       380,347
           2053   80         9,442       389,789
           2054   81         9,418       399,207
           2055   82         9,395       408,602
           2056   83         9,371       417,973
           2057   84         9,349       427,322
           2058   85         1,829      $429,151

           ACEVEDO            $429,151
```

```
                              Table 32

                     LOSS OF PAST LVL TO JOEL
                           2020 - 2026

       YEAR    AGE     RVL       CUMULATE
       ****    ***   ********   ********
       2020     26    $96,607    $96,607
       2021     27   147,438    244,045
       2022     28   156,947    400,992
       2023     29   162,205    563,197
       2024     30   166,893    730,090
       2025     31   170,648    900,738
       2026     32    21,512   $922,250

       JOEL ACEVEDO $922,250
```

SMITH ECONOMICS GROUP, LTD   Smith 059

Table 33

PRESENT VALUE OF FUTURE LVL TO JOEL
2026 - 2073

| YEAR | AGE | RVL | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|-----|-----------------|---------------|----------|
| 2026 | 32 | $152,975 | 0.99131 | $151,646 | $151,646 |
| 2027 | 33 | 174,487 | 0.98149 | 171,257 | 322,903 |
| 2028 | 34 | 174,487 | 0.97178 | 169,563 | 492,466 |
| 2029 | 35 | 174,487 | 0.96215 | 167,883 | 660,349 |
| 2030 | 36 | 174,487 | 0.95263 | 166,222 | 826,571 |
| 2031 | 37 | 174,487 | 0.94320 | 164,576 | 991,147 |
| 2032 | 38 | 174,487 | 0.93386 | 162,946 | 1,154,093 |
| 2033 | 39 | 174,487 | 0.92461 | 161,332 | 1,315,425 |
| 2034 | 40 | 174,487 | 0.91546 | 159,736 | 1,475,161 |
| 2035 | 41 | 174,487 | 0.90639 | 158,153 | 1,633,314 |
| 2036 | 42 | 174,487 | 0.89742 | 156,588 | 1,789,902 |
| 2037 | 43 | 174,487 | 0.88853 | 155,037 | 1,944,939 |
| 2038 | 44 | 174,487 | 0.87974 | 153,503 | 2,098,442 |
| 2039 | 45 | 174,487 | 0.87103 | 151,983 | 2,250,425 |
| 2040 | 46 | 174,487 | 0.86240 | 150,478 | 2,400,903 |
| 2041 | 47 | 174,487 | 0.85386 | 148,987 | 2,549,890 |
| 2042 | 48 | 174,487 | 0.84541 | 147,513 | 2,697,403 |
| 2043 | 49 | 174,487 | 0.83704 | 146,053 | 2,843,456 |
| 2044 | 50 | 174,487 | 0.82875 | 144,606 | 2,988,062 |
| 2045 | 51 | 174,487 | 0.82055 | 143,175 | 3,131,237 |
| 2046 | 52 | 174,487 | 0.81242 | 141,757 | 3,272,994 |
| 2047 | 53 | 174,487 | 0.80438 | 140,354 | 3,413,348 |
| 2048 | 54 | 174,487 | 0.79641 | 138,963 | 3,552,311 |
| 2049 | 55 | 174,487 | 0.78853 | 137,588 | 3,689,899 |
| 2050 | 56 | 174,487 | 0.78072 | 136,225 | 3,826,124 |
| 2051 | 57 | 174,487 | 0.77299 | 134,877 | 3,961,001 |
| 2052 | 58 | 174,487 | 0.76534 | 133,542 | 4,094,543 |
| 2053 | 59 | 174,487 | 0.75776 | 132,219 | 4,226,762 |
| 2054 | 60 | 174,487 | 0.75026 | 130,911 | 4,357,673 |
| 2055 | 61 | 174,487 | 0.74283 | 129,614 | 4,487,287 |
| 2056 | 62 | 174,487 | 0.73547 | 128,330 | 4,615,617 |
| 2057 | 63 | 174,487 | 0.72819 | 127,060 | 4,742,677 |
| 2058 | 64 | 174,487 | 0.72098 | 125,802 | 4,868,479 |
| 2059 | 65 | 174,487 | 0.71384 | 124,556 | 4,993,035 |
| 2060 | 66 | 174,487 | 0.70678 | 123,324 | 5,116,359 |
| 2061 | 67 | 174,487 | 0.69978 | 122,103 | 5,238,462 |
| 2062 | 68 | 174,487 | 0.69285 | 120,893 | 5,359,355 |
| 2063 | 69 | 174,487 | 0.68599 | 119,696 | 5,479,051 |
| 2064 | 70 | 174,487 | 0.67920 | 118,512 | 5,597,563 |
| 2065 | 71 | 174,487 | 0.67247 | 117,337 | 5,714,900 |
| 2066 | 72 | 174,487 | 0.66582 | 116,177 | 5,831,077 |
| 2067 | 73 | 174,487 | 0.65922 | 115,025 | 5,946,102 |
| 2068 | 74 | 174,487 | 0.65270 | 113,888 | 6,059,990 |
| 2069 | 75 | 174,487 | 0.64623 | 112,759 | 6,172,749 |
| 2070 | 76 | 174,487 | 0.63984 | 111,644 | 6,284,393 |
| 2071 | 77 | 174,487 | 0.63350 | 110,538 | 6,394,931 |
| 2072 | 78 | 174,487 | 0.62723 | 109,443 | 6,504,374 |
| 2073 | 79 | 15,776 | 0.62666 | 9,886 | $6,514,260 |

JOEL ACEVEDO                              $6,514,260

Table 34

PRESENT VALUE OF NET LVL TO JOEL
2020 - 2073

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2020 | 26 | $96,607 | $96,607 |
| 2021 | 27 | 147,438 | 244,045 |
| 2022 | 28 | 156,947 | 400,992 |
| 2023 | 29 | 162,205 | 563,197 |
| 2024 | 30 | 166,893 | 730,090 |
| 2025 | 31 | 170,648 | 900,738 |
| 2026 | 32 | 173,158 | 1,073,896 |
| 2027 | 33 | 171,257 | 1,245,153 |
| 2028 | 34 | 169,563 | 1,414,716 |
| 2029 | 35 | 167,883 | 1,582,599 |
| 2030 | 36 | 166,222 | 1,748,821 |
| 2031 | 37 | 164,576 | 1,913,397 |
| 2032 | 38 | 162,946 | 2,076,343 |
| 2033 | 39 | 161,332 | 2,237,675 |
| 2034 | 40 | 159,736 | 2,397,411 |
| 2035 | 41 | 158,153 | 2,555,564 |
| 2036 | 42 | 156,588 | 2,712,152 |
| 2037 | 43 | 155,037 | 2,867,189 |
| 2038 | 44 | 153,503 | 3,020,692 |
| 2039 | 45 | 151,983 | 3,172,675 |
| 2040 | 46 | 150,478 | 3,323,153 |
| 2041 | 47 | 148,987 | 3,472,140 |
| 2042 | 48 | 147,513 | 3,619,653 |
| 2043 | 49 | 146,053 | 3,765,706 |
| 2044 | 50 | 144,606 | 3,910,312 |
| 2045 | 51 | 143,175 | 4,053,487 |
| 2046 | 52 | 141,757 | 4,195,244 |
| 2047 | 53 | 140,354 | 4,335,598 |
| 2048 | 54 | 138,963 | 4,474,561 |
| 2049 | 55 | 137,588 | 4,612,149 |
| 2050 | 56 | 136,225 | 4,748,374 |
| 2051 | 57 | 134,877 | 4,883,251 |
| 2052 | 58 | 133,542 | 5,016,793 |
| 2053 | 59 | 132,219 | 5,149,012 |
| 2054 | 60 | 130,911 | 5,279,923 |
| 2055 | 61 | 129,614 | 5,409,537 |
| 2056 | 62 | 128,330 | 5,537,867 |
| 2057 | 63 | 127,060 | 5,664,927 |
| 2058 | 64 | 125,802 | 5,790,729 |
| 2059 | 65 | 124,556 | 5,915,285 |
| 2060 | 66 | 123,324 | 6,038,609 |
| 2061 | 67 | 122,103 | 6,160,712 |
| 2062 | 68 | 120,893 | 6,281,605 |
| 2063 | 69 | 119,696 | 6,401,301 |
| 2064 | 70 | 118,512 | 6,519,813 |
| 2065 | 71 | 117,337 | 6,637,150 |
| 2066 | 72 | 116,177 | 6,753,327 |
| 2067 | 73 | 115,025 | 6,868,352 |
| 2068 | 74 | 113,888 | 6,982,240 |
| 2069 | 75 | 112,759 | 7,094,999 |

Smith 061

Table 34 (Cont.)

PRESENT VALUE OF NET LVL TO JOEL
2020 - 2073

| YEAR | AGE | RVL | CUMULATE |
|------|-----|-----|----------|
| **** | *** | ********** | ********** |
| 2070 | 76 | 111,644 | 7,206,643 |
| 2071 | 77 | 110,538 | 7,317,181 |
| 2072 | 78 | 109,443 | 7,426,624 |
| 2073 | 79 | 9,886 | $7,436,510 |

JOEL ACEVEDO $7,436,510

Table 35

LOSS OF PAST RELATIONSHIP TO JOSE
2020 - 2026

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2020 | 52 | $28,982 | $28,982 |
| 2021 | 53 | 44,231 | 73,213 |
| 2022 | 54 | 47,084 | 120,297 |
| 2023 | 55 | 48,661 | 168,958 |
| 2024 | 56 | 50,068 | 219,026 |
| 2025 | 57 | 51,194 | 270,220 |
| 2026 | 58 | 6,454 | $276,674 |

JOSE ACEVEDO    $276,674

Table 36

PRESENT VALUE OF FUTURE RELATIONSHIP TO JOSE
2026 - 2050

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|------------------|---------------|----------|
| **** | *** | ************ | ******** | ********* | ********** |
| 2026 | 58 | $45,892 | 0.99131 | $45,494 | $45,494 |
| 2027 | 59 | 52,346 | 0.98149 | 51,377 | 96,871 |
| 2028 | 60 | 52,346 | 0.97178 | 50,869 | 147,740 |
| 2029 | 61 | 52,346 | 0.96215 | 50,365 | 198,105 |
| 2030 | 62 | 52,346 | 0.95263 | 49,866 | 247,971 |
| 2031 | 63 | 52,346 | 0.94320 | 49,373 | 297,344 |
| 2032 | 64 | 52,346 | 0.93386 | 48,884 | 346,228 |
| 2033 | 65 | 52,346 | 0.92461 | 48,400 | 394,628 |
| 2034 | 66 | 52,346 | 0.91546 | 47,921 | 442,549 |
| 2035 | 67 | 52,346 | 0.90639 | 47,446 | 489,995 |
| 2036 | 68 | 52,346 | 0.89742 | 46,976 | 536,971 |
| 2037 | 69 | 52,346 | 0.88853 | 46,511 | 583,482 |
| 2038 | 70 | 52,346 | 0.87974 | 46,051 | 629,533 |
| 2039 | 71 | 52,346 | 0.87103 | 45,595 | 675,128 |
| 2040 | 72 | 52,346 | 0.86240 | 45,143 | 720,271 |
| 2041 | 73 | 52,346 | 0.85386 | 44,696 | 764,967 |
| 2042 | 74 | 52,346 | 0.84541 | 44,254 | 809,221 |
| 2043 | 75 | 52,346 | 0.83704 | 43,816 | 853,037 |
| 2044 | 76 | 52,346 | 0.82875 | 43,382 | 896,419 |
| 2045 | 77 | 52,346 | 0.82055 | 42,953 | 939,372 |
| 2046 | 78 | 52,346 | 0.81242 | 42,527 | 981,899 |
| 2047 | 79 | 52,346 | 0.80438 | 42,106 | 1,024,005 |
| 2048 | 80 | 52,346 | 0.79641 | 41,689 | 1,065,694 |
| 2049 | 81 | 52,346 | 0.78853 | 41,276 | 1,106,970 |
| 2050 | 82 | 39,726 | 0.78259 | 31,089 | $1,138,059 |

JOSE ACEVEDO                                   $1,138,059

Table 37

PRESENT VALUE OF NET RELATIONSHIP TO JOSE
2020 - 2050

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| 2020 | 52 | $28,982 | $28,982 |
| 2021 | 53 | 44,231 | 73,213 |
| 2022 | 54 | 47,084 | 120,297 |
| 2023 | 55 | 48,661 | 168,958 |
| 2024 | 56 | 50,068 | 219,026 |
| 2025 | 57 | 51,194 | 270,220 |
| 2026 | 58 | 51,948 | 322,168 |
| 2027 | 59 | 51,377 | 373,545 |
| 2028 | 60 | 50,869 | 424,414 |
| 2029 | 61 | 50,365 | 474,779 |
| 2030 | 62 | 49,866 | 524,645 |
| 2031 | 63 | 49,373 | 574,018 |
| 2032 | 64 | 48,884 | 622,902 |
| 2033 | 65 | 48,400 | 671,302 |
| 2034 | 66 | 47,921 | 719,223 |
| 2035 | 67 | 47,446 | 766,669 |
| 2036 | 68 | 46,976 | 813,645 |
| 2037 | 69 | 46,511 | 860,156 |
| 2038 | 70 | 46,051 | 906,207 |
| 2039 | 71 | 45,595 | 951,802 |
| 2040 | 72 | 45,143 | 996,945 |
| 2041 | 73 | 44,696 | 1,041,641 |
| 2042 | 74 | 44,254 | 1,085,895 |
| 2043 | 75 | 43,816 | 1,129,711 |
| 2044 | 76 | 43,382 | 1,173,093 |
| 2045 | 77 | 42,953 | 1,216,046 |
| 2046 | 78 | 42,527 | 1,258,573 |
| 2047 | 79 | 42,106 | 1,300,679 |
| 2048 | 80 | 41,689 | 1,342,368 |
| 2049 | 81 | 41,276 | 1,383,644 |
| 2050 | 82 | 31,089 | $1,414,733 |

JOSE ACEVEDO  $1,414,733

Table 38

LOSS OF PAST RELATIONSHIP TO MARIBEL
2020 - 2026

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ******** |
| 2020 | 47 | $28,982 | $28,982 |
| 2021 | 48 | 44,231 | 73,213 |
| 2022 | 49 | 47,084 | 120,297 |
| 2023 | 50 | 48,661 | 168,958 |
| 2024 | 51 | 50,068 | 219,026 |
| 2025 | 52 | 51,194 | 270,220 |
| 2026 | 53 | 6,454 | $276,674 |

ACEVEDO          $276,674

Table 39

PRESENT VALUE OF FUTURE RELATIONSHIP TO MARIBEL
2026 - 2058

| YEAR | AGE | RELATIONSHIP | DISCOUNT FACTOR | PRESENT VALUE | CUMULATE |
|------|-----|--------------|-----------------|---------------|----------|
| **** | *** | ************ | ******** | ********* | ********** |
| 2026 | 53 | $45,892 | 0.99131 | $45,494 | $45,494 |
| 2027 | 54 | 52,346 | 0.98149 | 51,377 | 96,871 |
| 2028 | 55 | 52,346 | 0.97178 | 50,869 | 147,740 |
| 2029 | 56 | 52,346 | 0.96215 | 50,365 | 198,105 |
| 2030 | 57 | 52,346 | 0.95263 | 49,866 | 247,971 |
| 2031 | 58 | 52,346 | 0.94320 | 49,373 | 297,344 |
| 2032 | 59 | 52,346 | 0.93386 | 48,884 | 346,228 |
| 2033 | 60 | 52,346 | 0.92461 | 48,400 | 394,628 |
| 2034 | 61 | 52,346 | 0.91546 | 47,921 | 442,549 |
| 2035 | 62 | 52,346 | 0.90639 | 47,446 | 489,995 |
| 2036 | 63 | 52,346 | 0.89742 | 46,976 | 536,971 |
| 2037 | 64 | 52,346 | 0.88853 | 46,511 | 583,482 |
| 2038 | 65 | 52,346 | 0.87974 | 46,051 | 629,533 |
| 2039 | 66 | 52,346 | 0.87103 | 45,595 | 675,128 |
| 2040 | 67 | 52,346 | 0.86240 | 45,143 | 720,271 |
| 2041 | 68 | 52,346 | 0.85386 | 44,696 | 764,967 |
| 2042 | 69 | 52,346 | 0.84541 | 44,254 | 809,221 |
| 2043 | 70 | 52,346 | 0.83704 | 43,816 | 853,037 |
| 2044 | 71 | 52,346 | 0.82875 | 43,382 | 896,419 |
| 2045 | 72 | 52,346 | 0.82055 | 42,953 | 939,372 |
| 2046 | 73 | 52,346 | 0.81242 | 42,527 | 981,899 |
| 2047 | 74 | 52,346 | 0.80438 | 42,106 | 1,024,005 |
| 2048 | 75 | 52,346 | 0.79641 | 41,689 | 1,065,694 |
| 2049 | 76 | 52,346 | 0.78853 | 41,276 | 1,106,970 |
| 2050 | 77 | 52,346 | 0.78072 | 40,868 | 1,147,838 |
| 2051 | 78 | 52,346 | 0.77299 | 40,463 | 1,188,301 |
| 2052 | 79 | 52,346 | 0.76534 | 40,062 | 1,228,363 |
| 2053 | 80 | 52,346 | 0.75776 | 39,666 | 1,268,029 |
| 2054 | 81 | 52,346 | 0.75026 | 39,273 | 1,307,302 |
| 2055 | 82 | 52,346 | 0.74283 | 38,884 | 1,346,186 |
| 2056 | 83 | 52,346 | 0.73547 | 38,499 | 1,384,685 |
| 2057 | 84 | 52,346 | 0.72819 | 38,118 | 1,422,803 |
| 2058 | 85 | 10,182 | 0.72678 | 7,400 | $1,430,203 |

MARIBEL ACEVEDO                     $1,430,203

Table 40

PRESENT VALUE OF NET RELATIONSHIP TO MARIBEL
2020 - 2058

| YEAR | AGE | RELATIONSHIP | CUMULATE |
|------|-----|--------------|----------|
| **** | *** | ************ | ********* |
| 2020 | 47 | $28,982 | $28,982 |
| 2021 | 48 | 44,231 | 73,213 |
| 2022 | 49 | 47,084 | 120,297 |
| 2023 | 50 | 48,661 | 168,958 |
| 2024 | 51 | 50,068 | 219,026 |
| 2025 | 52 | 51,194 | 270,220 |
| 2026 | 53 | 51,948 | 322,168 |
| 2027 | 54 | 51,377 | 373,545 |
| 2028 | 55 | 50,869 | 424,414 |
| 2029 | 56 | 50,365 | 474,779 |
| 2030 | 57 | 49,866 | 524,645 |
| 2031 | 58 | 49,373 | 574,018 |
| 2032 | 59 | 48,884 | 622,902 |
| 2033 | 60 | 48,400 | 671,302 |
| 2034 | 61 | 47,921 | 719,223 |
| 2035 | 62 | 47,446 | 766,669 |
| 2036 | 63 | 46,976 | 813,645 |
| 2037 | 64 | 46,511 | 860,156 |
| 2038 | 65 | 46,051 | 906,207 |
| 2039 | 66 | 45,595 | 951,802 |
| 2040 | 67 | 45,143 | 996,945 |
| 2041 | 68 | 44,696 | 1,041,641 |
| 2042 | 69 | 44,254 | 1,085,895 |
| 2043 | 70 | 43,816 | 1,129,711 |
| 2044 | 71 | 43,382 | 1,173,093 |
| 2045 | 72 | 42,953 | 1,216,046 |
| 2046 | 73 | 42,527 | 1,258,573 |
| 2047 | 74 | 42,106 | 1,300,679 |
| 2048 | 75 | 41,689 | 1,342,368 |
| 2049 | 76 | 41,276 | 1,383,644 |
| 2050 | 77 | 40,868 | 1,424,512 |
| 2051 | 78 | 40,463 | 1,464,975 |
| 2052 | 79 | 40,062 | 1,505,037 |
| 2053 | 80 | 39,666 | 1,544,703 |
| 2054 | 81 | 39,273 | 1,583,976 |
| 2055 | 82 | 38,884 | 1,622,860 |
| 2056 | 83 | 38,499 | 1,661,359 |
| 2057 | 84 | 38,118 | 1,699,477 |
| 2058 | 85 | 7,400 | $1,706,877 |

ACEVEDO       $1,706,877

# SEG

## Smith Economics Group, Ltd.

A Division of Corporate Financial Group

*Economics / Finance / Litigation Support*

*Stan V. Smith, Ph.D.*
*President*

## S T A N   V.   S M I T H,   P H. D.

**Smith Economics Group, Ltd.** -- Consultants and Experts in Economics and Finance. President, 11/85 to present. Assisted in the successful resolution of thousands of lawsuits on behalf of clients that include many dozens of the nation's largest law firms, the U.S. Department of Justice, as well as thousands of other prominent plaintiff and defense law firms in almost every state. Firm provides economic and financial consulting and economic legal analysis in federal and state courts on damages of every sort: Business Damages including antitrust damages, patent valuation, breach of contract losses, and others commercial losses; Business Valuations; Personal Injury and Wrongful Death losses including lost wages, benefits, services, and other injury losses; Hedonic Damages; Wrongful Discharge, defamation and employment discrimination; Identity Theft and other credit damages; Product Liability; Pension Fund Evaluation and Withdrawal liability, Security Losses.

-----------------------------------------------------------------

**DePaul University.** -- Adjunct Professor, College of Law, 1990 to 1994. Created and taught a full three-credit course in Advanced Remedies - Analysis of Economic Damages in Litigation, based on my textbook on Forensic Economics; delivered lectures to other courses in subsequent years. This was the first course created nationwide in the area of Forensic Economics.

**Ibbotson Associates, Inc.** -- Economic and Financial Consultants. Principal and Managing Director; Originator of SBBI Subscription Services, 11/81 to 11/85. Firm provides consulting to hundreds of the nation's most prominent money managers, law firms, brokerage firms, and pension funds.

**Seaquest International, Inc.** -- Founder and President, 7/77 to 11/81. Developed and financed sophisticated research, search, and recovery technologies for ancient underwater artifacts.

**The December Group, Ltd.** -- Investment Banking Consultants. Associate Economic Analyst 12/74 to 7/77. Firm specialized in mergers and acquisitions, leveraged buy-outs, divestitures and financing specialized start-ups with venture capital.

**JPMorgan Chase Bank - Chicago.** -- Staff Economist, 3/74 to 12/74. Analyzed bank credit and service pricing policies.

**Federal Reserve System.** -- Staff Economist at Board of Governors, Washington, D.C. 9/73 to 2/74.

**University of Chicago.** - Adjunct Professor, Public Policy Economics, 3/73 to 6/73. Research Assistant to Eugene Fama - Nobel Prize Economics 2013, 3/70 to 6/73.

**Midlothian Manufacturing Co.** -- Vice President, 9/68 to 3/73. Responsible for marketing to retail and industrial clients; production control.

Smith 069

# SEG

---

**EDUCATIONAL BACKGROUND:**

University of Chicago, Chicago IL.  Ph.D. in Economics, 1997; Support Areas in
Finance and Econometrics.  Honors: Allied Chemical Scholar and Federal Reserve
Internship.  The University of Chicago is recognized as a world preeminent
institution for the study of Economics and the home of the Law and Economics
movement.  Prof. Gary Becker, Nobel Prize Economics 1992, Thesis Advisor.

University of Chicago, Chicago, IL.  Master's Degree, 1972, Graduate School of
Business; Field of Concentration in Economics.

Cornell University, Ithaca, NY.  Bachelor of Science, Operations Research, 1968;
Field of Concentration in Statistics, Computer Science and Industrial Engineering,
Honors: John McMullen Scholar.

**PROFESSIONAL ACTIVITIES:**

American Academy of Economic & Financial Experts, Journal of Legal Economics,
Manuscript Referee, 199x-2008.
American Arbitration Association, Arbitrator, 1994 to 1996;
American Board of Disability Analysts, Professional Advisory Council, 2002 to
present, Member & Diplomat, 2001 to present;
American College of Forensic Examiners, Fellow, Diplomate and Board Certified
Forensic Examiner, 1996 to present;
American Economic Association, Member, 1985 to present;
American Finance Association, Member, 1985 to present;
Collegium of Pecuniary Damages Experts, Charter Member, 2008-2011;
Journal of the American Rehabilitation Economics Association: The Earnings
Analyst, Manuscript Referee, 1998 to 2002;
Journal of Forensic Economics, Board of Editors, 1990 to 2001;
Journal of Forensic Economics, Manuscript Referee, 1990 to 2003;
National Academy of Economic Arbitrators, Founder and Charter Member, 1989 to
2005;
National Association of Forensic Economics, Vice President, 2000 to 2003, Board
of Editors, 1990 to 2000, Member, 1988 to present;
National Futures Association's Panel of Arbitrators, Arbitrator, 1994 to
present;

**PUBLICATIONS:**

Author, "Historical Returns on Investment Instruments," Handbook of Modern Finance
1985, with Roger Ibbotson and Larry Siegel; Dennis Logue, ed., Warren, Gorham &
Lamont, New York.
Author, 1988 Supp.to Vol 13, Am Jur Proof of Facts 2d on Hedonic Damages.
Author, "Economist Proposes Relief From Present Value Ruling," Chicago Daily Law
Bulletin, June 8, 1988.
Author, "Hedonic Damages" Illinois Tort Report, June, 1988. 421

Smith Economics Group, Ltd. ▪ 312-943-1551          Smith 070

# SEG

Author, "Hedonic Damages in Wrongful Death Cases," the <u>ABA Journal</u>, Sept,1988.

Author, "Hedonic Damages," <u>The Audio Lawyer</u>, Vol. 6 No. 8, ALI-ABA, February, 1989.

Author, "The Hedonic Value of Life: Economic Expert Witness Testimony in Injury and Wrongful Death," <u>Expert Evidence Reporter</u>, Vol. 1, No. 1, September 1989, Shepard's McGraw-Hill.

Co-author: <u>Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys</u>, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1990.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," <u>Journal of Forensic Economics</u>, 3(1), 1990, pp. 1-8.

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled Waters," <u>Journal of Forensic Economics</u>, 3(3), 1990, pp. 41-49.

Author, "Admissibility of Hedonic Damages Testimony," <u>The Audio Litigator</u>, Vol. 1, No. 1, April, 1990, ALI-ABA.

Author, "Hedonic Damages," with G. Magnarini, <u>Wisconsin Lawyer</u>, Vol. 64, No. 2, February 1991.

Author, "Hedonic Damages: Assessing the Loss of Enjoyment of Life," <u>CaliforniaState Bar Bulletin</u>, Vol. 1, No. 8, June 1991.

Co-author, "Hedonic Damages and Personal Injury:  A Conceptual Approach," <u>Journal of Forensic Economics</u>, 3(1), 1990, pp. 1-8; Reprinted in <u>A Hedonics Primer for Economists and Attorneys</u>, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 7, pp. 121-129, 1992.

Co-author: <u>1991/1992 Cumulative Supplement to Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys</u>, with M. L. Brookshire, Anderson Publishing Co., Cinn., Ohio, 1992.

Author, "Hedonic Damages in the Courtroom Setting - A Bridge Over Troubled Waters,," <u>Journal of Forensic Economics</u>, 3(3), 1990, pp. 41-49; Reprinted in <u>A Hedonics Primer for Economists and Attorneys</u>, Compiled and Edited by John O. Ward, Lawyers & Judges Publishing Co., Chapter 6, pp. 111-120, 1992.

Author, "Spotting Bias in Plaintiffs' Economic Loss Reports: A Primer for both Sides," <u>Illinois Bar Journal</u>, Vol 80, No. 12, December, 1992, pp. 635-638.

Author, "Life Values: Measuring the Loss of Enjoyment of Life - Economic Analysis whose time has come," <u>The Brief</u>, Summer 1993, Vol. 22, No. 4 pp. 24-27, 62-63, The American Bar Association.

Co-author: <u>1992/1993 Cumulative Supplement to Economic/Hedonic Damages: A Practice Book for Plaintiff and Defense Attorneys</u>, with M. L. Brookshire and Charles W. de Seve, Anderson Publishing Co., Cinn., Ohio, 1993.

Author, "Evaluating the Loss of Enjoyment of Life - Hedonic Damages," in Charles N. Simkins, ed. <u>Analysis, Understanding and Presentation of Cases Involving Traumatic Brain Injury</u>, National Head Injury Foundation, Wash., DC, 1993.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. <u>Litigation Economics</u>, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993.

Author, "Economic Evaluation of the Loss of Enjoyment of Life - Hedonic Damages," in <u>Damages in Tort Actions</u>, Ch. 124, Release 29 - February 1994, Pub. 309, Mathew Bender & Co., New York.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>Journal of the Massachusetts Academy of Trial Attorneys</u>, Vol 2, No. 1, July, 1994, pp. 65-67.

# SEG

Author, 3-Part Series, "Two Plus Two Equals -- What?" October, 1994, p. 21; "Detecting Bias in Economics," November, 1994, pp. 14 & 21; "Striving for Economic Fairness," December, 1994, pp. 24-25, <u>California Bar Journal</u>, The Experts.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>MTLA News</u>, Vol. 6, No. 4, December, 1994, pp. 3-5, Maine Trial Lawyers Association.

Author, "Hedonic Damages: Measuring The Loss of Enjoyment of Life in Personal Injury Cases," <u>The Prairie Barrister</u>, Vol. 1, No. 1, Winter, 1995, pp. 3, 4, & 12, Nebraska Association of Trial Attorneys.

Author, "Measuring The Loss of Enjoyment of life in Personal Injury Cases in Ohio - Hedonic Damages," <u>Ohio Trial</u>, Vol. 6, Issue 3, Summer 1995, pp. 13- 16, Ohio Academy of Trial Lawyers Education Foundation.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>The Advocate</u>, Vol. 22, No. 5, September/October, 1995, pp. 14-16, 22, The Kentucky Academy of Trial Attorneys.

Author, "Damages for the Value of Life," North Dakota Trial Lawyers <u>The</u> <u>Pleader</u>, Vol. 18, No. 4, September 1995, pp. 9-11, 24.

Author, "Hedonic Damages - Measuring The Loss of Enjoyment of Life in Personal Injury Cases," <u>Law Reporter</u>, The Journal of the Hawaii Trial lawyers Association, Vol. 7, No. 9, September 1995, pp. 8-10.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Arizona - Hedonic Damages," <u>Advocate</u>, Arizona Trial Lawyers Association, November 1995, pp. 5, 7, 15.

Co-Author, "Hedonic Damages and Personal Injury: A Conceptual Approach," <u>Journal of</u> <u>Forensic Economics</u>, 3(1), 1990, pp. 1-8; Reprinted in <u>A New Hedonics Primer for</u> <u>Economists and Attorneys</u>, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 25, 1996, pp. 325-334.

Author, "Hedonic Damages - Measuring the Loss of Enjoyment of Life in P.I. Cases," <u>In</u> <u>Brief</u>, Iowa Trial Lawyers Association, Vol. 7/Issue 1, January-February 1996, pp. 13-15.

Author, "Hedonic Damages in Personal Injury and Wrongful Death Litigation," in Gaughan and Thornton, eds. <u>Litigation Economics</u>, Contemporary Studies in Economic and Financial Analysis, Vol 74, JAI Press, Greenwich, CT, 1993; Reprinted in <u>A New</u> <u>Hedonics Primer for Economists and Attorneys</u>, Compiled and Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., Reading 3, 1996, pp. 15-36.

Author, "Measuring the Loss of Enjoyment of Life in Personal Injury Cases and Wrongful Death Cases in New Mexico - Hedonic Damages," <u>The New Mexico Trial</u> <u>Lawyer</u>, New Mexico Trial Lawyers' Foundation, Vol. XXIV, No. 3, March, 1996, pp. 1, 60-63.

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>Idaho Trial Lawyers Association</u> <u>Journal</u>, Volume 25, Number 2, Summer 1996, pp. 32-36.

Author, "The Value of Life to Close Family Members: Calculating the Loss of Society and Companionship," <u>The New Hedonics Primer for Economists and Attorneys</u>, Second Edition, Edited by Thomas R. Ireland and John O. Ward, Lawyers & Judges Publishing Co., 1996, pp. 377-384.

Author, "Pseudo-Economists - The New Junk Scientists," <u>Federation of Insurance &</u> <u>Corporate Counsel Quarterly</u>, Vol. 47, No. 1, Fall 1996, pp. 95-105.

# SEG

Author with Introduction by Darrel W. Aherin, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Idaho - Hedonic Damages," <u>Western Chronicle</u>, N/D 1996, Western Trial Lawyers Association, pp. 32, 35-36.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases in Washington - Hedonic Damages," <u>Trial News</u>, Vol. 32, Number 5, January 1997, Washington State Trial Lawyers Association, pp. 29-30.

Author, "Jury Verdicts in Drunken Driving Cases," University of Chicago Ph.D. Thesis, UMI Dissertation Services, Ann Arbor, MI, 1997.

Author, "The Value of Life to Close Family Members: Calculating the Loss of Society and Companionship," <u>American Rehabilitation Economics Association 1997 Monograph</u>, pp. 10-16.

Author, Abstract: "Jury Verdicts in Drunken Driving Cases," <u>Journal of Forensic Economics</u>, 11(1), 1998, p. 67-68.

Author, "Why Juries Can Be Trusted," <u>Voir Dire</u>, Vol. 5, Issue 3, Summer 1998, American Board of Trial Advocates, pp. 19-21 & 25.

Author, "Measuring The Loss of Enjoyment of Life in Personal Injury Cases - Hedonic Damages," <u>The Neurolaw Letter</u>, Vol. 9, No. 8, April 2000, pp. 48-49.

Author, "Jury Verdicts and the Dollar Value of Human Life," <u>Journal of Forensic Economics</u>, 13(2), 2000, pp. 169-188.

Author, "Hedonic Damages," Izabela Z. Schultz, Douglas O. Brady, Steven Carella, Eds., <u>Psychological Injuries at Trial</u>, Torts Section, American Bar Association, 2003.

Contributor, "Economic Foundations of Injury and Death Damages," Roger T. Kaufman, James D. Rodgers, Gerald D. Martin, Edward Elgar Publishing, Inc., 2005.

Author, "Don't Overlook the Loss of Expanded Family Services," <u>Trial</u>, Vol. 42, No. 3, "Good Counsel" Column, March 2006, pg. 73.

Co-Author, "What is Your Value?" Chapter 2 in <u>Six-Figure Salary Negotiation</u>, Michael Zwell, Platinum Press, 2008.

Co-Author, "Jury Verdicts in Drunken Driving Cases," <u>Review of Law & Economics</u>, Berkeley Press, 2008.

Contributor, "Determining Economic Damages," Gerald D. Martin, James Publishing Inc., 2008 & previous years' editions.

Co-Author, "Estimating the Value of Family Household Management Services: Approaches and Markups," <u>Forensic Rehabilitation & Economics</u>, Vol 3, No. 2, 2010, with David A. Smith and Stephanie R. Uhl, pp. 85-94.

Co-Author, "Credit Damage: Causes, Consequences and Valuation," <u>Forensic Rehabilitation & Economics</u>, Vol 4, No. 1, 2011, with David A. Smith and Stephanie R. Uhl, pp. 27-32.

Co-Author, "Reply to Tinari's Comment on 'Estimating the Value of Family Household Management Services: Approaches and Markups,'" <u>Forensic Rehabilitation & Economics</u>, Vol 4, No. 1, 2011, with David A. Smith and Stephanie R. Uhl, pp. 37-38.

Co-Author, "A Response to Jayne's Comment on 'Estimating the Value of Family Household Management Services: Approaches and Markups,'" <u>Forensic Rehabilitation & Economics</u>, Vol 4, No. 1, 2011, with David A. Smith and Stephanie R. Uhl, pp. 39-40.

Co-Author, "A Reply to Mr. Climo's Credit Damage Comment," <u>Forensic Rehabilitation & Economics</u>, Vol 5, No. 1, 2012, with David A. Smith and Stephanie R. Uhl, pp. 75-76.

# SEG

Contributor, "Lost Earnings Report: Economist Expert," <u>How To Write An Expert Witness Report</u>, James J. Mangraviti, Jr., Steven Babitsky, Nadine Nasser Donovan, SEAK, Inc, The Expert Witness Training Company, 2014, pp. 527-542.

Author, "Economic Damages in Nevada," <u>Vegas Legal Magazine</u>, Vol 1, Issue 1, Summer 2015, pp. 24-25.

Author, "Economic Damages in Nevada," REPRINT, <u>Vegas Legal Magazine</u>, Fall 2016, pp. 31-32.

Author, "What Is a Wife Worth?" <u>Vegas Legal Magazine</u>, Winter 2017, pp. 34-35.

Author, "What Is Your Earning Capacity?" <u>Vegas Legal Magazine</u>, Spring 2017, pp.26-27.

Author, "Partially Disabling Injuries," <u>Vegas Legal Magazine</u>, Summer 2017, pp. 26-27.

Co-Author, "Credibility & Bias in Economic Experts," <u>Vegas Legal Magazine</u>, Winter 2017, pp. 28-29.

Co-Author, "Credit Damages," <u>Vegas Legal Magazine</u>, Spring 2018, pp. 28-29.

Co-Author, "Defamation" <u>Vegas Legal Magazine</u>, Summer 2018, pp. 26-27.

Co-Author, "Economics is Not Fair!" <u>Vegas Legal Magazine</u>, Fall 2018, pp. 20-21.

Co-Author, "Speculative Damages v. Imprecision: Are They the Same?" <u>Vegas Legal Magazine</u>, Spring 2019, pp. 24-25.

Co-Author, "Partially Disabling Injuries," REPRINT, <u>Vegas Legal Magazine</u>, Winter 2020, pp. 24-25.

Co-Author, "The COVID-19 Economy" <u>Vegas Legal Magazine</u>, Spring 2020, pp. 12-13.

---

Creator and founder of Ibbotson Associates' <u>Stocks, Bonds, Bills, and Inflation</u> (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. SBBI is generally regarded by academics in the field of finance as the most widely accepted source of statistics on the rates of return on investment securities. SBBI was originally published by Ibbotson Associates, then by Morningstar, Inc., and is now currently published by Duff & Phelps. The original SBBI series generated what became a six-book set universally used for business valuation, and currently available on an online platform. These data series are widely relied upon and regarded as the most accepted and definitive scholarly references by the academic, actuarial and investment community, and in courts of law. All three publishers of the SBBI series acknowledge me as the founder in 1983, for my "invaluable role" as having "originated the idea" of SBBI, which I then implemented while Managing Director at Ibbotson Associates.

---

## PROFILES:

<u>The Wall Street Journal</u>, page 1 feature article with photo;
<u>The Best Lawyer's in America: Directory of Expert Witnesses</u>;
<u>National Law Journal</u>, page 1 feature article with photo;
<u>Who's Who in the World</u>;
<u>Who's Who in America</u>;
<u>Who's Who in Finance and Industry</u>;
<u>Who's Who in Science and Engineering</u>;

# SEG

<u>Who's Who in the Midwest</u>;
<u>Who's Who of Emerging Leaders of America</u>;
<u>Chicago Daily Law Bulletin</u>, page 1 feature article;
<u>Chicago Reader</u>, Section 1 feature article with photo;
<u>Like Judgment Day:  The Ruin and Redemption of A Town Called Rosewood</u>, D'Orso,
Michael, 1996, Pg. 237.


**NATIONAL PRESENTATIONS:**

Arizona: Brain Injury Association 13th Annual Conference for Attorneys, Phoenix,
September 16, 1999;
California: American Bar Association Annual Meeting, San Francisco, August 10,
1992;
California: American Trial Lawyers Association 2005 Winter Convention, "Making
Tangible the Intangible: Replacement Household/Family Services", Palm Springs,
January 29, 2005;
Canada: Association of Trial Lawyers of America Annual Meeting, Economic
Damages, Toronto, 1991;
District of Columbia: Larry King Live, Washington, May 22, 1989;
District of Columbia: National Institute for Trial Advocacy (NITA), Seventh
Annual Washington DC Masters Advocacy Program, "Direct and Cross Examination of an
Economic Witness," Washington, October 15, 1991;
District of Columbia: National Association. of Protection & Advocacy Systems,
Inc., 19th Annual Conference, "Assessment and Proof of Damages," Washington,
May 30, 1996;
District of Columbia: American Bar Association Annual Meeting, Washington, TIPS
Aviation and Space Law, "Beyond the Horizon: What's Next in Aviation and Space
Law Litigation," October 18, 2013;
Florida: Association of Trial Lawyers of America 1992 Winter Convention, Boca Raton,
"Cutting Edge Developments in Economic Testimony," January 15, 1992;
Florida: Brain Injury Association 10th Anniversary Trial Lawyers Conference,
Palm Beach, September 19, 1996;
Florida: National Association of Consumer Advocates, 2003 NACA-FCRA Conference,
Building on Our Success, Panel of Experts, "What the Experts Have Learned, A View
From the Witness Box," Orlando, March 9, 2003;
Georgia: National Academy of Economic Arbitrators Annual Meeting, Differences in
Economic Assumptions in Personal Injury Wage Calculations, Atlanta, December,
1989;
Georgia: National Association of Forensic Economics Annual Meeting, Value of Life,
Atlanta, December, 1989;
Hawaii: American Bar Association Annual Meeting in Honolulu, HI, Speaker and Expert
Witness at Mock Trial, Honolulu, August, 1989;
Idaho: Inner Circle of Advocates Annual Meeting, Sun Valley, August, 1989;
Illinois: University of Chicago 1982 Annual Management Conference on Venture
Capital;
Illinois: National Association of Consumer Advocates, 2009 NACA-FCRA Fair Credit
Reporting Act Conference, "Credit Damages: How to Estimate Them," Chicago Hyatt
Regency, May 9, 2009;
Illinois: American Rehabilitation Economics Association Annual Conference,
"Hedonic Damages:  A Basic Approach," Chicago, June 13, 2009;

Case 2:23-cv-00489-BHL    Filed 11/18/25    Page 99 of 137    Document 94    Smith 075

Smith Economics Group, Ltd. ▪ 9912-943-1551

# SEG

Illinois: National Association of Consumer Advocates, 2010 NACA Auto Fraud
   Litigation Conference, Credit Damages: How to Estimate Them," Chicago Hyatt
   Regency, May 16, 2010;
Illinois: SEAK 19th Annual National Expert Witness Conference, "Handling the
   Toughest Questions: Depositions and Trial," Rosemont, June 25, 2010;
Illinois: National Consumer Law Center 20th Annual Consumer Rights Litigation
   Conference, "Expert Witnesses at Trial – Handling Experts in the Courtroom,"
   Fairmont Chicago Millennium Park Hotel, November 5, 2011;
Internet: Credit Bureau Strategy Consulting, Webinar Presentation, "The
   Economics of Credit Damage," September 14, 2009
Louisiana: American Bar Association, National Institute Transportation
   Megaconference, New Orleans, March 5, 1993;
Louisiana: Defense Research Institute, Medical Malpractice Seminar, New Orleans,
   May 6, 1994;
Louisiana: Association of Trial Lawyers of America 2001 Winter Convention,
   Litigation at Sunrise, "Measuring the Loss of Enjoyment of Life in Personal Injury
   Cases -- Hedonic Damages Over the Last Ten Years," New Orleans, February 12, 2001;
Louisiana: National Association of Consumer Advocates, 2005 NACA-FCRA Conference,
   "Litigating Accuracy Issues with Furnishers of Credit Data," Speaker on Economic
   Damages, New Orleans, June 5, 2005;
Louisiana: National Association of Minority and Women-Owned Law Firms, Trials
   Practice Area Committee Session: Challenging Experts? "Tactics for Mastering
   Expert Examinations," New Orleans, February 21, 2016;
Louisiana: National Association of Minority and Women-Owned Law Firms, Emerging
   Leaders Session: Ready for Action? "Hone Your Expert Cross Examination
   Techniques," New Orleans, February 22, 2016;
Massachusetts: 46th Annual Eastern Economic Association Conference, "Calculations and
   Consideration of Hedonic Damages in Personal Injury," Boston, February 29, 2020;
Michigan: Northwest #255 Air Disaster Steering Committee Meeting, Detroit, June,
   1989;
Nevada: American Rehabilitation Economics Association Conference, Mock Trial
   Presided by Nevada Supreme Court Justice William Maupin, Reno, May 15, 1999;
Nevada: National Association of Consumer Advocates, 2006 NACA-FCRA Conference,
   "Experts on Damages," Washington, May 6, 2006;
Nevada: National Association of Consumer Advocates, 2006 NACA-FCRA Conference,
   "Breakfast with the Stars," Washington, May 7, 2006;
Nevada: Brain Injury Association of America; Mastering the Science and Trial
   Strategies, "Making Tangible the Intangible: Expanding the Traditional Measures,"
   Las Vegas, April 4, 2008;
Nevada: Internet Law Leadership Summit at Aria Resort & Casino, "Calculating
   Complex Financial Damages," Las Vegas, November 30, 2012;
New York: Eastern Economic Association Annual Conference, "Estimating the
   Value of Family Household Management Services: Approaches and Markups," New York
   City, February 28, 2009;
New York: Eastern Economic Association Annual Conference, "Credit Damage:
   Causes, Consequences and Valuation," New York City, February 28, 2009;
Oregon: National Crime Victim Law Institute at Lewis & Clark Law School, Ninth
   Annual Crime Victim Law Conference, Due Process for Victims: Meaningful Rights in
   Every Case, Portland, June 11, 2010;
Pennsylvania: Swiss Re American Annual Claims Conference, "Looking to the Third
   Millennium," Hershey, June 3, 1996;
Texas: MADD Advanced Victim Assistance Institute Seminar, Dallas, November 12,

Smith Economics Group, Ltd. • 312-943-1551

Case 2:23-cv-00489-BHL   Filed 11/18/25   Page 100 of 137   Document 94   Smith 076

1994;

Texas: National Norplant Litigation Conference 1995, Houston, June 22, 1995.
Texas: American Rehabilitation Economics Association Annual Conference, "Hedonic Damages for Dummies," Austin, June 23, 2018.

## REGIONAL PRESENTATIONS:

Hawaii: Western Trial Lawyers Association 1994 Annual Convention, "Making it Work-Trial Practice in the 90's," Maui, June 16, 1994;
Illinois: GSA Seminar "Selling your Business", Chicago, October, 1987;
Illinois: Society of Trial Lawyers, "How to Depose an Economist," Chicago, May 7, 2009;
Louisiana: Southern Trial Lawyers Association Annual Meeting, New Orleans, 1988;
Louisiana: Southern Trial Lawyers Association 1996 Mardi Gras Conference, ATLA Traumatic Brain Injury Litigation Group, "Economic Implication of a Closed Head Injury," New Orleans, February 18, 1996;
Michigan: Advocacy Institute, Continuing Legal Education, 46th Annual Seminar, "Wrongful Death of an Older Person," Ann Arbor, May 12, 1995;
Michigan: Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain Injury Case," Novi, August 21, 1997;
Michigan: Lorman Education Services, "Direct Examination of Experts in a Traumatic Brain Injury Case," Livonia, August 26, 1998;
New York: Eastern Finance Association Special Session on Pension Fund Asset Reversions, 1985;
New York: American Reinsurance Company for Senior Claims Executives Annual Meeting, August, 1989;
Ohio: Anderson Publishing Co., Proof of Economic Damages Seminar, Cincinnati, November 2, 1990.

## STATEWIDE PRESENTATIONS:

California: Arizona State Bar Fourth Annual "CLE By The Sea," San Diego, July 22-23, 1994;
Connecticut Trial Lawyer Association, "All About Experts," Hartford, November 21, 1992;
Florida State Bar Association, National Institute of Trial Advocacy (NITA), Advanced Trial Advocacy Seminar, Speaker and Expert Witness at Mock trial on Economic Damages, Gainesville, May 14, 1991;
Georgia Brain Injury Association & Institute of Continuing Legal Education in Georgia, "Hedonic Damages: Proving Loss of Enjoyment of Life in Non-Fatal Injury Cases," Atlanta, March 29, 2002;
Idaho Trial Lawyers Association Annual Meeting, Twin Falls, February 23, 1996;
Illinois State Bar Association CLE Series, April, 1989;
Illinois: Insurance Group of the Union League Club of Chicago, "Toward A More Rational Approach to Liability Judgments," Chicago, March 19, 1991;
Indiana State Bar Association Annual Meeting, October, 1989;
Indiana Trial Lawyers Association Annual Meeting, November 30, 1990;
Indiana State Bar Association "Masters in Trial" Spring Meeting, South Bend, April 18, 1997;
Iowa Trial Lawyers Association Annual Meeting, Des Moines, November 5, 1993;
Kentucky Academy of Trial Attorneys Damages Seminar, Louisville, August 18, 1995;

Smith Economics Group, Ltd. ● 312-943-1551

Louisiana Trial Lawyer Association, Baton Rouge, "Winning with Experts" Seminar, November 10, 1989;

Louisiana Trial Lawyer Association, "Winning With the Masters" Seminar, New Orleans, November 21, 1995;

Louisiana Trial Lawyer Association, "Winning With the Masters" Seminar, New Orleans, December 10, 1997;

Massachusetts Trial Lawyers Association, "Learn From the Experts," Boston, October 9, 1992;

Massachusetts Trial Lawyers Association Annual Meeting, Boston, October 29, 1993;

Michigan Trial Lawyers Association Annual Meeting, Wrongful Death Damages, May, 1990;

Michigan Head Injury Alliance Fifth Annual Seminar on Closed Head Injury, Detroit, March 24, 1994;

Michigan Head Injury Alliance Sixth Annual Seminar on Closed Head Injury, Detroit, March 23, 1995;

Michigan Head Injury Alliance Seventh Annual Seminar on Closed Head Injury, Detroit, March 28, 1996;

Michigan Head Injury Alliance Eighth Annual Seminar on Closed Head Injury, Detroit, March 27, 1997;

Michigan, Institute of Continuing Legal Education, "The Name of the Game is Damages--Plaintiff and Defense Strategies in Negligence and Employment Cases," Troy, July 20, 2000;

Michigan Trial Lawyers Association Winter Seminar, "Hedonic Damages and Other Special Economic Issues," Gaylord, February 24, 2001;

Michigan Trial Lawyers Association 13th Annual Seminar in the Snow, Litigation Strategies and Techniques, "Loss of Society and Household Companionship and Advisory Services," Bellaire, February 22, 2003;

Mississippi Trial Lawyers Association Annual Convention, "Shooting Stars Seminar," Biloxi, May 19, 1995;

Mississippi Trial Lawyers Association Annual Convention, "Taking Your Recovery to the Next Level: Hedonic Damages," Biloxi, May 10, 2001;

Mississippi: Arkansas Trial Lawyer Association "Maximizing Damages in the Personal Injury Case," Tunica, MS, October 24, 2003;

Missouri: Kansas Trial Lawyers Association Annual Meeting, Kansas City, December 8, 1990;

Missouri State Bar Annual Meeting, Kansas City, September 19, 1996;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," Kansas City, April 19, 2002;

Missouri State Bar CLE Seminar, Proving Damages in Catastrophic Injury Cases, "Hedonic Damages after September 11th and An Economist's View on Proving Economic Damages," St. Louis, May 9, 2002;

Montana Trial Lawyer Association Fourth Annual Convention, "Proving The Intangible (Hedonic) Value of Human Life," Whitefish, July 23, 1993;

Montana Trial Lawyer Association Seventh Annual Convention, Seminar of the Masters, Polson, August 1, 1996;

Montana Trial Lawyer Association Spring Seminar, Scientific Evidence, "Making Tangible the Intangible: Loss of Enjoyment of Life, and Society & Companionship Damages," Billings, April 25, 2003;

Nevada: Required Medical and Legal Education for the Traumatic Brain Injury Case, "9/11 Victim Compensation Fund Hedonic Damages: Implications for the State of Nevada," Las Vegas, October 25, 2002;

New Hampshire Trial Lawyer Association, "Secrets & Strategies of Trial Law," Concord, October 8, 1993;

New Mexico Trial Lawyers Association Annual Meeting, Economic Damages, Santa Fe, June 22, 1991;

New Mexico Trial Lawyers Foundation Damages Seminar, Albuquerque, October 11, 1996;

North Carolina, Brain Injury Association of NC, First Annual Trial Lawyers Conference, "The Use of Expert Testimony in Brain Injury Litigation," Charlotte, January 26, 1996;

North Carolina, Brain Injury Association of NC, Second Annual Trial Lawyers Conference, "The Loss of Enjoyment of Life in Personal Injury - Hedonic Damages," Charlotte, January 24, 1997;

North Dakota Trial Lawyers Association, Annual Meeting Trial Practice Seminar, Fargo, May 4, 1995;

Ohio Association of Trial Lawyers Annual Meeting, Speaker and Expert Witness at Mock Trial on Wrongful Death Damages, Toledo, April, 1990;

Ohio Head Injury Association, "Representing the Survivor of Mild Head Injury," Annual Seminar, Columbus, June 3, 1994;

Pennsylvania: Philadelphia Trial Lawyers Association CLE Lecture Series, March 17, 1993;

South Dakota Trial Lawyers Association Spring Seminar, April, 1989;

Texas Trial Lawyers Association, Medical Malpractice Seminar, Wrongful Death Damages, Houston, May, 1990;

Washington State Trial Lawyers Annual Meeting & Convention, Stevenson, July 11, 1998;

Wisconsin Association of Trial Lawyers Annual Meeting, Wrongful Death Damages, Door County, July, 1990;

Wisconsin Brain Injury 2nd Annual Seminar, "Identifying and Understanding Traumatic Brain Injury," Green Lake, May 31, 1997.


**LOCAL PRESENTATIONS:**

Alaska: Alaska Trial Lawyers Association, Anchorage, August, 1989;

California: "Value of Life: Dismal Science from the Courtroom, "Economics Department Workshop Colloquium, Pomona College, Claremont, April 17, 2006;

Illinois: Chicago North Suburban Bar Association, May, 1988;

Illinois: Chicago Advocates Society, June, 1988;

Illinois: Northwest Chicago Suburban Bar Association, January, 1989;

Illinois: Chicago Public Radio, WBEZ, February, 1989;

Illinois: DuPage County, Bar Association, Chicago, May, 1989;

Illinois: Sangamon County Trial Lawyers Association, Springfield, May, 1989;

Illinois: McHenry County Bar Association, Chicago, May, 1989;

Illinois: Chicago Bar Association Wrongful Death Seminar, Wrongful Death Damages, February, 1990;

Illinois: Chicago Bar Association Torts Seminar, Defense Perspectives on Economic Damages, January 21, 1991;

Illinois: Chicago Bar Association, Wrongful Death Seminar, February 11, 1993;

Illinois: Chicago Bar Association Effective Direct and Cross-Examination of Expert Witnesses - A Demonstration, January 9, 1995;

Illinois: Interstate National Corporation, "Cutting Edge Developments on Economic Damages - Defense Perspectives", Chicago, August 2, 1995;

Illinois: Interstate National Corporation, "Cutting Edge Developments on

Case 2:23-cv-00489-BHL   Filed 11/18/25   Page 103 of 137   Document 94   Smith 079

# SEG

Economic Damages - Defense Perspectives", Chicago, September 2, 1997;

Illinois: Cassiday Schade & Gloor, "Catastrophic Damages...They're Back! -
    Limiting Damages After the Invalidation of Tort Reform," Chicago, November 18,
    1998;
Illinois: Law Bulletin Publishing Company, Legal Career Day, Economic Outlook
    for Lawyer Employment, Chicago, April 13, 2004;
Illinois: Fox News Contributor WFLD TV, October 10 and October 15, 2008;
    February 25, March 24, April 10, April 20, June 17, August 3, August 26 and
    October 19, 2009;
Michigan: American Radio Network, WFOX, Detroit, January, 1989;
Michigan: Oakland County Bar Association Negligence Committee, Bloomfield Hills,
    November 5, 1996;
Ohio: Hamilton County, Bar Association Seminar on Economic Damages, Cincinnati,
    January 31, 1991.

## TELEVISION/VIDEO PRESENTATIONS

American Bar Association Tort and Insurance Practice Section Annual
    Meeting, "Hedonic Damages," San Francisco, CA, August 10, 1992;
American Law Institute-American Bar Association, ALI-ABA Tape,
    "Hedonic Damages:  Litigating the Loss of Enjoyment of Life," The Lawyers' Video
    Magazine, Vol. III Issue 20, Philadelphia, PA, December, 1991;
CNN: Larry King Live, May 22, 1989.

## PERSONAL BACKGROUND:

Born November 16, 1946, Rhinelander, Wisconsin;
Graduated Nicolet High School 1964, Milwaukee, Wisconsin;
Honorable Discharge U.S. Army, 1975;
Member of Chicago Board Options Exchange, 1975-1978;
Trustee, Wright Graduate University;
Board Member, Wright Foundation.

Smith Economics Group, Ltd. • 312-943-1551

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Fischer v. BASF Catalysts, LLC, et al. | Circuit Court, State of Missouri, Twenty-Second Judicial Circuit, City of St. Louis | 2422-CC06444 | Maune Raichle Hartley French & Mudd, Chicago, IL | 05-16-2025 |
| Generations Healthcare Property of Lincoln, LLC. v. K-Plus Engineering Services, LLC | Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois | 2020 L 001171 | Generations Healthcare Network, Lincolnwood, IL | 05-15-2025 |
| Fritz v. Walkup, et al. | Circuit Court of the 12th Judicial Circuit, Will County, Illinois | 2022LA000579 | Parente & Norem, Chicago, IL | 05-12-2025 |
| Duncan v. BNSF Railway Company | Circuit Court of Greene County, Missouri, Division 1 | 2131-CC00861 | Hubbell Law Firm, Kansas City\MO | 05-09-2025 |
| Miller v. Castro-Lopez | District court, Clark County, Nevada | A-23-877091-C, Dept. II | Patti & Associates, Las Vegas, NV | 05-08-2025 |
| Nemeth v. Kumar, et al. | Superior Court, State of Washington, County of Pierce | 23-2-11464-2 | Oshan & Associates, Seattle, WA | 05-07-2025 |
| Bynum, Jr. v. Commonwealth Serum Laboratories Behring | United States District Court, General District of Illinois, Urbana Division | 2:20-cv-02343 | Raven Law, Chicago\IL | 05-06-2025 |
| Fitch v. Cheregi, M.D., et al. | Circuit Court of Lake County, Illinois County Department, Law Division | 2023 LA 00000834 | Moll Law Group, Chicago, IL | 04-29-2025 |
| Guillen v. Frankenmuth Insurance | Uninsured Motorist Arbitration | 000200072977-033 | Powell & Pisman, Chicago, IL | 04-25-2025 |
| Gower, et al. v. The River Mews Association, Inc., et al. | Circuit Court of the Nineteenth Judicial Circuit of and for Indian River County, Florida | 2021-CA-000436 | Raven Law, Chicago, IL | 04-24-2025 |
| Bernhard v. Foxwoood Condominium I Association | Superior Court of New Jersey, Law Division: Morris County | MRS-L-1147-21 | Eichen Crutchlow Zaslow, Edison, NJ | 04-21-2025 |
| Bantner v. Pryor, M.D. | State of Illinois, Circuit Court of the 17th Judicial Circuit, County of Winnebago | 2022 LA 000201 | Coplan & Crane, Oak Park, IL | 04-17-2025 |
| Martin, et al. v. Radiant Waxing Franchise, LLC. | District Court, County of Denver, Colorado | 2023CV033083 | Cohen Trial, Denver, CO | 04-16-2025 |
| Bowers v. Old Republic Insurance Company | State of Wisconsin, Circuit Court, Dane County | 23-CV-1101 | Kasieta Legal Group, Madison WI | 04-15-2025 |
| Sauls v. Burt, M.D. | Circuit Court for Sullivan County at Bristol, Tennessee | C16333 c | Kramer Rayson, Knoxville, TN | 04-08-2025 |
| Hagedorn/Harber v. West Texas Barricades, LLC. | District Court, 273rd Judicial District, Sabine County, Texas | CV-2214125 | Langdon & Emison, Lexington, MO | 04-07-2025 |
| Boodoo v. Gohil, M.D., et al. | Superior Court of New Jersey, Law Division: Essex County | ESX-L-1779-23 | Lynch Law Firm, Hasbrouck Heights, NJ | 04-04-2025 |
| Rakofsky v. Florida Luxurious Properties, et al. | Circuit Court of the 17th Judicial Circuit, Broward County, Florida | CACE-23-012147 | Injury & Accident Law, Marco Island, FL | 04-04-2025 |
| Garcia, Jr. v. J6 Energy Services, et al. | District Court of 143rd Judicial District, Reeves County, Texas | 24-01-25064-CVR | Gowan & Elizondo, Corpus Christi, TX | 04-03-2025 |
| Bucio v. Jr's Trucking N Construction Co | Circuit Court of Cook County, Illinois, County Department - Law Division | 22 L 005387 | Burnes & Libman, Chicago, IL | 04-02-2025 |
| Galindez, et al. v. Fresenius Kidney Care, et al. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-001989-23 | Lynch Law Firm, Hasbrouck Heights, NJ | 04-01-2025 |
| Francis v. Cleveland Clinic Foundation | Court of Common Pleas, Cuyahoga County, Ohio | CV 22 962412 | D.W. Smith Legal Services, Lakewood\OH | 03-25-2025 |
| Panepinto/Edelbaum v. MGM Grand Hotel, LLC | District Clark, Clark County, Nevada, Dept 9 | A-23-879517-C | The 702 Firm, Las Vegas, NV | 03-24-2025 |
| Patterson v. Little Company of Mary Hospital and Healthcare Centers | Circuit Court of Cook County, County Department, Law Division | 2024 L 008979 | McNabola Law Group, Chicago\IL | 03-21-2025 |
| Garcia-Vasquez, et al. v. Smith, et al. | Eighth Judicial District Court, Clark County, Nevada | A-23-873302-C | Patti & Associates, Las Vegas, NV | 03-20-2025 |
| Green, et al. v. Zuniga, et al. | 60th Judicial District, District Court, Jefferson County, Texas | B-0210850 | Ferguson Law Offices, Beaumont, TX | 03-17-2025 |
| Smith v. MBT Transport, Inc. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 2021 L 899 | Shannon Law Group, Woodridge, IL | 03-13-2025 |
| Jacobson v. VHS Harlingen Hospital Company, LLC | District Court, 389th Judicial District, Hidalgo County, Texas | C-2738-23-H | Krebs Law Office, Austin, TX | 03-12-2025 |
| Orban v. Centurion of Missouri, LLC, et al. | Circuit Court of Buchanan County, State of Missouri | 23BU-CC01941 | Taylor Siemens, St Joseph, MO | 03-11-2025 |
| Freeman v. Ozarks Medical Center, et al. | Circuit Court of Howell County, State of Missouri | 22AL-CC00084 | Johnson Vorhees & Martucci, Joplin, MO | 03-11-2025 |
| Baca v. R & D Auto Sales, Inc., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 006161 | Powell & Pisman, Chicago, IL | 03-10-2025 |
| Cooper v. Valley Health System, LLC | District Court, Clark County, Nevada | A-22-855197-C | Bighorn Law, Las Vegas, NV | 03-03-2025 |
| Trivedi v. Farmers Insurance Group | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 009800 | Compton Law Group, Elgin, IL | 02-28-2025 |
| Deadmond v. Wildhaber, et al. | Circuit Court, Third Judicial Circuit, Madison County, Illinois | 2022LA000545 | Kiley Klein, Decatur, IL | 02-28-2025 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Panda v. Whole Foods Market Group, Inc. | Circuit Court of Cook County, Illinois, County Department, Law Division | 23 L 007506 | Malman & Associates, Chicago, IL | 02-27-2025 |
| Wendt/Millaney v. Health Care Service Corporation, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 010647 | Napleton & Associates, Chicago, IL | 02-27-2025 |
| Goldsmith v. Salem Five Cents Savings Bank | Commonwealth of Massachusetts, Essex Superior Court | 1677CV1121 | Baker Law Office, Boston\MA | 02-26-2025 |
| Ibarra v. Ojeda, et al. | District Court, Clark County, Nevada | A-23-871878-C | Valiente Mott, Las Vegas, NV | 02-25-2025 |
| Dallas v. Holtz, et al. | Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois | 2018-L-0000263 | Nemeroff Law Office, Chicago\IL | 02-25-2025 |
| Biehn v. Pieroni Construction Company | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020 L 4739 | Taxman Pollock Murray & Bekkerman, Chicago, IL | 02-24-2025 |
| Mazzola v. Liberty House Restaurant | Superior Court of New Jersey, Law Division, Hudson County | HUD-L-002662 | Lynch Law Firm, Hasbrouck Heights, NJ | 02-24-2025 |
| Wagner v. St. Joseph Mercy Oakland, et al. | Circuit Court, County of Oakland, State of Michigan | 23-203759-NH | McKeen & Associates, Southfield, MI | 02-21-2025 |
| Greenwood v. Cando Rail & Terminals, Inc. | Circuit Court of Ashley County, Arkansas | 1:22-cv-01024-SOH | Bolt Law Firm, Anoka, MN | 02-21-2025 |
| Jones, et al. v. Keith, et al. | District Court, Tarrant County, Texas, 342nd Judicial District | 342-346648-23 | Stephens Law Firm, Fort Worth, TX | 02-20-2025 |
| Pool v. Maciel | Circuit Court of Cook County, Illinois, County Department, Law Division | 2023 L 5684 | Powell & Pisman, Chicago, IL | 02-19-2025 |
| Rincon v. Seifoddinii, et al. | District Court, Clark County, Nevada | A-23-869052-C | Valiente Mott, Las Vegas\NV | 02-19-2025 |
| Chappel/Busby v. Clarksdale Regional Medical Center, et al. | Circuit Court of Coahoma County, Mississippi | 14-CI-2020-0015 | Merkel & Cocke, Clarksdale, MS | 02-19-2025 |
| Griff v. American Family Mutual Insurance Company | State of Wisconsin, Circuit Court, Racine County | 24-CV-207 | Borgelt Powell Peterson & Frauen* Milwaukee, WI | 02-14-2025 |
| Alegria v. Holder, et al. | ADR Systems | 60449CAJH | Patterson Law Firm, Chicago, IL | 02-13-2025 |
| Francis v. Cleveland Clinic Foundation | Court of Common Please, Cuyahoga County, Ohio | CV 22 962412 | D.W. Smith Legal Services, Lakewood, OH | 02-13-2025 |
| Lahoud v. Merrill Lynch, Pierce, Fenner & Smith Incorporated | Financial Industry Regulatory Authority, Dispute Resolution | 22-01970 | Lynch Lynch Held Rosenberg, Hasbrouck Heights#NJ | 02-08-2025 |
| Lyuben Shopski v. McCabe, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022L006853 | Montgomery Law Firm, Chicago, IL | 02-07-2025 |
| Pamela Shopski v. McCabe, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022L006853 | Bakov Law, Chicago, IL | 02-07-2025 |
| Harris v. Guzman | Circuit Court of Cook County, Illinois, County Department, Law Division | 23 L 10140 | Powell & Pisman, Chicago, IL | 02-07-2025 |
| Bettis v. Hill | Circuit Court of Cook County, Illinois, County Department, Law Division | 2023L004782 | Malman & Associates, Chicago, IL | 02-06-2025 |
| Sanchez v. BNSF Railway Company | District Court Lancaster County, Nebraska | D02CI220002876 | Atwood Law, Lincoln, NE | 02-05-2025 |
| Goldsmith v. Salem Five Cents Savings Bank | Commonwealth of Massachusetts, Essex Superior Court | 1677CV1121 | Baker Law Office, Boston, MA | 02-05-2025 |
| Soenen v. Brown University | United States District Court for the District of Rhode Island | 1:21-cv-00325-JJM-PAS | Grant & Eisenhofer, Wilmington, DE | 02-03-2025 |
| Cabianca, et al. v. American Academy of Implant Dentistry, et al. | Circuit Court of Cook County, Illinois, County Department, Chancery Division | 2020 CH 06184 | Wolin Law Group, Chicago, IL | 01-31-2025 |
| Jenny/USA v. Robinson | United States District Court for the Western District of Washington | 3:23-cr-05285-BHS | Marsh Law Firm, New York, NY | 01-30-2025 |
| Peddada v. Catholic Health Initiatives Colorado | United States District Court for the District of Colorado | 23-cv-01921-SKC-MDB | Rathod Mohamedbhai, Denver, CO | 01-30-2025 |
| Duncan v. BNSF Railway Company | Circuit Court of Greene County, Missouri, Division 1 | 2131-CC00861 | Hubbell Law Firm, Kansas City, MO | 01-29-2025 |
| Liepart v. State Farm Insurance Company | In Matter of Un/Underinsured Motorist Arbitration, Cook County, Illinois | 13-14Q9-42B | Lipkin & Apter, Chicago, IL | 01-23-2025 |
| Buchina v. Brink, DPM. | Circuit Court of Cook County, County Department, Law Division | 2022 L 006542 | Leiter Law Offices, Joliet, IL | 01-22-2025 |
| Liokumovich v. Elequin Securities LLC | FINRA Dispute Resolution Services | 23-02458 | Tovar Law Offices, Howell, MI | 01-21-2025 |
| Pereria, et al. v. Gupton, P.A., et al. | District Court, Clark County, Nevada | A-21-843091-C | Bighorn Law, Las Vegas, NV | 01-20-2025 |
| Clemens v. Greenberg, M.D. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2023 L 000909 | Napleton & Associates, Chicago, IL | 01-17-2025 |
| Campos v. Newby | Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois | 21 L 599 | Powell & Pisman, Chicago, IL | 01-10-2025 |
| Rabago v. Mazel, et al. | United States District Court, District of Nevada | 2:24-cv-00356-JAD-EJY | Hill & Associates, Henderson, NV | 01-10-2025 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Reeves v. Costco Wholesale Corporation, et al | Iowa District Court for Dallas County | LACV 043531 | Duff Law Firm, West Des Moines, IA | 01-09-2025 |
| Brown v. DFW Operating Company | District Court, 193rd Judicial District, Dallas County, Texas | DC-23-01403 | Grossman Law Offices, Dallas, TX | 01-07-2025 |
| Bernhard v. Foxwoood Condominium I Association | Superior Court of New Jersey, Law Division: Morris County | MRS-L-1147-21 | Eichen Crutchlow Zaslow, Edison, NJ | 01-07-2025 |
| United States v. Spear, et al. | United States District Court, District of Arizona | CR-18-00422-PHX-DJH | Ropes & Gray, Boston\MA | 01-06-2025 |
| Voigt v. Carrizales Trucking, et al. | 189th District Court, Harris County, Texas | 2022-64561 | Branson Law Offices, Dallas, TX | 01-06-2025 |
| Rai v. Schlafer, et al. | Jefferson County Court, Kentucky | 23-CI-06823 | Murphy & Associates, Louisville, KY | 12-12-2024 |
| Doe v. Soothe, Inc. | Circuit Court of Cook County, Illinois, County Department, Law Division | 22 L 8541 | Taxman Pollock Murray & Bekkerman, Chicago, IL | 12-12-2024 |
| Ruder v. South Wilmington Central Consolidated District | Circuit Court of the Thirteenth Judicial Circuit, Grundy County, Illinois | 19 L 59 | Ferracuti Law Office, Ottawa, IL | 12-11-2024 |
| Habeeb, et al. v. University of Rhode Island, et al. | State of Rhode Island, Providence, SC., Superior Court | PC-2019-9694 | Kiselica Law Firm, Providence, RI | 12-11-2024 |
| Morris v. Hayes, M.D., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020L007655 | Etherton & Associates, Chicago\IL | 12-09-2024 |
| Ortiz/Villa v. Highway Intelligent Traffic Solutions, LLC | District Court, Dallas County, 192nd Judicial District | DC-23-08593 | Ferguson Law Offices, Beaumont, TX | 12-06-2024 |
| Suri v. Ahluwalia, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021 L 003446 | Raven Law, Chicago, IL | 12-05-2024 |
| Berczy v. Ahern Rentals, Inc. | United States District Court, Northern District of Illinois, Eastern Division | 1:23-cv-03276 | Allen Law Group, Valparaiso, IN | 11-26-2024 |
| Warren v. Sengoku L.A., Ltd., et al. | United States District Court, Western District of Arkansas, Harrison Division | 3:23-cv-0322-TLB | Marks Law, Dallas, TX | 11-26-2024 |
| Powell-Murphy, et al v. Revitalizing Auto Companies Environmental Response Trust, et al. | State of Michigan In the Circuit Court for the County of Oakland | 2018-168037-NO | Chiodo Firm, Clinton Township, MI | 11-22-2024 |
| Ziegler v. Polaris Industries Inc., et al. | United States District Court, Western District of North Carolina | 1:23-cv-00112 | Paris Law Firm, Chicago, IL | 11-21-2024 |
| Wanserski v. Anthem Blue Cross Blue Shield | State of Wisconsin, Circuit Court, Marathon County | 23 CV 38 | Salvi & Maher, Waukegan, IL | 11-21-2024 |
| Ali v. Sultan Trans, Inc. | United States District Court, Northern District of Illinois, Eastern Division | 1:23-cv-6722 | Taxman Pollock Murray & Bekkerman, Chicago, IL | 11-21-2024 |
| Crawford v. Gut | Circuit Court of Cook County, Illinois, County Department - Law Division | 2023L002150 | Friedman Injury Law, Wilmette, IL | 11-20-2024 |
| Sinclair-Lewis v. Smith's, et al. | United States District Court, District of Nevada | 2:20-cv-02063-JCM-VCF | ER Injury Attorneys, Las Vegas\NV | 11-19-2024 |
| Jean v. The City of Dallas, Texas, et al. | United States District Court for the Northern District of Texas, Dallas Division | 3:18-CV-2862-M-BH | Washington Law Office, Dallas, TX | 11-19-2024 |
| Herheim, et al. v. Sentry Insurance Company, et al. | Dane County, Circuit Court, State of Wisconsin | 2023CV001425 | Traub Lieberman Straus & Shrewsberry, Chicago, IL | 11-18-2024 |
| Caldwell v. Norfolk Southern Railway Company | Circuit Court of Tennessee, Ninth Judicial District, Roane County at Kingston | 2023-cv-2 | Rossman Baumberger Reboso & Spier, Miami, FL | 11-14-2024 |
| Grove v. Loyola University Health System | Circuit Court of Cook County, Illinois, County Department - Law Division | 22 L 10049 | McNabola & Associates, Chcago, IL | 11-14-2024 |
| Cruz v. Zager, DPM, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 21 L 9712 | Coplan & Crane, Chicago, IL | 11-13-2024 |
| Waggoner v. Alamo Heights Complete Care, LLC | District Court, 408th Judicial District, Bexar County, Texas | 2022-CI-24077 | Miller Medical Malpractice, San Antonio, TX | 11-13-2024 |
| Spaniol v. Gaughan South, LLC., et al | District Court, Clark County, Nevada | A-22-862668-C | The 702 Firm, Las Vegas, NV | 11-12-2024 |
| Borga v. Caasi, M.D., et al. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-5489-17 | Gill & Chamas, Perth Amboy, NJ | 11-08-2024 |
| Clauretie v. Vantage NV Partners, LLC. | District Court, Clark County, Nevada, Dept. No 8 | A-23-869918-C | Hyman Law Offices, Las Vegas, NV | 11-06-2024 |
| Hoefflicker v. Hepaco, LLC | Lake County Superior Court, Gary, Indiana | 45D04-2203-CT000316 | Allen Law Group, Valparaiso, IN | 11-06-2024 |
| Denham v. Knollwood St. Clair Development, LLC | Circuit Court, Twentieth Judicial Circuit, St. Clair County, Illinois | 21-AR-0296 | Leskera Law Firm, Collinsville, IL | 11-05-2024 |
| Safris v. Urbandale Community School District | Iowa District Court for Polk County | LACL153362 | Gourley Rehkemper & Lindholm, West Des Moines\IA | 11-04-2024 |
| Medlock v. Cox, et al. | In the Circuit Court of Davidson County, Tennessee | 19C1926 | Hughes & Coleman, Bowling Green, KY | 10-31-2024 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Markman v. Ettner, M.D. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020 L 007183 | Loizzi Law Offices, Chicago\IL | 10-30-2024 |
| Romero v. Cort Business Services | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 2023LA000262 | Shannon Law Group, Chicago, IL | 10-29-2024 |
| Swanderski v. State Farm Mutual Insurance Company | State of Michigan, In the Circuit Court for the County of Wayne | 22-002734-NI | Koussan Law, Detroit, MI | 10-29-2024 |
| McClure v. GPIF Crescent Court Hotel, LLC., et al. | 162nd District Court, Dallas County, Texas | DC-22-05954 | Branson Law Offices, Dallas, TX | 10-25-2024 |
| Goldsmith v. Salem Five Cents Savings Bank | Commonwealth of Massachusetts, Essex Superior Court | 1677CV1121 | Baker Law Office, Boston, MA | 10-24-2024 |
| Miller v. Bailey, et al. | Eighth Judicial District Court, Clark County, Nevada, Dept No 14 | A-21-839273-C | Powell Law Firm, Las Vegas\NV | 10-22-2024 |
| Alvarez v. Lemasters, M.D., et al. | Superior Court of New Jersey, Law Division, Middlesex County | MID-L-1550-22 | Eichen Crutchlow Zaslow, Edison, NJ | 10-22-2024 |
| Villanueva v. Chicago Transit Authority | Circuit Court of Cook County, Illinois, County Department - Law Division | 19 L 1594 | Argionis & Associates, Chicago, IL | 10-21-2024 |
| Penrice v. Coca Cola Bottling Co. | District Court of Harris County, Texas, 269th Judicial District | 2022 80069 | Arnold & Itkin, Houston, TX | 10-17-2024 |
| Trinidad, et al. v. DTI Investments, Inc., et al. | District Court, Dallas County, 192nd Judicial District | DC-23-065330 | Arnold & Itkin, Houston, TX | 10-11-2024 |
| Inglis v. BNSF Railway Co. | Circuit Court of Platte County, Missouri | 21AE-CC00055 | Hubbell Law Firm, Kansas City\MO | 10-10-2024 |
| Jaramillo, et al. v. Adventure Lands of America, Inc., et al. | Iowa District Court In and For Polk County | LACL153325 | Randall Danskin, Spokane, WA | 10-08-2024 |
| Sims v. Northside Hospital Inc. | State Court of DeKalb County, State of Georgia | 22A03347 | Offutt & Wallace, Fulton, MD | 10-07-2024 |
| Carter v. Chelich, D.O. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2023 L 001687 | Cogan & Power, Chicago\ IL | 10-07-2024 |
| Williams v. Casino, et al. | Superior Court of New Jersey, Law Division, Essex County | ESX-L-008435-20 | Gill & Chamas, Perth Amboy, NJ | 10-03-2024 |
| Toledo v. The City of Chicago | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022L002499 | Hirschhorn Law Office, Madison, WI | 10-01-2024 |
| McGrann v. Beals | Circuit Court of Putnam County, Missouri | 23AJ-CC00014 | Rouner Law Office, Kirksville, MO | 10-01-2024 |
| Taylor v. Snider | United States District Court for the Western District of Missouri Central Division | 2:22-CV-4132 | Langdon & Emison, Lexington, MO | 09-30-2024 |
| Carlson v. Hudson Physicians, S.C. | Circuit Court, St. Croix County, Wisconsin | 2020CV000113 | Wais Vogelstein Forman & Offutt, Baltimore, MD | 09-30-2024 |
| Chandler v. Epperson | District Court In and For Cleveland County, State of Oklahoma | CJ-2023-548 | Zelbst Holmes & Butler, Lawton, OK | 09-27-2024 |
| Blank v. JLG Industries, Inc. | United States District Court, Eastern District of Texas, Tyler Division | 6:23-cv-00524 | Marks Law, Dallas, TX | 09-26-2024 |
| Wren, et al v. New Prime, Inc. | Commonwealth of Kentucky, McCracken Circuit Court, Division II | 21-CI-00886 | Langdon & Emison, Lexington, MO | 09-25-2024 |
| Alldredge, Jr. v. Kenison, et al. | District Court, County of Arapahoe, State of Colorado, Div 204 | 2020CV030793 | Earl & Earl, Boise\ID | 09-24-2024 |
| Stark v. Palos Community Hospital, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021 L 5234 | Napleton & Associates | 09-23-2024 |
| Perez v. The Toro Company, et al. | District Court of Leavenworth County, Kansas | LV-2023-CV-000180 | Langdon & Emison, Lexington, MO | 09-20-2024 |
| Ward v. Aqua Illinois, Inc. | Circuit Court of the Twenty-First Judicial Circuit, Kankakee County, Illinois | 2022LA10 | Anesi Ozmon, Chicago, IL | 09-20-2024 |
| Mohammad v. BNSF Railroad, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 009284 | Trauma Lawyers, Chicago, IL | 09-18-2024 |
| Sommer v. City of Las Vegas, Nevada, et al. | United States District Court, District of Nevada | 2:23-cv-01682-GMN-NJK | Croteau & Associates, Las Vegas, NV | 09-17-2024 |
| Fernandez v. Alamo Concrete Products Company | District Court of Bexar County, Texas, 57th Judicial District | 2021CI07407 | Arnold & Itkin, Houston, TX | 09-16-2024 |
| Kroll v. Granite Construction Company, Inc. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 004676 | Anesi Ozmon, Chicago, IL | 09-13-2024 |
| Green v. Washoe County School District | United States District Court, District of Nevada | 3:21-cv-00442-MMD-CLB | Lagomarsino Law, Las Vegas, NV | 09-12-2024 |
| Saunders v. Elite Line Services, LLC. | 14th District Court, Dallas County, Texas | DC-22-14495 | Branson Law Offices, Dallas, TX | 09-11-2024 |
| Safris v. Urbandale Community School District | Iowa District for Polk County | LACL153362 | Gourley Rehkemper & Lindholm, West Des Moines, IA | 09-10-2024 |
| Schneider v. The Kroger Co., et al. | Circuit Court, Milwaukee County, State of Wisconsin | 22-CV-6626 | Lindemann Law Firm, Beverly Hills, CA | 09-10-2024 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Buckley v. Old Dominion Freight Line, Inc., et al. | United States District Court, Northern District of Indiana, Hammond Division | 2:22-cv-00159 | Allen Law Group, Valparaiso, IN | 09-09-2024 |
| United States of America v. Powell | United States District Court for the District of Idaho | CR 21-290 | US Attorney's Office\Pocatello, ID | 09-04-2024 |
| Doe v. Elmwood Park Community Unit School District 401, et al | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021 L 006363 | Stamatis Law Office, Chicago, IL | 08-30-2024 |
| Choice/Prejean v. NFD Operating, LLC | District Court, 191st District Court, Dallas County, Texas | DC-22-03041 | Witherspoon Law Group, Dallas, TX | 08-30-2024 |
| McGuinness v. Ajmal | Circuit Court of Cook County, Illinois, Municipal Department, Second District | 21 M2 3396 | Stefaneas Law Office, Chicago, IL | 08-28-2024 |
| Elam, Jr. v. Bolanos, et al. | United States District Court for the Northern District of Illinois, Eastern Division | 1:19-cv-04130 | Smith Trial Group, Chicago, IL | 08-28-2024 |
| Savel v. The MetroHealth System | Ohio Northern District Court, Eastern Division | 1:22-cv-02154-JG | Arnold & Gruber, Canton, OH | 08-27-2024 |
| Salinas/Gallegos v. Graceland Logistics, LLC | District Court of Bexar County, Texas, 37th Judicial District | 2021-CI-18043 | Arnold & Itkin, Houston, TX | 08-26-2024 |
| Iovino v. Amtrust Financial Services, Inc. | United States District Court, District of Nevada | 2:22-cv-01974-APG-VCF | Simon Law Group, Las Vegas, NV | 08-23-2024 |
| Robbins v. Schneider Electric Buildings Americas, LLC, et al. | Court of the Twelfth Judicial Circuit, Will County, Illinois | 20 L 010061 | Shannon Law Group, Chicago, IL | 08-22-2024 |
| Karriker, et al. v. SLC Holdings, LLC, et al. | Circuit Court of the City of St. Louis, State of Missouri | 2122-CC09642 | Cipinko Law Office, Tucson, AZ | 08-21-2024 |
| Markman v. Ettner, M.D. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020 L 007183 | Loizzi Law Offices, Chicago, IL | 08-20-2024 |
| Bess v. Rachels, et al. | Eighth Judicial District Court, Clark County, Nevada | A-21-841185-C | Eglet Adams Eglet Ham Henriod, Las Vegas, NV | 08-19-2024 |
| Vantifflin v. Sami, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2022 L 001670 | Banks Law, Chicago, IL | 08-16-2024 |
| Chen v. Vel Alcarez | Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois | 19 L 337 | Fiona Chen, Algonquin, IL | 08-15-2024 |
| Henry v. Mickelson | State of Minnesota, County of Grant, District Court, Eighth Judicial District | 26-CV-23-191 | Nycklemoe & Ellig, Fergus Falls, MN | 08-13-2024 |
| Diaz, et al. v. WeatherTech, LLC., et al. | District Court of Oklahoma County, State of Oklahoma | CJ-2020-1834 | Roberson Kolker Cooper, Edmond, OK | 08-13-2024 |
| Rincon v. Seifoddinii, et al. | District Court, Clark County, Nevada | A-23-869052-C | Valiente Mott, Las Vegas, NV | 08-12-2024 |
| Tillis v. City of Chicago | Circuit Court of Cook County, Illinois, County Department - Law Division | 2022 L 005089 | Napleton & Partners, Chicago, IL | 08-12-2024 |
| Stanfa v. Javon Bea Hospital | Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois | 2020-L-000351 | Wais Vogelstein Forman & Offutt, Baltimore, MD | 08-12-2024 |
| Grabell v. Thomas, MD, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2021L005475 | Loggans & Associates, Chicago\IL | 07-11-2024 |
| Cramer v. Union Pacific Railroad Company | District Court of Douglas County, Kansas | CI 20 5790 | Atwood Law, Lincoln\NE | 07-10-2024 |
| Druzba v. LaBounty | United States District Court for the District of Vermont | 2:21-cv-67 | Langdon & Emison, Lexington\MO | 07-09-2024 |
| Alfini v. Palos Community Hospital, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 12696 | Napleton & Associates, Chicago, IL | 07-08-2024 |
| Janega v. Electrolux Home Products, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2021 L 6219 | Ferrante Law Offices, Chicago, IL | 07-08-2024 |
| Jimenez v. Ramasamy, M.D., et al. | Superior Court of New Jersey, Law Division: Hudson County | HUD-L-004047-17 | Lynch Law Firm, Hasbrouck Heights, NJ | 07-02-2024 |
| May, et al v. Stanton View Dev., LLC. | Superior Court of the District of Columbia, Civil Division | 2021 CA 000266 B | May Jung Law Firm, Orange, CA | 07-01-2024 |
| Landin v. Greendale 14, LLC | Superior Court for Marion County, State of Indiana | 49D13-2204-CT-013505 | Craig Kelley & Faultless, Indianapolis, IN | 06-28-2024 |
| Cruz v. Zager, DPM, et al. | Cook County, First Circuit, Law Division, Illinois | 21 L 9712 | Coplan & Crane, Oak Park, IL | 06-28-2024 |
| Vlach v. Kone, Inc, et al | State of Illinois, Circuit Court for the Sixth Judicial Circuit, Macon County | 2020 L 80 | Nessler & Associates, Springfield, IL | 06-28-2024 |
| Mendoza v. Ann & Robert H. Lurie Children's Hospital of Chicago | Circuit Court of Cook County, Illinois, County Department - Law Division | 2021 L 393 | O'Connor Law Firm, Chicago, IL | 06-27-2024 |
| Mikocewicz v. Kroczek, M.D. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 4094 | Xydakis Law Office, Chicago\IL | 06-27-2024 |
| Collucci v. Target Corp | United States District Court, State of Connecticut | 3:22-cv-01481-JAM | Skiber Law Office, Norwalk, CT | 06-25-2024 |
| Poplar v. Christian Hospital, et al. | The Circuit Court of St. Louis, Missouri | 20SL-CC04158 | Gogel Law Firm, St. Louis, MO | 06-20-2024 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Woodall v. The Walt Disney Company, et al. | United States District Court, Central District of California, Western Division | 2:20-cv-03772-CBM-E | Sanchez-Medina Gonzalez Quesada Lage Gomez & Machado, Miami, FL | 06-18-2024 |
| Pedroza v. Aramark Services, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2021 L 007011 | Leonard Law Group, Chicago, IL | 06-17-2024 |
| McLear v. Go Ape Bemis Woods, LLC | Circuit Court of Cook County, Illinois, County Department - Law Division | 2021 L 006521 | Shannon Law Group, Chicago, IL | 06-14-2024 |
| Jackson/Heinreich v. Maricopa County Special Health Care District | Superior Court of Arizona, Maricopa County | CV2023-000540 | Lugosi Law Office, Phoenix, AZ | 06-12-2024 |
| Aubuchon v. Education Networks of America, et al. | 116th District Court, Dallas County, Texas | DC-23-07756 | Branson Law Offices, Dallas, TX | 06-11-2024 |
| Smith/Mulkey v. FedEx Ground Package System, Inc. | United States District Court for the Northern District of Georgia, Atlanta, Division | 1:22-cv-04880-MLB | Witherspoon Law Group, Dallas, TX | 06-10-2024 |
| Pochron v. Northeast Illinois Regional Commuter Railroad Corporation | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 005325 | Allen Law Group, Valparaiso, IN | 06-07-2024 |
| Hill v. American Indoor Speedways, Inc., et al. | Riverside County, California | CVRI2201906 | Kennedy Wilshire, Los Angeles, CA | 06-06-2024 |
| Ceniceros/Ontiveros v. Scout Energy Partners, et al. | County Court at Law, No. 1, Dallas County, TX | CC-21-04666-A | Arnold & Itkin, Houston, TX | 06-06-2024 |
| Berg v. Cooke, M.D., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 19 L 13044 | Cogan & Power, Chicago, IL | 06-04-2024 |
| Lopez, et al. v. Lyondell Chemical Company, et al. | District Court of Harris County, Texas, 190th Judicial District | 2021-45908 | Arnold & Itkin, Houston, TX | 06-03-2024 |
| Skladman v. Mejia | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020 L 063047 | Wittmeyer Law Office, Kenosha\WI | 05-30-2024 |
| Heraty v. Stornello, et al. | Cook County, First District, Law Division, Illinois | 19 L 10630 | McNabola Law Group, Chicago, IL | 05-29-2024 |
| Lamparello v. Bergen New Bridge Medical Center, et al. | Superior Court of New Jersey, Law Division: Bergen County | BER-L-2160-22 | Lamparello Law, Milledgeville, GA | 05-29-2024 |
| Doe v. Rockingham County School Board, et al. | United States District Court for the Western District of Virginia, Harrisonburg Division | 5:21cv00051 | Messa & Associates, Philadelphia, PA | 05-28-2024 |
| Lopez/Walker v. Lovelace Health System, LLC | State of New Mexico, County of Santa Fe, First Judicial District Court | D-101-CV-2022-00523 | Salazar Sullivan Jasionowski, Albuquerque, NM | 05-23-2024 |
| Garcia v. Singh, et al. | United States District Court, District of New Mexico | 2:23-cv-00545-KRS-GJF | Labinoti Law Firm, El Paso, TX | 05-22-2024 |
| Pineda/Merchan v. 4220 Kildare, LLC | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021 L 011075 | Ashman & Stein, Skokie, IL | 05-21-2024 |
| Caauwe v. McLaren Bay Regional | State of Michigan in the Circuit Court for the County of Bay | 23-3342-NH | Meyers Law, Dearborn, MI | 05-20-2024 |
| Funabiki v. County of Whitman, et al. | United States District Court, Eastern District of Washington | 2:21-CV-00089-RMP | Krulewitch Law, Seattle, WA | 05-17-2024 |
| Golia . Jersey Shore University Medical Center, et al. | Superior Court of New Jersey, Law Division, Essex County | ESX-L-7674-18 | Grossman Heavey & Halpin, Brick, NJ | 05-16-2024 |
| Skladman v. Mejia | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020 L 063047 | Wittmeyer Law Office, Kenosha, WI | 05-15-2024 |
| Phillips v. Brookfield Properties Retail, Inc. | State of Michigan In the Circuit Court for the County of Wayne | 22-010013-NO | Meyers Law, Dearborn, MI | 05-15-2024 |
| Khwaja v. Peak Properties | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021L00433 | Raven Law, Chicago, IL | 05-14-2024 |
| Barbosa v. Northeastern Illinois Regional Commuter Railroad Corp, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020 L 7414 | Higgins Law, Chicago, IL | 05-14-2024 |
| Soule/Do v. Blessing Hospital | United States District Court, Central District of Illinois, Springfield Division | 20-cv-01398 | Cogan & Power, Chicago, IL | 05-13-2024 |
| Shaik v. Toyota Motor Corportation, et al. | Circuit Court of Missouri, Twenty-First Judicial Circuit, St. Louis County, Missouri | 22SL-CC02800 | Langdon & Emison, Lexington, MO | 05-09-2024 |
| Saginor v. Punjabi, M.D., et al. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-4764-20 | Gill & Chamas, Perth Amboy, NJ | 05-08-2024 |
| Derment v. OSF Healthcare Systems, et al. | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | 21 L 786 | Block Klukas Manzella & Shell, Joliet, IL | 05-06-2024 |
| Doe v. Johnston, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020L011493 | Loftus & Eisenberg, Chicago, IL | 05-03-2024 |
| Hawkins v. Maarouf, M.D., et al. | District Court of Oklahoma County, State of Oklahoma | CJ-2022-3985 | Buxton Law Group, Oklahoma City, OK | 05-03-2024 |
| Vallo v. Prancik, Jr., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 011434 | Napleton & Associates, Chicago, IL | 05-01-2024 |
| Jones v. Big Block Realty, Inc. | Superior Court of the State of California, County of San Diego | 37-2022-00013947-CU-FR-CTL | Anderson Hayes, Rancho Santa Fe, CA | 04-30-2024 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Rawlings, et al. v. Marcum, et al. | United States District Court, Western District of Kentucky at Bowling Green | 1:22-CV-1-GNS | Elder Law Office, Lebanon, KY | 04-30-2024 |
| Richardson v. Groves, et a. | United States District Court, Western District of Kentucky, Bowling Green Division | 1:21-CV-114-GNS | Hughes & Coleman, Bowling Green, KY | 04-29-2024 |
| McMillan v. Gailbraith, et al. | District Court of Douglas County, Kansas | 2021-CV-000381 | Langdon & Emison, Lexington, MO | 04-26-2024 |
| Poparda v. Mac Property Management, LLC | Circuit Court of Cook County, County Department - Law Division | 21 L 9643 | O'Connor Law Group, Chicago, IL | 04-24-2024 |
| Giddings/Smith v. South Sunflower County Hospital | Circuit Court of Sunflower County, Mississippi | 2020-447 | Merkel & Cocke, Clarksdale, MS | 04-24-2024 |
| Hoff v. City of Newark, et al. | Superior Court of New Jersey, Law Division, Essex County | ESX-L-8015-18 | Injury & Accident Law, Marco Island, FL | 04-22-2024 |
| Redding v. AECO Interior Contractors, Inc. | District Court of Harris County, Texas, 164th Judicial District | 2022-69101 | Arnold & Itkin, Houston, TX | 04-22-2024 |
| Kocis v. Yavapai Community Hospital Association | Superior Court of Arizona, In and For the County of Yavapai | P1300CV202000072 | Lloyd Law Group, Payson, AZ | 04-19-2024 |
| Kessler, et al. v. Bullitt County Sheriff's Office, et al. | Commonwealth of Kentucky, Bullitt Circuit Court, Division Two | 21-CI-00341 | McKee Law Office, Louisville, KY | 04-19-2024 |
| Hoffman, et al. v. Mega MS Ltd | 157th Judicial District, Harris County, Texas | 2021-05316 | Arnold & Itkin, Houston, TX | 04-18-2024 |
| King v. Big Oki, LLC | Commonwealth of Kentucky, Scott Circuit Court, Division 1 | 18-CI-00687 | Hughes & Coleman, Bowling Green, KY | 04-18-2024 |
| Lynch v. Hernandez | United States District Court, District of Nevada | 2:21-cv-01981 | Shook & Stone, Las Vegas, NV | 04-17-2024 |
| Howard v. City of Chicago, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 20 L 9684 | Dinizulu Law Group, Chicago, IL | 04-16-2024 |
| Villarreal v. Hernandez, Jr., et al. | District Court of Scurry County, Texas, 132nd Judicial District | 27221 | Arnold & Itkin, Houston, TX | 04-03-2024 |
| Evans v. Western Avenue Nissan, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 011916 | Loggans & Associates, Chicago, IL | 04-03-2024 |
| Woodall v. The Walt Disney Company, et al. | United States District Court, Central District of California, Western Division | 2:20-cv-03772-CBM-E | Sanchez-Medina Gonzalez Quesada Lage Gomez & Machado, Miami, FL | 04-02-2024 |
| Muncy v. Illinois Railway | Circuit Court for the 17th Judicial Circuit, Winnebago County, Illinois | 22-LA-0000189 | Higgins Law, Chicago, IL | 04-01-2024 |
| Bryant v. National Railroad Passenger Corporation | Circuit Court of Chariton County, Missouri | 22CH-CC00028 | Moody Law Firm, Portsmouth, VA | 03-28-2024 |
| Rafferty v. National Railroad Passenger Corporation | Circuit Court of Chariton County, Missouri | 22CH-CC00030 | Moody Law Firm, Portsmouth, VA | 03-28-2024 |
| Flores v. National Railroad Passenger Corporation | Circuit Court of Chariton County, Missouri | 22CH-CC00041 | Davis Bethune & Jones, Kansas City, MO | 03-28-2024 |
| Jenkins v. Diaz, et al. | Lake Superior Court, County of Lake, State of Indiana | 45D04-2104-CT-000405 | Allen Law Group, Valparaiso, IN | 03-26-2024 |
| Christensen v. Blair | Superior Court of California, County of Alameda | 22CV005893 | Christensen Law Offices, Oakland, CA | 03-25-2024 |
| Gloudeman v. Yavapai Community Hospital Association | Superior Court of the State of Arizona In and For the County of Yavapai | P1300CV202000494 | Lloyd Law Group, Payson, AZ | 03-22-2024 |
| Castellanos/Garcia v. Fort Summer, LLC, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021 L 001172 | Ankin Law Office, Chicago, IL | 03-21-2024 |
| Stallworth v. Macholl, et al. | Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois | 22LA00000579 | O'Connor Law Firm, Chicago, IL | 03-20-2024 |
| Prade v. Kirkland | Superior Court of New Jersey, Law Division - Gloucester County | GLO-L-816-20 | Eichen Crutchlow Zaslow, Edison, NJ | 03-20-2024 |
| White v. National Railroad Passenger Corporation a/k/a Amtrak, et al. | Circuit Court of Chariton County, Missouri | 22CH-CC00027 | Higgins Law, Chicago, IL | 03-19-2024 |
| Hernandez v. Oliveros | Circuit Court of Cook County, Illinois County Department - Law Division | 2021 L 7506 | Chapekis Chapekis & Schmidt, Chicago, IL | 03-12-2024 |
| Heiston v. Illinois Central Railroad Company | Circuit Court of Cook County, Illinois County Department - Law Division | 2020L06137 | Cogan & Power, Chicago, IL | 03-12-2024 |
| Wells v. Stratosphere Gaming LLC | District Court, Clark County, Nevada, Dept No 4 | A-22-851939-C | Vegas Valley Injury Law, Las Vegas, NV | 03-11-2024 |
| Simmons/Uhland v. OSF Healthcare System, et al. | Circuit Court of Peoria County, Illinois, County Department, Law Division | 2020 L 00255 | McNabola Law Group, Chicago, IL | 03-11-2024 |
| Kibbons v. Taft School District 90 | United States District Court for the Northern District of Illinois | 19-cv-01468 | DeRose & Associates, Hinsdale, IL | 03-08-2024 |
| Herrera v. Xu, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2022 L 007912 | Powell & Pisman, Chicago, IL | 03-08-2024 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Rambo/Wolfe v. Commonwealth Edison Company | Circuit Court of Livingston County, Illinois, Eleventh Judicial District | 18 L 23 | Anesi Ozmon, Chicago, IL | 03-07-2024 |
| Davis v. Southern Junction, Inc. | District Court, 354th Judicial District, Hunt County, Texas | 90903 | Grossman Law Offices, Dallas, TX | 03-05-2024 |
| Roberts v. Nguyen, D.O., et al. | Eighth Judicial District Court, Clark County, Nevada | A-21-842418-C | Mersch Law Office, Las Vegas\NV | 03-04-2024 |
| Kaur/Singh v. Oncor Electric Delivery Company NTU LLC | District Court of Dallas County, Texas, 160th Judicial District | DC-21-12096 | Zehl & Associates, Houston, TX | 03-01-2024 |
| Willis v. Enriquez, et al. | District Court of Jackson County, State of Oklahoma | CJ-2022-1 | Zelbst Holmes & Butler, Lawton, OK | 02-29-2024 |
| Molina v. Panther II Transportation, Inc. | United States District Court for the Southern District of Texas, Houston Division | H-4:22-CV-02619 | Arnold & Itkin, Houston, TX | 02-27-2024 |
| Wilde, et al. v. Miller, et al. | State of Wisconsin, Circuit Court, Douglas County | 2022CV000130 | Lein Law Offices, Hayward, WI | 02-16-2024 |
| Sussman v. Rose | District Court, Clark County, Nevada | A-19-799569-C | Blackburn Wirth, Las Vegas, NV | 02-15-2024 |
| Baskins v. Summit Healthcare Association | Superior Court of Arizona In and For the County of Navajo | S0900CV202100365 | Lloyd Law Group, Payson\AZ | 02-15-2024 |
| Devereux v. Elliot | District Court, Clark County, Nevada, Dept No. 23 | A-19-789683-C | Christian Morris Trial Attorneys, Las Vegas, NV | 02-13-2024 |
| Kogut v. Owunna, M.D., et al. | Superior Court of New Jersey, Law Division, Middlesex County | MID-L-2038-21 | Grossman Heavey & Halpin, Brick, NJ | 02-13-2024 |
| Schultz-Duffy v. Mercyhealth Hospital and Trauma Centers | State of Wisconsin, Circuit Court, Rock County | 2021CV000809 | Levine Eisberner, Madiosn, WI | 02-08-2024 |
| Temko v. Loyola University Health System | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020 L 003388 | Napleton & Associates, Chicago, IL | 02-08-2024 |
| Wilde, et al. v. Miller, et al. | State of Wisconsin, Circuit Court, Douglas County | 2022CV000130 | Lein Law Offices, Hayward, WI | 02-06-2024 |
| Caballero Jimenez v. Oakwood Healthcare, Inc. | State of Michigan in the Circuit Court for the County of Wayne | 22-002263-NO | Meyers Law, Dearborn, MI | 02-05-2024 |
| Apex Home Builders, Inc. v. Kondori, et al. | Superior Court of the State of California, County of Santa Clara, Unlimited Jurisdiction | 20-CV-265723 | Mlnarik Law Group, Santa Clara\CA | 02-02-2024 |
| Holland/Jackson v. Kroger Texas L.P. | District Court, 295th Judicial District, Harris County, Texas | 2023-11136 | Grossman Law Offices, Dallas, TX | 02-02-2024 |
| Ogilvie v. N.I.K., et al. | District Court, Clark County, Nevada | A-21-844840-C | Vegas Valley Injury Law, Las Vegas, NV | 02-01-2024 |
| Bufford v. Mid-River Restaurant, LLC | Circuit Court of St. Louis County, State of Missouri | 20SL-CC04000 | Baumstark Firm, St. Louis, MO | 02-01-2024 |
| Ratliff v. Mid-River Restaurant, LLC | Circuit Court of St. Louis County, State of Missouri | 20SL-CC04000 | O'Brien Law Firm, St. Louis, MO | 02-01-2024 |
| Finch v. Mid-River Restaurant, LLC | Circuit Court of St. Louis County, State of Missouri | 21SL-CC00716 | Growe Eisen Karlen Eilerts, St. Louis, MO | 02-01-2024 |
| Francis-Barnes/Francis v. The Vicksburg Clinic, LLC, et al. | Circuit Court of Warren County, Mississippi | 22,0114-CI | Merkel & Cocke, Clarksdale\MS | 01-31-2024 |
| Callie v. The Heights of Summerlin, LLC, et al. | District Court, Clark County, Nevada | A-21-828392-C | Christiansen Law Offices, Las Vegas, NV | 01-31-2024 |
| Sapulpa v. Gannett Co., Inc. | District Court of Muskogee County, State of Oklahoma | CJ-21-100 | Smith Barkett Law Group, Muskogee\OK | 01-30-2024 |
| Whitmore v. Spectrum Health Hospitals | State of Michigan in the Circuit Court for the County of Kent | 20-01609-NH | Buchanan Firm, Ada\MI | 01-29-2024 |
| Sapulpa v. Gannett Co., Inc. | District Court of Muskogee County, State of Oklahoma | CJ-21-100 | Smith Barkett Law Group, Muskogee\OK | 01-26-2024 |
| Hawkins v. Scott & White Memorial Hospital | District Court, 26th Judicial District, Williamson County, Texas | 20-0283-C26 | Krebs Law Office, Austin\TX | 01-25-2024 |
| Aaron v. National Railroad Passenger Corporation | United States District Court for the Western District of Missouri, Western Division | 4:22-cv-00189 | Witherspoon Law Group, Dallas\TX | 01-24-2024 |
| Stone v. Guillermo | United States District Court, District of Nevada | 2:22-cv-00480 | Arnold & Itkin, Houston, TX | 01-23-2024 |
| Swenson v. Natividad | District Court, Clark County, Nevada, Dept No. 16 | A-21-843769-C | Powell Law Firm, Las Vegas, NV | 01-23-2024 |
| Vaidik v. Norther Indiana Public Service Company, LLC | State of Indiana, County of Porter, Porter Superior Court | 64D02-2203-CT-001940 | Allen Law Group, Valparaiso, IN | 01-22-2024 |
| Gabriel v. In-N-Out Burgers | District Court, Washoe County, Nevada, Dept. No 9 | CV22-00926 | ER Injury Attorneys, Las Vegas, NV | 01-19-2024 |
| Wilde, et al. v. Miller, et al. | State of Wisconsin, Circuit Court, Douglas County | 2022CV000130 | Lein Law Offices, Hayward, WI | 01-19-2024 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Koen v. Monsanto Company | United States District Court for the Western District of Texas | 1:22-cv-00209 | Hendler Flores Law, Austin, TX | 01-18-2024 |
| Jones v. Union Pacific Railroad Company | United States District Court for the Southern District of Iowa, Central Division | 4:22-cv-232 | Hunegs LeNeave & Kvas, Wayzata\MN | 01-17-2024 |
| Myers v. Prime Healthcare Services, Inc., et al. | District Court, Clark County, Nevada | A-18-786272-C | Padda Law, Las Vegas, NV | 01-16-2024 |
| Mannella v. Mian, M.D. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020 L 007719 | Napleton & Associates, Chicago, IL | 01-15-2024 |
| Andriesz v. BGC Financial, LLP, et al. | FINRA Dispute Resolution | 19-01751 | Brickman Law, New York#NY | 01-12-2024 |
| Flowers v. Colgate-Palmolive Company | Circuit Court of Cook County, Illinois, County Department - Law Division | 2023 L 000587 | Maune Raichle Hartley French & Mudd, Chicago, IL | 01-11-2024 |
| Kibbons v. Taft School District 90 | United States District Court for the Northern District of Illinois | 19-cv-01468 | DeRose & Associates, Hinsdale, IL | 01-10-2024 |
| Lin v. Franciscan Alliance, Inc., et al. | United States District Court, Northern District of Indiana, Lafayette Division | 4:21-cv-00057-PPS-JEM | Betz & Blevins, Indianapolis, IN | 01-10-2024 |
| Lybarger v. Skanska-Granite-Lane | Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida | 2019-CA-010699-0 | Walker Law Office, Granite City, IL | 01-04-2024 |
| Snukis v. City of Evansville, et al. | United States District Court, Southern District of Indiana, Evansville Division | 3:21-cv-00135-TWP0MPB | Miller Law Offices, Evansville, IN | 01-03-2024 |
| Johnson v. Johnson, II. | District Court, Clark County, Nevada, Dept. No. 27 | A-22-861432-C | Clark McCourt, Las Vegas, NV | 12-14-2023 |
| Trager v. Norton Healthcare, Inc., et al. | Jefferson Circuit Court, Division Nine | 21-CI-005437 | Oldfather Law Firm, Louisville, KY | 12-14-2023 |
| Carroll v. Boomerjack's Western Center, LLC | District Court of 48th Judicial District, Tarrant County, Texas | 048-328401-21 | Grossman Law Offices, Dallas, TX | 12-13-2023 |
| Jorge v. Valley Health System LLC | District Court, Clark County, Nevada, Dept. No. 8 | A-21-839353-C | Benson Allred, Las Vegas, NV | 12-13-2023 |
| Lizarraga v. Hines, et al. | District Court, Clark County, Nevada, Dept. No. 28 | A-21-839355-C | Eglet Adams, Las Vegas, NV | 12-12-2023 |
| Matos Almodovar v. Northwestern Memorial Hospital | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019L008094 | Walsh Knippen & Cetina, Wheaton\IL | 12-11-2023 |
| Chavez v. Spencer | Eighth Judicial District Court, Clark County, Nevada, Dept. No. 16 | A-21-841619-C | Powell Law Firm, Las Vegas, NV | 12-06-2023 |
| Massa v. Norfolk Southern Railway Company | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-5999-21 | Levinson Axelrod, Edison, NJ | 12-06-2023 |
| McGovern v. Litton, et al. | Superior Court J.D. of Stamford at Stamford, Connecticut | FST-CV-21-6051330-S | Skiber Law Office, Norwalk, CT | 12-05-2023 |
| Wolin, M.D. v. Hoffman, M.D. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020L009762 | Wolin Law Group, Chicago, IL | 12-05-2023 |
| Lanier v. Grzywa | District Court, Clark County, Nevada, Dept. No. 27 | A-22-853024-C | Dimopoulos Injury Law, Las Vegas, NV | 12-04-2023 |
| Allen v. Kansas City Southern Railway Company | 6th Judicial District Court, Madison Parish, Louisiana | 2014-00030 | Hubbell Law Firm, Kansas City, MO | 12-04-2023 |
| Brodie v. Larsen | Eighth Judicial District Court, Clark County, Nevada, Dept No. 7 | A-22-851439-C | Powell Law Firm, Las Vegas, NV | 11-30-2023 |
| Reeves v. Costco Wholesale Corporation, et al | Iowa District Court for Dallas County | LACV 043531 | Duff Law Firm, West Des Moines, IA | 11-30-2023 |
| Demarr, et al. v. Liberty Mutual Insurance Company, et al. | State of Wisconsin, Circuit Court, Sawyer County | 2023CV000006 | Lein Law Offices, Hayward, WI | 11-29-2023 |
| Scott v. Museum of Science and Indusry | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020L001410 | Cogan & Power, Chicago, IL | 11-29-2023 |
| Tatarek v. City of Trenton, et al. | Superior Court of New Jersey, Law Division: Mercer County | MER-L-000312-17 | Escandon Fernicola Anderson & Covelli, Allenhurst, NJ | 11-29-2023 |
| Michaelis v. Stark/Brandon Iron, Inc. | Eighth Judicial District Court, Clark County, Nevada | A-22-847221-C | Powell Law Firm, Las Vegas, NV | 11-28-2023 |
| Esche v. Renown Regional Medical Center | United States District Court, District of Nevada | 3:21-cv-00520-MMD-CLB | Doyle Law Office, Reno, NV | 11-28-2023 |
| Ferreira v. Aria Resort & Casino, et al. | Eighth Judicial District Court, Clark County, Nevada | A-22-852375-C | ER Injury Attorneys, Las Vegas, NV | 11-20-2023 |
| Larson v. Burket | District Court, Clark County, Nevada, Dept No. 8 | A-22-847784-C | Powell Law Firm, Las Vegas, NV | 11-20-2023 |
| Smith, et al. v. United States of America, et al. | United States District Court, District of Massachusetts, Western Division | 3:19-cv-30145-MGM | U.S. Attorney's Office, Springfield\MA | 11-20-2023 |
| Bordelove v. Duke, M.D. | District Court, Clark County, Nevada, Dept No. 19 | A-20-811705-C | Christiansen Law Offices, Las Vegas, NV | 11-17-2023 |
| Lemminger v. PremierBank | State of Wisconsin, Circuit Court, Jefferson County | 2021CV000102 | Knutson Law Office, Brookfield, WI | 11-16-2023 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Olvera/Lopez v. Amazon, et al. | District Court, 116th Judicial District, Dallas County, TX | CC-18-07197-A | Witherspoon Law Group, Dallas\TX | 11-15-2023 |
| Root v. American Express National Bank, et al. | JAMS Arbitration, Las Vegas, NV | 5260000031 | Hernandez Law Office, Las Vegas, NV | 11-13-2023 |
| Anderson v. Greif Packaging, LLC | Circuit Court for the Twelfth Judicial Circuit, Will County, Illinois | 19 L 1009 | Coghlan & Associates, Lombard, IL | 11-07-2023 |
| Freehan, et al. v. Berg, et al. | United States District Court for the Northern District of Illinois, Eastern Division | 1:22-cv-04956 | Epstein Cohen Seif & Porter, Indianapolis, IN | 11-07-2023 |
| Wells v. Stratosphere Gaming LLC | District Court, Clark County, Nevada, Dept No. 4 | A-22-851939-C | Vegas Valley Injury Law, Las Vegas, NV | 11-06-2023 |
| Petersen v. Spectrum Health United | State of Michigan In the Circuit Court for the County of Montcalm | 21-S-28579-NH | Buchanan Firm, Ada, MI | 11-06-2023 |
| Thompson v. Yavapai Community Hospital | Superior Court of Arizona, In and For the County of Yavapai | P1300CV202100166 | Jensen Phelan Law Firm, Prescott, AZ | 11-03-2023 |
| Wolcott v. Health Pointe | State of Michigan, In the Circuit Court for the County of Ottawa | 21-6479-NH | Buchanan Firm, Ada, MI | 11-02-2023 |
| Danko v. Danko | Superior Court of the State of Arizona, In and For the County of Maricopa | FC2019-007054 | Valley Law Group, Phoenix\AZ | 10-31-2023 |
| Cardenas, et al. v. Gemaire Distributors, LLC., et al. | County Court at Law No. 2, Nueces County, Texas | 2022CCV-60077-2 | Gowan & Elizondo, Corpus Christi, TX | 10-30-2023 |
| Montgomery v. DuPage Medical Group | Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois | 2021L000517 | Coplan & Crane, Oak Park, IL | 10-27-2023 |
| Hearn v. Dick's Sporting Goods, Inc., et al. | United States District Court for the Southern District of Ohio, Western Division | 1:22-cv-00329 | Yonas and Phillabaum, Cincinnati, OH | 10-27-2023 |
| Antl v. AGA Service Company | United States District Court, Eastern District of California | 2:22-cv-00504-KJM-AC | Brown Neri Smith & Khan, Los Angeles, CA | 10-26-2023 |
| Andryshak v. Prince, D.O., et al. | Supreme Court of the State of New York, County of Westchester | 56820/2016 | Lynch Lynch Held Rosenberg, Hasbrouck Heights\NJ | 10-25-2023 |
| Larson v. Davidson Trucking, Inc. | United States District Court, Northern District of Indiana, Hammond Division | 2:20-cv-00250-PPS-JPK | Allen Law Group, Valparaiso, IN | 10-24-2023 |
| Childress/Silva v. Toyota Motor Corporation, et al. | Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis | CT-1622-19 | Langdon & Emison, Kansas City, MO | 10-20-2023 |
| Lesley v. Greystone Nevada, LLC | District Court, Clark County, Nevada, Dept. 31 | A-21-840575-D | Marquis Aurbach Coffing, Las Vegas\NV | 10-19-2023 |
| Ainsley v. Hameeduddin, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 21 L 7003 | Moll Law Group, Chicago, IL | 10-18-2023 |
| Lozano v. P.A.M. Transport, Inc. | District Court, 73rd Judicial District, Bexar County, Texas | 2021CI12752 | Maloney & Campolo, San Antonio, TX | 10-17-2023 |
| Evans v. Western Avenue Nissan, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 011916 | Loggans & Associates, Chicago, IL | 10-16-2023 |
| Williams v. American Fire Sprinkler Corporation | Circuit Court of Platte County, Missouri | 22AE-CC00266 | Edelman & Thompson, Kansas City, MO | 10-13-2023 |
| Milstead, Jr. v. Hirth Enterprises, Inc. | Superior Court of the State of Arizona, In and For the County of Yuma | S1400CV202200302 | Langdon & Emison, Lexington, MO | 10-13-2023 |
| Eberts v. Family Care Partners of the Quad Cities, P.C. | State of Illinois, Circuit Court for the Fourteenth Judicial Circuit, County of Rock Island | 2018L137 | Cronauer Law, Sycamore, IL | 10-12-2023 |
| Freehan, et al. v. Berg, et al. | United States District Court for the Northern District of Illinois, Eastern Division | 1:22-cv-04956 | Epstein Cohen Seif & Porter, Indianapolis, IN | 10-12-2023 |
| Doe v. Trustees of Hamilton College | United States District Court, Northern District of New York | 6:22-CV-0214 (DNH/ATB) | Nesenoff & Miltenberg, New York, NY | 10-11-2023 |
| Steward v. Schnuck Markets, INC. | The Circuit Court of the County of Jefferson, State of Missouri, Division 3 | 21JE-CC00597 | Reinoehl Kehlenbrink, Arnold, MO | 10-10-2023 |
| LaPena v. Las Vegas Metropolitan Police Department, et al. | United States District Court, District of Nevada | 2:21-cv-02170-JCM-NJK | Wildeveld & Associates, Las Vegas, NV | 10-09-2023 |
| Ciesielski v. Hickey, Schneider, and Morrison | United States District Court for the Southern District of Indiana, Indianapolis Division | 1:22-CV-01415 | Cox Law Office, Hobart, IN | 10-09-2023 |
| Roter v. Muhammad, M.D., et al. | Circuit Court of the 21st Judicial Circuit, Kankakee County, Illinois | 17 L 4 | Cogan & Power, Chicago, IL | 10-05-2023 |
| Alexander v. Carmax Auto Superstores, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 20 L 001724 | Kanoski Bresney, Bloomington, IL | 10-04-2023 |
| Sisco/Slater v. Shah, M.D. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-008090-19 | Shapiro & Sternlieb, Englishtown, NJ | 10-02-2023 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Counterman v. General Motors, LLC | State of Indiana, County of Steuben, In the Steuben County Superior Court | 76D01-2008-CT-000319 | Theisen & Associates, Fort Wayne, IN | 10-02-2023 |
| Biassotti v. Rozman | District Court, Clark County, Nevada | A-21-833456-C | Powell Law Firm, Las Vegas, NV | 09-29-2023 |
| Martinez v. Heatherly | Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois | 21L00000733 | Powell & Pisman, Chicago,IL | 09-29-2023 |
| Rodriguez v. VHS West Suburban Medical Center, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020L001779 | Cogan & Power, Chicago, IL | 09-29-2023 |
| D'Arco v.Sheika | Superior Court of New Jersey, Law Division: Passaic County | PAS-L-1259-19 | Bagolie Friedman, Jersey City, NJ | 09-28-2023 |
| McCarthy v. Tesla, Inc. | Superior Court of the State of California, County of Santa Clara | 19CV355119 | Ramey & Hailey, Indianapolis, IN | 09-27-2023 |
| Butler/Heaney, v. Vaclavik, M.D., et al. | Superior Court of New Jersey, Law Division: Monmouth County | MON-L-1100-18 | Gill & Chamas, Perth Amboy, NJ | 09-26-2023 |
| Prade v. Kirkland | Superior Court of New Jersey, Law Division: Gloucester County | GLO-L-816-20 | Eichen Crutchlow Zaslow, Edison, NJ | 09-26-2023 |
| Kumar v. Lal | State of Wisconsin, Circuit Court, Milwaukee County | 2021CV006766 | Hudock Law Group, Muskego, WI | 09-25-2023 |
| Lorenzen v. Gross | Circuit Court of Cook County, Illinois, County Department, Law Division | 2019 L 014371 | Napleton & Associates, Chicago, IL | 09-25-2023 |
| Younger v. Petersen, et al. | District Court, Clark County, Nevada | A-21-845100-C | Simon Law Group, Las Vegas, NV | 09-22-2023 |
| Schatzl Saubert v. Hernandez | District Court, Clark County, Nevada, Dept No. XXVIII | A-21-845577-C | Valiente Mott, Las Vegas, NV | 09-22-2023 |
| Reinhart, et al. v. Short Mountain Tracking, Inc. et al. | United States District Court, Central District of Illinois, Springfield Division | 3;21-cv-03122 | Tilton & Tilton, Houston, TX | 09-22-2023 |
| Burke v. Lohr | Superior Court of Washington, County of Pierce | 22-2-04853-6 | Oshan & Associates, Seattle\WA | 09-21-2023 |
| Borkowski v. Voirin, D.O., et al. | State of Illinois, County of DuPage, Circuit Court of the Eighteenth Judicial Circuit | 2017L001111 | Napleton & Associates, Chicago\IL | 09-20-2023 |
| Penton v. Hubard, et al. | United States District Court for the Eastern District of California, Sacramento Division | 2:11-cv-00518-TLN-KJN (PC) | Simpson Thacher, Palo Alto\CA | 09-19-2023 |
| Wingen v. University of Chicago Medical Center | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021 L 1332 | Mossing & Navarre, Chicago, IL | 09-19-2023 |
| Haganman, D.O. v. Mitchell County Regional Health Center, et al. | Iowa District Court for Mitchell County | LACV015798 | Hartung Schroeder, Des Moines\IA | 09-18-2023 |
| Burke v. Lohr | Superior Court of Washington, County of Pierce | 22-2-04853-6 | Oshan & Associates, Seattle, WA | 09-06-2023 |
| Sanchez v. Dodson | District Court, 115th Judicial District, Upshur County, Texas | 344-21 | Wigington Rumley Dunn & Blair, Corpus Christi, TX | 09-06-2023 |
| Asbury v. Summit Healthcare Association, et al. | Superior Court of Arizona In and For the County of Navajo | S-0900-CV202100390 | Lloyd Law Group, Payson, AZ | 09-05-2023 |
| Williams/Teal v. Hurricane Harbor, LP | District Court, 67th Judicial District, Tarrant County, Texas | 067-326998-21 | Witherspoon Law Group, Dallas, TX | 09-05-2023 |
| Pitre/Winfield v. Scavuzzo's Inc. | Circuit Court of Cooper County, Missouri | 20CO-CC0051 | Witherspoon Law Group, Dallas, TX | 09-01-2023 |
| Tamble v. Lang | State of Minnesota, County of Sterns, In District Court, Seventh Judicial District | 73-CV-22-4181 | Hall Law, St. Cloud, MN | 09-01-2023 |
| Elders/Martin v. Suncase Corporation | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021 L 002596 | Etherton & Associates, Chicago, IL | 08-30-2023 |
| Younger v. Petersen, et al. | District Court, Clark County, Nevada | A-21-845100-C | Simon Law Group, Las Vegas, NV | 08-28-2023 |
| Hernandez v. Sanchez, M.D. | District Court of the 166th Judicial District, Bexar County, Texas | 2022CI08644 | Maloney Law Group, San Antonio, TX | 08-28-2023 |
| Roman v. Jeffreys, et al. | United States District Court, Northern District of Illinois, Eastern Division | 1:19-cv-07271 | Chapman & Cutler, Chicago, IL | 08-25-2023 |
| Scott v. Hardy, Jr., et al. | United States District Court, District of South Carolina, Florence Division | 4:20-cv-02649 | Wisner Baum, Los Angeles, CA | 08-24-2023 |
| Sullers, Sr. v. Thyssenkrupp Elevator Corporation, et al. | Circuit Court of Cook County, County Department, Law Division | 2020L006447 | Raven Law, Chicago, IL | 08-23-2023 |
| Dillard v. DePaul University | United States District Court for the Northern District of Illinois | 1:20-cv-07760 | Disparti Law Group, Chicago, IL | 08-22-2023 |
| Puga v. Good Electric LTD | District Court, 407th Judicial District, Bexar County, Texas | 2021CI09616 | Arnold & Itkin, Houston, TX | 08-21-2023 |
| Zeigler v. Polaris Industries, Inc., et al. | United States District Court, Western District of North Carolina | 1:23-cv-00112 | Paris Law Firm, Chicago, IL | 08-21-2023 |
| Wise v. Six Flags Magic Mountain | Superior Court of the State of California, County of Los Angeles, North Valley District (Chatsworth) | BC679307 | Lagomarsino Law, Las Vegas\NV | 08-18-2023 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Van Geffen v. Flamingo Heights Homeowners' Association, et al. | District Court, Clark County, Nevada, Dept. XXIV | A-18-773491-C | Paternoster Law Group, Las Vegas, NV | 08-17-2023 |
| Cooper, et al. v. City of Houston | District Court, Harris County, Texas, 333rd Judicial District | 2020-76762 | Witherspoon Law Group, Dallas, TX | 08-17-2023 |
| Inventist, Inc. v. Ninebot, Inc. | United States District Court for the Western District of Washington at Tacoma | 3:16-cv-05688-BJR | WPAT, Vienna\VA | 08-16-2023 |
| Phillips, et al. v. United States of America | United States District Court, Eastern District of Oklahoma | 6:2020cv00232 | Carr & Carr, Oklahoma City, OK | 08-15-2023 |
| Lager, et al. v. National Carriers, Inc., et al. | Wagstaff & Cartmell, Kansas City, KS | 2021-CV-000010 | Circuit Court of Jefferson County, Kansas | 08-14-2023 |
| Morgan v. Starling, et al. | Commonwealth of Kentucky, Fayette Circuit Court, Division III | 20-CI-2231 | McBrayer Law Firm, Lexington, KY | 08-14-2023 |
| Grabell v. Thomas, MD, et al. | Circuit Court of Cook County, County Department, Law Division | 2021L005475 | Loggans & Associates, Chicago, IL | 08-11-2023 |
| Yerkes v. Ohio State Highway Patrol, et al. | United States District Court for the Southern District of Ohio, Eastern Division | 2:19-cv-02047 | Willis Spangler Starling, Hilliard, OH | 07-26-2023 |
| Yerkes v. Ohio State Highway Patrol, et al. | United States District Court for the Southern District of Ohio, Eastern Division | 2:19-cv-02047 | Willis Spangler Starling, Hilliard, OH | 07-14-2023 |
| Morgenstern v. Poa, M.D., et al. | Superior Court of the State of California for the County of Los Angeles, Central District | 19STCV11461 | Medler Law Firm, Irvine, CA | 07-14-2023 |
| White v. TK Elevator Corporation, et al. | United States District Court, District of Nevada | 2:21-cv-JAD-NJK | Shook & Stone, Las Vegas, NV | 07-13-2023 |
| Adkins, et al. v. St. Joseph's Community Hospital, et al. | Circuit Court, Washington County, Wisconsin | 2020CV000078 | Trial Lawyers for Justice, Decorah, IA | 07-13-2023 |
| Coppage v. Crane 1 Services, Inc. | Lake Superior Court, Civil Division, Room Four, Sitting at Gary, Indiana | 45D04-1812-CT-875 | Allen Law Group, Valparaiso, IN | 07-13-2023 |
| Redding/Hubbard v. City of Chicago | Circuit Court of Cook County, Illinois, County Department, Law Division | 2020 L 004141 | Dworkin & Maciariello, Chicago, IL | 07-12-2023 |
| Kroft v. Viper Trans, Inc., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2016 L 009466 | Allen Law Group, Valparaiso, IN | 07-12-2023 |
| Jensen v. Taylor Company, et al. | United States District Court, District of Nebraska | 4:20-cv-03113-CRZ | Atwood Holsten Brown Deaver & Spier, Lincoln, NE | 07-11-2023 |
| Wilkins/Hassan v. Moonlight Logistics, inc. | Circuit Court of Cook County, County Department, Law Division | 19 L 13143 | Dinizulu Law Group, Chicago, IL | 07-10-2023 |
| Schneider v. Terra Energy Partners, LLC, et al. | 281st Judicial District, Harris County, Texas | 2019-81861 | Arnold & Itkin, Houston, TX | 07-10-2023 |
| Dongwu, et al. v. New York City Regional Center, et al. | Supreme Court of the State of New York, County of New York | 652024/2017 | Morrison Cohen, New York, NY | 07-06-2023 |
| Maddux v. Las Vegas Surgical Associates | Eighth Judicial District Court, Clark County, Nevada | A-20-815254-C | Bighorn Law, Las Vegas, NV | 07-05-2023 |
| Ali v. Trans Lines, Inc., et al. | United States District Court, Eastern District of Missouri, Eastern Division | 4:21-cv-00214-HEA | Langdon & Emison, Lexington, MO | 06-23-2023 |
| Dechirico v. Bonito, et al. | Eighth Judicial District Court, Clark County, Nevada | A-21-841612-C | Powell Law Firm, Las Vegas, NV | 06-22-2023 |
| Haganman, D.O. v. Mitchell County Regional Health Center, et al. | Iowa District Court for Mitchell County | LACV015798 | Hartung Schroeder, Des Moines, IA | 06-22-2023 |
| Pride v. Phoenix American Hospitality, et al. | County Court at Law, Dallas County, Texas | C-20-05337-D | Swanigan Firm, Little Rock, AR | 06-22-2023 |
| Rios v. Methodist Healthcare System of San Antonio, Ltd., et al. | District Court, 131st Judicial District, Bexar County, Texas | 2022-CI-08453 | Maloney Law Group, San Antonio, TX | 06-21-2023 |
| Plagge v. Crawford County, et al. | Iowa District Court for Crawford county | LACV041879 | Hamilton Law Firm, Clive, IA | 06-16-2023 |
| Kunimoto v. Jayaraman, M.D., et al. | Eighth Judicial District Court, Clark County, Nevada | A-20-809978-C | Christiansen Law Offices, Las Vegas, NV | 06-15-2023 |
| Metz v. Sommerfeld, M.D., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 19 L 12133 | Napleton & Associates, Chicago, IL | 06-14-2023 |
| Asbury v. Summit Healthcare Association, et al. | Superior Court of Arizona In and For the County of Navajo | S-0900-CV202100390 | Lloyd Law Group, Payson, AZ | 06-13-2023 |
| Charles/John v. Tedia Company, Inc., et al. | Court of Common Pleas, Butler County, Ohio | CV 2021 12 1917 | Langdon & Emison, Lexington, MO | 06-12-2023 |
| Aloi v. Toyota Motor Corporation, et al. | Circuit Court of Harrison County, West Virginia | 21-C-39-1 | Langdon & Emison, Lexington, MO | 06-09-2023 |
| Miller v. Bailey, et al. | Eighth Judicial District Court, Clark County, Nevada | A-21-839273-C | Powell Law Firm, Las Vegas, NV | 06-08-2023 |
| Dietrich v. Rana, M.D., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division, | 2019L003107 | Pipal & Berg, Chicago, IL | 06-08-2023 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Lafauci v. Casa Mechanical Services, LTD. | District Court of Bexar County, Texas, 438th District Court | 2021CI09448 | Arnold & Itkin, Houston, TX | 06-07-2023 |
| Lebovits v. Menack, M.D., et al. | Superior Court of New Jersey, Law Division, Monmouth County | MON-L-001780-21 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 06-07-2023 |
| McGee v. Target Corporation | United States District Court, District of Nevada | 2:20-cv-00345-KJD-DJA | ER Injury Attorneys, Las Vegas, NV | 06-06-2023 |
| Menke et al vs. Altmeyer Electric Inc. et al | State of Wisconsin, Circuit Court, Sheboygan County | 21CV366 | Duncan Greene, Des Moines, IA | 06-06-2023 |
| Cunningham/Eichelburger v. Manreet, Inc. | Circuit Court at Jackson County, Missouri at Kansas City | 2116-CV03587 | Witherspoon Law Group, Dallas, TX | 06-05-2023 |
| Schmidt v. Kansas City Southern Railway Company | District Court of Adair County, State of Oklahoma | CJ-2018-28 | Berry & Otterson, Tulsa, OK | 06-05-2023 |
| Schwendener v. Stockbridge/SBE Holdings, et al. | Eighth Judicial District Court, Clark County, Nevada | A-19-803587-C | Croteau & Associates, Las Vegas, NV | 05-31-2023 |
| Birk v. Rodriguez, et al. | Eighth Judicial District Court, Clark County, Nevada | A-20-816229-C | Aaron Law Group, Las Vegas, NV | 05-30-2023 |
| Wartman v. National Lift Truck, Inc., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 20 L 334 | Napleton & Associates, Chicago, IL | 05-30-2023 |
| Jean Louis v. Jurkowich, et al. | Superior Court of New Jersey, Law Division, Bergen County | BER-L-1912-20 | Eichen Crutchlow Zaslow, Edison, NJ | 05-30-2023 |
| SFR Investments Pool 1, LLC v. Newrez, LLC/Hamilton Grove | United States District Court, District of Nevada | 2:22-cv-00626 | Hanks Law Group, Las Vegas, NV | 05-26-2023 |
| Klun v. Farrow, et al. | United States District Court for the Northern District of Illinois, Eastern Division | 1:22-cv-02648 | O'Connor Law Firm, Chicago, IL | 05-25-2023 |
| Walker/Martin v. Carter | Circuit Court of Lafayette County, Mississippi | L20-113 | Merkel & Cocke, Clarksdale\MS | 05-23-2023 |
| Baskins v. Summit Healthcare Association | Superior Court of Arizona In and For the County of Navajo | S0900CV202100365 | Lloyd Law Group, Payson, AZ | 05-22-2023 |
| Doe v. Rutgers, et al. | United States District Court, District of New Jersey | 21-20763 | Dunn Law Firm, Washington, D.C. | 05-22-2023 |
| Castillo v. Lin, et al. | Eighth Judicial District Court, Clark County, Nevada | A-20-820371-C | Burk Injury Lawyers, Las Vegas, NV | 05-19-2023 |
| Romo v. Foreman, et al. | Eighth Judicial District Court, Clark County, Nevada | A-22-848592-C | Powell Law Firm, Las Vegas, NV | 05-18-2023 |
| Smeltzer v. Bristol West Insurance Company | State of Wisconsin, Circuit Court, Milwaukee County | 21 CV 7091 | Guelzow & Ellefsen, Eau Claire, WI | 05-17-2023 |
| Wade v. American Phoenix, Inc. | In and For the District Court of Comanche County, State of Oklahoma | CJ-20-364 | Zelbst Holmes & Butler, Lawton, OK | 05-16-2023 |
| Forman v. The Hertz Corporation | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021-L-001452 | O'Connor Law Firm, Chicago, IL | 05-15-2023 |
| Schneider v. Terra Energy Partners, LLC, et al. | 281st Judicial District, Harris County, Texas | 2019-81861 | Arnold & Itkin, Houston, TX | 05-12-2023 |
| Morgenstern v. Poa, M.D. | Superior Court of the State of California for the County of Los Angeles, Central District | 19STCV11461 | Medler Law Firm, Irvine, CA | 05-11-2023 |
| Ladhani/Mohammed v. Ilhani Medicine of Illinois, LLC., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020 L 000704 | McNabola Law Group, Chicago, IL | 05-11-2023 |
| Kledzik v. Komanduri, M.D. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 2019 L 956 | Loggans & Associates, Chicago, IL | 05-10-2023 |
| Wilson v. Abing | Circuit Court of Cook County, Illinois, County Department - Law Division | 20 L 12410 | Napleton & Associates, Chicago, IL | 05-09-2023 |
| Rolls v. Baylor All Saints Medical Centers | District Court of Tarrant County, Texas, 141st Judicial District | 141-307517-19 | Krebs Law Office, Austin, TX | 05-05-2023 |
| Aaron v. National Railroad Passenger Corporation | United States District Court for the Western District of Missouri, Western Division | 4:22-cv-00189 | Witherspoon Law Group, Dallas, TX | 05-01-2023 |
| Reyes/Reyes-Landeweer v. Advocate Health and Hospitals Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 20 L 3397 | Napleton & Associates, Chicago, IL | 04-28-2023 |
| Aronson v. FCA US LLC | District Court, Clark County, Nevada | A-21-835168-C, Dept No. 20 | Langdon & Emison, Lexington, MO | 04-28-2023 |
| Higuera v. Eldorado Resorts, LLC. | Second Judicial District Court of the State of Nevada in and for the County of Washoe | CV19-00084 | Shook & Stone, Las Vegas, NV | 04-27-2023 |
| Scott v. Kim, M.D. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 19 L 129 | Loggans & Associates, Chicago\IL | 04-27-2023 |
| Druzba v. LaBounty | United States District Court for the District of Vermont | 2:21-cv-67 | Langdon & Emison, Lexingont, MO | 04-25-2023 |
| Claussen v. Adam Mays | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 11059 | Nemeroff Law Office, Chicago, IL | 04-20-2023 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|-----------|-------|-------------|----------|------|
| Bowman v. Kansas City Southern Railway Company | Circuit Court of Barton County, Missouri | 21B4-CV00202 | Hubbell Law Firm, Kansas City, MO | 04-20-2023 |
| Lopez/Carter v. Otero County Hospital Association, et al. | First Judicial District Court, Sante Fe County, New Mexico | D-101-CV-2021-01060 | Salazar Sullivan Jasionowski, Albuquerque, NM | 04-18-2023 |
| Smith/Kee v. County of Macon, et al. | United States District Court, Central District of Illinois, Urbana Division | 2:20-cv-02203-SLD-JEH | Gates Wise Schlosser & Goebel, Springfield, IL | 04-17-2023 |
| Lessert v. BNSF Railway Company | United States District Court, District of South Dakota, Western Division | 5:17-cv-5030-JLV | Hubbell Law Firm, Kansas City\MO | 04-12-2023 |
| Marshall v. Illinois Central Railroad Company | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019L010513 | Cogan & Power, Chicago, IL | 04-07-2023 |
| Shah v. Gummersall | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019L004017 | Stamatis Law Office, Chicago\IL | 04-07-2023 |
| Dick-Ipsen v. Tri-Supply, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018L011367 | Carey Danis & Lowe, St. Louis, MO | 04-06-2023 |
| Lesley v. Greystone Nevada, LLC | District Court, Clark County, Nevada, Dept 31 | A-21-840575-D | Marquis Aurbach Coffing, Las Vegas, NV | 04-06-2023 |
| Inglis v. BNSF Railway Co. | Circuit Court of Platte County, Missouri | 21AE-CC00055 | Hubbell Law Firm, Kansas City, MO | 04-05-2023 |
| Valdez v. RW Wings, LP | District Court, 244th Judicial District, Ector County, Texas | C-20-10-1041-CV | Grossman Law Offices, Dallas, TX | 04-04-2023 |
| Kohlhoff v. Valley Health System, LLC. | District Court, Clark County, Nevada, Dept No. 4 | A-17-759169-C | Howard & Howard, Las Vegas, NV | 03-31-2023 |
| Jaime/Gonzalez v. Hamilton | District Court of Harris, Texas, 80th Judicial District | 202154932 | Amaro Law Firm, Houston, TX | 03-31-2023 |
| Edwards v. Stephens | United States District Court for the Northern District of Texas, Dallas Division | 3:17-cv-01208-M | Washington Law Office, Dallas\TX | 03-30-2023 |
| Cartwright v. Torres | District Court, Clark County, Nevada, Dept No. 4 | A-20-813283-C | Powell Law Firm, Las Vegas, NV | 03-27-2023 |
| Malone/Miles v. Murfreesboro Anesthesia Group | Circuit Court of Rutherford County, Tennessee at Murfreesboro | 75251 | Glanton Law Office, Nashville, TN | 03-27-2023 |
| Aufiero v. Stewart, et al. | Superior Court of New Jersey, Law Division, Monmouth County | MON-L-479-19 | Eichen Crutchlow Zaslow, Edison, NJ | 03-23-2023 |
| Garver v. Blake | Circuit Court of the Sixth Judicial Circuit, County of Macon, IL | 2020L129 | Kanoski Bresney, Bloomington, IL | 03-23-2023 |
| Howlett v. City of Warren | United States District court, Eastern District of Michigan, Southern Division | 17-11260 | Mungo & Mungo At Law, Bingham Farms, MI | 03-22-2023 |
| Rebel Rags v. Miller, et al. | Circuit Court, Lafayette County, Mississippi | L18-069 | Merkel & Cocke, Clarkson, MS | 03-21-2023 |
| Larson v. City of Wilmington | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 18 L 143 | Loizzi Cardenas Law, Chicago, IL | 03-20-2023 |
| Cadwallader v. Nissan Motor Company, Ltd. | Circuit Court of Platte County, Missouri | 21AE-CC00171 | Langdon & Emison, Lexington, MO | 03-20-2023 |
| Collucci v. Cassese | Superior Court of New Jersey, Law Division, Passaic County | PAS-L-002221-18 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 03-18-2023 |
| Ross-Woods v. Chin-Bonds, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2021 L 001036 | Loggans & Associates, Chicago, IL | 03-16-2023 |
| Fish v. Catanzaro & Sons Enterprises, et al. | Superior Court of New Jersey, Law Division: Essex County | ESX-L-5170-16 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 03-15-2023 |
| Chiappetta v. Zeller-401 Property, LLC, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 013068 | Chapekis Chapekis & Schmidt, Chicago, IL | 03-14-2023 |
| Peters v. Palos Community Hospital | Circuit Court of Cook County, Illinois, County Department - Law Division | 220L012416 | Napleton & Associates, Chicago, IL | 03-14-2023 |
| Collucci v. Cassese | Superior Court of New Jersey, Law Division, Passaic County | PAS-L-002221-18 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 03-12-2023 |
| Ortiz-Cruz v. Alvizures | Eighth Judicial District Court, Clark County, Nevada, Dept No. 14 | A-21-831583-C | Powell Law Firm, Las Vegas, NV | 03-10-2023 |
| SFR Investments Pool 1, LLC v. Newrez, LLC/Colloquium | District Court, Clark County, Nevada, Dept No. 28 | A-22-849802-C | Hanks Law Group, Las Vegas, NV | 03-10-2023 |
| Cole/Smith v. Chicago Transit Authority, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019L008880 | Neslund Law Offices, Chicago, IL | 03-10-2023 |
| Skladman v. Mejia | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020 L 063047 | Wittmeyer Law Office, Kenosha, WI | 03-09-2023 |
| Sapulpa v. Gannett Co., Inc. | District Court of Muskogee County, State of Oklahoma | CJ-21-100 | Smith Barkett Law Group, Muskogee, OK | 03-09-2023 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Marcano v. Arden Villas Apartments, LLC. | Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida | 2021-CA-010099-O | Washington Law Office, Dallas, TX | 03-08-2023 |
| Galland v. Carrera | District Court, Clark County, Nevada, Dept 8 | A-19-806397-C | Powell Law Firm, Las Vegas, NV | 03-06-2023 |
| Coppage v. Crane 1 Services, Inc. | Lake Superior Court, Civil Division, Room Four, Sitting at Gary, Indiana | 45D04-1812-CT-875 | Allen Law Group, Valparaiso, IN | 03-06-2023 |
| Valles v. SEM Operating Company, LLC | District Court, 112th Judicial District, Reagan County, Texas | CV02466 | Wigington Rumley Dunn & Blair, Corpus Christi, TX | 03-06-2023 |
| Phillips v. United States of America | United States District Court, Eastern District of Oklahoma | CIV-20-232-RAW | Carr & Carr, Oklahoma City, OK | 02-28-2023 |
| Rohrer v. Gardner Delivery, LLC | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 066003 | Allen Law Group, Valparaiso, IN | 02-28-2023 |
| Nanu/Periyasamy v. Phillips 66 Company, et al. | District Court of Harris County, Texas, 234th Judicial District | 2021-21480 | Arnold & Itkin, Houston, TX | 02-24-2023 |
| United States of America/Bolin v. Mendez | United States District Court, Northern District of Illinois, Eastern Division | 16 CR 163 | Assistant US District Attorney's Office, Chicago\IL | 02-24-2023 |
| Ridge/Henderson v. Dollar Tree Stores, Inc. | Circuit Court of Jackson County, Missouri at Kansas City, Division 11 | 2116-CV6733 | Witherspoon Law Group, Dallas, TX | 02-23-2023 |
| Scott v. Hardy, Jr., et al. | United States District Court, District of South Carolina, Florence Division | 4:20-cv-02649-SAL | Wisner Baum, Los Angeles, CA | 02-22-2023 |
| Miniere v. Uustal, M.D., et al. | Superior Court of New Jersey, Law Division, Middlesex county | MID-L-913-20 | Martin Kane Kuper, East Brunswick, NJ | 02-22-2023 |
| Lopez/Morgan, et al. v. The State of Nevada, et al. | United States District Court, District of Nevada | 2:21-cv-01161 | Clark Hill, Las Vegas, NV | 02-21-2023 |
| Matos Almodovar v. Northwestern Memorial Hospital | Circuit Court of Cook County, Illinois, County Department, Law Division | 2019L008094 | Walsh Knippen & Cetina, Wheaton, IL | 02-20-2023 |
| Rebel Rags v. Miller, et al. | Circuit Court, Lafayette County, Mississippi | L18-069 | Merkel & Cocke, Clarkson, MS | 02-20-2023 |
| Gilliland v. Groh Aviation LLC | State of Indiana, Coutny of Johnson, Johnson Superior Court | 41D04-1607-CT-112 | KMA Zuckert, Chicago, IL | 02-18-2023 |
| Lewis/Walker v. Poor, M.D. | Commonwealth of Kentucky, Calloway Circuit Court | 21-CI-00065 | Moore & Randolph, Paducah, KY | 02-16-2023 |
| Valladares v. Phillips | Superior Court of the State of California, County of Los Angeles, Spring Street | 21STCV02812 | Ferrari Law Offices, Tustin, CA | 02-15-2023 |
| Upingco/Whooper v. Corner Investment Company, LLC | Eighth Judicial District Court, Clark County, Nevada | A-20-812604-C | Shook & Stone, Las Vegas, NV | 02-15-2023 |
| Upingco/Aguilera v. Corner Investment Company, LLC | Eighth Judicial District Court, Clark County, Nevada | A-20-812604-C | Shook & Stone, Las Vegas, NV | 02-15-2023 |
| Marquez v. The United States of America | United States District Court, Northern District, Eastern Division | 21 C 643 | Golan Christie Taglia, Chicago, IL | 02-15-2023 |
| Barraza v. Smith, M.D., et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 16-L-8198 | Dailey Law Firm, Chicago, IL | 02-13-2023 |
| Soto v. Pitt County Memorial Hospital, Inc. | State of North Carolina, County of Pitt, General Court of Justice, Superior Court Division | 19 CVS 2619 | McCarthy Winkelman Mester & Offutt, Lanham, MD | 02-13-2023 |
| Woolfolk, Jr. v. BNSF Railway | State of Kansas, County of Wyandotte, District Court, Twenty-Ninth Judicial District | 2020-CV-000471 | Hunegs LeNeave & Kvas, Wayzata, MN | 02-13-2023 |
| Fossett v. Corning, et al. | District Court of the 40th Judicial District, Ellis County, Texas | 104660 | Arnold & Itkin, Houston, TX | 02-10-2023 |
| Bunn v. Dash | United States District Court, Central District of California, Western Division | 2:20-cv-07389-DMG-JC | Brown & Rosen, Boston\MA | 02-09-2023 |
| Burke v. Kishhealth System, et al. | Circuit Court of DeKalb County, Illinois, County Department - Law Division | 17 L 145 | Cronauer Law, Sycamore\IL | 01-31-2023 |
| Dallas v. Holtz | Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois | 2018-L-0000263 | Nemeroff Law Office, Chicago, IL | 01-30-2023 |
| Salcedo v. Hawg SWD, LLC | District Court of Harris County, Texas, 151st Judicial District | 2020-20371 | Arnold & Itkin, Houston, TX | 01-30-2023 |
| Salcedo v. Hawg SWD, LLC | District Court of Harris County, Texas, 151st Judicial District | 2020-20371 | Arnold & Itkin, Houston, TX | 01-26-2023 |
| Lorusso v. Chiero | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Wheaton, Illinois | 18-L-000091 | Patterson Law Firm, Chicago\IL | 01-26-2023 |
| Abdurakhmanova/Guliev v. Volvo Group North America, LLC, et al. | Court of Common Pleas, Clark County, Ohio | 21CC0156 | Langdon & Emison, Lexington, MO | 01-24-2023 |
| Jean v. WRPV XIII Southside Flats Dallas, L.L.C. | District Court, 193rd Judicial District, Dallas County, Texas | DC-20-12262 | Washington Law Office, Dallas, TX | 01-23-2023 |
| Kelley, et al. v. Mattell, Inc., et al. | United States District Court, Southern District of Texas, Corpus Christi Division | 2:21-cv-00231 | Arnold & Itkin, Houston, TX | 01-23-2023 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| McCown v. Derby | Eighth Judicial District Court, Clark County, Nevada, Dept No. 22 | A-21-839271-C | Powell Law Firm, Las Vegas, NV | 01-20-2023 |
| Zavala v. Kim, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 5234 | Cogan & Power, Chicago, IL | 01-19-2023 |
| Flannery v. Solterra Builders | Superior Court of the State of California, County of San Bernardino - Barstow | UM | Skol Legal, Laguna Niguel#CA | 01-19-2023 |
| Watson v. City of Henderson | United States District Court, District of Nevada | 2:20-CV-01761 | Cook & Kelesis, Las Vegas, NV | 01-18-2023 |
| Tolliver v. Kingdom World Ministries | Circuit Court of Jackson County, Missouri at Kansas City | 2016-CV15890 | Langdon & Emison, Lexington, MO | 01-18-2023 |
| Carrlson v. Tobkin | State of Minnesota, Otter Tail County, District Court, Seventh Judicial District | 56-CV-21-917 | Nycklemoe & Ellig, Fergus Falls, MN | 01-17-2023 |
| Avelar v. Nixon-Egli Equipment Company of Southern California, Inc. | District Court, Clark County, Nevada, Dept. I | A-21-838397-C | The 702 Firm, Las Vegas, NV | 01-16-2023 |
| Haygood v. JWC Environmental, Inc. | United States District Court for the Western District of Oklahoma | 5:20-cv-00863-D | Zelbst Holmes & Butler, Lawton, OK | 01-16-2023 |
| Hess v. Caterpillar, Inc. | Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois | 21L 00000545 | Langdon & Emison, Lexington, MO | 01-16-2023 |
| Delco v. Honeywell International, Inc. | District Court of Harris County, Texas, 157th Judicial District | 2021-74568 | Arnold & Itkin, Houston, TX | 01-13-2023 |
| Barhoumeh v. McDonough | United States District Court, Northern District of Illinois, Eastern Division | 19 C 4782 | Salim Barhoumeh Pro Se, Chicago, IL | 01-12-2023 |
| Lewis v. Ford Motor Company | 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, Division "A" | 2020-0002490 | Langdon & Emison, Lexington, MO | 01-12-2023 |
| Kohlhoff/Welter v. Prim, Inc. | State of Indiana, County of Lake, Porter Superior Court, Sitting at Portage, Indiana | 64D06-2104-CT-003854 | Allen Law Group, Valparaiso, IN | 01-11-2023 |
| Deckert v. Saint Luke's Hospital of Kansas City | Circuit Court of Jackson County, Missouri at Kansas City | 2116-CV19123 | Langdon & Emison, Lexington, MO | 01-10-2023 |
| State of Nevada v. McKesson Corp, et al. | District Court, Clark County, Nevada | A-19-796755-B | Eglet Adams, Las Vegas, NV | 01-09-2023 |
| Jean v. WRPV XIII Southside Flats Dallas, L.L.C. | District Court, 193rd Judicial District, Dallas County, Texas | DC-20-12262 | Washington Law Office, Dallas, TX | 01-06-2023 |
| McDonnell v. The Hartford | Uninsured and Underinsured Motorist Claims, Demand for Arbitration | YZQAU47794 & YZQAU07349 | Gordon Law Offices, Chicago, IL | 01-05-2023 |
| Team Makena, LLC. V. Lasso | Superior Court of the State of California for the County of Orange - Central Justice Centers | 30-2016-00884951-CU-BT-CJC | Brownstone Law Group, Oceanside, CA | 01-03-2023 |
| Chisiu/Badoi v. Dignity Health, et al. | District Court, Clark County, Nevada | A-18-775572-C, Dept No. XVII | Christiansen Law Offices, Las Vegas, NV | 12-16-2022 |
| Clark v. Woodside, et al. | Circuit Court, First Judicial Circuit, Jackson County, Illinois | 18-L-80 | Womick Law Firm, Carbondale, IL | 12-15-2022 |
| Garcia v. Al-Nawfali, et al. | District Court, Clark County, Nevada | A-16-742054-C, Dept No. VIII | Hansen Law Offices, Las Vegas\NV | 12-13-2022 |
| Kelley, et al. v. Mattell, Inc., et al. | United States District Court, Southern District of Texas, Corpus Christi Division | 2:21-cv-00231 | Arnold & Itkin, Houston, TX | 12-13-2022 |
| Cohen v. American Center for Spine & Neuro-Surgery, LLC. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2108L004106 | McNabola Law Group, Chicago\IL | 12-13-2022 |
| Chan/Wu v. Universal Health Services, et al. | Eighth Judicial District Court, Clark County, Nevada | A-17-756744-C, Dept No. XVII | Padda Law, Las Vegas\NV | 12-12-2022 |
| Sullers, Sr. v. Thyssenkrupp Elevator Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020L006447 | Raven Law, Chicago, IL | 12-12-2022 |
| Chan/Wu v. Universal Health Services, et al. | Eighth Judicial District Court, Clark County, Nevada | A-17-756744-C, Dept No. XVII | Padda Law, Las Vegas\NV | 12-09-2022 |
| Spataro v. Petramale, et al. | Superior Court of New Jersey, Bergen County - Law Division | BER-L-004686-18 | Shaw Law Office, Ft. Lee, NJ | 12-07-2022 |
| Raggio v. American News Company, LLC. | 31st Judicial District Court, Jefferson Davis Parish, State of Louisiana | C-45-20 | Arnold & Itkin, Houston, TX | 12-06-2022 |
| Waters, Jr. v. U.S. Xpress, Inc., et al. | Circuit Court for Sevier County, Tennessee | 18-CV-854 II | Hagood Moody Hodge, Knoxville, TN | 12-06-2022 |
| McAteer v. Sunflower Bank, N.A. | United States District Court, District of Nevada | 2:20-cv-02285-APG-EJY | Lagomarsino Law, Las Vegas, NV | 12-05-2022 |
| Edington v. American Sand Company LLC et al. | Circuit Court for Putnam County, Tennessee | 2017-CV-220 | Hagood Moody Hodge, Knoxville, TN | 12-05-2022 |
| Stanton v. Dolan, M.D. | Commonwealth of Massachusetts, Suffolk County, Superior Court Department of the Trial Court | 1884CV00763 | Halstrom Law, Boston\MA | 11-30-2022 |
| Heiston v. Illinois Central Railroad Company | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020L06137 | Cogan & Power, Chicago, IL | 11-28-2022 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Alfini v. Palos Community Hospital, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 12696 | Motherway & Napleton, Chicago, IL | 11-23-2022 |
| Dacey v. Radiology Associates of Ridgewood, P.A. | Superior Court of New Jersey, Law Division - Bergen County | BER-L-2671-21 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 11-21-2022 |
| Seidl v. Witchita Terminal Association, et al. | Eighteenth Judicial District, District Court, Sedgwick County, Kansas | 2021-CV-000012-OT | Davis Bethune & Jones, Kansas City, MO | 11-21-2022 |
| Blair/Josephs v. Fiesta, et al. | Superior Court of New Jersey, Law Division - Bergen County | BER-L-3489-21 | Dario Albert Metz & Eyerman | 11-18-2022 |
| Webster v. Massey, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 006480 | Gordon Law Offices, Chicago, IL | 11-18-2022 |
| Wise v. Christus Santa Rosa Healthcare Corporation, et al. | 407th Judicial District, Bexar County, Texas | 2021-CI-00344 | Maloney Law Group, San Antonio\TX | 11-17-2022 |
| BillFloat Inc. v. Collins Cash, Inc., et al. | United States District Court, Northern District of California, San Francisco Division | 3:20-cv-09325-EMC | Kronenberger Rosenfeld, San Francisco\CA | 11-16-2022 |
| Giezycka v. Advocate Health & Hospitals Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 2021L11233 | McNabola & Associates, Chicago, IL | 11-14-2022 |
| Drake v. Passavant Area Hospital, et al. | Circuit Court for the Seventh Judicial Circuit, Springfield, Sangamon County, Illinois | 14-L-85 | Surdyk & Kachoyeanos, Chicago, IL | 11-11-2022 |
| Ali v. Trans Lines, Inc., et al. | United States District Court, Eastern District of Missouri, Eastern Division | 4:21-cv-00214-HEA | Langdon & Emison, Lexington, MO | 11-10-2022 |
| McGee v. Graybill | Circuit Court of Jackson County, Missouri at Independence | 2116-CV14125 | Langdon & Emison, Lexington, MO | 11-09-2022 |
| Wilbourne v. Strumwasser, et al. | District Court, Clark County, Nevada | A-19-799879-C | Powell Law Firm, Las Vegas, NV | 11-08-2022 |
| Sosa/Tobias v. McAllister's Deli in Hobbs, NM | Fifth Judicial District Court, County of Lea, State of New Mexico | D-506-CV-2020-01115 | Sawyers Law Group, Hobbs, NM | 11-07-2022 |
| Brady v. JFK Medical Centers | Superior Court of New Jersey, Middlesex County - Law Division | MID-L-007445-19 | Lomurro Law, Freehold, NJ | 11-07-2022 |
| Gonzalez-Calder v. Ali's Nusery, et al. | Superior Court, J.D. of Fairfield at Bridgeport, Connecticut | FBT-CV20-6095878 | Skiber Law Office, Norwalk, CT | 11-03-2022 |
| Kammer v. Lake Shore Systems, Inc. | Circuit Court of Cook County, Illinois Circuit, County Department, Law Division | 19 L 00280 | Connolly Krause, Chicago, IL | 11-03-2022 |
| Morris v. Hayes, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020L007655 | Etherton & Associates, Chicago, IL | 11-02-2022 |
| Halligan v. Trinity Medical Centers | Iowa District Court In and For Scott County | LACE132904 | Coplan & Crane, Oak Park\IL | 11-01-2022 |
| Shulla, Jr. v. Morales Enterprises | 94th Judicial District Court of Nueces County, Texas | 2020DCV-2195-C | DeSouza Law, San Antonio, TX | 10-31-2022 |
| McCaley/McCalley v. Petrovic, M.D. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 5925 | Loggans & Associates, Chicago\IL | 10-31-2022 |
| Simpson v. Woodbury Family Chiropractic, Inc. | State of Minnesota, County of Washington, District Court, Tenth Judicial District | 82-CV-21-2314 | Kingsley Law Office, St. Paul\MN | 10-31-2022 |
| Rismiller, et al. v. Mililii, III, D.O., et al. | Superior Court of New Jersey, Law Division, Atlantic County | L-1939-20 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 10-28-2022 |
| Smith v. Kia Motors Corporation | Commonwealth of Kentucky, Laurel Circuit Court, Division II | 19-CI-00354 | Langdon & Emison, Lexington, MO | 10-27-2022 |
| Gavia v. Robles, M.D. | District Court, Cameron County, Texas, 138th Judicial District | 2019-DCL-07378-B | Maloney Law Group, San Antonio, TX | 10-26-2022 |
| Hedlund v. Swedish Covenant Hospital, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 2019 L 001989 | McNabola Law Group, Chicago, IL | 10-26-2022 |
| Media Excel, Inc. v. Kim | District Court of Travis County, Texas, 459th Judicial District | D-1-GN-20-001814 | Shaw Cowart* Austin, TX | 10-25-2022 |
| Hampton v. Dallas | Circuit Court, Twelfth Judicial District, Will County, Illinois | 18 L 1087 | Shannon Law Group, Chicago, IL | 10-24-2022 |
| Abelard v. Clean Earth, Inc., et al. | United States District Court for the District of New Jersey | 2:16-cv-05276 | Brach Eichler, Roseland, NJ | 10-21-2022 |
| Cabrera v. Sloman-Moll, M.D., et al. | District Court, 111th Judicial District, Webb County Texas | 2020-CVB-000897202 | Maloney Law Offices, San Antonio, TX | 10-20-2022 |
| Warner v. CCS/Wellpath, et al. | United States District Court, Southern District of Indiana, Indianapolis Division | 1:19-cv-00774-RLY-MJD | Eskew Law Office, Indianapolis, IN | 10-19-2022 |
| Sewell/White v. Sherwood Construction Co., Inc. | District Court of Oklahoma County, State of Oklahoma | CJ-2020-4901 | Carr & Carr, Tulsa, OK | 10-18-2022 |
| Rust v. United States of America | United States District Court, Northern District of Illinois, Eastern Division | 1:20-cv-05002 | Allen Law Group, Valparaiso, IN | 10-14-2022 |
| Hernandez v. Aiden Center for Day Surgery, LLC., et al. | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | 17 L 442 | Espitia Law Offices, Chicago, IL | 10-14-2022 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Britt/Gianos v. Toyota Motor Sales, U.S.A., Inc. | District Court of Oklahoma County, State of Oklahoma | CJ-2011-8958 | Tawwater Law Firm, Oklahoma City, OK | 10-14-2022 |
| Caricato v. Nissan North America | United States District Court, District of Colorado | 4:20-cv-01007-NKL | Langdon & Emison, Lexington, KY | 10-13-2022 |
| Worship v. Village of Olympia Fields, et al. | Circuit Court of Cook County, Illinois, County Department, Law Division | 19 L 008770 | Hofeld Law Office, Chicago, IL | 10-13-2022 |
| Carothers v. FCA US LLC | Circuit Court of Lonoke County, Arkansas, Civil Division | 43CV-18-894-3 | Langdon & Emison, Lexington, KY | 10-12-2022 |
| Scott v. Kim, M.D. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 19 L 129 | Loggans & Associates, Chicago, IL | 10-11-2022 |
| Priddle v. United Airlines, Inc. | United States Department of Labor, Occupational Safety and Health Administration | 2020-AIR-00013 | Soma Priddle, Norwalk, WI | 10-11-2022 |
| Halligan v. Trinity Medical Centers | Iowa District Court In and For Scott County | LACE132904 | Coplan & Crane, Oak Park, IL | 10-10-2022 |
| Flannery v. Solterra Builders | Superior Court of California, Uninsured Motorist Arbitration | UM | Skol Legal, Laguna Niguel, CA | 10-07-2022 |
| In the Matter of the Appointment of a trustee for the next of kin of Daunte Demetrius Wright, Decedent. | District Court, Fourth Judicial District, County of Hennepin, State of Minnesota | 27-cv-21-4767 | Bowers Law Firm, Irving, TX | 10-07-2022 |
| Moreno/Guerra v. New San Antonio Specialty Transplant Hospital, et al. | 73rd Judicial District Court, Bexar County, Texas | 2020-CI-09445 | Maloney Law Group, San Antonio, TX | 10-06-2022 |
| O'Haver v. Anesthesia Associates of Kansas City, P.C., et al. | Circuit Court of Jackson County, Missouri at Independence | 1816-CV30710 | Langdon & Emison, Lexington, MO | 10-05-2022 |
| West v. The Home Depot | Circuit Court of Cook County, Illinois, County Department, Law Division | 2021L000750 | TorHoerman Law, Edwardsville, IL | 10-04-2022 |
| Garcia v. Island County | United States District Court, Western District of Washington | 2:20-cv-01318-TLF | Krulewitch Law, Seattle, WA | 09-30-2022 |
| Castro v. Wal-Mart Inc. | United States District Court for the Western District of Texas, San Antonio Division | 5:21-cv-00702 | DeSouza Law, San Antonio, TX | 09-30-2022 |
| Georgeff v. Don Borneke Construction, Inc. | United States District Court, Northern District of Illinois | 20-cv-50313 | Anesi Ozmon, Chicago, IL | 09-29-2022 |
| Hughes v. Milan, et al. | Circuit Court of the 17th Judicial Circuit, County of Winnebago, State of Illinois | 2017 L 000163 | Phillips Law Offices, Chicago, IL | 09-28-2022 |
| Sewell/White v. Sherwood Construction Co., Inc. | District Court of Oklahoma County, State of Oklahoma | CJ-2020-4901 | Carr & Carr, Tulsa, OK | 09-27-2022 |
| Bobe v. Rodrigue-Delvalle | District Court, Clark County, Nevada | A-21-828785-C, Dept No. 13 | Powell Law Firm, Las Vegas, NV | 09-26-2022 |
| Blue v. Wells Fargo Back, N.A. | Superior Court fo the State of California for the County of San Mateo | 18CIV03763 | Goodell Law Firm, San Francisco, CA | 09-23-2022 |
| Milien v. Pappa, M.D. | Charleston County, South Carolina Court of Common Pleas | 2020-CP-10-04761 | Headley Law, Daniel Island, SC | 09-23-2022 |
| Ruehl v. ETTI I, LLC | District Court, Clark County, Nevada | A-20-815151-C | Powell Law Firm, Las Vegas, NV | 09-21-2022 |
| McGee v. Graybill | Circuit Court of Jackson County, Missouri at Independence | 2116-CV14125 | Langdon & Emison, Lexington, MO | 09-06-2022 |
| Malapo, et al. v. Carmen, Jr. et al. | District Court, 45th Judicial District, Bexar County, Texas | 2019CI18171 | DeSouza Law, San Antonio, TX | 09-02-2022 |
| Skeete v. Hyster-Yale Group, Inc. | Superior Court of New Jersey, Law Division - Middlesex County | MID-L-5113-19 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 09-02-2022 |
| Billips v. CSX Transportation, Inc. | Circuit Court of the Fourth Judicial Circuit In and For Duval County | 2021-CA-003067 | Rossman Baumberger Reboso & Spier, Miami, FL | 09-01-2022 |
| Ekanayake v. Arizona Charlies, LLC., et al. | District Court, Clark County, Nevada | A-19-802612-C | Hansen Law Offices, Las Vegas, NV | 08-31-2022 |
| Freeman/Gentry v. Honda Motor Company, et al. | Circuit Court of Jackson County, Missouri at Kansas City | 2016-CV08609, Div. 9 | Langdon & Emison, Lexington, MO | 08-31-2022 |
| Ortiz v. Oberweis Dairy, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 013009 | Phillips Law Offices, Chicago, IL | 08-30-2022 |
| Narvais v. Ybanez, et al. | 229th Judicial District Court, Duval County, Texas | DC-20-104 | DeSouza Law, San Antonio, TX | 08-29-2022 |
| McCain v. Scherer, D.C. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 005304 | Motherway & Napleton, Chicago, IL | 08-26-2022 |
| Kaval v. Builtech Services, LLC | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020L000312 | O'Connor Law Firm, Chicago, IL | 08-26-2022 |
| Lingo v. La Grange Crane Services, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 19 L 009541 | Witter Law Offices, Chicago, IL | 08-25-2022 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Frazier v. Impact RTO Florida, LLC. | Circuit Court of the Eighth Judicial Circuit In and for Levy County, Florida, Civil Division | 20-CA-000126 | Ziegler Diamond Law, Clearwater, FL | 08-25-2022 |
| Shulla, Jr. v. Morales Enterprises | 94th Judicial District Court of Nueces County, Texas | 2020DCV-2195-C | DeSouza Law, San Antonio, TX | 08-25-2022 |
| Steele v. Garcia, et al. | District Court, 225th Judicial District, Bexar County, Texas | 2019-CI-02780 | Maloney Law Group, San Antonio, TX | 08-24-2022 |
| Brauchler v. Kim, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 17 L 298 | Motherway & Napleton, Chicago, Il | 08-24-2022 |
| Cadena v. Kebo Oil and Gas, Inc. | 430th Judicial District Court of Hidalgo County, Texas | C-1637-21-J | DeSouza Law, San Antonio, TX | 08-23-2022 |
| Winters v. Allamakee County, Iowa | Iowa District Court for Allamakee County | LACV026807 | Duff Law Firm, West Des Moines\IA | 08-22-2022 |
| Germansky v. Stephens | District Court, Clark County, Nevada | A-20-820890-C, Dept No. 29 | Powell Law Firm, Las Vegas, NV | 08-19-2022 |
| Keady, et al. v. Briggs, et al. | District Court, Johnson County, Kansas | 20P8-PR01519 | Goss Law, Kansas City, MO | 08-17-2022 |
| Arbo v. Proequities, Inc. | Arbitration Before the Financial Industry Regulatory Authority | 20-02471 | Tarter Krinsky & Drogin, New York#NY | 08-16-2022 |
| Witherspoon v. Sawgrass at Plum Creek Community Association, Inc. | District Court, County of Douglas County, State of Colorado | 2020CV30417 | Earl & Earl, Boise, ID | 08-16-2022 |
| Wilbourne v. Strumwasser, et al. | District Court, Clark County, Nevada | A-19-799879-C | Powell Law Firm, Las Vegas, NV | 08-05-2022 |
| McGraw v. Smith | Eighth Judicial District Court, Clark County, Nevada | A-20-824996-C, Dept 4 | Powell Law Firm, Las Vegas, NV | 08-03-2022 |
| Johnson v. Ridge Tool Manufacturing | United States District Court for the Northern District of Illinois, Eastern Division | 1:21-cv-01939 | Cronauer Law, Sycamore, IL | 08-03-2022 |
| Moore/Apolon v. Penske Truck Leasing Co., et al. | District Court of Dallas County, Texas, 193rd Judicial District | DC-20-08301 | Arnold & Itkin, Houston, TX | 08-02-2022 |
| Sitathammavong v. Barton | Eighth Judicial District Court, Clark County, Nevada | A-20-823325-C, Dept 31 | Powell Law Firm | 08-01-2022 |
| Carrillo v. A&L Hot Oil Services, Inc., et al. | District Court, 192nd Judicial District, Dallas County, Texas | DC-20-06892 | DeSouza Law, San Antonio, TX | 08-01-2022 |
| Cabrera v. A&L Hot Oil Services, Inc., et al. | District Court, 192nd Judicial District, Dallas County, Texas | DC-20-06894 | DeSouza Law, San Antonio, TX | 08-01-2022 |
| Mirelez v. A&L Hot Oil Services, Inc., et al. | District Court, 192nd Judicial District, Dallas County, Texas | DC-20-06884 | DeSouza Law, San Antonio, TX | 08-01-2022 |
| Villanueva v. Wal-Mart Real Estate Business Trust | United States District Court, Southern District of Texas, Laredo Division | 5:21-CV-35 | DeSouza Law, San Antonio, TX | 07-27-2022 |
| Linex v. Snuffer's Restaurants LLC | District Court, 162nd Judicial District, Dallas County, Texas | DC-20-14101 | Grossman Law Offices, Dallas, TX | 07-26-2022 |
| Munson v. George | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 19 L 773 | Burnes & Libman, Chicago, IL | 07-25-2022 |
| Dash v. United States of America | United States District Court, Southern District of Florida | 9:22-cv-80015-DMM | Bertling Law Group, Santa Barbara, CA | 07-22-2022 |
| Bonarirgo v. Raiser, LLC. Et al. | District Court, Clark County, Nevada | A-20-815534-C | Mainor Wirth, Las Vegas, NV | 07-21-2022 |
| Nazir v. Cook County Health and Hospital Systems | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020L008025 | Hall-Jackson & Associates, Chicago, IL | 07-20-2022 |
| Shulla, Jr. v. Morales Enterprises | 94th Judicial District Court of Nueces County, Texas | 2020DCV-2195-C | DeSouza Law, San Antonio, TX | 07-19-2022 |
| Muhammad v. Leon | District Court, Clark County, Nevada | A-20-811447-C | Simon Law Group, Las Vegas, NV | 07-19-2022 |
| Leman v. Volmut | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 3711 | Turner & Sackett, Sycamore, IL | 07-19-2022 |
| Reyes, et al. v. Eddington | District Court, Clark County, Nevada | A-20-813798-C, Dept. 8 | Harris Law Firm, Las Vegas, NV | 07-18-2022 |
| James/Phiffer v. Irwin, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017-L-006939 | Loggans & Associates, Chicago\IL | 07-18-2022 |
| Weil v. Walmart Inc., et al. | United States District Court, District of Nevada | 2:21-cv-01631-JAD-EJY | Lagomarsino Law, Las Vegas, NV | 07-14-2022 |
| Keniston v. Archer-Daniels-Midland Company Corn Processing, et al. | Iowa District Court In and For Linn County | LACV097501 | Fiedler Law Firm, Johnson, IA | 07-14-2022 |
| McDaniel, M.D. v. Loyola University Medical Center, et al. | United States District Court, Northern District of Illinois, Eastern Division | 1:13-CV-06500 | Robinson Curley, Chicago\IL | 07-13-2022 |
| Rappuhn v. Primal Vantage Company, Inc., et al. | United States District Court, Southern District of Alabama, Southern Division | 1:20-cv-528-CG-N | Morgan & Morgan, Orlando, FL | 07-12-2022 |
| Yates, et al. v. Traeger Pellet Grills, LLC | United States District Court, District of Utah | 2:19-cv-00723-BSJ | Kronenberger Rosenfeld, San Francisco, CA | 07-11-2022 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Loyall, et al. v. Hardin Memorial Hospital, et al. | Commonwealth of Kentucky, Hardin Circuit Court | 19-CI-01570 | Hance & Srinivasan, Louisville, KY | 07-11-2022 |
| Inventist, Inc. v. Ninebot, Inc. | United States District Court for the Western District of Washington at Tacoma | 3:16-cv-05688-BJR | WPAT, Vienna, VA | 06-29-2022 |
| Principe v. Village of Melrose Park | United States District Court for the Northern District of Illinois, Eastern Division | 1:20-cv-01545 | Disparti Law Group, Chicago, IL | 06-28-2022 |
| Badri/Monaghan v. Chun, M.D. | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | 2015 L 143 | Ridge & Downes, Chicago, IL | 06-22-2022 |
| Tennant v. University of Notre Dame Du Lac | State of Indiana, County of St. Joseph, St. Joseph Circuit Court | 71C01-2007-CT-00254 | Meyers & Flowers, St. Charles, IL | 06-20-2022 |
| Clark v. Woodside, et al. | Circuit Court, First Judicial Circuit, Jackson County, Illinois | 18-L-80 | Womick Law Firm, Carbondale, IL | 06-20-2022 |
| Integrative Health Institute, et al. v. Schaffner, et al. | United States District Court, Western District of Washington | 2:20-cv-01471-RAJ-MLP | MDK Law, Bellevue, WA | 06-17-2022 |
| Shah v. Gummersall | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019-L-004017 | Stamatis Law Office, Chicago, IL | 06-15-2022 |
| Bernardez v. Las Vegas Boat Harbor Inc., et al. | District Court, Clark County, Nevada | A-20-812414-C, Dept No. 26 | Eglet Adams, Las Vegas, NV | 06-13-2022 |
| Palmquist v. The Hain Celestial Group, Inc. | District Court of Brazoria County, Texas, 149th Judicial District | 111847-CV | Arnold & Itkin, Houston, TX | 06-08-2022 |
| Dittrick v. Chicago Central Pacific Railroad Company | Iowa District Court for Dubuque county | LACV111209 | Wettermark Keith, Birmingham, AL | 06-07-2022 |
| Moreno v. Deming Hospital Corporation | State of New Mexico, County of Santa Fe, First Judicial District Court | D-101-CV-2021-00465 | Salazar Sullivan Jasionowski, Albuquerque, NM | 06-03-2022 |
| Sklarova v. Coopersmith, M.D. | Supreme Court of the State of New York, County of New York | 805212/2014 | Lynch Lynch Held Rosenberg, Hasbrouck Heights\NJ | 06-02-2022 |
| Carr. Lurie Children's Medical Group,LLC | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 000026 | Cogan & Power, Chicago, IL | 06-01-2022 |
| Williams/Steels v. Thomas, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017 L 8230 | Motherway & Napleton, Chicago\IL | 05-24-2022 |
| Lombardo v. Equifax Information Services, LLC. | United States District Court, Southern District of New York | 7:20-cv-6813(VB) | Schlanger Law Group, New York, NY | 05-23-2022 |
| Borkowski v. Voirin, D.O., et al. | State of Illinois, County of DuPage, Circuit Court for the Eighteenth Judicial Circuit | 2017L001111 | Motherway & Napleton, Chicago, IL | 05-23-2022 |
| Zarling v. Abbott Laboratories | United States District Court, District of Minnesota | 21-cv-23 MJD/BRT | Eastlund Hutchison, Savage, MN | 05-20-2022 |
| Tentler v. LPF Geneva Commons, LLC, et al. | Circuit Court of the Sixteenth Judicial Circuit, Kane County, Illinois | 18 L 000655 | Cogan & Power, Chicago, IL | 05-20-2022 |
| Wise v. Christus Santa Rosa Healthcare Corporation, et al. | 407th Judicial District, Bexar County, Texas | 2021-CI-00344 | Maloney Law Group, San Antonio, TX | 05-19-2022 |
| O'Connell v. Crystal Enterprises, Inc. et al | Circuit Court for the County of Benzie, State of Michigan | 19-11072-CZ | Cogan & Power, Chicago, IL | 05-18-2022 |
| Viera v. Trevino, et al. | District Court, 229th District of Duval County, Texas | DC-20-17 | DeSouza Law, San Antonio, TX | 05-17-2022 |
| Thornburgh v. Vafaei | District Court, Clark County, Nevada | A-20-815393-C, Dept No. 30 | Powell Law Firm, Las Vegas, NV | 05-12-2022 |
| Stiles, et al. v. Hernandez, et al. | 357th Judicial District Court, Cameron County, Texas | 2019-DCL-04592 | DeSouza Law, San Antonio, TX | 05-12-2022 |
| Pawson v. Susan Bennett, LLC | State of Illinois, Circuit Court of the Twenty-Third Judicial Circuit, DeKalb County, Illinois | 2016 L 46 | Cronauer Law, Sycamore\IL | 05-11-2022 |
| Lanham v. BNSF Railway Company | District Court, 17th Judicial District, Tarrant County, Texas | CI 17-106 | Atwood Holsten Brown Deaver & Spier, Lincoln\NE | 05-10-2022 |
| Little v. City of Chicago | Circuit Court of Cook County, Illinois County Department - Law Division | 18 L 10146 | Montgomery & Associates, Chicago\IL | 05-09-2022 |
| Espinoza v. Kansas City Southern Railway Company | District Court, 406th Judicial District, Webb County, Texas | 2020CVF001385D4 | Schechter Schaffer & Harris, Houston, TX | 05-05-2022 |
| Hart v. Southern Illinois Hospital Services, et al. | Circuit Court of the First Judicial Circuit, Jackson County, Illinois | 17-L-59 | Womick Law Firm, Carbondale, IL | 05-04-2022 |
| Ichihara v. Austin | Eighth Judicial District Court, Clark County, Nevada | A-21-828990-C, Dept No. 28 | Powell Law Firm, Las Vegas, NV | 05-03-2022 |
| Chan/Wu v. Universal Health Services, et al. | Eighth Judicial District Court, Clark County, Nevada | A-17-756744-C, Dept No. XVII | Padda Law, Las Vegas, NV | 05-02-2022 |
| Disantis v. C&W Facility Services, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 012739 | Anesi Ozmon, Chicago\IL | 04-29-2022 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Mackey v. Belden, Inc. | United States District Court for the Eastern District of Missouri | 4:21-cv-00149-JAR | Federman & Sherwood, The Village, OK | 04-28-2022 |
| Lewis, et al. v. Medstar Good Samaritan Hospital, et al. | Circuit Court for Baltimore City, Maryland | 24-C-21-001241 MM | Berman Sobin Gross, Lutherville, MD | 04-27-2022 |
| Moore, Jr. v. Pine Bluff Materials Co., LLC | United States District Court, Western District of Kentucky at Paducah | 5:19-cv-00202 | Katz Law, Paducah, KY | 04-26-2022 |
| Jimenez v. The Forest Preserve District of Cook County | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018L013072 | Leonard Law Group, Chicago, IL | 04-26-2022 |
| Mahler v. Vitamin Shoppe Industries, Inc. | United States District Court for the Northern District of Illinois, Eastern Division | 1:2019cv03848 | TorHoerman Law, Edwardsville, IL | 04-25-2022 |
| Westeren v. Burt | District Court, Clark County, Nevada | A-20-808299-C, Dept No. 25 | Powell Law Firm, Las Vegas, NV | 04-22-2022 |
| Maciolek v. Lutheran General Hospital | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 008666 | Motherway & Napleton, Chicago, IL | 04-22-2022 |
| Bourquin v. Kinder Morgan Liquid Terminals | United States District Court for the Northern District of Illinois, Eastern Division | 21-CV-1813 | Slavin & Slavin, Chicago, IL | 04-22-2022 |
| Morejon Buenrostro v. Ponce, Jr. | District Court, Clark County, Nevada | A-19-788332-C, Dept No. 1 | Powell Law Firm, Las Vegas, NV | 04-21-2022 |
| Richard v. American Honda Motor Co., et al. | District Court, Clark County, Nevada | A-19-791675-C | Cottle Firm, Las Vegas, NV | 04-20-2022 |
| Ward v. Shelby County | United States District Court for the Western District of Tennessee at Memphis | 2:20-CV-02407-JPM-cgc | Mitchell Law Office, Spokane\WA | 04-12-2022 |
| Moon v. Steelberg, M.D., et al. | Eighteenth Judicial District, District Court, Sedgwick County, Kansas Civil Department | 2019-CV-2503 | Napoli Shkolnik, Overland Park\KS | 04-11-2022 |
| Hall v. London Towne Houses Cooperative, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020 L 001739 | Loggans & Associates, Chicago, IL | 04-07-2022 |
| Reschman v. Methodist Healthcare System of San Antonio, Ltd. | District Court, 285th Judicial District, Bexar County, Texas | 2020-CI-12433 | Krebs Law Office, Austin, TX | 04-06-2022 |
| Burcio v. Nevada Pizza Restaurants, Inc. | Ninth Judicial District Court for the State of Nevada In and For the County of Douglas | 2020 CV 00086, Dept No. IV | Viloria Oliphant Oster & Aman, Reno, NV | 04-05-2022 |
| Wade v. American Phoenix, Inc. | In and For the District Court of Comanche County, State of Oklahoma | CJ-20-364 | Zelbst Holmes & Butler, Lawton, OK | 04-05-2022 |
| Lopez, et al. v. Van Marcke Trade Supply, Inc., et al. | District Court, Clark County, Nevada | A-20-812600-C, Dept No. 22 | Powell Law Firm, Las Vegas, NV | 04-04-2022 |
| Taylor v. Deleon, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019L010305 | Vrdolyak Law Group, Chicago, IL | 04-04-2022 |
| Bourquin v. Kinder Morgan Liquid Terminals | United States District Court for the Northern District of Illinois, Eastern Division | 21-CV-1813 | Slavin & Slavin, Chicago, IL | 04-04-2022 |
| Priddle v. United Airlines, Inc. | United States Department of Labor, Occupational Safety and Health Administration | 2020-AIR-00013 | Soma Priddle, Norwalk, WI | 03-31-2022 |
| Buck v. Linn-Mathes Inc, et al. | Circuit Court of Cook County, Illinois, Law Division | 2017 L 012239 | Ryan Ryan & Viglione, Waukegan, IL | 03-30-2022 |
| Battaglia v. Union Pacific Railroad Company | Circuit Court of Cook County, Illinois, Law Division | 20L1974 | Cogan & Power, Chicago, IL | 03-25-2022 |
| Wilson/Pressley v. United States of America | United States District Court, Southern District of Georgia, Dublin Division | 3:21-cv-00019-DHB-BKE | Bertling Law Group, Santa Barbara, CA | 03-24-2022 |
| Anthony v. Grossmann, M.D. | State of Maine, Aroostook, Superior Court, Civil Action | CV-17-72 | Pickus Law, Kennebunk, ME | 03-24-2022 |
| Vasquez/Chapa v. Big House Burgers Alice, LLC | District Court of Jim Wells County, Texas, 79th Judicial District | 20-04-60309-CV | Grossman Law Offices, Dallas, TX | 03-23-2022 |
| Tamton v. Advocate Christ Hospital, et al. | Circuit Court of Cook County, Illinois, Law Division | 17 L 12380 | Watts Guerra, San Antonio\TX | 03-23-2022 |
| Tober v. Rago | District Court, Bexar County, Texas, 131st Judicial District | 2020-CI-13513 | DeSouza Law, San Antonio, TX | 03-22-2022 |
| O'Haver v. Anesthesia Associates of Kansas City, P.C., et al. | Circuit Court of Jackson County, Missouri at Independence | 1816-CV30710 | Langdon & Emison, Lexington, MO | 03-22-2022 |
| Grando/Godoy v. FedEx Freight, Inc. | District Court of Travis County, Texas, 261st Judicial District | D-1-GN-19-007104 | Arnold & Itkin, Houston, TX | 03-21-2022 |
| Blair v. Sozzoni, et al. | District Court, Clark County, Nevada | A-17-763707-C, Dept No. 24 | Powell Law Firm, Las Vegas\NV | 03-18-2022 |
| Landing v. Inventiv Commercial Services, LLC, et al. | District Court In and For Tulsa County, State of Oklahoma | CJ-2015-04675 | Andrew & Williams, Tulsa, OK | 03-18-2022 |
| Poli v. Wellington Regional Medical Centers, Inc. | Circuit Court of the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida | 502018CA012390, Div. AA | Goldenfarb Law Offices, West Palm Beach, FL | 03-18-2022 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Mendenhall/Burrell v. Smith, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017-L-011875 | Mossing & Navarre, Chicago\IL | 03-16-2022 |
| Booth v. Toyota Motor Sales, USA, Inc. | Iowa District Court for Polk County | LACL143688 | Langdon & Emison, Lexington, MO | 03-16-2022 |
| Wood v. Carl's Jr. | United States District Court, District of Nevada | 2:20-cv-2329-APG-BNW | Padda Law, Las Vegas, NV | 03-14-2022 |
| Navarro v. Empower Batter, LLC | Before the Division of Workers' Compensation, State of Missouri | 18-105719 | Brown Law Office, Lake Tapawingo, MO | 03-11-2022 |
| United States of America v. Boam | United States District Court for the District of Idaho | CR-20-188-E-BLW | US Attorney's Office\Pocatello, ID | 03-10-2022 |
| Chiachio, Jr. v. Lindsay Corporation, et al. | Commonwealth of Massachusetts, Suffolk County, Superior Court Department of the Trial Court | 1884CV03435 | Langdon & Emison, Lexington, MO | 03-07-2022 |
| Davis v. Dunton | Eighth Judicial District Court, Clark County, Nevada | A-20-820905-C, Dept No. 4 | Powell Law Firm, Las Vegas, NV | 03-04-2022 |
| Beniulis v. Allstate | American Arbitration Association | 16 MR 2838 | Richert Law Office, Orland Park, IL | 03-04-2022 |
| Cochrane v. Rao, M.D., et al. | Superior Court of New Jersey, Law Division - Sussex County | SSX-L-000400-18 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 03-03-2022 |
| Young v. Rockford Memorial Hospital, et al. | Circuit Court of the 17th Judicial Circuit, Winebago County, Illinois | 17 L 329 | Cogan & Power, Chicago, IL | 03-03-2022 |
| Powers v. Barrera, et al. | District Court, Clark County, Nevada | A-18-779011-C, Dept. No XX | Powell Law Firm, Las Vegas, NV | 03-02-2022 |
| Baseflug v. American Speed, Inc. | District Court, Harris County, Texas, 125th Judicial District | 2019-40983 | Arnold & Itkin, Houston, TX | 02-28-2022 |
| Manier v. Dalpra, et al. | United States District Court for the Southern District of Illinois | 3:20-cv-00329-MAB | Langdon & Emison, Chicago, IL | 02-28-2022 |
| Gay v. Metropolitan Hospital, et al. | State of Michigan, Circuit Court for the County of Kent | 21-01483-NH | Buchanan Firm, Ada, MI | 02-28-2022 |
| Liedl/Hunter v. Chippewa County Department of Human Services | United States District Court, Western District of Wisconsin | 20-CV-61 | Herrick & Hart, Eau Claire, WI | 02-17-2022 |
| Media Excel, Inc. v. Kim | District Court of Travis County, Texas, 459th Judicial District | D-1-GN-20-001814 | Shaw Cowart, Austin, TX | 02-15-2022 |
| Aguirre Guerra v. Dematic Corp. | United States District Court, State of Nevada | 3:18-cv-00376-LRH-CBC | Brazelton Law, Reno, NV | 02-11-2022 |
| McKinnie v. Layman, M.D., et al. | Circuit Court of the 17th Judicial Circuit, Winebago County, Illinois | 16 L 319 | Cogan & Power, Chicago, IL | 02-11-2022 |
| Maher v. Union Pacific Railroad Company | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 009322 | Cogan & Power, Chicago, IL | 02-09-2022 |
| Baseflug v. American Speed, Inc. | District Court, Harris County, Texas, 125th Judicial District | 2019-40983 | Arnold & Itkin, Houston, TX | 02-09-2022 |
| Johnson v. SW Gaming LLC | Circuit Court of Washington County, Mississippi | 2018-0023-CI | Merkel & Cocke, Clarksdale, MS | 02-08-2022 |
| Rak v. Loyola University Medical Center, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017 L 6439 | Taxman Pollock Murray & Bekkerman, Chicago, IL | 02-08-2022 |
| Smith, M.D. v. Brook | District Court, Clark County, Nevada | A-19-799154-C, Dept No. 16 | Sgro & Roger, Las Vegas, NV | 02-07-2022 |
| Thompson v. American Family Mutual Insurance Company | State of Wisonsin, Circuit Court, Eau Claire County | 18-CV-231 | Herrick & Hart, Eau Claire, WI | 02-04-2022 |
| Davis v. Bridgewater Apartments V, LLC. | Circuit Court of St. Louis County, State of Missouri | 19SL-CC00869 | Reinoehl Kehlenbrink, Arnold, MO | 02-03-2022 |
| Jones/Walker v. Tom, D.O., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 006275 | Loggans & Associates, Chicago, IL | 02-02-2022 |
| Yates, et al. v. Traeger Pellet Grills, LLC | United States District Court, District of Utah | 2:19-cv-00723-BSJ | Kronenberger Rosenfeld, San Francisco, CA | 02-01-2022 |
| Jackson v. Pace, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 004103 | Goldberg Segalla* Chicago, IL | 02-01-2022 |
| Landeros v. Northeast Illinois Regional Commuter Railroad Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 19 L 013996 | McNabola Law Group, Chicago, IL | 01-31-2022 |
| Erves v. Union Pacific Railroad Company, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 007998 | Dinizulu Law Group, Chicago, IL | 01-28-2022 |
| Kelley v. Chicago Transit Authority | United States District Court, Northern District of Illinois, Eastern Division | 20-cv-2881 | Herrera Law Office, | 01-27-2022 |
| Cochrane v. Rao, M.D., et al. | Superior Court of New Jersey, Law Division - Sussex County | SSX-L-000400-18 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 01-17-2022 |
| Castello v. Union Pacific Railroad | Circuit Court of Cook County, Illinois, County Department - Law Division | 20L4000 | O'Connor Law Group, Chicago, IL | 01-14-2022 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Veerman v. Suburban Surgical Care Specialists | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 001828 | Cogan & Power, Chicago, IL | 01-14-2022 |
| King v. Pepperd | Superior Court for the State of Alaska, Third Judicial District at Anchorage | 3AN-19-8982 | Martin Law Offices, Palmer, AK | 01-13-2022 |
| Frank v. Hallman, M.D. | Iowa District Court for Clinton County | LACV047045 | Galligan Law, Des Moines, IA | 01-12-2022 |
| Norwillo/Dougherty v. Purple Shovel, LLC | Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Civil Division | 16-CA-009933 | Arnold & Itkin, Houston, TX | 01-12-2022 |
| Norwillo v. Purple Shovel, LLC | Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, Civil Division | 16-CA-009933 | Arnold & Itkin, Houston, TX | 01-12-2022 |
| Garza v. Take 5 LLC, et al. | District Court, Bexar County, Texas, 224th Judicial District | 2020-CI-01309 | Maloney & Campolo, San Antonio, TX | 01-11-2022 |
| Young v. Dworkin & Maciariello | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019-L-004071 | Patterson Law Firm, Chicago, IL | 01-11-2022 |
| Casaccio v. Casaccio Brothers, Inc. | Circuit Court of Cook County, Illinois, County Department - Chancery Division | 16 CH 15170 | Xydakis Law Office, Chicago, IL | 01-10-2022 |
| Strakos v. Dye M.D., et al. | District Court, Nueces County, Texas, 94th Judicial District | 2018DCV-6027-C | Krebs Law Office, Austin, TX | 01-06-2022 |
| Hawkins v. Scott & White Memorial Hospital | District Court, 26th Judicial District, Williamson County, Texas | 20-0283-C26 | Krebs Law Office, Austin, TX | 01-04-2022 |
| Klein v. Seldin Company, Inc. | Circuit Court of Clay County, Missouri | 20CY-CV07854 | Krigel & Krigel, Kansas City, MO | 01-04-2022 |
| Chimack v. Frank, M.D., eta l. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018 L 005300 | Motherway & Napleton, Chicago, IL | 12-17-2021 |
| Potter v. Sound Inpatient Physicians of Texas I, Inc. | District Court, 407th Judicial District, Bexar County, Texas | 2019-CI-17106 | Maloney Law Group, San Antonio, TX | 12-15-2021 |
| Trice v. SDI Security, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 18 L 1845 | Motherway & Napleton, Chicago, IL | 12-14-2021 |
| Jones v. DeLong | Second Judicial District Court of the State of Nevada, In and For the County of Washoe | CV19-00895, Dept No. 7 | Shook & Stone, Las Vegas, NV | 12-09-2021 |
| Furtek v. McDermott Center, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 002103 | Pullano Law Firm, Chicago, IL | 12-09-2021 |
| Ramos v. El-Gazzar, M.D. | Superior Court of New Jersey, Law Division - Hudson County | HUD-L-3793-19 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 12-08-2021 |
| Smith/Kincaid-Hill v. Lyons | District Court, Clark County, Nevada | A-18-777939-C, Dept No. IV | Naqvi Injury Law, Las Vegas, NV | 12-07-2021 |
| Vohrer v. Shade, D.C. | Superior Court of New Jersey, Law Division - Monmouth County | MON-L-000881-19 | Hanna Law Office, Manasquan, NJ | 12-07-2021 |
| Britt/Gianos v. Toyota Motor Sales, U.S.A., Inc. | District Court of Oklahoma County, State of Oklahoma | CJ-2011-8958 | Tawwater Law Firm, Oklahoma City, OK | 12-06-2021 |
| Marshall v. Illinois Central Railroad Company | Circuit Court of Cook County, County Department Law Division | 2019 L 010513 | Cogan & Power, Chicago, IL | 12-03-2021 |
| Anderson v. Prasad, M.D., et al. | Iowa District Court for Polk County | LACL143411 | Duff Law Firm, West Des Moines\IA | 12-02-2021 |
| McNamara v. ICO Polymers North America, Inc., et al. | Circuit Court of Cook County, County Department Law Division | 2014 L 000819 | Hendler Flores Law, Austin\TX | 12-01-2021 |
| Williams/Steels v. Thomas, M.D., et al. | Circuit Court of Cook County, County Department Law Division | 2017 L 8230 | Motherway & Napleton, Chicago, IL | 11-30-2021 |
| Gauthier/Pero v. County of Ashland | United States District Court, Western District of Wisconsin | 3:20-cv-00984 | Condon Law, La Grange, IL | 11-29-2021 |
| Patterson v. Little Company of Mary Hospital and Healthcare Centers | Circuit Court of Cook County, County Department Law Division | 18 L 5671 | McNabola Law Group, Chicago, IL | 11-29-2021 |
| Ranieri v. Simses, et al. | Circuit Court of the 15th Judicial Circuit In and For Palm Beach County, Florida | 2020-CA-008999 | Frankl & Kominsky, Boynton Beach, FL | 11-23-2021 |
| Ranieri v. Simses, et al. | Circuit Court of the 15th Judicial Circuit In and For Palm Beach County, Florida | 2020-CA-008999 | Goldenfarb Law Offices, West Palm Beach, FL | 11-23-2021 |
| Brooks v. Martin | District Court, Clark County, Nevada | A-20-817479-C, Dept No. 20 | Powell Law Firm, Las Vegas, NV | 11-19-2021 |
| Chuprinskas v. Pub Entertainment Group, LLC | Porter Superior Court, Sitting at Portage, Indiana | 64D02-2006-CT-004421 | Allen Law Group, Valparaiso, IN | 11-19-2021 |
| Kocis v. Yavapai Community Hospital Association | Superior Court of Arizona, In and For the County of Yavapai | P1300CV202000072 | Lloyd Law Group, Payson, AZ | 11-18-2021 |
| Carroll v. Wilde, et al. | District Court, Clark County, Nevada | A-20-813341-C, Dept No. 32 | Powell Law Firm, Las Vegas, NV | 11-17-2021 |
| Ahmadi v. Bellagio, LLC | District Court, Clark County, Nevada | A-18-779587-C, Dept No I | Mainor Wirth, Las Vegas, NV | 11-17-2021 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Davis v. Palo Verde Cabinet Co., Inc. | Superior County of the State of Arizona, In and For the County of Maricopa | CV2020-013600 | Harris Law Firm, Las Vegas, NV | 11-12-2021 |
| Crokin v. Primrose | Superior Court of the State of California for the County of Orange | 30-2018-01039553-CU-PO-NIC | Medler Law Firm, Irvine, CA | 11-12-2021 |
| Olivelli v. Sabogal, et al. | Superior Court of New Jersey, Law Division - Bergen County | BER-L-3939-19 | Lynch Lynch Held Rosenberg, Hasbrouck Heights, NJ | 11-11-2021 |
| Webb & Gerritsen, Inc. v. Vital Pharmaceuticals, Inc. | State of Wisconsin, Circuit Court, Waukesha County | 19-CV-1049 | Edwards Law Group* Oregon\WI | 11-10-2021 |
| Vohrer v. Shade, D.C. | Superior Court of New Jersey, Law Division - Monmouth County | MON-L-000881-19 | Hanna Law Office, Manasquan, NJ | 11-10-2021 |
| Afante v. Bulger | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 009790 | Karchmar & Stone, Chicago, IL | 11-08-2021 |
| Ranieri v. Simses, et al. | Circuit Court of the 15th Judicial Circuit In and For Palm Beach County, Florida | 2020-CA-008999 | Frankl & Kominsky, Boynton Beach, FL | 11-08-2021 |
| Ranieri v. Simses, et al. | Circuit Court of the 15th Judicial Circuit In and For Palm Beach County, Florida | 2020-CA-008999 | Goldenfarb Law Offices, West Palm Beach, FL | 11-08-2021 |
| Switalski v. Clevenger, et al. | State of Michigan in the Circuit Court for the County of Kalamazoo | 2017-0522-NI | Corey Law Firm, Royal Oak, MI | 11-05-2021 |
| Molina v. Young | District Court, Clark County, Nevada | A-20-817668-C | Powell Law Firm, Las Vegas, NV | 11-04-2021 |
| Mendenhall/Burrell v. Smith, M.D., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017-L-011875 | Mossing & Navarre, Chicago, IL | 11-04-2021 |
| Nlandu v. Advocate Condell Medical Center, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 12697 | McNabola & Associates, Chicago, IL | 11-03-2021 |
| Wine v. Crete Carrier Corporation, et al. | United States District Court, Eastern District of Missouri, Eastern Division | 4:20-cv-1721 | Langdon & Emison, Lexington, MO | 11-02-2021 |
| Gathers v. Carnival Corporation | United States District Court, Southern District of Florida, Miami Division | 1:20-cv-24428-CMA | Parker Nelson, Las Vegas, NV | 10-29-2021 |
| McIntyre v. Janssen | Iowa District Court for Jones County | LACV006976 | Peddicord Wharton, West Des Moines, IA | 10-28-2021 |
| Gilbert v. Dell Technologies, Inc. | United States District Court for the Southern District of New York | 1:19-cv-01938-JGK | Weiss Law, Brooklyn, NY | 10-27-2021 |
| Herron v. Analytis, M.D. | Circuit Court of Grundy County, Illinois, County Department - Law Division | 2018 L 0067 | Motherway & Napleton, Chicago, IL | 10-27-2021 |
| Carroll v. City of Oak Forest, et al. | United States District Court for the Northern District of Illinois, Eastern Division | 19-cv-07412 | Gardiner Koch Weisberg & Wrona, Chicago, IL | 10-26-2021 |
| Abbey Pub Inc. v. Rfit Investments, Inc. | Circuit Court of Cook County, County Department Law Division | 2017CH05137 | Fitzpatrick & Fitzpatrick, Chicago, IL | 10-25-2021 |
| Hopkins/Higgins v. Pecoraro, et al. | District Court, Clark County, Nevada | A-19-806157-C, Dept No. 14 | Powell Law Firm, Las Vegas, NV | 10-22-2021 |
| Andrews v. Carbon on 26th, LLC., et al. | Circuit Court of Cook County, County Department Law Division | 16 L 6628 | Grogan Tuccillo & Vanderleeden, Chicago, IL | 10-21-2021 |
| Squiers v. Fregien | Court of the Twenty-Second Judicial Circuit, McHenry County, Illinois | 16 LA 61 | Franks & Rechenberg, Lake in the Hills\IL | 10-20-2021 |
| Neal v. Wells Fargo Bank, N.A. | Superior Court of the State of California for the County of Alameda, Unlimited Jurisdiction | RG18910729 | Goodell Law Firm, San Francisco, CA | 10-19-2021 |
| Master's Transportation, Inc. v. Rev Group, Inc. | United States District Court, Western District of Missouri, Western Division | 20-00368-CV-W-BP | Krigel & Krigel, Kansas City, MO | 10-18-2021 |
| Vohrer v. Shade, D.C. | Superior Court of New Jersey, Law Division - Monmouth County | MON-L-000881-19 | Hanna Law Office, Manasquan, NJ | 10-15-2021 |
| Neal v. Wells Fargo Bank, N.A. | Superior Court of the State of California for the County of Alameda, Unlimited Jurisdiction | RG18910729 | Goodell Law Firm, San Francisco, CA | 10-13-2021 |
| Nall v. Spotts, M.D. | District Court, Clark County, Nevada | A-18-782532-C, Dept No. 14 | The 702 Firm, Las Vegas, NV | 10-12-2021 |
| Oetomo v. SW Excursion and Educational Tours, et al. | District Court, Clark County, Nevada | A-19-791818-C, Dept 23 | Shook & Stone, Las Vegas, NV | 10-12-2021 |
| Jones v. Kelly | District Court, Clark County, Nevada | A-19-803468-C, Dept No. 16 | Powell Law Firm, Las Vegas, NV | 10-08-2021 |
| Keen v. VHS San Antonio Partners, LLC | District Court, 408th Judicial District, Bexar County, Texas | 2020-CI-10212 | Krebs Law Office, Austin, TX | 10-07-2021 |
| Petruzzelli v. Northshore University, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 18 L 13219 | Chapekis Chapekis & Schmidt, Chicago, IL | 10-06-2021 |
| Von Sachsen v. Lionetti, II | District Court, Clark County, Nevada | A-18-786495-C, Dept. 8 | Powell Law Firm, Las Vegas, NV | 10-05-2021 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Nichols v. I-80/81 Storage, Inc. | District Court of York County, Nebraska | CI 16-99 | Atwood Holsten Brown Deaver & Spier, Lincoln, NE | 10-04-2021 |
| Chambers, et al. v. B & T Express, Inc., et al. | Commonwealth of Kentucky, Franklin Circuit Court | 19-CI-00790, Division II | Grossman Green, Louisville, KY | 10-04-2021 |
| Media Excel, Inc. v. Kim | District Court of Travis County, Texas, 459th Judicial District | D-1-GN-20-001814 | Jefferies Law Firm, Austin, TX | 10-01-2021 |
| Pastrano v. Christus Santa Rosa Health Care | District Court, 166th Judicial District, Bexar County, Texas | 2020CI09272 | Krebs Law Office, Austin, TX | 09-30-2021 |
| Howard v. Licking Valley Rural Electric Cooperative Corp., et al. | Commonwealth of Kentucky, Magoffin Circuit Court | 19-CI-00249 | Collins Law Office, Salyersville, KY | 09-29-2021 |
| Peery v. SSM Health Care St. Louis, Inc. | Circuit Court of St. Louis County, State of Missouri | 19SL-CC00838, Division 15 | Gogel Law Firm, St. Louis, MO | 09-29-2021 |
| Nahaczewski v. Buck Global, LLC | United States District Court for the District of New Jersey | 2:20-cv-12410 | Gill & Chamas, Perth Amboy, NJ | 09-28-2021 |
| Woods. Industrial Controls of Oklahoma, Inc., et al. | District Court, Muskogee County, State of Oklahoma | CJ-2014-258 | Smith Barkett Law Group, Muskogee, OK | 09-27-2021 |
| Kruwel v. Georgia Ports Authority | United States District Court, Southern District Georgia, Savannah Division | 20-cv-00248 | Mitchell Law Office, Spokane, WA | 09-27-2021 |
| Trevino v. Southwest General Hospital | District Court, 225th Judicial District, Bexar County, Texas | 2020-CI-04647 | Maloney Law Group, San Antonio, TX | 09-24-2021 |
| Sanchez v. Sabia | Superior Court of New Jersey, Law Division, Civil Part, Hudson County | HUD-L-3161-19 | Injury & Accident Law, Marco Island, FL | 09-23-2021 |
| Johnson v. Reeme, et al. | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | 18L369 | Rathbun Cservenyak Kozol, Joliet, IL | 09-23-2021 |
| Masterson v. Brody, et al. | Court of Common Pleas, Cuyahoga County, Ohio | CV-16-857804 | Farrell Law Firm, Brooklyn Hts\Ohio | 09-23-2021 |
| Cohen v. American Center for Spine & Neuro-Surgery, LLC. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018L004106 | McNabola Law Group, Chicago, IL | 09-22-2021 |
| Heusman v. BNSF Railway Company | District Court of Lancaster County, Nebraska | CI 19-000644 | Atwood Holsten Brown Deaver & Spier, Lincoln, NE | 09-21-2021 |
| McStravick v. Freedman | District Court, Clark County, Nevada | A-19-799418-C, Dept No. 14 | Powell Law Firm, Las Vegas, NV | 09-17-2021 |
| Wise v. Six Flags Magic Mountain | Superior Court of the State of California, County of Los Angeles, North Valley District (Chatsworth) | BC679307 | Lagomarsino Law, Las Vegas, NV | 09-17-2021 |
| Barrera, et al. v. McKee, et al. | District Court, Clark County, Nevada | A-19-795400-C, Dept No. IV | Powell Law Firm, Las Vegas, NV | 09-13-2021 |
| Klein v. Seldin Company, Inc. | Circuit Court of Clay County, Missouri | 20CY-CV07854 | Krigel & Krigel, Kansas City, MO | 09-13-2021 |
| Echevarria v. Nationwide Distributors, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 20 L 66008 | Allen Law Group, Valparaiso, IN | 09-10-2021 |
| Rowe v. Vogt, et al. | District Court In and For Custer County, State of Oklahoma | CJ-2020-24 | Zelbst Holmes & Butler, Lawton, OK | 09-10-2021 |
| Bauer/Guzick v. Norfleet, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2017 L 010460 | Burnes & Libman, Chicago, IL | 09-09-2021 |
| Elms v. Sunbelt Rentals, Inc | Circuit Court of the Tenth Judicial Circuit, In and For Polk Count, Florida | 2015-CA-001985 | Langdon & Emison, Lexington, MO | 09-08-2021 |
| McElmurry v. Yavapai Community Hospital, et al. | Superior Court of the State of Arizona, In and For the County of Yavapai | P1300CV2020-00113 | Lloyd Law Group, Payson, AZ | 09-07-2021 |
| Lanahan v. Northeast Illinois Regional Commuter Railway Company | Circuit Court of Cook County, Illinois, County Department - Law Division | 19 L 006729 | Cogan & Power, Chicago, IL | 09-07-2021 |
| Koen v. Monsanto Company | United States District Court for the Western District of Texas | 1:20-CV-00241 | Hendler Flores Law, Austin, TX | 09-03-2021 |
| Johnson v. Petrow | Circuit Court of the Eighteenth Judicial Circuit, Du Page County, Illinois | 2014 L 1099 | McGuire Law Firm, Mount Prospect, IL | 09-02-2021 |
| Olson v. BNSF Railway Company | District Court for Polk County, Iowa | LACL144908 | Hubbell Law Firm, Kansas City\MO | 09-02-2021 |
| Little v. City of Chicago | Circuit Court of Cook County, Illinois, County Department - Law Division | 18 L 10146 | Montgomery & Associates, Chicago, IL | 08-31-2021 |
| Britz v. Northshore University Healthsystem, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 11216 | Cogan & Power, Chicago, IL | 08-30-2021 |
| Baldwin v. Union Pacific Railroad | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019L004474 | Cogan & Power, Chicago, IL | 08-27-2021 |
| Hall/Hodges v. Smith, et al. | Circuit Court of Wyandotte County, Kansas | 2019-CV-000852 | Langdon & Emison, Lexington, MO | 08-26-2021 |
| Adkins, et al. v. St. Joseph's Community Hospital, et al. | Circuit Court, Washington County, Wisconsin | 2020CV000078 | Trial Lawyers for Justice, Decorah, IA | 08-26-2021 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Medina v. Stony Brook University | United States District Court for the Eastern District of New York | 2:20-cv-001420-RRM-RER | Thomas Legal Counselors at Law, New York, NY | 08-24-2021 |
| Lorusso v. Chiero | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Wheaton, Illinois | 18-L-000091 | Patterson Law Firm, Chicago, IL | 08-23-2021 |
| Landess v. DeBiparshad, M.D., et al. | District Court, Clark County, Nevada | A-18-776896-C, Dept No. 24 | Howard & Howard, Las Vegas\NV | 08-20-2021 |
| Swan v. Equifax Information Systems, et al. | United States District Court, Middle District of Florida, Tampa Division | 8:20-cv-1540-T-35SPF | Morgan & Morgan, Tampa, FL | 08-19-2021 |
| Hernandez v. Eaton | District Court, Clark County, Nevada | A-19-801395-C, Dept No. 4 | Powell Law Firm, Las Vegas, NV | 08-18-2021 |
| Brinkman v. Equifax Information Services, LLC. | United States District Court, Middle District of Florida, Tampa Division | 8:20-cv-02453-VMC-AAS | Morgan & Morgan, Tampa, FL | 08-18-2021 |
| Polk/Johnson v. University of Chicago Medical Centers | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018L011952 | Loggans & Associates, Chicago, IL | 08-17-2021 |
| Summerfield/Scheffler v. Advocate Health and Hospitals Corporation | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 003704 | AMB Law Group, Chicago, IL | 08-16-2021 |
| Odusanya, et al. v. Washington Hospital Centers | Superior Court for the District of Columbia, Civil Division | 2020 CA 003221 M | Berman Sobin Gross Feldman & Darby, Lutherville, MD | 08-16-2021 |
| Bianchi, et al. v. McNamee, et al. | District Court, Clark County, Nevada | A-13-691887-C, Dept No. VIII | ER Injury Attorneys, Las Vegas\NV | 08-13-2021 |
| Pearson v. Maassen, M.D. | State of Indiana, County of Jasper, Jasper Circuit Court Sitting in Rensselaer | 37C01-1601-CT-57 | Martz & Lucas, Valparaiso, IN | 08-05-2021 |
| McFarland v. Rinella, M.D. | Circuit Court of Will County, Illinois | 16 L 988 | Motherway & Napleton, Chicago\IL | 08-04-2021 |
| Slaninko v. Biondi | Superior Court of New Jersey, Law Division - Monmouth County | MON-L-004184-18 | Lomurro Law, Freehold, NJ | 08-03-2021 |
| Scheeler v. Hamilton, et al. | Iowa District Court for Polk County | LACL142262 | Gourley Rehkemper & Lindholm, West Des Moines, IA | 08-03-2021 |
| Shipley v. Trans Union LLC, et al. | United States District Court, Middle District of Florida, Tampa Division | 8:20-cv-2285-T-30SPF | Morgan & Morgan, Tampa, FL | 08-02-2021 |
| Swierzbinski v. Dev Medical, S.C., et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2020L004370 | McNabola & Associates, Chicago, IL | 08-02-2021 |
| Tyler v. Spendard | District Court, Clark County, Nevada | A-19-804874-C, Dept No. XXIX | Powell Law Firm, Las Vegas, NV | 07-30-2021 |
| Hanshew v. T&J 5th Down, Inc. | State of Indiana, County of Allen, In the Allen Superior Court | 02D01-1807-CT-000428 | Theisen & Associates, Fort Wayne, IN | 07-30-2021 |
| O'Brien v. Progressive Direct Insurance Company | United States District Court, District of Nevada | 2:20-cv01901-JCM-NJK | Harris Law Firm, Las Vegas, NV | 07-29-2021 |
| Eshelman v. Mercury Light, Inc. | District Court, Clark County, Nevada | A-19-798331-C, Dept No. XI | Shook & Stone, Las Vegas, NV | 07-28-2021 |
| Deloney v. Pizzaahhh, Inc. | Circuit Court of Cook County, Illinois, County Department - Law Division | 17 L 2803 | Tamari Law Group, Chicago, IL | 07-28-2021 |
| Roussell v. PBF Consultants, LLC., et al. | 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana | C-672352, Dept No. 25 | Arnold & Itkin, Houston, TX | 07-27-2021 |
| Halvorson v. American Family Mutual Insurance Company, et al. | State of Wisconsin, Circuit Court, La Crosse County | 2020CV000346 | Egan & Richgels, La Crosse, WI | 07-27-2021 |
| McGee v. Target Corporation | United States District Court, District of Nevada | 2:20-cv-00345-KJD-DJA | ER Injury Attorneys, Las Vegas, NV | 07-26-2021 |
| Welch/Martello v. United States of America | United States District Court, Northern District of Ohio, Eastern Division | 1:20-CV-00065 | McGraw Law, Cleveland, OH | 07-26-2021 |
| Williax/Carr v. Tullis, et al. | Circuit Court, Second Judicial Circuit, Hardin County, Illinois | 18-L-2018L2 | Walker Law Office, Granite City, IL | 07-23-2021 |
| Flint v. Aten, et al. | District Court, Clark County, Nevada | A-19-793275-C, Dept No. XXX | Powell Law Firm, Las Vegas, NV | 07-22-2021 |
| Becker v. Regents of the University of Minnesota | State of Minnesota, County of Hennepin, District Court, Fourth Judicial District | 27-CV-19-6977 | Kingsley Law Office, St. Paul\MN | 07-21-2021 |
| Welch/Martello v. United States of America | United States District Court, Northern District of Ohio, Eastern Division | 1:20-CV-00065 | McGraw Law, Cleveland, OH | 07-20-2021 |
| Smith v. Kia Motors Corporation | Commonwealth of Kentucky, Laurel Circuit Court, Division II | 19-CI-00354 | Langdon & Emison, Lexington, MO | 07-20-2021 |
| King v. Westlake Services, LLC. | United States District Court, Central District of California | 8:20-cv-00530-JLS-JDE | Loker Law, Arroyo Grande, CA | 07-19-2021 |
| Livengood v. Halliburton Energy Services, Inc. | District Court of Harris County, Texas, 334th Judicial District | 2019-47237 | Arnold & Itkin, Houston, TX | 07-19-2021 |
| Newberry v. School of the Osage, et al. | U.S. District Court, Western District of Missouri | 2:18-cv-04116-+MDH | Deputy & Mizell, Lebanon, MO | 07-16-2021 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|-----------|-------|-------------|----------|------|
| Akau-Passafiume v. Kryza, M.D. | Circuit Court of Grundy County, Illinois | 17 L 7 | Motherway & Napleton, Chicago\IL | 07-15-2021 |
| Mwaura v. DFW Airport Board, et al. | United States District Court for the Northern District of Texas, Dallas Division | 3:19-cv-02967-M | Moore Law Offices, DeSoto, TX | 07-12-2021 |
| Wood v. PACCAR Inc. et al. | U.S. District Court, Northern District of Iowa, Eastern Division | 2:19-CV-1010 | Crowley & Prill, Burlington, IA | 07-09-2021 |
| Wood v. PACCAR Inc. et al. | U.S. District Court, Northern District of Iowa, Eastern Division | 2:19-CV-1010 | Crowley & Prill, Burlington, IA | 07-09-2021 |
| Welch/Martello v. United States of America | United States District Court, Northern District of Ohio, Eastern Division | 1:20-CV-00065 | McGraw Law, Cleveland, OH | 07-09-2021 |
| Nelson v. Silver Cross Hospital | Circuit Court of Will County, Illinois, County Department - Law Division | 17 L 000068 | O'Connor Law Group, Chicago\IL | 07-08-2021 |
| Noone v. Hub Group Trucking, Inc., et al. | Superior Court of New Jersey, Law Division - Burlington County | BURL-L-2517-18 | Ciecka Law Office, Pennsauken, NJ | 07-07-2021 |
| Barton v. Arrow Striping & Manufacturing, Inc. | Montana Thirteenth Judicial District Court, Yellowstone County | DV 20-0459 | Earl & Earl, Boise, ID | 07-07-2021 |
| Doe v. The District of Columbia | United States District Court for the District of Columbia | 1:18-cv-02181-ABJ | Koonz McKenney Johnson DePaolis & Lightfoot, Washington, DC | 07-06-2021 |
| Welch/Martello v. United States of America | United States District Court, Northern District of Ohio, Eastern Division | 1:20-CV-00065 | McGraw Law, Cleveland, OH | 07-02-2021 |
| Saxena v. Happiest Hour, LLC | 1st County Court at Law, Dallas County, Texas | CC-18-06335-A | Grossman Law Offices, Dallas, TX | 07-02-2021 |
| Yue v. Alvernaz Partners, LLC | Superior Court for the State of California, for the County of Alameda, Unlimited Jurisdiction | RG19014821 | Goodell Law Firm, San Francisco, CA | 06-30-2021 |
| Williams v. Abilene Christian University | United States District Court, Northern District of Texas, Abilene Division | 1:20-CV-073-H | Ranson & Kane, Colorado Springs, CO | 06-29-2021 |
| Huang/Zhang v. Uribe, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 16 L 003142 | O'Toole Law, Chicago, IL | 06-24-2021 |
| Drake v. Passavant Area Hospital, et al. | Circuit Court for the Seventh Judicial Circuit, Springfield, Sangamon County, Illinois | 14-L-85 | Surdyk & Kachoyeanos, Chicago, IL | 06-23-2021 |
| Tolliver v. Kingdom World Ministries | Circuit Court of Jackson County, Missouri at Kansas City | 2016-CV15890 | Langdon & Emison, Lexington, MO | 06-23-2021 |
| Burke v. Kishhealth System, et al. | Circuit Court of DeKalb County, Illinois, County Department - Law Division | 17 L 145 | Cronauer Law, Sycamore, IL | 06-22-2021 |
| Fleming v. Highland Healthcare, LLC. | Superior Court of the State of Arizona, In and For the County of Maricopa | CV2020-091803 | Lloyd Law Group, Payson, AZ | 06-21-2021 |
| Sanders v. Precision Pipeline, LLC | Circuit Court of Marshall County, West Virginia | 19-C-48 | Arnold & Itkin, Houston, TX | 06-18-2021 |
| Adams v. Ironwood Homes of Peoria, et al. | Circuit Court of Tenth Judicial Circuit, Peoria County, Illinois | 18-L-00198 | Green Law Office, Bloomington\IL | 06-17-2021 |
| Lopez v. Amazon, et al. | District Court, 116th Judicial District, Dallas County, TX | DC-19-02338 | Witherspoon Law Group, Dallas, TX | 06-16-2021 |
| Rothman v. Bretschneider | Second Judicial District Court for the State of Nevada, County of Washoe | CV18-02481, Dept No. 15 | Brazelton Law, Reno#NV | 06-15-2021 |
| Terrana v. Johnson | Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois | 2018L000965 | O'Connor Law Office, Chicago, IL | 06-15-2021 |
| McIntyre v. Cruz Del Cid | District Court, Clark County, Nevada | A-19-801389-C, Dept XV | Powell Law Firm, Las Vegas, NV | 06-14-2021 |
| Gaiter, et al. v. Shatz, M.D., et al. | Circuit Court of St. Louis County, State of Missouri | 18SL-CC01831 | Witherspoon Law Group, Dallas, TX | 06-11-2021 |
| Waple, et al. v. Rogers | District Court of Montgomery County, Texas, 284th Judicial District | 20-0708089 | Tough Law Firm, Spring\TX | 06-10-2021 |
| Welch/Martello v. United States of America | United States District Court, Northern District of Ohio, Eastern Division | 1:20-CV-00065 | McGraw Law, Cleveland, OH | 06-10-2021 |
| Brigalia v. American River Transportation Co., LLC, et al. | United States District Court, Eastern District of Louisiana | 20-00416 | Arnold & Itkin, Houston, TX | 06-09-2021 |
| Naquin v. American River Transportation Co., LLC, et al. | United States District Court, Eastern District of Louisiana | 20-00416 | Arnold & Itkin, Houston, TX | 06-09-2021 |
| Pucheu v. American River Transportation Co., LLC, et al. | United States District Court, Eastern District of Louisiana | 20-00416 | Discon Law Firm, Mandeville, LA | 06-09-2021 |
| Kazic v. Doskocil Manufacturing Company, Inc. | In the Matter of Arbitration, Dispute Solutions, Inc. | 10095 | Grossman Law Offices, Dallas, TX | 06-08-2021 |
| Allan/Tanner v. Thorek Memorial Hospital | Circuit Court of Cook County, Illinois, County Department - Law Division | 2018-L-013961 | Napoli Shkolnik, Overland Park, KS | 06-08-2021 |
| Marsheh v. Boleky, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 18 L 004300 | Nemeroff Law Office, Chicago, IL | 06-07-2021 |

**TO COMPORT WITH RULE 26(a)(2)(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE "A LISTING OF CASES IN WHICH THE WITNESS STAN V. SMITH, PHD HAS TESTIFIED AS AN EXPERT AT TRIAL OR BY DEPOSITION WITHIN THE PRECEEDING FOUR YEARS" AS OF 5/20/2025**

| Case Name | Court | Case Number | Law Firm | Date |
|---|---|---|---|---|
| Petras v. Navy Federal Credit Union | United States District Court, District of Nevada | 2:20-cv-00874 | Loker Law, Arroyo Grande, CA | 06-07-2021 |
| Askar v. Betters, et al. | Court of Common Pleas, Beaver County, PA, Civil Division - Law | 11305-2013 | Benedetto Law Office, Philadelphia\PA | 06-02-2021 |
| Synergy Healthcare Resources, LLC. v. Telamon Corporation | State of Indiana, County of Lake, Lake County Superior Court | 45D05-1701-PL-00005 | Bishop & Associates, Merrillville, IN | 06-01-2021 |
| Gescheidler v. Westfield National Insurance Company | State of Indiana, County of Lake, Lake Superior Court, Civil Division 6 | 45D10-1906-CT-000615 | Allen Law Group, Valparaiso, IN | 05-26-2021 |
| Carrera/Montiel v. Village of South Chicago Heights, et al. | Circuit Court of Cook County, Illinois, County Department - Law Division | 2019 L 001493 | Loizzi Cardenas Law, Chicago, IL | 05-25-2021 |
| Ross v. Meisel, M.D. | Circuit Court of Cook County, Illinois, County Department - Law Division | 18 L 006873 | Cogan & Power, Chicago, IL | 05-25-2021 |
| Remaly v. Equifax Information Services, LLC. | United States District Court for the District of Colorado | 20-cv-3028-LTB-NYW | Vedra Law Office, Denver, CO | 05-24-2021 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

# SEG

## SUMMARY OF SELECTED TERMS AND CONDITIONS - 2025

1. We commit to provide you our services on the most efficient and predictable basis possible.

2. While some matters are charged on an hourly basis, we commonly charge a flat fee for our analysis: most matters involve a Standard tangible or intangible loss evaluation charged at a set fee of $6,185, or a Combined analysis at $7,190. Fees for Complex matters are $8,345. Business or Commercial litigation cases typically start at $8,950. Credit damage cases are billed at Complex rates. These flat fees may merit a discretionary reduction due to simplicity.

3. For reports due within 15 business days of receipt of case materials, a 15% rush fee will be charged; for reports due within 10 business days of receipt of case materials, a 20% rush fee will be charged. For reports due within 5 business days of receipt of case materials, a 25% rush fee will be charged. For reports due within 20 business days of receipt of case materials, a 10% rush fee may be charged if the matter involves complexity impacting our completion timetable.

4. There are generally no further charges, except for hourly rates for deposition or trial testimony, and certain work as detailed under "Hourly Rates".

5. Deposition and trial testimony rates for personal injury are typically $595 per hour with no minimum. Complex and commercial litigation testimony rates can range from $675 to $850 an hour.

6. Travel expenses are incurred at the most economical, yet refundable rates. We generally make our own arrangements and do not require prepayment for travel.

7. The deposit/retainer/advance on most Standard and Combined personal injury matters is $2,500 and is refundable, if work has not commenced, less an expert witness reservation fee of $625. Complex and commercial litigation matters may involve a more substantial deposit/retainer/advance, starting at $3,500, to as much as $10,000 (or more), depending on the scope of the project. **A deposit/retainer/advance is needed to commence work on your case.**

8. You must be satisfied with the quality of our services (independent of the outcome of your case) or you do not owe a fee. If there is a question or concern in this regard, please contact us within 30 days of receipt of our invoice. We will make every effort to meet your expectations and resolve any issues.

9. **We adhere to the Golden Rule and look to long-term relationships.**

10. Rates will increase January 1st of the new year.

*** Please Read our Complete Service and Billing Policy Attached ***

2

Smith Economics Group, Ltd.    ▪ 312-943-1551    Smith 109

# SEG

## COMPLETE SERVICE AND BILLING POLICY - 2025

**REPRESENTATION:**   Smith Economics Group, Ltd. (SEG), through its principal consultant, Stan V. Smith, Ph.D., and its employees and associated consultants, provides consultation and expert witness services to attorneys to resolve matters involving economics and finance.  Attorneys are our clients.  We look solely to them for retention, the extent and duration of involvement and payment. Each matter involves a separate engagement, accounting, and billing.

**COMMITMENT:**   We commit to provide you our services on the most efficient and predictable basis possible so that you can control your costs.  Knowing costs in advance can assist you in expense planning and in your agreement with your clients.  We are pleased to work within your time and budget limitations.

**SERVICES:**   SEG provides consultation and related research, evaluations and testimony on various financial and economic matters.  We are able to provide appraisals with regard to both economic value and loss.  We will participate to the extent counsel determines in the preparation of evaluations, pre-trial evaluations and consultation; expert testimony for arbitration and mediation proceedings; trials and other related proceedings in advanced stages; and appeal reviews.  Through associated experts in other specialties, we cover a broad diversity of business and events in commercial and personal injury litigation.

**QUALITY:**   We adhere to the Golden Rule and look to long-term relationships.  You must be satisfied with the quality of our services (independent of the outcome of your case) or you do not owe a fee.  (Out-of-pocket expenses such as travel costs will still be reimbursable.)  If you have a question or concern in this regard, please contact us within 30 days of receipt of our invoice. We will make every effort to meet your expectations and resolve any issues.  After 30 days we will assume you are satisfied with our work and the invoice.

**ENGAGEMENT:**   We serve lawyers and law firms under a written agreement on matters specifically designated.  Engagements and work product with regard to a specified issue may not be transferred to another similar or related matter, whether or not involving the same client of the law firm, without our prior consent.

**AVAILABILITY:**   Stan V. Smith, Ph.D. travels out of the country several times a year, around year end for several weeks, for a week in February and April, during school breaks, and for 3 to 4 weeks typically from mid-July to mid-August. He can be available to testify at trial by Zoom or speakerphone, and certainly can provide pre-recorded video evidence deposition testimony. However, there are times when he will be unavailable for in-person testimony live at trial.

**The fees below reflect rates prevailing for work performed this year.  If work is performed in subsequent years, you will be charged the prevailing rates then.**

Smith Economics Group, Ltd. • 312-943-1551    Smith 110

# SEG

**EVALUATION FEES:** We charge a flat fee for most analyses, which includes time expended in review of materials, interviews, data gathering, analysis, loss evaluation preparation and review. The fixed charges for these services, including the evaluation, reflect an approximate equivalent hourly billing rate for the services. We charge the same rates whether working for the plaintiff or defense.

Loss evaluations and the services described above are provided for each person involved in a matter. Generally, services and evaluations for Standard (simple) cases involving tangible losses such as lost earnings and benefits, services, medical costs, etc., are $6,185; loss evaluations for Standard (simple) intangible (so-called hedonic) losses in injury or death, including loss of society and companionship are $6,185. Evaluations reflecting a Combined analysis of both tangible and intangible losses combined are $7,190. Loss evaluations fees for Complex cases are billed at a flat fee of $8,345. Credit Damage cases are billed at Complex rates. These flat fees may merit a discretionary reduction due to simplicity. While rare, if unanticipated issues arise in estimating losses that involve any additional cost, you will be notified in advance.

Many Business and Commercial loss analyses are performed on a flat fee basis, often between our minimum of $8,950 and $12,500 to $15,000. At times, however, these evaluations can range substantially higher and are charged either on a flat fee or hourly basis, to be agreed upon in advance.

Generally, there are no further charges, except for deposition or trial testimony, and certain additional work such as updates and supplements that you may ask us to perform as detailed under "Hourly Rates" below. We also bill hourly for evaluations of opposing expert opinions and other materials. We generally do not charge for time in connection with a preliminary review and conversation regarding motions to oppose or limit our testimony.

**RUSH POLICY:** For reports due within 15 business days of receipt of case materials, a 15% rush fee will be charged; for reports due within 10 business days of receipt of case materials, a 20% rush fee will be charged. For reports due within 5 business days of receipt of case materials, a 25% rush fee will be charged. For reports due within 20 business days of receipt of case materials, a 10% rush fee may be charged if the matter involves complexity impacting our completion timetable.

**HOURLY RATES:** In many matters, including personal injury cases, charges by Stan V. Smith, Ph.D. for deposition and trial testimony are $595 per hour with no minimum. Fees for Commercial litigation and other such Complex matters are charged on an hourly basis which starts at $675 per hour and can range up to $850 per hour, depending on the nature of the work. Evaluation updates, requested supplements including punitive damages, review of work by other or opposing economists, most other analyses, and travel are billed on an hourly basis. Generally, for most matters, one hour will be billed for in-house preparation conducted within several days prior to a deposition or a trial appearance. In Complex and Commercial cases, more than one hour of in-house preparation is often required; however, rarely are more than two hours required. If extensive travel time, when added to work time, causes the billable hours in any day to exceed a maximum of 10 hours, additional hours may be charged.

The "EVALUATION FEES" described above are fixed. Hourly charges are billed conservatively in six-minute increments (one-tenth of an hour). We generally do not charge for short calls or emails.

Smith Economics Group, Ltd. ▪ 312-943-1551   Smith 111

# SEG

To economize our billing, we may involve personnel other than Stan V. Smith, Ph.D. at lesser rates for economic research purposes. Since engagements frequently involve matters that extend over many months or years, we reserve the right to update your fee agreement to reflect new rates then charged to those entering into new engagements. We agree to expend time in connection with efforts on your behalf in the <u>most efficient manner</u> possible.

**DEPOSIT/RETAINER/ADVANCES:**   Our engagement becomes effective upon receipt of a deposit/retainer/advance and an executed letter agreement, which then authorizes you to name Stan V. Smith, Ph.D. as an expert in the matter. The deposit/retainer/advance serves as an advance credit to subsequent billings, and is not the initial loss evaluation fee. The deposit/retainer/advance for most Standard and Combined personal injury matters is $2,500 and is refundable, if work has not commenced, less an expert witness fee for listing Stan V. Smith, Ph.D. in the amount of $625. Stan V. Smith, Ph.D. may be listed prior to retention on a matter for an expert witness listing fee of $625, which is not refundable, but which will be credited towards future work when retained. Combined, Complex and Commercial cases require a more substantial deposit/retainer/advance, starting at $3,500, to as much as $10,000 (or more), depending on the scope of the project.
**<u>A deposit/retainer/advance is needed to commence work on your case.</u>**

**EXPENSES:**   Out-of-pocket expenses such as airfares, lodging and taxicabs and the like while traveling under your instructions are billed at cost. These expenses are incurred at the most economical, yet refundable rates. We do not charge for normal administrative or secretarial services. However, if a document request is unusually burdensome, we may charge one hour (or more) of administrative time at $175 per hour.

**ESTIMATES:**   We will be pleased to provide written or oral estimates on specific matters. Costs, of course, range depending on many variables, including the quality of data input from counsel and other complexities.

**BILLING:**   Payment shall be due within thirty days of the invoice date unless otherwise arranged.

**NEXT YEAR'S RATES:**   Rates will increase January 1st of the new year.

**<u>WE CONSIDER YOU AND YOUR FIRM TO BE OUR CLIENT, AND WE LOOK SOLELY TO YOU FOR PAYMENT OF OUR INVOICES ON A TIMELY BASIS, IRRESPECTIVE OF THE OUTCOME OF THE CASE. WE ALSO LOOK SOLELY TO YOU IRRESPECTIVE OF ANY ARRANGEMENTS YOU MAY HAVE WITH OTHER LAW FIRMS, OPPOSING PARTIES, OR YOUR CLIENTS TO PAY FOR OUR SERVICES. FOR EXAMPLE, IF THE OPPOSING PARTY NOTICES A DEPOSITION AND YOU BELIEVE IT IS THEIR RESPONSIBILITY TO PAY, WE STILL HOLD YOU RESPONSIBLE TO PAY OUR CHARGES IF THE OTHER SIDE FAILS TO PAY PROMPTLY WITHIN 30 DAYS.</u>**

# SEG

**CONTINGENCY BILLINGS:**  We firmly adhere to Rule 3.3 (a) (15) of the Supreme Court of Illinois and similar rules in other states:

"...A lawyer shall not pay...compensation to a witness upon the content of his testimony or the outcome of the case..."

Further, our fees are not contingent upon any rulings regarding the admissibility or weight given to the testimony, or any other factors.

**PERSONNEL:**  Where required, but only with your consent, we will commit to provide services of other designated individuals in our firm.  Rates for other personnel range to as low as $55 per hour for professionals of lesser rank.  In other areas of expertise, we can work with your firm to interview and select additional consultants and experts on your behalf.  Those so retained may work in association with our firm.

**REVIEW:**  Upon review of each billing matter, we may conclude, at our own discretion and after taking all factors into consideration, that a reduction in charges is fair and appropriate for the service rendered.

**DEPOSITION AND TRIAL TESTIMONY CANCELLATION:**  Generally one hour is billed for in-house preparation for testimony; this is performed at least two business days in advance.  If scheduled testimony is cancelled with less than two full business days notice, one hour will be billed for in-house preparation required for the testimony, and for administrative scheduling.  In complex cases, more than one hour of in-house preparation may be required and thus billed.  If the testimony is rescheduled, no additional in-house preparation will be billed, even if subsequently cancelled.

If a deposition is scheduled, reserved and cancelled <u>three</u> times, one hour will be billed for the administration of the reservation/cancellation.

**LATE CHARGES:**  We expect payment in full within thirty days of our statement date.  We can accommodate reasonable delays or alternatives upon request which better meet your cash flow requirements <u>when agreed in advance</u>.  To be fair to those who pay promptly, SEG reserves the right to accrue and charge interest at the rate of 1.0% per month, compounded monthly,  commencing thirty days after the statement date, and to assess a one-time account reinstatement fee equal to the greater of 5% of the amount outstanding or $50,  after ninety days following the statement date.

**TERMINATION:**  SEG shall suspend or cease to perform further work on any given matter at your request.  SEG reserves the right to bring work to a completed stage and terminate, or to terminate for cause at any time, work in its client's behalf.

**VENUE AND CHOICE OF LAW:**  Any dispute arising under this agreement shall be determined under the law of Illinois.  The venue shall be in Chicago.

4/03/2025

Smith Economics Group, Ltd.     •   312-943-1551          Smith 113