UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

JOSE ACEVEDO individually and on behalf of the
ESTATE OF JOEL ACEVEDO,

    Plaintiff,

v.                                                                             Case No. 23-cv-00489

MICHAEL MATTIOLI and CITY OF MILWAUKEE,

    Defendants.

___

## JOINT CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO MODIFY THE SCHEDULING ORDER

___

NOW COME the parties, by and through their respective undersigned counsel, to respectfully request that this Honorable Court adjourn the previously scheduled trial date and associated date for final pretrial conference pending the Court's decision on the timely-filed dispositive motions pursuant to Fed. R. Civ. P. R. 6(b)(1).

1. On April 11, 2025, this Court entered a scheduling order setting this matter for jury trial beginning February 23, 2026, with a final pretrial conference scheduled for February 13, 2026 at 9 o'clock a.m. (ECF No. 49).

2. By virtue of the same, the parties are expected to file motions in limine and final pretrial reports on or before January 30, 2026.

3. The parties were directed to file dispositive motions on or before August 1, 2025 by the same Order. (*Id.*).

4. The parties filed cross-motions for summary judgment, briefs in opposition, and replies consistent with that Order in August 2025.

1

5. On August 22, 2025, Plaintiffs filed a motion in limine to exclude experts identified by defendants.

6. On November 18, 2025, all defendants filed a joint motion in limine to exclude in part or in full Plaintiffs' expert witness.

7. As of this writing, the parties have not received the Court's decision relative to their respective motions for summary judgment.

8. In light of the preceding, the parties will not have sufficient time to draft and file pretrial reports and/or additional motions in limine (if necessary) and additionally want to be considerate of the Court's time and resources. With the current, unresolved legal issues outstanding the parties are unable to accurately estimate the amount of time needed for trial or the necessity of certain witnesses.

WHEREFORE, the parties respectfully request that the Court grant this motion and adjourn the previously scheduled dates for trial and final pretrial conference and schedule a conference to reschedule the dates for the parties' respective pretrial reports, motions in limine, final pretrial conference and trial following the resolution all dispositive motions.

Dated and signed at Milwaukee, Wisconsin this 13th day of January, 2026.

ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550

EVAN GOYKE
City Attorney

/s/ Clint B. Muche
CLINT B. MUCHE
Assistant City Attorney
WI Bar No. 1131629
Email: cmuche@milwaukee.gov
*Attorneys for Defendants*
*Robert Roach and Alfonso Morales*

9898 W. Bluemound Road, Suite 2
Wauwatosa, Wisconsin 53226
T: (414) 291-7979 / F: (414) 291-7960
Email: jmb@wbattys.com

**WIRTH + BAYNARD**

/s/ Jasmyne M. Baynard
JOSEPH M. WIRTH
WI Bar No. 1012080
*Attorneys for Defendant Michael Mattioli*

JACOB LITIGATION, INC.
P.O. Box 837
Mechanicsburg, PA 17055
Tel: (717) 796-7733
djacob@jacoblitigation.com

/s/ Devon M. Jacob
PA Bar Number: 89182
B'Ivory LaMarr
WI Bar No. 1122469

*Counsel for Plaintiff*

THE LAMARR FIRM
5718 Westheimer Rd, Suite 1000
Houston, TX 77057
Tel: (800) 679-4600 ext. 700